1  CHRISTOPHER W. ARLEDGE (SBN 200767)
   carledge@onellp.com
2  PETER R. AFRASIABI (SBN 193336)
   pafrasiabi@onellp.com
3  IAN H. GIBSON (SBN 273444)
   igibson@onellp.com
4  ONE LLP
   4000 MacArthur Blvd.
5  West Tower, Suite 1100
   Newport Beach, CA 92660
6  Telephone: (949) 502-2870
   Facsimile:  (949) 258-5081
7
   Attorneys for Plaintiff
8

9  CHRISTINE LEPERA (admitted *pro hac vice*)
   ctl@msk.com
10 CHRISTINA E. DJORDJEVICH (SBN 262721)
   cyd@msk.com
11 MITCHELL SILBERBERG & KNUPP LLP
   12 E. 49th Street, 30th Floor
12 New York, NY 10017
   Telephone:  (212) 509-3900
13 Facsimile:  (212) 509-7239

14 ELAINE K. KIM (SBN 242066)
   ekk@msk.com
15 MITCHELL SILBERBERG & KNUPP LLP
   11377 W. Olympic Blvd.
16 Los Angeles, CA 90064
   Telephone: (310) 312-2000
17 Facsimile: (310) 312-3100

18 Attorneys for Defendants

19

20              UNITED STATES DISTRICT COURT

21              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  WILL LOOMIS, an individual, | CASE NO.  CV12-5525 RSWL(JEMx) |
| 23         Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE STIPULATION REGARDING SELECTION OF PANEL MEDIATOR BY 30 DAYS** |
| 24         v. | |
| 25  JESSICA CORNISH, P/K/A JESSIE J, an individual, UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; LAVA RECORDS LLC, a limited liability company; UNIVERSAL | Assigned to the Honorable Ronald S.W. Lew
Present Deadline By Which To File Stipulation Regarding Selection Of Panel Mediator:  January 4, 2013 |
| 28 | |

Mitchell
Silberberg &
Knupp LLP

STIPULATION TO EXTEND TIME TO FILE STIPULATION REGARDING SELECTION OF PANEL
MEDIATOR BY 30 DAYS

5054264.1/44939-00001

| | |
|---|---|
| REPUBLIC RECORDS, business form unknown; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Proposed Deadline By Which To File Stipulation Regarding Selection Of Panel Mediator: February 4, 2013 |

## STIPULATION

Plaintiff Will Loomis ("Plaintiff") and Defendants Jessica Cornish p/k/a Jessie J, UMG Recordings, Inc. (erroneously sued as Universal Music Group, Inc.) and Universal Republic Records, a division of UMG Recordings, Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. By Order dated December 14, 2012, this Court ordered that Plaintiff shall file Form ADR-2, Stipulation Regarding Selection of Panel Mediator, by January 4, 2013;

2. The parties each believe that it would be helpful for them to have additional time to consider and confer regarding the selection of an appropriate mediator from the Court's Mediation Panel;

3. Accordingly, the parties have agreed, subject to the Court's approval, to briefly extend Plaintiff's time to file Form ADR-2, Stipulation Regarding Selection of Panel Mediator, until February 4, 2013.

4. Good cause having been shown for the requested extension, the parties respectfully request that the Court extend Plaintiff's time to file Form ADR-2, Stipulation Regarding Selection of Panel Mediator, until February 4, 2013.

5. This is the parties' first request for an extension of Plaintiff's time to file Form ADR-2, Stipulation Regarding Selection of Panel Mediator.

Mitchell Silberberg & Knupp LLP

DATED: January 4, 2013          CHRISTINE LEPERA
                                CHRISTINA E. DJORDJEVICH
                                ELAINE K. KIM
                                MITCHELL SILBERBERG & KNUPP LLP

                                By:  /s/ Christina E. Djordjevich
                                     Christina E. Djordjevich
                                     Attorneys for Defendants

DATED: January 4, 2013          CHRISTOPHER W. ARLEDGE
                                PETER R. AFRASIABI
                                IAN H. GIBSON
                                ONE LLP


                                By:  /s/ Christopher W. Arledge
                                     Christopher W. Arledge
                                     Attorneys for Plaintiff


**<u>Attestation Regarding Signatures</u>**

I, Christina Djordjevich, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

DATED: January 4, 2013           /s/ Christina E. Djordjevich
                                 Christina E. Djordjevich