CHRISTINE LEPERA (admitted *pro hac vice*)
ctl@msk.com
CHRISTINA E. DJORDJEVICH (SBN 262721),
cyd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 E. 49th Street, 30th Floor
New York, NY 10017
Telephone: (212) 509-3900

ELAINE K. KIM (SBN 242066)
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Jessica Cornish,
UMG Recordings, Inc. (erroneously sued as
Universal Music Group, Inc.) and Universal
Republic Records, a division of
UMG Recordings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL LOOMIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA CORNISH, P/K/A JESSIE J, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; LAVA RECORDS LLC, a limited liability company; UNIVERSAL REPUBLIC RECORDINGS, business form unknown; and DOES 1 – 10 INCLUSIVE,<br><br>Defendants. | CASE NO. CV 12-5525-RSWL(JEMx)<br><br>Hon. John E. McDermott<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Courtroom: C, 8th Floor |

Mitchell Silberberg & Knupp LLP

5209376.1/44939-00001

STIPULATION FOR ENTRY OF PROTECTIVE ORDER

## STIPULATION

This stipulation is entered between Plaintiff Will Loomis ("Plaintiff") and Defendants Jessica Cornish, UMG Recordings, Inc. (erroneously sued as Universal Music Group, Inc.) and Universal Republic Records, a division of UMG Recordings, Inc. ("Defendants") (collectively, the "Parties"), through their respective counsel of record.

Pursuant to Fed. R. Civ. P. 26(c), good cause exists for entry of the Protective Order, attached hereto and being concurrently lodged with the Court, because the Parties to this action: (1) have sought and expect to seek in the future the discovery of certain information in this action that is sensitive, private, and confidential, or that third parties required to get involved in discovery in this action might believe is sensitive, private, and confidential, including, but not limited to, (a) information concerning the amounts paid under and other terms in confidential contracts entered into by the parties with third parties, and the financial and other terms of contracts entered into by the parties that are competitively sensitive and that would harm the parties if such terms were disclosed to their competitor, (b) other information that constitutes proprietary information, confidential business information, information that a party or third party may need, for any business, employment or competitive purposes, to be protected from disclosure, (c) trade secrets, and/or information in which a party or any third party has a privacy interest, and (d) information that is subject to protection from disclosure, or limitation upon disclosure, under applicable law; (2) believe that unrestricted disclosure or dissemination of such Confidential Information will cause them some business, commercial, and privacy injury; (3) desire an efficient and practicable means to designate such information as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and thereby help ensure its

continued protection against unwarranted disclosure or dissemination; and (4) have agreed to such means as set forth herein.

Therefore, the Parties request that the Court enter the [Proposed] Stipulated Protective Order in the form attached hereto.

DATED: March 22, 2013

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Elaine K. Kim
    Elaine K. Kim

Attorneys for Defendants Jessica Cornish, UMG Recordings, Inc. (erroneously sued as Universal Music Group, Inc.) and Universal Republic Records, a division of UMG Recordings, Inc.

DATED: March 22, 2013

ONE LLP

By: /s/ Christopher W. Arledge
    Christopher W. Arledge

Attorneys for Plaintiff Will Loomis

## Attestation Regarding Signatures

I, Elaine K. Kim, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 22, 2013

By: /s/ Elaine K. Kim
    Elaine K. Kim