1 Edgar B. Pease III, Esq.   SBN 159919
2 The Law Offices of Edgar B. Pease III
16255 Ventura Blvd., Ste. 704
3 Encino, CA 91436-2311
4 Email: edgarpease@gmail.com
Tel: (818) 981-2200
5 Facsimile: (818) 981-2201

6 Attorneys for Plaintiff, Will Loomis

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL LOOMIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA CORNISH, P/K/A JESSIE J, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; LAVA RECORDS LLC, a limited liability company; UNIVERSAL REPUBLIC RECORDS, business form unknown; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. CV12-5525 RSWL (JEMx)<br><br>Hon. Ronald S.W. Lew<br><br>**DECLARATION OF KRISTIN LOOMIS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Time: 10:00 a.m.<br>Date: November 5, 2013<br>Ctrm: 21 -- 5th Floor – Spring Street |

**TO DEFENDANTS AND THEIR ATTORNEY(S) OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, WILL LOOMIS, does hereby file the attached Declaration of Kristin Loomis.

---

DECLARATION OF KRISTIN LOOMIS

28 to Kings of Spain, Inc.. Attached to my Deposition Transcript and

2

Edgar B. Pease III, Esq.   SBN 159919
The Law Offices of Edgar B. Pease III
16255 Ventura Blvd., Ste. 704
Encino, CA 91436-2311
Email: edgarpease@gmail.com
Tel: (818) 981-2200
Facsimile: (818) 981-2201

Attorney for Plaintiff, Will Loomis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL LOOMIS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>JESSICA CORNISH, P/K/A JESSIE J, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; LAVA RECORDS LLC, a limited liability company; UNIVERSAL REPUBLIC RECORDS, business form unknown; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. CV12-5525 RSWL (JEMx)<br><br>Hon. Ronald S.W. Lew<br><br>**DECLARATION OF ANDY GESNER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Time: 10:00 a.m.<br>Date: November 5, 2013<br>Ctrm: 21 -- 5th Floor – Spring Street |

DECLARATION OF ANDY GESNER

## DECLARATION OF ANDY GESNER

I, ANDY GESNER, declare as follows:

1. I am not a party to this matter. This declaration is based on my personal knowledge, and if called as a witness I could and would competently testify to the matters herein.

2. I respectfully submit this declaration on personal knowledge as to matters stated therein and in support of Plaintiff's Will Loomis' Opposition to Defendants' Motion for Summary Judgment.

3. I am the owner of HIP Video Promo, a national video promotion company.

4. I began working with Loomis and the Lust in June of 2009. I started working to promote their "Bright Red Chords" music video in June of 2009.

5. HIP Video Promo is a full service music video promotion company with over eight years of experience. We work extensively with major labels (Universal, Columbia, Atlantic) and labels with major distribution (Astralwerks, Mute, CBS), but we specialize in helping smaller labels like Merge, Sub Pop, Polyvinyl, Chocolate Industries, and Side One Dummy get the word out about their artists and videos. We even help many independent artists with no label affiliation at all.

6. HIP Video Promo will promote an artist's music video to select national and regional video shows, retail video pools (outlets that provide in-store music video programming to retailers), video-on-demand providers, nightclubs, and various high profile internet outlets.

7. HIP Video Promo has built the most impressive client roster in the industry, promoting videos by such epic talents as Morrissey

(currently), Johnny Cash, Elvis Costello and Motley Crue. HIP Video Promo has also been on the ground floor with artists like Death Cab For Cutie, Bloc Party, of Montreal, The Kooks, Metric and others on their way to stardom.

8. I first met Will Loomis and his band, Loomis and the Lust, at their CD release show at Piano's in New York City on July 15, 2009. I interviewed Loomis and the Lust about "Bright Red Chords" and helped promote "Bright Red Chords" in 2009 and 2010.

9. In 2009, I distributed the "Bright Red Chords" music video to hundreds of media outlets including television and cable broadcasts, such as MTV Latin America (35 million potential viewers across 21 countries) and JBTV in the Midwest (5 million potential viewers) and Power Play Music TV (17.8 million viewers in over 40 states), among other television outlets.

10. The "Bright Red Chords" music video played in retail stores including Harley Davidson and Footlocker. During the months of July and August, 2009, the "Bright Red Chords" video was played in 2,400 Footlocker, Champs and Foot Reactions stores across the United States.

11. "Bright Red Chords" reached hundreds of retail outlets through VME Media.

12. VME Media is a retail pool that provides music video content to major electronic stores, restaurants, hotels, nightclubs and other retail locations in California and Nevada. This was a huge addition to the "Bright Red Chords" promotion campaign because VME Media's 24 hour, commercial free programming is seen by over 5 million viewers every month.

13. In July, 2009, "Bright Red Chords" was also picked up by retail pool Screenplay. 300 million impressions are made a month by this retail

3

**DECLARATION OF ANDY GESNER**

pool that services music video reels to over 25,000 prominent retailers, nightclubs and restaurants in the United States and Canada.

14. Channel M has also come to the table for Loomis and the Lust's "Bright Red Chords" music video.

15. Channel M distributes reels to over 20,000 retail locations that encompass a web of fashion retail, entertainment software, electronic retailers, and hospitality/restaurants. The "Bright Red Chords" video was distributed on Channel M's video reel for the month of September, 2009.

16. As part of our initial 8 week campaign to promote "Bright Red Chords" in July, 2009, special promotional hard copies of the "Bright Red Chords" CD and music video (DVD) were sent by us to programmers to build buzz and excitement for the song.

17. Hard copies of "Bright Red Chords" were sent to the A+R Channel, MTV/MTV2/MTVU/LOGO/VH1, Fuel, Fuse, Nat Geo music, and many others.

18. These are just some of the promotion highlights my company was able to achieve for "Bright Red Chords".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this <u>30</u>th day of September, 2013, at South River, New Jersey.

*Andrew A Gesner*
ANDY GESNER