Edgar B. Pease III, Esq.   SBN 159919
The Law Offices of Edgar B. Pease III
16255 Ventura Blvd., Ste. 704
Encino, CA 91436-2311
Email: edgarpease@gmail.com
Tel: (818) 981-2200
Facsimile: (818) 981-2201

Attorneys for Plaintiff, Will Loomis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL LOOMIS, an individual,<br><br>    Plaintiff,<br>v.<br><br>JESSICA CORNISH, P/K/A JESSIE J, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; LAVA RECORDS LLC, a limited liability company; UNIVERSAL REPUBLIC RECORDS, business form unknown; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No.  CV12-5525 RSWL (JEMx)<br><br>Hon. Ronald S.W. Lew<br><br>**DECLARATION OF DR. DAVID STERN IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Time: 10:00 a.m.<br>Date: November 5, 2013<br>Ctrm: 21 -- 5th Floor – Spring Street |

DECLARATION OF DR. DAVID STERN

# DECLARATION OF DR. DAVID STERN

I, DR. DAVID STERN, declare as follows:

1. I am not a party to this matter. This declaration is based on my personal knowledge, and if called as a witness I could and would competently testify to the matters herein.

2. I am Plaintiff's designated expert and Musicologist pursuant to FRCP 26.

3. I previously filed my written Report of Expert pursuant to FRCP 26(2) on file herein.

4. I respectfully submit this declaration on personal knowledge as to matters stated therein and in support of Plaintiff's opposition to Defendant's motion for summary judgment.

5. There is substantial similarity between the verse melodies of "Bright Red Chords" and "Domino".

6. Melodic differences pointed out by the defense are insufficient to make the verse melodic material of "Domino" truly different melodies from the verse melodic material of "Bright Red Chords".

7. The melodic material of "Bright Red Chords" does not represent common musical expression.

8. The initial eight bars of melodic material of both verses of "Domino" (and the ending of the first verse in bars 18-19) are substantially similar to that of "Bright Red Chords".

9. Eighteen bars of verse material (the first eight bars of both verses and the ending of verse 1) are sufficient material to make a determination of substantial similarity between "Bright Red Chords" and "Domino".

1  10.  All verse phrases for the initial eight bars of both verses to "Domino" start out with the same distinct rhythm and pitch content as heard in the opening phrase of "Bright Red Chords".

11.  The verse line in "Domino", "I'm Seeing Hollywood Stars" is the closest to the verse melody of "Bright Red Chords".

12.  The verse melody for "Bright Red Chords" and the line of music in "Domino" to the words "I'm seeing Hollywood stars" only contains slight insignificant variations of the same melodic idea.  A small flourish at the end of the same melodic phrase does not turn it into a new, original melody.

13.  "Bright Red Chords" and "Domino" have the same pitch content through the entire first measure of the verse up to the arrival on $f\#^1$ on the next downbeat.

14.  The rhythm of the first measure of Figure A is also the same in both songs, with only one of the smallest possible exceptions, two eighth notes $d^1$ on the fourth beat of bar 10 in "Bright Red Chords" bar and one quarter note $d^1$ on the corresponding fourth beat of "Domino", bar 4.  Both compared songs have the same note ($d^1$) arriving on the fourth beat and occupying its entire duration, all within the same melodic context.

15.  Both "Bright Red Chords" and "Domino" share in common the $f\#^1$ arrived at on the second downbeat of the verse phrase, at times embellished by a lower neighbor note and is not enough of a musical duration or new invention, to render the use of Figure A in "Domino" any further than a variant of Figure A, found in "Bright Red Chords".  This distinction is not significant enough to make a determination that the two compared verses are not substantially similar.

3

**DECLARATION OF DR. DAVID STERN**

16. It is commonplace to make minor changes to melodies that do not constitute changing a melody into a different melody, but simply add some kind of small embellishment or variation to the same melody.

17. It is extremely common for there to be such small variants or embellishments of a single melody in the course of singing more than one verse to a song.

18. Abstractly defined rhythms and pitches are not protected in copyright. Those same elements do become copyrightable when they are part of a distinct melodic idea.

19. At no time have I ever stated that Mr. Loomis's melody is merely common musical expression available for anyone's use and ineligible for copyright protection.

20. The melody to "Bright Red Chords" is original and distinct.

21. "Out of Sight" starts with a similar melody phrase, but whereas there is no difference in the pitch content in the first bar of Example 4 from the Defendants' Expert Witness' Report in "Bright Red Chords" and "Domino", there are two different pitches in "Out of Sight".

22. There is no sufficient musical relationship between the opening phrases in Example 4 song "Fire" that would support a classification of the variants of just one single melody. This melodic phrase sits almost entirely on just one note and has a different rhythm from the first melodic phrase of "Bright Red Chords".

23. The final melody of Example 4, "It Must Be Magic" is in minor. "Bright Red Chords" is in major.

24. The scale degrees in "It Must Be Magic" are different (oscillating between 5 and natural 7 rather than 6-1). There are differences in rhythm, intervals and melodic direction.

4

DECLARATION OF DR. DAVID STERN

25. Measures 9 and 13 of "Bright Red Chords" have seven notes, the allegedly corresponding measures of "Domino" (measures 4 and 8) only have six pitches, however this is not dispositive because the difference that occurs here is the result of a difference in number of syllables in lyrics, not melody.

26. There is a difference between what constitutes an embellishment or minor variation of a single musical idea and what is sufficient to make a completely independent melody.

27. The "same" pickup in "Domino" corresponds to the melodic material of the catchy opening phrase of "Bright Red Chords", which is then heard repeatedly in "Domino", either in essentially the same form, slightly varied, or with the ending B-A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of October, 2013, at Bellflower, California.

_Dr. David Stern_
Dr. David Stern