## Jerome Promotions Radio Report
## 2535 Winthrope Way
## Lawrenceville, GA 30044
## 770-982-7055
## hitcd@bellsouth.net

*Loomis and the Lust  / "Bright Red Chords" / Kings of Spain Records*
*071910*

October 26, 2010

### New Adds
None

| Airplay | Spins |
|---|---|
| FM102 Internet / San Francisco, CA | 7 |
| I-Radio LA / Covina, CA Internet | 80 stress trax |
| KBHI / Cape Girardeau, MO | 8 |
| KCAJ / Roseau, MN | 21 stress trax (getting good response) |
| KFMI / Eureka, CA | 14 |
| KGY / Olympia, WA | 24 not much response |
| KIQX / Durango, CO | 7 no response |
| KIXY / San Angelo, TX  **R&R Reporter | 25 no response |
| KLBQ / Eldorado, AR  **R&R Reporter | 45 stress trax  #1 |
| KREZ / Cape Girardeau, MO | 9 |
| KTRL / Stephenville, TX | 8 |
| KUOO / Spirit Lake, IA | 8 |
| KURT / Stephenville, TX | 8 |
| KZEW / Wheatland, WY | drop, no response |
| Lexpop / Lexington, KY | 37 - #1 |
| WGTA / Thomaston, GA | 14 |
| WIDE / Troy, NY Top 40 Internet | 60 |
| WJER / Dover, OH | 20 not much response |
| WJTW / Marietta, OH | 10 |
| WKIB / Cape Girardeau, MO | 9 |
| WMOA / Marietta, OH | 10 no response |

LOOMIS 001763

WMQT / Marquette, MI                26 light response
WOCO / Oconto, WI                   11 no response
WREZ / Paducah, KY                   9
WYUL / Burlington, VT               drop, no response

LOOMIS 001764

# EXHIBIT "15"

JEROME PROMOSTIONS PLAYLIST REPORT

iRADIO  LA 08/03/10

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Tuesday, August 03, 2010 3:20 PM
**Subject:** Playlist from iRADIO LA



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com
GM: Mark Maverick
PD: Mark Coon    MD: Casey Fallen

spins tracking system
S·T·S

Playlist for Reporting
Week: Aug 03, 2010
12:00 PM to Aug 10,
2010 11:59 AM (Pacific
Time)

Exhibit 15
K. Loomis
8/26/13
*reporter: nikki roy*
*CSR No. 3052*

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Arianna - I just Want Something Real (Alto) | 99 | Stress Trax |
| 2. Jae E - Me 2 (La La Entertainment) | 99 | |
| 3. Chubby Checker - The Fly (Teec/Red) | 99 | |
| 4. Nikki Chavez - Shadows Of September (In Tune) | 99 | |
| 5. Kevin Lucas Orchestra - I'm Not Ready (Coast) | 99 | |
| 6. Kenneth Roy - You Don't Need Me (Physico) | 99 | |
| 7. Morten Woods - The Habit (Gateway) | 99 | |
| 8. Natasha James - Tequila Time (Highway One) | 99 | |
| 9. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 | |
| 10. Kelly Crook - BFF (Mini Mogul Music) | 99 | |
| 11. Alyson - Shoobadoo (PM Media) | 99 | |
| 12. Rita - Love Has Begun (Power Music) | 99 | |
| 13. Allison Bohmann - Living In A Nightmare (Allie B) | 99 | Stress Trax |
| 14. Hifi - She's My Girl (Generic/RED) | 99 | |
| 15. Brant Miller - Every Life Is Sacred (Nanjo) | 99 | |

**LOOMIS 001567**

| | |
|---|---|
| 16. Kelly Crook - Can't Stop (Mini Mogul Music) | 99 |
| 17. The Fray - You Found Me (Epic/Sony) | 99 |
| 18. Eden Langworthy – When Life Was A Ride In The Country (WHP) | 99 |
| 19. Jimmy White - So Far Behind (WPM) | 99 |
| 20. Avery Watts - Takeover (Ind) | 99 |
| 21. Patrissia - Green Eyes (Fargain) | 99 |
| 22. Colbie Caillat - Fallin' For You (Universal Republic) | 99 |
| 23. Amanda Morra - 1 And Only (Costa Music) | 99 |
| 24. Matt Backer - Oh No Don't Cry (Warm Fuzz) | 99 |
| 25. Alwaz - Luv Alwaz (Gift) | 99 |
| 26. Father Time - 2 Step (Timeless) | 99 |
| 27. Brant Miller - I Left Those Things (Nanjo) | 99 |
| 28. Amanda Morra - Room To Breathe (Costa Music) | 99 |
| 29. Rausch - No Fair (Ronim Rojam) | 99 |
| 30. Ember - The Deep End (VSR) | 99 |
| 31. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 99 |
| 32. Gari Geiselman - Touching The Eifel Tower (Starways) | 99 |
| 33. Natasha James - If You Think This Is Love (Highway One) | 99 |
| 34. Curd - Nobody Else (Ind) | 99 |
| 35. Heather Youmans - Girl To Change Your World (Caption) | 99 |
| 36. Limits - I Look So Good (Cleopatra) | 99 |
| 37. Hired Gun Project - Southern Comfort (Hired Hand) | 99 |
| 38. Rietsa - Perfect Gentleman (Fire Media Group) | 99 |
| 39. Lee Striemer - Take It Like That (Musically Your) | 99 |
| 40. Keyrei - Therapy (Voa Music Group) | 99 |
| 41. Crosby Loggins - Seriously (Jive/Zomba) | 99 |
| 42. Keyrei - Mon Amie (Voa Music Group) | 95 |
| 43. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 95 |
| 44. Kaeli Jensen - Pause Button (Mig Krump) | 95 |
| 45. Alyson - Slip Away (PM Media) | 95 |
| 46. Finding Clyde - Time Waster (Bullfrog) | 90 |
| 47. Taylor Rae - Stay Away (Ind) | 70 |
| 48. Rachael Kahn - On Top Of The World (Real 11 Reel) | 50 |
| 49. Dylan James - Bluebirds (MoDog) | 50 |
| 50. Brant Miller - World Without Guns (Wizard) | 40 |
| 51. Amanda Morra - Kisses (Costa Music) | 40 |
| 52. Pineapple Crackers - Take A Ride (Dakine) | 40 |
| 53. Sean Earle - You've Got It (Paradise) | 40 |
| 54. Mark Radcliffe - In The Sun (Ind) | 40 |
| 55. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 25 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

LOOMIS 001568

Pls alert local fans if any!

------ Forwarded Message
**From:** Jerome Promotions <hitcd@bellsouth.net>
**Date:** Tue, 3 Aug 2010 15:22:23 -0400
**To:** 'Loomis and the Lust' <loomisandthelust@gmail.com>
**Subject:** FW: Playlist from iRADIO LA

---

## iRADIO LA
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com <http://www.indie104.com>
GM: Mark Maverick
PD: Mark Coon    MD: Casey Fallen    <http://www.backstageentertainment.net>

---

Spins Tracking System  staff@spinstrackingsystem.com  www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>

------ End of Forwarded Message

I used myspace, facebook, and reverb to alert the local fans about both iRadio La and the michigan station sent earlier. How exciting!
FYI, two more radio stations added

------ Forwarded Message
**From:** Sarah Raines <sarahjraines@gmail.com>
**Date:** Tue, 3 Aug 2010 13:54:58 -0600
**To:** Loomis and the Lust <loomisandthelust@gmail.com>, Kristin Loomis <kristin_loomis@hhv-6foundation.org>

**LOOMIS 001569**

**Subject:** Re: FW: Playlist from iRADIO LA**From:** Jerome Promotions <hitcd@bellsouth.net <http://hitcd@bellsouth.net> >**To:** 'Loomis and the Lust' <loomisandthelust@gmail.com <http://loomisandthelust@gmail.com> >

Bill Jerome, President
hitcd@bellsouth.net <http://hitcd@bellsouth.net>
770-982-7055

---

Covina, CA 91722
Tel: 626.780.6323   www.indie104.com <http://www.indie104.com>  <http://www.indie104.com>
<http://www.backstageentertainment.net>

---

Spins Tracking System  staff@spinstrackingsystem.com <http://staff@spinstrackingsystem.com>   www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>  <http://www.spinstrackingsystem.com>

**LOOMIS 001570**

This chart counts for next week....

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Thursday, August 19, 2010 3:53 PM
**Subject:** Playlist from iRADIO LA



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com
GM: Mark Maverick
PD: Mark Coon    MD: Casey Fallen



Playlist for Reporting
Week: Aug 17, 2010
12:00 PM to Aug 24,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Hifi - She's My Girl (Generic/RED) | 99 |
| 2. Nikki Chavez - Shadows Of September (In Tune) | 99 |
| 3. Kevin Lucas Orchestra - I'm Not Ready (Coast) | 99 |
| 4. Kenneth Roy - You Don't Need Me (Physico) | 99 |
| 5. Morten Woods - The Habit (Gateway) | 99 |
| 6. Natasha James - Tequila Time (Highway One) | 99 |
| 7. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 |
| 8. Kelly Crook - BFF (Mini Mogul Music) | 99 |
| 9. Colbie Caillat - Fallin' For You (Universal Republic) | 99 |
| 10. Chubby Checker - The Fly (Teec/Red) | 99 |
| 11. Jae E - Me 2 (La La Entertainment) | 99 |
| 12. Alyson - Shoobadoo (PM Media) | 99 |
| 13. Brant Miller - Every Life Is Sacred (Nanjo) | 99 |
| 14. Kelly Crook - Can't Stop (Mini Mogul Music) | 99 |

**LOOMIS 001564**

| | |
|---|---|
| 15. The Fray - You Found Me (Epic/Sony) | 99 |
| 16. Eden Langworthy - When Life Was A Ride In The Country (WHP) | 99 |
| 17. Jimmy White - So Far Behind (WPM) | 99 |
| 18. Avery Watts - Takeover (Ind) | 99 |
| 19. Patrissia - Green Eyes (Fargain) | 99 |
| 20. Rita - Love Has Begun (Power Music) | 99 |
| 21. Amanda Morra - 1 And Only (Costa Music) | 99 |
| 22. Matt Backer - Oh No Don't Cry (Warm Fuzz) | 99 |
| 23. Crosby Loggins - Seriously (Jive/Zomba) | 99 |
| 24. Ember - The Deep End (VSR) | 99 |
| 25. Rausch - No Fair (Ronim Rojam) | 99 |
| 26. Amanda Morra - Room To Breathe (Costa Music) | 99 |
| 27. Brant Miller - I Left Those Things (Nanjo) | 99 |
| 28. Father Time - 2 Step (Timeless) | 99 |
| 29. Alwaz - Luv Alwaz (Gift) | 99 |
| 30. Natasha James - If You Think This Is Love (Highway One) | 99 |
| 31. Gari Geiselman - Touching The Eifel Tower (Starways) | 99 |
| 32. Heather Youmans - Girl To Change Your World (Caption) | 99 |
| 33. Limits - I Look So Good (Cleopatra) | 99 |
| 34. Hired Gun Project - Southern Comfort (Hired Hand) | 99 |
| 35. Rietsa - Perfect Gentleman (Fire Media Group) | 99 |
| 36. Curd - Nobody Else (Ind) | 99 |
| 37. Keyrei - Therapy (Voa Music Group) | 99 |
| 38. Lee Striemer - Take It Like That (Musically Your) | 99 |
| 39. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 99 |
| 40. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 95 |
| 41. Kaeli Jensen - Pause Button (Mig Krump) | 95 |
| 42. Alyson - Slip Away (PM Media) | 95 |
| 43. Keyrei - Mon Amie (Voa Music Group) | 95 |
| 44. Finding Clyde - Time Waster (Bullfrog) | 90 |
| 45. Dylan James - Bluebirds (MoDog) | 80 |
| 46. Taylor Rae - Stay Away (Ind) | 80 |
| 47. Allison Bohmann - Living In A Nightmare (Allie B) | 65 |
| 48. Rachael Kahn - On Top Of The World (Real 11 Reel) | 60 |
| 49. Sean Earle - You've Got It (Paradise) | 60 |
| 50. Pineapple Crackers - Take A Ride (Dakine) | 60 |
| 51. Arianna - I just Want Something Real (Alto) | 50 |
| 52. Mark Radcliffe - In The Sun (Ind) | 50 |
| 53. Amanda Morra - Kisses (Costa Music) | 50 |
| 54. Brant Miller - World Without Guns (Wizard) | 50 |
| 55. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 50   Stress Trax |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

LOOMIS 001565

What does stress trax mean?

_____

### iRADIO LA
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com <http://www.indie104.com>
**GM: Mark Maverick**
**PD: Mark Coon    MD: Casey Fallen    <http://www.backstageentertainment.net>**

_____

_____

Spins Tracking System  staff@spinstrackingsystem.com  www.spinstrackingsystem.com <http://
www.spinstrackingsystem.com>

*Loomis & The Lust*
277 San Ysidro Road
Santa Barbara, CA 93108
Phone. 805.695.0753
Cell. 805.705.7766
www.myspace.com/loomisandthelust
They like the song and they think it's a hit we might get more play.....

**From:** Loomis and the Lust [mailto:loomisandthelust@gmail.com]
**Sent:** Thursday, August 19, 2010 4:59 PM
**To:** Jerome Promotions
**Subject:** Re: Playlist from iRADIO LA

**LOOMIS 001566**

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Monday, August 30, 2010 4:48 PM
**Subject:** Playlist from iRADIO LA



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com
GM: Mark Maverick
PD: Mark Coon    MD: Casey Fallen



Playlist for Reporting
Week: Aug 24, 2010
12:00 PM to Aug 31,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Heather Youmans - Girl To Change Your World (Caption) | 99 |
| 2. Amanda Morra - 1 And Only (Costa Music) | 99 |
| 3. Colbie Caillat - Fallin' For You (Universal Republic) | 99 |
| 4. Kelly Crook - BFF (Mini Mogul Music) | 99 |
| 5. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 |
| 6. Natasha James - Tequila Time (Highway One) | 99 |
| 7. Morten Woods - The Habit (Gateway) | 99 |
| 8. Brant Miller - Every Life Is Sacred (Nanjo) | 99 |
| 9. Nikki Chavez - Shadows Of September (In Tune) | 99 |
| 10. Chubby Checker - The Fly (Teec/Red) | 99 |
| 11. Jae E - Me 2 (La La Entertainment) | 99 |
| 12. Alyson - Shoobadoo (PM Media) | 99 |
| 13. Rita - Love Has Begun (Power Music) | 99 |
| 14. Patrissia - Green Eyes (Fargain) | 99 |

LOOMIS 001562

| | |
|---|---|
| 15. Avery Watts - Takeover (Ind) | 99 |
| 16. Jimmy White - So Far Behind (WPM) | 99 |
| 17. Eden Langworthy - When Life Was A Ride In The Country (WHP) | 99 |
| 18. The Fray - You Found Me (Epic/Sony) | 99 |
| 19. Matt Backer - Oh No Don't Cry (Warm Fuzz) | 99 |
| 20. Crosby Loggins - Seriously (Jive/Zomba) | 99 |
| 21. Lee Striemer - Take It Like That (Musically Your) | 99 |
| 22. Finding Clyde - Time Waster (Bullfrog) | 99 |
| 23. Kevin Lucas Orchestra - I'm Not Ready (Coast) | 99 |
| 24. Brant Miller - I Left Those Things (Nanjo) | 99 |
| 25. Father Time - 2 Step (Timeless) | 99 |
| 26. Alwaz - Luv Alwaz (Gift) | 99 |
| 27. Natasha James - If You Think This Is Love (Highway One) | 99 |
| 28. Gari Geiselman - Touching The Eifel Tower (Starways) | 99 |
| 29. Hifi - She's My Girl (Generic/RED) | 99 |
| 30. Keyrei - Therapy (Voa Music Group) | 99 |
| 31. Curd - Nobody Else (Ind) | 99 |
| 32. Rietsa - Perfect Gentleman (Fire Media Group) | 99 |
| 33. Hired Gun Project - Southern Comfort (Hired Hand) | 99 |
| 34. Limits - I Look So Good (Cleopatra) | 99 |
| 35. Kelly Crook - Can't Stop (Mini Mogul Music) | 99 |
| 36. Dylan James - Bluebirds (MoDog) | 90 |
| 37. Allison Bohmann - Living In A Nightmare (Allie B) | 70 |
| 38. Rachael Kahn - On Top Of The World (Real 11 Reel) | 70 |
| 39. Pineapple Crackers - Take A Ride (Dakine) | 70 |
| 40. Sean Earle - You've Got It (Paradise) | 70 |
| 41. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 60  Stress Trax |
| 42. Brant Miller - World Without Guns (Wizard) | 60 |
| 43. Amanda Morra - Kisses (Costa Music) | 60 |
| 44. Mark Radcliffe - In The Sun (Ind) | 60 |
| 45. Taylor Rae - Stay Away (Ind) | 60 |
| 46. Arianna - I just Want Something Real (Alto) | 60 |
| 47. Kenneth Roy - A Better Way (Physico) | 30 |
| 48. Allison Bohmann - Can You Hear Me (Allie B) | 25  Add |
| 49. Keyrei - Mon Amie (Voa Music Group) | Drop |
| 50. Rausch - No Fair (Ronim Rojam) | Drop |
| 51. Ember - The Deep End (VSR) | Drop |
| 52. Matt Roehr - Fuel Into The Fire (Gonzo Music) | Drop |
| 53. Amanda Morra - Room To Breathe (Costa Music) | Drop |
| 54. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | Drop |
| 55. Alyson - Slip Away (PM Media) | Drop |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

**LOOMIS 001563**

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Monday, September 13, 2010 2:47 PM
**Subject:** Playlist from iRADIO LA



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com
GM: Mark Maverick
PD: Mark Coon    MD: Casey Fallen



Playlist for Reporting
Week: Sep 07, 2010
12:00 PM to Sep 14,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Finding Clyde - Time Waster (Bullfrog) | 99 |
| 2. Jae E - Me 2 (La La Entertainment) | 99 |
| 3. Chubby Checker - The Fly (Teec/Red) | 99 |
| 4. Nikki Chavez - Shadows Of September (In Tune) | 99 |
| 5. Kevin Lucas Orchestra - I'm Not Ready (Coast) | 99 |
| 6. Morten Woods - The Habit (Gateway) | 99 |
| 7. Natasha James - Tequila Time (Highway One) | 99 |
| 8. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 |
| 9. Kelly Crook - BFF (Mini Mogul Music) | 99 |
| 10. Alyson - Shoobadoo (PM Media) | 99 |
| 11. Rita - Love Has Begun (Power Music) | 99 |
| 12. Hifi - She's My Girl (Generic/RED) | 99 |
| 13. Brant Miller - Every Life Is Sacred (Nanjo) | 99 |
| 14. Kelly Crook - Can't Stop (Mini Mogul Music) | 99 |

**LOOMIS 001558**

| | | |
|---|---|---|
| 15. The Fray - You Found Me (Epic/Sony) | 99 | |
| 16. Eden Langworthy - When Life Was A Ride In The Country (WHP) | 99 | |
| 17. Jimmy White - So Far Behind (WPM) | 99 | |
| 18. Avery Watts - Takeover (Ind) | 99 | |
| 19. Patrissia - Green Eyes (Fargain) | 99 | |
| 20. Colbie Caillat - Fallin' For You (Universal Republic) | 99 | |
| 21. Amanda Morra - 1 And Only (Costa Music) | 99 | |
| 22. Matt Backer - Oh No Don't Cry (Warm Fuzz) | 99 | |
| 23. Father Time - 2 Step (Timeless) | 99 | |
| 24. Brant Miller - I Left Those Things (Nanjo) | 99 | |
| 25. Amanda Morra - Room To Breathe (Costa Music) | 99 | |
| 26. Rausch - No Fair (Ronim Rojam) | 99 | |
| 27. Ember - The Deep End (VSR) | 99 | |
| 28. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 99 | |
| 29. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 99 | |
| 30. Keyrei - Mon Amie (Voa Music Group) | 99 | |
| 31. Alwaz - Luv Alwaz (Gift) | 99 | |
| 32. Natasha James - If You Think This Is Love (Highway One) | 99 | |
| 33. Gari Geiselman - Touching The Eifel Tower (Starways) | 99 | |
| 34. Crosby Loggins - Seriously (Jive/Zomba) | 99 | |
| 35. Lee Striemer - Take It Like That (Musically Your) | 99 | |
| 36. Keyrei - Therapy (Voa Music Group) | 99 | |
| 37. Curd - Nobody Else (Ind) | 99 | |
| 38. Rietsa - Perfect Gentleman (Fire Media Group) | 99 | |
| 39. Hired Gun Project - Southern Comfort (Hired Hand) | 99 | |
| 40. Limits - I Look So Good (Cleopatra) | 99 | |
| 41. Heather Youmans - Girl To Change Your World (Caption) | 99 | |
| 42. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 80 | Stress Trax |
| 43. Sean Earle - You've Got It (Paradise) | 75 | |
| 44. Rachael Kahn - On Top Of The World (Real 11 Reel) | 75 | |
| 45. Brant Miller - World Without Guns (Wizard) | 65 | |
| 46. Mark Radcliffe - In The Sun (Ind) | 65 | |
| 47. Amanda Morra - Kisses (Costa Music) | 65 | |
| 48. Pineapple Crackers - Take A Ride (Dakine) | 60 | |
| 49. Kenneth Roy - A Better Way (Physico) | 45 | |
| 50. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 35 | |
| 51. Allison Bohmann - Can You Hear Me (Allie B) | 35 | |
| 52. Awake In A Dream - Fall In Love (CSG) | 25 | Add |
| 53. David Juliet - These Days (Ind) | 25 | Add |
| 54. Allison Bohmann - Living In A Nightmare (Allie B) | Drop | |
| 55. Taylor Rae - Stay Away (Ind) | Drop | |
| 56. Dylan James - Bluebirds (MoDog) | Drop | |
| 57. Arianna - I just Want Something Real (Alto) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com   www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

LOOMIS 001559

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Monday, September 20, 2010 2:31 PM



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com
GM: Mark Maverick
PD: Mark Coon     MD: Casey Fallen



Playlist for Reporting
Week: Sep 14, 2010
12:00 PM to Sep 21,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Finding Clyde - Time Waster (Bullfrog) | 99 |
| 2. Jae E - Me 2 (La La Entertainment) | 99 |
| 3. Chubby Checker - The Fly (Teec/Red) | 99 |
| 4. Nikki Chavez - Shadows Of September (In Tune) | 99 |
| 5. Kevin Lucas Orchestra - I'm Not Ready (Coast) | 99 |
| 6. Morten Woods - The Habit (Gateway) | 99 |
| 7. Natasha James - Tequila Time (Highway One) | 99 |
| 8. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 |
| 9. Kelly Crook - BFF (Mini Mogul Music) | 99 |
| 10. Alyson - Shoobadoo (PM Media) | 99 |
| 11. Rita - Love Has Begun (Power Music) | 99 |
| 12. Hifi - She's My Girl (Generic/RED) | 99 |
| 13. Brant Miller - Every Life Is Sacred (Nanjo) | 99 |
| 14. Kelly Crook - Can't Stop (Mini Mogul Music) | 99 |
| 15. The Fray - You Found Me (Epic/Sony) | 99 |
| 16. Eden Langworthy - When Life Was A Ride In The Country (WHP) | 99 |
| 17. Jimmy White - So Far Behind (WPM) | 99 |
| 18. Avery Watts - Takeover (Ind) | 99 |
| 19. Patrissia - Green Eyes (Fargain) | 99 |
| 20. Colbie Caillat - Fallin' For You (Universal Republic) | 99 |
| 21. Amanda Morra - 1 And Only (Costa Music) | 99 |

LOOMIS 001560

| | |
|---|---|
| 22. Matt Backer - Oh No Don't Cry (Warm Fuzz) | 99 |
| 23. Father Time - 2 Step (Timeless) | 99 |
| 24. Brant Miller - I Left Those Things (Nanjo) | 99 |
| 25. Amanda Morra - Room To Breathe (Costa Music) | 99 |
| 26. Rausch - No Fair (Ronim Rojam) | 99 |
| 27. Ember - The Deep End (VSR) | 99 |
| 28. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 99 |
| 29. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 99 |
| 30. Keyrei - Mon Amie (Voa Music Group) | 99 |
| 31. Alwaz - Luv Alwaz (Gift) | 99 |
| 32. Natasha James - If You Think This Is Love (Highway One) | 99 |
| 33. Gari Geiselman - Touching The Eifel Tower (Starways) | 99 |
| 34. Crosby Loggins - Seriously (Jive/Zomba) | 99 |
| 35. Lee Striemer - Take It Like That (Musically Your) | 99 |
| 36. Keyrei - Therapy (Voa Music Group) | 99 |
| 37. Curd - Nobody Else (Ind) | 99 |
| 38. Rietsa - Perfect Gentleman (Fire Media Group) | 99 |
| 39. Hired Gun Project - Southern Comfort (Hired Hand) | 99 |
| 40. Limits - I Look So Good (Cleopatra) | 99 |
| 41. Heather Youmans - Girl To Change Your World (Caption) | 99 |
| 42. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 85   Stress Trax |
| 43. Rachael Kahn - On Top Of The World (Real 11 Reel) | 75 |
| 44. Brant Miller - World Without Guns (Wizard) | 70 |
| 45. Amanda Morra - Kisses (Costa Music) | 70 |
| 46. Mark Radcliffe - In The Sun (Ind) | 70 |
| 47. Sean Earle - You've Got It (Paradise) | 65 |
| 48. Pineapple Crackers - Take A Ride (Dakine) | 50 |
| 49. Kenneth Roy - A Better Way (Physico) | 50 |
| 50. Allison Bohmann - Can You Hear Me (Allie B) | 50 |
| 51. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 40 |
| 52. Awake In A Dream - Fall In Love (CSG) | 30 |
| 53. David Juliet - These Days (Ind) | 30 |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

**LOOMIS 001561**

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Monday, September 27, 2010 4:16 PM
**Subject:** Playlist from iRADIO LA



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323   www.indie104.com
GM: Mark Maverick
PD: Mark Coon    MD: Casey Fallen

spins tracking system

**Playlist for Reporting
Week: Sep 21, 2010
12:00 PM to Sep 28,
2010 11:59 AM (Pacific
Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Finding Clyde - Time Waster (Bullfrog) | 99 |
| 2. Jae E - Me 2 (La La Entertainment) | 99 |
| 3. Chubby Checker - The Fly (Teec/Red) | 99 |
| 4. Nikki Chavez - Shadows Of September (In Tune) | 99 |
| 5. Kevin Lucas Orchestra - I'm Not Ready (Coast) | 99 |
| 6. Morten Woods - The Habit (Gateway) | 99 |
| 7. Natasha James - Tequila Time (Highway One) | 99 |
| 8. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 |
| 9. Kelly Crook - BFF (Mini Mogul Music) | 99 |
| 10. Alyson - Shoobadoo (PM Media) | 99 |
| 11. Rita - Love Has Begun (Power Music) | 99 |
| 12. Hifi - She's My Girl (Generic/RED) | 99 |
| 13. Brant Miller - Every Life Is Sacred (Nanjo) | 99 |
| 14. Kelly Crook - Can't Stop (Mini Mogul Music) | 99 |

LOOMIS 001556

| | |
|---|---|
| 15. The Fray - You Found Me (Epic/Sony) | 99 |
| 16. Eden Langworthy - When Life Was A Ride In The Country (WHP) | 99 |
| 17. Jimmy White - So Far Behind (WPM) | 99 |
| 18. Avery Watts - Takeover (Ind) | 99 |
| 19. Patrissia - Green Eyes (Fargain) | 99 |
| 20. Colbie Caillat - Fallin' For You (Universal Republic) | 99 |
| 21. Amanda Morra - 1 And Only (Costa Music) | 99 |
| 22. Matt Backer - Oh No Don't Cry (Warm Fuzz) | 99 |
| 23. Father Time - 2 Step (Timeless) | 99 |
| 24. Brant Miller - I Left Those Things (Nanjo) | 99 |
| 25. Amanda Morra - Room To Breathe (Costa Music) | 99 |
| 26. Rausch - No Fair (Ronim Rojam) | 99 |
| 27. Ember - The Deep End (VSR) | 99 |
| 28. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 99 |
| 29. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 99 |
| 30. Keyrei - Mon Amie (Voa Music Group) | 99 |
| 31. Alwaz - Luv Alwaz (Gift) | 99 |
| 32. Natasha James - If You Think This Is Love (Highway One) | 99 |
| 33. Gari Geiselman - Touching The Eifel Tower (Starways) | 99 |
| 34. Crosby Loggins - Seriously (Jive/Zomba) | 99 |
| 35. Lee Striemer - Take It Like That (Musically Your) | 99 |
| 36. Keyrei - Therapy (Voa Music Group) | 99 |
| 37. Curd - Nobody Else (Ind) | 99 |
| 38. Rietsa - Perfect Gentleman (Fire Media Group) | 99 |
| 39. Hired Gun Project - Southern Comfort (Hired Hand) | 99 |
| 40. Limits - I Look So Good (Cleopatra) | 99 |
| 41. Heather Youmans - Girl To Change Your World (Caption) | 99 |
| 42. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 90   Stress Trax |
| 43. Rachael Kahn - On Top Of The World (Real 11 Reel) | 75 |
| 44. Brant Miller - World Without Guns (Wizard) | 75 |
| 45. Amanda Morra - Kisses (Costa Music) | 75 |
| 46. Allison Bohmann - Can You Hear Me (Allie B) | 65 |
| 47. Mark Radcliffe - In The Sun (Ind) | 60 |
| 48. Kenneth Roy - A Better Way (Physico) | 55 |
| 49. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 45 |
| 50. David Juliet - These Days (Ind) | 40 |
| 51. Awake In A Dream - Fall In Love (CSG) | 35 |
| 52. Conga Man - Text Mee Baby (Hot Lava) | 30 |
| 53. Brittney Reed - Redneck Town (Fair) | 30 |
| 54. Pineapple Crackers - Take A Ride (Dakine) | Drop |
| 55. Sean Earle - You've Got It (Paradise) | Drop |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001557

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Tuesday, October 05, 2010 2:51 PM
**Subject:** Playlist from iRADIO LA



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com
GM: Mark Maverick
PD: Mark Coon    MD: Casey Fallen



Playlist for Reporting
Week: Oct 05, 2010
12:00 PM to Oct 12,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 99 |
| 2. Finding Clyde - Time Waster (Bullfrog) | 99 |
| 3. Hifi - She's My Girl (Generic/RED) | 99 |
| 4. The Fray - You Found Me (Epic/Sony) | 99 |
| 5. Jimmy White - So Far Behind (WPM) | 99 |
| 6. Avery Watts - Takeover (Ind) | 99 |
| 7. Patrissia - Green Eyes (Fargain) | 99 |
| 8. Rita - Love Has Begun (Power Music) | 99 |
| 9. Nikki Chavez - Shadows Of September (In Tune) | 99 |
| 10. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 |
| 11. Colbie Caillat - Fallin' For You (Universal Republic) | 99 |
| 12. Keyrei - Therapy (Voa Music Group) | 99 |
| 13. Curd - Nobody Else (Ind) | 99 |
| 14. Rietsa - Perfect Gentleman (Fire Media Group) | 99 |

**LOOMIS 001551**

| | | |
|---|---|---|
| 15. Limits - I Look So Good (Cleopatra) | 99 | |
| 16. Gari Geiselman - Touching The Eifel Tower (Starways) | 99 | |
| 17. Rausch - No Fair (Ronim Rojam) | 99 | |
| 18. Ember - The Deep End (VSR) | 99 | |
| 19. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 95 | Stress Trax |
| 20. Amanda Morra - Kisses (Costa Music) | 85 | |
| 21. Brant Miller - World Without Guns (Wizard) | 85 | |
| 22. Rachael Kahn - On Top Of The World (Real 11 Reel) | 85 | |
| 23. Allison Bohmann - Can You Hear Me (Allie B) | 75 | |
| 24. Kenneth Roy - A Better Way (Physico) | 65 | |
| 25. Awake In A Dream - Fall In Love (CSG) | 65 | |
| 26. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 55 | |
| 27. Mark Radcliffe - In The Sun (Ind) | 50 | |
| 28. David Juliet - These Days (Ind) | 50 | |
| 29. Conga Man - Text Mee Baby (Hot Lava) | 35 | |
| 30. Brittney Reed - Redneck Town (Fair) | 35 | |
| 31. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 35 | |
| 32. Jennifer Richman - Beautiful Girl (Dancing Rose) | 25 | |
| 33. Predestined - New Life (Season) | 25 | |
| 34. Ry Smith - Hear Me Now (R.S.M. Entertainment) | 25 | |
| 35. D`Rel - Save You (Ind) | 25 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com   www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

---

From: iRADIO LA [mailto:generalmanager@indie104.com]
Sent: Monday, October 11, 2010 5:05 PM

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 99 | |
| 2. Rita - Love Has Begun (Power Music) | 99 | |
| 3. Patrissia - Green Eyes (Fargain) | 99 | |
| 4. Avery Watts - Takeover (Ind) | 99 | |
| 5. Jimmy White - So Far Behind (WPM) | 99 | |
| 6. The Fray - You Found Me (Epic/Sony) | 99 | |
| 7. Hifi - She's My Girl (Generic/RED) | 99 | |
| 8. Finding Clyde - Time Waster (Bullfrog) | 99 | |
| 9. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 99 | Stress Trax |
| 10. Nikki Chavez - Shadows Of September (In Tune) | 99 | |
| 11. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 | |
| 12. Ember - The Deep End (VSR) | 99 | |
| 13. Rausch - No Fair (Ronim Rojam) | 99 | |
| 14. Gari Geiselman - Touching The Eifel Tower (Starways) | 99 | |
| 15. Limits - I Look So Good (Cleopatra) | 99 | |
| 16. Rietsa - Perfect Gentleman (Fire Media Group) | 99 | |

**LOOMIS 001552**

| | | |
|---|---|---|
| 17. Curd – Nobody Else (Ind) | 99 | |
| 18. Keyrei – Therapy (Voa Music Group) | 99 | |
| 19. Colbie Caillat – Fallin' For You (Universal Republic) | 99 | |
| 20. Brant Miller – World Without Guns (Wizard) | 95 | |
| 21. Amanda Morra – Kisses (Costa Music) | 95 | |
| 22. Rachael Kahn – On Top Of The World (Real 11 Reel) | 95 | |
| 23. Allison Bohmann – Can You Hear Me (Allie B) | 85 | |
| 24. Kenneth Roy – A Better Way (Physico) | 75 | |
| 25. Awake In A Dream – Fall In Love (CSG) | 75 | |
| 26. Mark Radcliffe – In The Sun (Ind) | 65 | |
| 27. Mark August w/Mind F – Wichita Lineman (Donovon Evelyn) | 65 | |
| 28. David Juliet – These Days (Ind) | 65 | |
| 29. Marsha Jewell – I'm Still In Love With You (Jewell Lane) | 45 | |
| 30. Brittney Reed – Redneck Town (Fair) | 45 | |
| 31. Conga Man – Text Mee Baby (Hot Lava) | 45 | |
| 32. Jennifer Richman – Beautiful Girl (Dancing Rose) | 35 | |
| 33. Predestined – New Life (Season) | 35 | |
| 34. Ry Smith – Hear Me Now (Insight) | 35 | |
| 35. EME – Slowdown (Afro Merica) | 40 | Add |
| 36. D`Rel – Save You (Ind) | 25 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

---

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Monday, October 18, 2010 3:10 PM



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com
GM: Mark Maverick
PD: Mark Coon     MD: Casey Fallen



Playlist for Reporting
Week: Oct 12, 2010
12:00 PM to Oct 19,
2010 11:59 AM (Pacific
Time)

LOOMIS 001553

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. The Fray - You Found Me (Epic/Sony) | 99 | |
| 2. Patrissia - Green Eyes (Fargain) | 99 | |
| 3. Rita - Love Has Begun (Power Music) | 99 | |
| 4. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 | |
| 5. Colbie Caillat - Fallin' For You (Universal Republic) | 99 | |
| 6. Awake In A Dream - Fall In Love (CSG) | 99 | |
| 7. Hifi - She's My Girl (Generic/RED) | 99 | |
| 8. Rietsa - Perfect Gentleman (Fire Media Group) | 99 | |
| 9. Finding Clyde - Time Waster (Bullfrog) | 99 | |
| 10. Rausch - No Fair (Ronim Rojam) | 99 | |
| 11. Ember - The Deep End (VSR) | 99 | |
| 12. Avery Watts - Takeover (Ind) | 99 | |
| 13. Brant Miller - World Without Guns (Wizard) | 95 | |
| 14. Kenneth Roy - A Better Way (Physico) | 95 | |
| 15. Allison Bohmann - Can You Hear Me (Allie B) | 95 | Stress Trax |
| 16. Amanda Morra - Kisses (Costa Music) | 95 | |
| 17. David Juliet - These Days (Ind) | 80 | |
| 18. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 80 | |
| 19. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 80 | |
| 20. EME - Slowdown (Afro Merica) | 75 | Stress Trax |
| 21. Conga Man - Text Mee Baby (Hot Lava) | 65 | |
| 22. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 65 | |
| 23. Brittney Reed - Redneck Town (Fair) | 65 | |
| 24. Jennifer Richman - Beautiful Girl (Dancing Rose) | 45 | |
| 25. Predestined - New Life (Season) | 45 | |
| 26. Ry Smith - Hear Me Now (Insight) | 45 | |
| 27. D`Rel - Save You (Ind) | 35 | |
| 28. Jimmy White - Katy Did (WPM) | 25 | Add |
| 29. Meeghan Henry - Fallin' For You (MHI) | 25 | Add |
| 30. Vince Hatfield - Beth (Blue Moon) | 25 | Add |
| 31. Mark Radcliffe - In The Sun (Ind) | Drop | |
| 32. Rachael Kahn - On Top Of The World (Real 11 Reel) | Drop | |
| 33. Jimmy White - So Far Behind (WPM) | Drop | |
| 34. Nikki Chavez - Shadows Of September (In Tune) | Drop | |
| 35. Keyrei - Therapy (Voa Music Group) | Drop | |
| 36. Curd - Nobody Else (Ind) | Drop | |
| 37. Limits - I Look So Good (Cleopatra) | Drop | |
| 38. Gari Geiselman - Touching The Eifel Tower (Starways) | Drop | |
| 39. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | Drop | |

LOOMIS 001554

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001555

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Monday, October 25, 2010 6:16 PM
**Subject:** Playlist from iRADIO LA



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com
GM: Mark Maverick
PD: Mark Coon    MD: Casey Fallen



Playlist for Reporting
Week: Oct 19, 2010
12:00 PM to Oct 26,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Ember - The Deep End (VSR) | 99 | |
| 2. Awake In A Dream - Fall In Love (CSG) | 99 | |
| 3. Allison Bohmann - Can You Hear Me (Allie B) | 99 | Stress Trax |
| 4. Kenneth Roy - A Better Way (Physico) | 99 | |
| 5. Brant Miller - World Without Guns (Wizard) | 99 | |
| 6. Amanda Morra - Kisses (Costa Music) | 99 | |
| 7. Finding Clyde - Time Waster (Bullfrog) | 99 | |
| 8. Hifi - She's My Girl (Generic/RED) | 99 | |
| 9. The Fray - You Found Me (Epic/Sony) | 99 | |
| 10. Avery Watts - Takeover (Ind) | 99 | |
| 11. Rausch - No Fair (Ronim Rojam) | 99 | |
| 12. Rietsa - Perfect Gentleman (Fire Media Group) | 99 | |
| 13. Colbie Caillat - Fallin' For You (Universal Republic) | 99 | |
| 14. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 | |
| 15. Rita - Love Has Begun (Power Music) | 99 | |

**LOOMIS 001549**

| | | |
|---|---|---|
| 16. Patrissia - Green Eyes (Fargain) | 99 | |
| 17. David Juliet - These Days (Ind) | 90 | |
| 18. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 85 | |
| 19. EME – Slowdown (Afro Merica) | 85 | Stress Trax |
| 20. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 80 | Stress Trax |
| 21. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 75 | |
| 22. Brittney Reed - Redneck Town (Fair) | 75 | |
| 23. Conga Man – Text Mee Baby (Hot Lava) | 75 | |
| 24. Jennifer Richman - Beautiful Girl (Dancing Rose) | 55 | |
| 25. Predestined - New Life (Season) | 55 | |
| 26. Ry Smith - Hear Me Now (Insight) | 50 | |
| 27. D`Rel - Save You (Ind) | 45 | |
| 28. Jimmy White - Katy Did (WPM) | 35 | |
| 29. Meeghan Henry - Fallin' For You (MHI) | 35 | |
| 30. Vince Hatfield - Beth (Blue Moon) | 35 | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

LOOMIS 001550

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** iRADIO LA [mailto:generalmanager@indie104.com]
**Sent:** Monday, November 08, 2010 3:23 PM
**Subject:** Playlist from iRADIO LA



**iRADIO LA**
*indie104*
PO Box 1403
Covina, CA 91722
Tel: 626.780.6323  www.indie104.com
GM: Mark Maverick
PD: Mark Coon    MD: Casey Fallen



spins tracking system

Playlist for Reporting
Week: Nov 02, 2010
12:00 PM to Nov 09,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Ember - The Deep End (VSR) | 99 | |
| 2. Amanda Morra - Kisses (Costa Music) | 99 | |
| 3. Brant Miller - World Without Guns (Wizard) | 99 | |
| 4. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 99 | Stress Trax |
| 5. Kenneth Roy - A Better Way (Physico) | 99 | |
| 6. Allison Bohmann - Can You Hear Me (Allie B) | 99 | Stress Trax |
| 7. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 99 | |
| 8. Awake In A Dream - Fall In Love (CSG) | 99 | |
| 9. EME - Slowdown (Afro Merica) | 99 | Stress Trax |
| 10. Finding Clyde - Time Waster (Bullfrog) | 99 | |
| 11. Hifi - She's My Girl (Generic/RED) | 99 | |
| 12. Rausch - No Fair (Ronim Rojam) | 99 | |
| 13. Rietsa - Perfect Gentleman (Fire Media Group) | 99 | |
| 14. Colbie Caillat - Fallin' For You (Universal Republic) | 99 | |
| 15. Inner Circle w/Flo Rida - Candy Girl (Soundbwoy) | 99 | |

**LOOMIS 001547**

| | |
|---|---|
| 16. Rita - Love Has Begun (Power Music) | 99 |
| 17. Patrissia - Green Eyes (Fargain) | 99 |
| 18. Avery Watts - Takeover (Ind) | 99 |
| 19. The Fray - You Found Me (Epic/Sony) | 99 |
| 20. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 95 |
| 21. Brittney Reed - Redneck Town (Fair) | 95 |
| 22. Conga Man - Text Mee Baby (Hot Lava) | 95 |
| 23. David Juliet - These Days (Ind) | 75 |
| 24. Predestined - New Life (Season) | 75 |
| 25. Jennifer Richman - Beautiful Girl (Dancing Rose) | 75 |
| 26. Ry Smith - Hear Me Now (Insight) | 65 |
| 27. D`Rel - Save You (Ind) | 65 |
| 28. Jimmy White - Katy Did (WPM) | 55 |
| 29. Meeghan Henry - Fallin' For You (MHI) | 55 |
| 30. Vince Hatfield - Beth (Blue Moon) | 55 |
| 31. David Unger - Forever Never Maybe (Ind) | 25 Add |
| 32. Sarah Lonsert - He's Gone Again (Rainbow) | 25 Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001548