# EXHIBIT "16"

## JEROME PROMOSTIONS PLAYLIST REPORT

## KFMI-FM 07/20/10

CHECK IT OUT!!!!!!!

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KFMI-FM [mailto:tsebourn@bicoastalmedia.com]
**Sent:** Tuesday, July 27, 2010 2:41 PM
**Subject:** Playlist from KFMI-FM



**KFMI-FM**
*power 96*
5640 South Broadway
Eureka, CA 95503
Tel: (707) 442-2000  Fax: (707) 443-6848
www.power963.com
PD: Tom Sebourn    AMD: Pete Meyer



**Playlist for Reporting
Week: Jul 20, 2010
12:00 PM to Jul 27,
2010 11:59 AM (Pacific
Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 56 |
| 2. Usher w/Will I Am - OMG (LaFace/Zomba) | 49 |
| 3. Ke$ha - Your Love Is My Drug (Sony) | 49 |
| 4. Bob w/Hayley Williams - Airplanes (Atlantic/WEA) | 42 |
| 5. La Roux - Bulletproof (Cherry Tree) | 42 |
| 6. Taio Cruz w/Ludacris - Break Your Heart (Mercury) | 42 |
| 7. Jason Derulo - Ridin Solo (WB/WEA) | 35 |
| 8. Train - Hey, Soul Sister (Columbia/Sony) | 35 |
| 9. Bob w/Bruno Mars - Nothin' On You (Ind) | 35 |
| 10. Travie McCoy w/Bruno Mars - Billionaire (Fueled By Ramen) | 35 |
| 11. Black Eyed Peas - Rock That Body (Interscope) | 35 |
| 12. Shontelle - Impossible (Universal/UMG) | 35 |
| 13. Lady Gaga - Alejandro (Konlive/Interscope) | 35 |
| 14. Script - Breakeven (Sony) | 35 |

Exhibit 16

K. Loomis
8/26/13
*reporter: nikki roy*
CSR No. 3052

LOOMIS 001588

| | | |
|---|---|---|
| 15. Jason Derulo - In My Head (WB/WEA) | 35 | |
| 16. Lady Antebellum - Need You Now (Capitol) | 28 | |
| 17. Nickelback - This Afternoon (Atlantic/WEA) | 28 | |
| 18. Timbaland w/Justin Timberlake - Carry Out (Blackground/Universal) | 28 | |
| 19. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 28 | |
| 20. Kevin Rudolf - I Made It (Cash Money/Universal) | 28 | |
| 21. Young Money - Bedrock (Universal/UMG) | 28 | |
| 22. Rihanna - Rude Boy (DefJam) | 21 | |
| 23. Paramore - The Only Exception (Fueled By Ramen) | 21 | |
| 24. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 21 | |
| 25. Drake - Find Your Love (Motown) | 21 | |
| 26. Jay Z w/Mr Hudson - Young Forever (Roc Nation) | 21 | |
| 27. Timbaland w/Katy Perry - If We Ever Meet Again (Blackground/Universal) | 21 | |
| 28. Taylor Rae - Stay Away (Ind) | 10 | |
| 29. Steve Palmer Band - Apparition (Arythmia) | 10 | |
| 30. Allison Bohmann - Living In A Nightmare (Allie B) | 9 | |
| 31. Matt Brodeur - Misery (Ind) | 8 | |
| 32. Mike Posner - Cooler Than Me (Ind) | 7 | |
| 33. Selena Gomez And The Scene - Naturally (Hollywood) | 7 | |
| 34. Arianna - I Just Want Something Real (Ind) | 7 | |
| 35. Ember - The Deep End (VSR) | 6 | |
| 36. Heather Youmans - It's You Baby (WBE) | 5 | |
| 37. Finding Clyde - Time Waster (Bullfrog) | 5 | |
| 38. Carmen & Camile - Shine On You (Ind) | 5 | |
| 39. Emil - All I Ever Knew Of Love Was You (Ind) | 5 | |
| 40. Keyrei - Therapy (Voa Music Group) | 4 | |
| 41. Sundriedtruth - Underdog (House Arrest) | 4 | |
| 42. Mark Radcliffe - In The Sun (Ind) | 4 | |
| 43. Dylan James - Bluebirds (MoDog) | 4 | |
| 44. Sean Earle - You've Got It (Paradise) | 3 | |
| 45. Shinedown - If You Only Knew (Atlantic/WEA) | 3 | |
| 46. Pineapple Crackers - Take A Ride (Dakine) | 3 | |
| 47. Eric Rowland - Photograph (Ind) | 3 | |
| 48. Amanda Morra - Kisses (Costa Music) | 3 | |
| 49. My Aim Is True - 7 Seconds (Ind) | 3 | |
| 50. Marla Guloien - Tuesday Morning (Ind) | 3 | |
| 51. Alyson - Slip Away (PM Media) | 3 | |
| 52. Marco Bosco - Another Night (Ind) | 3 | |
| 53. Hank & Cupcakes - Ain't No9 Love (Ind) | 2 | |
| 54. Taio Cruz - Dynamite (IDJMG) | 7 | Add |
| 55. Eminem w/Rihanna - Love The Way You Lie (Shady/Aftermath/Interscope) | 7 | Add |
| 56. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 3 | Add |
| 57. Every Avenue - Tell Me Why I'm A Wreck (Ind) | 3 | Add |
| 58. John Nathaniel - My Greatest Breakdown (Ind) | Drop | |
| 59. Last November - Julie (Southern Tracks) | Drop | |
| 60. Freddie T - Gonna Get Away (Ind) | Drop | |
| 61. Heather Youmans - Girl To Change Your World (Caption) | Drop | |
| 62. Meeghan Henry - When I'm 18 (MHI) | Drop | |
| 63. Trans Siberian Orchestra - Believe (Lava/Atlantic) | Drop | |
| 64. Auburn - La La La (Ind) | Drop | |

**LOOMIS 001589**

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

Fifth add – Eureka, CA

------ Forwarded Message
From: Jerome Promotions <hitcd@bellsouth.net>
Date: Tue, 27 Jul 2010 15:14:59 -0400
To: 'Loomis and the Lust' <loomisandthelust@gmail.com>
Subject: FW: Playlist from KFMI-FM

## KFMI-FM
*power 96*
www.power963.com <http://www.power963.com>
**PD: Tom Sebourn   AMD: Pete Meyer**   <http://www.backstageentertainment.net>

Spins Tracking System  staff@spinstrackingsystem.com  www.spinstrackingsystem.com <http://
www.spinstrackingsystem.com>

------ End of Forwarded Message

You'll be the biggest thing in Eureka. Literally. Hahaha

**LOOMIS 001590**

I'm glad we went with this one! Overall, the artists were all happy with their results.
Sent via BlackBerry from T-Mobile

**From:** Loomis and the Lust <loomisandthelust@gmail.com>
**Date:** Tue, 27 Jul 2010 12:23:41 -0700
**To:** Will Loomis<willloomis@gmail.com>; Jimmy Cantillon<jimmy@cantillonentertainment.com>

I think it would be a good idea to promote this on the Myspace.

the best way to do it would be to have an image/name "Bright Red Chords", and say something to the effect of "playing at radio right now in:" then list the stations underneath. We can add more as they come in. Also, we include the station call letters and city, and then the request line phone number. This will encourage L&L fans all over the country to start helping the band build their plays on radio by calling in and requesting BRC at our stations!

This has worked very well for other bands in the past.


Hi Bill.
Question,
Should we promote this on Facebook or Myspace and ask local fans to call the radio station request line?
Kris
Loomis & the Lust

---

### KFMI-FM
*power 96*
www.power963.com <http://www.power963.com>
PD: Tom Sebourn    AMD: Pete Meyer    <http://www.backstageentertainment.net>

---

---

Spins Tracking System  staff@spinstrackingsystem.com  www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>

**Loomis & The Lust**
277 San Ysidro Road
Santa Barbara, CA 93108
Phone. 805.695.0753
Cell. 805.705.7766
www.myspace.com/loomisandthelust

**LOOMIS 001591**

Local fans only. They have to be in the listening area of the radio station. We're just about to send you the tracking report.

**From:** Loomis and the Lust [mailto:loomisandthelust@gmail.com]
**Sent:** Tuesday, July 27, 2010 5:25 PM
**To:** Jerome Promotions
**Subject:** Re: Playlist from KFMI-FM
We can try to find fans in each area. Does it have to be the same town? Or can it be within 25 miles?
Yes, it can be 25 miles away.

**From:** Loomis and the Lust [mailto:loomisandthelust@gmail.com]
**Sent:** Tuesday, July 27, 2010 5:31 PM

**LOOMIS 001592**

Stress Trax again.

------ Forwarded Message
**From:** Jerome Promotions <hitcd@bellsouth.net>
**Date:** Tue, 24 Aug 2010 09:49:46 -0400
**To:** "loomisandthelust@gmail.com" <loomisandthelust@gmail.com>
**Subject:** FW: Playlist from KFMI-FM

GREAT JUMP.....

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KFMI-FM [mailto:tsebourn@bicoastalmedia.com]
**Sent:** Monday, August 23, 2010 8:26 PM
**Subject:** Playlist from KFMI-FM

### KFMI-FM
*power 96*
5640 South Broadway
Eureka, CA 95503
Tel: (707) 442-2000  Fax: (707) 443-6848
www.power963.com <http://www.power963.com>
PD: Tom Sebourn   AMD: Pete Meyer   <http://www.backstageentertainment.net>

Playlist for Reporting Week: Aug 17, 2010 12:00 PM to Aug 24, 2010 11:59 AM (Pacific Time)

Artist - Song (Record Label)   Spins
1. Katy Perry w/Snoop Dogg - California Gurls (Capitol)   56
2. Bob w/Hayley Williams - Airplanes (Atlantic/WEA)   49
3. Mike Posner - Cooler Than Me (Ind)   42
4. Taio Cruz - Dynamite (IDJMG)   42
5. Black Eyed Peas - Rock That Body (Interscope)   35
6. Usher w/Will I Am - OMG (LaFace/Zomba)   35
7. Lady Gaga - Alejandro (Konlive/Interscope)   35
8. Shontelle - Impossible (Universal/UMG)   35

**LOOMIS 003223**

9. Eminem w/Rihanna - Love The Way You Lie (Shady/Aftermath/Interscope)  35
10. Drake - Find Your Love (Motown)  35
11. Jason Derulo - Ridin Solo (WB/WEA)  35
12. Enrique Iglesias w/Pitbull - I Like It (Interscope)  35
13. Travie McCoy w/Bruno Mars - Billionaire (Fueled By Ramen)  35
14. Train - Hey, Soul Sister (Columbia/Sony)  35
15. Bob w/Bruno Mars - Nothin' On You (Ind)  35
16. Kesha - Your Love Is My Drug (Sony)  35
17. La Roux - Bulletproof (Cherry Tree)  35
18. Script - Breakeven (Sony)  35
19. Young Money - Bedrock (Universal/UMG)  28
20. Jason Derulo - In My Head (WB/WEA)  28
21. Maroon 5 - Misery (Octone/J)  28
22. Taio Cruz w/Ludacris - Break Your Heart (Mercury)  28
23. Lady Antebellum - Need You Now (Capitol)  28
24. Kesha - Take It Off (Sony)  21
25. Timbaland w/Justin Timberlake - Carry Out (Blackground/Universal)  14
26. Loomis And The Lust - Bright Red Chords (Kings Of Spain)  12  Stress Trax
27. Finding Clyde - Time Waster (Bullfrog)  10
28. Steve Palmer Band - Apparition (Arythmia)  10
29. Matt Brodeur - Misery (Ind)  8
30. Train - If It's Love (Columbia/Sony)  7
31. Ember - The Deep End (VSR)  6
32. Hank & Cupcakes - Ain't No9 Love (Ind)  5
33. Carmen & Camile - Shine On You (Ind)  5
34. Emil - All I Ever Knew Of Love Was You (Caper)  5
35. Kenneth Roy - A Better Way (Physico)  4
36. Mark Radcliffe - In The Sun (Ind)  4
37. Dylan James - Bluebirds (MoDog)  4
38. Sundriedtruth - Underdog (House Arrest)  4
39. Keyrei - Therapy (Voa Music Group)  4
40. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn)  3
41. Sean Earle - You've Got It (Paradise)  3
42. Every Avenue - Tell Me Why I'm A Wreck (Ind)  3
43. Rekapse - Daylight (Ind)  3
44. Shinedown - If You Only Knew (Atlantic/WEA)  3
45. Marco Bosco - Another Night (Ind)  3
46. Marla Guloien - Tuesday Morning (Ind)  3
47. My Aim Is True - 7 Seconds (Ind)  3
48. Pineapple Crackers - Take A Ride (Dakine)  3
49. Amanda Morra - Kisses (Costa Music)  3
50. Eric Rowland - Photograph (Ind)  3
51. Katy Perry - Teenage Dream (Capitol)  14  Add
52. Bruno Mars - Just The Way You Are (Ind)  7  Add
53. Timbaland w/Katy Perry - If We Ever Meet Again (Blackground/Universal)  Drop
54. Nickelback - This Afternoon (Atlantic/WEA)  Drop
55. Taylor Rae - Stay Away (Ind)  Drop
56. Kevin Rudolf - I Made It (Cash Money/Universal)  Drop
Additional Adds:
57. The Script - The Man Who Can't Be Moved (Phonogenic/Epic)  7  Add

LOOMIS 003224

58. B.O.B. Featuring Rivers Cuomo - Magic (Atlantic)   7   Add

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

------ End of Forwarded Message

LOOMIS 003225

**Bill Jerome, President**
Jerome Promotions, Inc.m
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KFMI-FM [mailto:tsebourn@bicoastalmedia.com]
**Sent:** Monday, September 13, 2010 4:22 PM
**Subject:** Playlist from KFMI-FM



**KFMI-FM**
*power 96*
5640 South Broadway
Eureka, CA 95503
Tel: (707) 442-2000  Fax: (707) 443-6848
www.power963.com
PD: Tom Sebourn    AMD: Pete Meyer



Playlist for Reporting
Week: Sep 07, 2010
12:00 PM to Sep 14,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Taio Cruz - Dynamite (IDJMG) | 56 |
| 2. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 48 |
| 3. Jason Derulo - Ridin Solo (WB/WEA) | 42 |
| 4. Eminem w/Rihanna - Love The Way You Lie (Shady/Aftermath/Interscope) | 42 |
| 5. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 42 |
| 6. Bob w/Hayley Williams - Airplanes (Atlantic/WEA) | 42 |
| 7. Mike Posner - Cooler Than Me (Sony) | 42 |
| 8. Bruno Mars - Just The Way You Are (Elektra/WEA) | 35 |
| 9. Travie McCoy w/Bruno Mars - Billionaire (Fueled By Ramen) | 35 |
| 10. Drake - Find Your Love (Motown) | 35 |
| 11. Young Money - Bedrock (Universal/UMG) | 28 |
| 12. Usher w/Will I Am - OMG (LaFace/Zomba) | 28 |
| 13. Shontelle - Impossible (Universal/UMG) | 28 |
| 14. Katy Perry - Teenage Dream (Capitol) | 28 |

**LOOMIS 001585**

| | | |
|---|---|---|
| 15. Taio Cruz w/Ludacris - Break Your Heart (Mercury) | 28 | |
| 16. Kesha - Take It Off (Sony) | 28 | |
| 17. Maroon 5 - Misery (Octone/J) | 28 | |
| 18. Lady Antebellum - Need You Now (Capitol) | 28 | |
| 19. Bob w/Rivers Cuomo - Magic (Atlantic/WEA) | 21 | |
| 20. Lady Gaga - Alejandro (Konlive/Interscope) | 21 | |
| 21. Train - If It's Love (Columbia/Sony) | 21 | |
| 22. Script - The Man Who Can't Be Moved (Sony) | 14 | |
| 23. Black Eyed Peas - Rock That Body (Interscope) | 14 | |
| 24. Timbaland w/Justin Timberlake - Carry Out (Blackground/Universal) | 14 | |
| 25. Kesha - Your Love Is My Drug (Sony) | 14 | |
| 26. Train - Hey, Soul Sister (Columbia/Sony) | 14 | |
| 27. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 13 | Stress Trax |
| 28. Steve Palmer Band - Apparition (Arythmia) | 10 | |
| 29. Finding Clyde - Time Waster (Bullfrog) | 10 | |
| 30. Matt Brodeur - Misery (Ind) | 8 | |
| 31. Ember - The Deep End (VSR) | 6 | |
| 32. Kenneth Roy - A Better Way (Physico) | 5 | |
| 33. Hank & Cupcakes - Ain't No9 Love (Ind) | 5 | |
| 34. Dylan James - Bluebirds (MoDog) | 5 | |
| 35. Keyrei - Therapy (Voa Music Group) | 4 | |
| 36. Mark Radcliffe - In The Sun (Ind) | 4 | |
| 37. Eric Rowland - Photograph (Ind) | 3 | |
| 38. Rekapse - Daylight (Ind) | 3 | |
| 39. Shinedown - If You Only Knew (Atlantic/WEA) | 3 | |
| 40. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 3 | |
| 41. Amanda Morra - Kisses (Costa Music) | 3 | |
| 42. Every Avenue - Tell Me Why I'm A Wreck (Ind) | 3 | |
| 43. Marco Bosco - Another Night (Ind) | 3 | |
| 44. My Aim Is True - 7 Seconds (Ind) | 3 | |
| 45. Pineapple Crackers - Take A Ride (Dakine) | 3 | |
| 46. Sean Earle - You've Got It (Paradise) | 3 | |
| 47. Marla Guloien - Tuesday Morning (Ind) | 3 | |
| 48. Taylor Swift - Mine (Big Machine/Universal) | 14 | Add |
| 49. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 14 | Add |
| 50. Paramore - The Only Exception (Fueled By Ramen) | 14 | Add |
| 51. Eminem - Not Afraid (Shady/Aftermath/Interscope) | 14 | Add |
| 52. Adam Lambert - If I Had You (RCA/RLG) | 7 | Add |
| 53. One Republic - Secrets (Interscope) | 7 | Add |
| 54. Nelly - Just A Dream (Universal/UMG) | 7 | Add |
| 55. John Mayer - Half Of My Heart (Columbia/Sony) | 7 | Add |
| 56. Allison Bohmann - Can You Hear Me (Allie B) | 5 | Add |
| 57. David Juliet - These Days (Ind) | 5 | Add |
| 58. Awake In A Dream - Fall In Love (CSG) | 3 | Add |
| 59. Carmen & Camile - Shine On You (Ind) | Drop | |
| 60. Jason Derulo - In My Head (WB/WEA) | Drop | |
| 61. Bob w/Bruno Mars - Nothin' On You (Ind) | Drop | |
| 62. Script - Breakeven (Sony) | Drop | |
| 63. Sundriedtruth - Underdog (House Arrest) | Drop | |
| 64. La Roux - Bulletproof (Cherry Tree) | Drop | |
| 65. Emil - All I Ever Knew Of Love Was You (Caper) | Drop | |

Additional Adds:

| | | |
|---|---|---|
| 66. THe Fulcos - Home Alone (IND) | 3 | Add |
| 67. Kropp Circle - Who We Really Are (IND) | 3 | Add |

**LOOMIS 001586**

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001587

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KFMI-FM [mailto:tsebourn@bicoastalmedia.com]
**Sent:** Tuesday, September 21, 2010 1:58 PM
**Subject:** Playlist from KFMI-FM



**KFMI-FM**
*power 96*
**5640 South Broadway**
**Eureka, CA 95503**
**Tel: (707) 442-2000  Fax: (707) 443-6848**
www.power963.com
**PD: Tom Sebourn    AMD: Pete Meyer**



**Playlist for Reporting
Week: Sep 14, 2010
12:00 PM to Sep 21,
2010 11:59 AM (Pacific
Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Taio Cruz - Dynamite (IDJMG) | 56 |
| 2. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 48 |
| 3. Mike Posner - Cooler Than Me (Sony) | 42 |
| 4. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 42 |
| 5. Bob w/Hayley Williams - Airplanes (Atlantic/WEA) | 42 |
| 6. Eminem w/Rihanna - Love The Way You Lie (Shady/Aftermath/Interscope) | 42 |
| 7. Jason Derulo - Ridin Solo (WB/WEA) | 42 |
| 8. Drake - Find Your Love (Motown) | 35 |
| 9. Bruno Mars - Just The Way You Are (Elektra/WEA) | 35 |
| 10. Travie McCoy w/Bruno Mars - Billionaire (Fueled By Ramen) | 35 |
| 11. Shontelle - Impossible (Universal/UMG) | 28 |
| 12. Maroon 5 - Misery (Octone/J) | 28 |
| 13. Katy Perry - Teenage Dream (Capitol) | 28 |
| 14. Kesha - Take It Off (Sony) | 28 |

**LOOMIS 001582**

| | | |
|---|---|---|
| 15. Usher w/Will I Am - OMG (LaFace/Zomba) | 28 | |
| 16. Young Money - Bedrock (Universal/UMG) | 28 | |
| 17. Lady Antebellum - Need You Now (Capitol) | 28 | |
| 18. Taio Cruz w/Ludacris - Break Your Heart (Mercury) | 28 | |
| 19. Bob w/Rivers Cuomo - Magic (Atlantic/WEA) | 21 | |
| 20. Train - If It's Love (Columbia/Sony) | 21 | |
| 21. Lady Gaga - Alejandro (Konlive/Interscope) | 21 | |
| 22. Timbaland w/Justin Timberlake - Carry Out (Blackground/Universal) | 14 | |
| 23. Black Eyed Peas - Rock That Body (Interscope) | 14 | |
| 24. Script - The Man Who Can't Be Moved (Sony) | 14 | |
| 25. Taylor Swift - Mine (Big Machine/Universal) | 14 | |
| 26. Train – Hey, Soul Sister (Columbia/Sony) | 14 | |
| 27. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 14 | |
| 28. Kesha - Your Love Is My Drug (Sony) | 14 | |
| 29. Eminem - Not Afraid (Shady/Aftermath/Interscope) | 14 | |
| 30. Paramore – The Only Exception (Fueled By Ramen) | 14 | |
| 31. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 13 | Stress Trax |
| 32. Steve Palmer Band - Apparition (Arythmia) | 10 | |
| 33. Finding Clyde - Time Waster (Bullfrog) | 10 | |
| 34. Matt Brodeur - Misery (Ind) | 8 | |
| 35. Adam Lambert - If I Had You (RCA/RLG) | 7 | |
| 36. Nelly - Just A Dream (Universal/UMG) | 7 | |
| 37. John Mayer - Half Of My Heart (Columbia/Sony) | 7 | |
| 38. One Republic - Secrets (Interscope) | 7 | |
| 39. Ember - The Deep End (VSR) | 6 | |
| 40. Allison Bohmann - Can You Hear Me (Allie B) | 5 | |
| 41. Kenneth Roy - A Better Way (Physico) | 5 | |
| 42. Dylan James - Bluebirds (MoDog) | 5 | |
| 43. Hank & Cupcakes - Ain't No9 Love (Ind) | 5 | |
| 44. David Juliet - These Days (Ind) | 5 | |
| 45. Mark Radcliffe - In The Sun (Ind) | 4 | |
| 46. Keyrei - Therapy (Voa Music Group) | 4 | |
| 47. Marco Bosco - Another Night (Ind) | 3 | |
| 48. Amanda Morra - Kisses (Costa Music) | 3 | |
| 49. Shinedown - If You Only Knew (Atlantic/WEA) | 3 | |
| 50. Kropp Circle - Who We Really Are (Ind) | 3 | |
| 51. Fulcos - Home Alone (Ind) | 3 | |
| 52. Sean Earle - You've Got It (Paradise) | 3 | |
| 53. Marla Guloien - Tuesday Morning (Ind) | 3 | |
| 54. My Aim Is True - 7 Seconds (Ind) | 3 | |
| 55. Awake In A Dream - Fall In Love (CSG) | 3 | |
| 56. Eric Rowland - Photograph (Ind) | 3 | |
| 57. Pineapple Crackers - Take A Ride (Dakine) | 3 | |
| 58. Rekapse - Daylight (Ind) | 3 | |
| 59. Every Avenue - Tell Me Why I'm A Wreck (Ind) | 3 | |
| 60. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 3 | |
| 61. Brittney Reed - Redneck Town (Fair) | 3 | Add |

LOOMIS 001583

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

**LOOMIS 001584**

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** Jerome Promotions [mailto:hitcd@bellsouth.net]
**Sent:** Monday, October 11, 2010 3:57 PM
**To:** 'KFMI-FM'
**Subject:** RE: Playlist from KFMI-FM

Thanks Big Daddy Tom,

## Bill Jerome, President

Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KFMI-FM [mailto:tsebourn@bicoastalmedia.com]
**Sent:** Monday, October 11, 2010 3:34 PM
**Subject:** Playlist from KFMI-FM



### KFMI-FM
*power 96*
**5640 South Broadway**
**Eureka, CA 95503**
Tel: (707) 442-2000  Fax: (707) 443-6848
www.power963.com
PD: Tom Sebourn    AMD: Pete Meyer



**Playlist for Reporting**
**Week: Oct 05, 2010**
**12:00 PM to Oct 12,**
**2010 11:59 AM (Pacific**
**Time)**

| Artist – Song (Record Label) | Spins |
| --- | --- |
| 1. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 48 |
| 2. Taio Cruz - Dynamite (IDJMG) | 48 |

**LOOMIS 001579**

| | |
|---|---|
| 3. Katy Perry - Teenage Dream (Capitol) | 48 |
| 4. Eminem w/Rihanna - Love The Way You Lie (Shady/Aftermath/Interscope) | 42 |
| 5. Bob w/Hayley Williams - Airplanes (Atlantic/WEA) | 42 |
| 6. Bruno Mars - Just The Way You Are (Elektra/WEA) | 35 |
| 7. Mike Posner - Cooler Than Me (Sony) | 35 |
| 8. Travie McCoy w/Bruno Mars - Billionaire (Fueled By Ramen) | 35 |
| 9. Kesha - Take It Off (Sony) | 35 |
| 10. Maroon 5 - Misery (Octone/J) | 35 |
| 11. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 35 |
| 12. Taylor Swift - Mine (Big Machine/Universal) | 35 |
| 13. Rihanna - Only Girl (IDJMG) | 35 |
| 14. Nelly - Just A Dream (Universal/UMG) | 35 |
| 15. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 28 |
| 16. Shontelle - Impossible (Universal/UMG) | 28 |
| 17. Flo Rida - Club Can't Handle Me (Atlantic/WEA) | 28 |
| 18. Neon Trees - Animal (Mercury) | 21 |
| 19. Drake - Find Your Love (Motown) | 21 |
| 20. Cee Lo Green - Forget You (Elektra/WEA) | 21 |
| 21. One Republic - Secrets (Interscope) | 21 |
| 22. Train - If It's Love (Columbia/Sony) | 21 |
| 23. Adam Lambert - If I Had You (RCA/RLG) | 21 |
| 24. Jason Derulo - Ridin Solo (WB/WEA) | 21 |
| 25. Bob w/Rivers Cuomo - Magic (Atlantic/WEA) | 21 |
| 26. Eminem - Not Afraid (Shady/Aftermath/Interscope) | 14 |
| 27. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 14 |
| 28. Lady Antebellum - Need You Now (Capitol) | 14 |
| 29. Kesha - Your Love Is My Drug (Sony) | 14 |
| 30. Taio Cruz w/Ludacris - Break Your Heart (Mercury) | 14 |
| 31. Steve Palmer Band - Apparition (Arythmia) | 10 |
| 32. John Mayer - Half Of My Heart (Columbia/Sony) | 7 |
| 33. Allison Bohmann - Can You Hear Me (Allie B) | 7 |
| 34. Justin Bieber - U Smile (Island/UMG) | 7 |
| 35. Ember - The Deep End (VSR) | 6 |
| 36. David Juliet - These Days (Ind) | 5 |
| 37. Kenneth Roy - A Better Way (Physico) | 5 |
| 38. D`Rel - Save You (Ind) | 5 |
| 39. Hank & Cupcakes - Ain't No9 Love (Ind) | 5 |
| 40. Mark Radcliffe - In The Sun (Ind) | 4 |
| 41. Amanda Morra - Kisses (Costa Music) | 4 |
| 42. Kaity Jane - Demons On The Dance Floor (Ind) | 4 |
| 43. Rekapse - Daylight (Ind) | 4 |
| 44. Marco Bosco - Another Night (Ind) | 4 |
| 45. Finding Clyde - Time Waster (Bullfrog) | 4 |
| 46. Amanda Shelby - Don't Let Go (Amsea Group) | 3 |
| 47. Shinedown - If You Only Knew (Atlantic/WEA) | 3 |
| 48. Side FX - Sexy Smile (Ind) | 3 |
| 49. Keyrei - Therapy (Voa Music Group) | 3 |
| 50. Brittney Reed - Redneck Town (Fair) | 3 |
| 51. Fulcos - Home Alone (Ind) | 3 |
| 52. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 3 |
| 53. Awake In A Dream - Fall In Love (CSG) | 3 |

LOOMIS 001580

| | | |
|---|---|---|
| 54. Every Avenue - Tell Me Why I'm A Wreck (Ind) | 3 | |
| 55. Kropp Circle - Who We Really Are (Ind) | 3 | |
| 56. Jay Sean w/Nicki Minaj - 2012 (Cash Money/Universal) | 14 | Add |
| 57. Sara Bareilles - King Of Anything (Epic/Sony) | 14 | Add |
| 58. Usher - Hot Tottie (LaFace/Zomba) | 7 | Add |
| 59. Far East Movement - Like A G6 (Ind) | 7 | Add |
| 60. Daughtry - September (RCA/RLG) | 7 | Add |
| 61. Jason Derulo - What If (WB/WEA) | 7 | Add |
| 62. Mike Posner - Please Don't Go (J) | 7 | Add |
| 63. Predestined - New Life (Season) | 3 | Add |
| 64. Young Money - Bedrock (Universal/UMG) | Drop | |
| 65. Script - The Man Who Can't Be Moved (Sony) | Drop | |
| 66. Lady Gaga - Alejandro (Konlive/Interscope) | Drop | |
| 67. Usher w/Will I Am - OMG (LaFace/Zomba) | Drop | |
| 68. Paramore - The Only Exception (Fueled By Ramen) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001581

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KFMI-FM [mailto:tsebourn@bicoastalmedia.com]
**Sent:** Monday, October 18, 2010 4:56 PM
**Subject:** Playlist from KFMI-FM



**KFMI-FM**
*power 96*
5640 South Broadway
Eureka, CA 95503
Tel: (707) 442-2000  Fax: (707) 443-6848
www.power963.com
PD: Tom Sebourn    AMD: Pete Meyer



**Playlist for Reporting
Week: Oct 12, 2010
12:00 PM to Oct 19,
2010 11:59 AM (Pacific
Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Katy Perry - Teenage Dream (Capitol) | 48 |
| 2. Taio Cruz - Dynamite (IDJMG) | 48 |
| 3. Bruno Mars - Just The Way You Are (Elektra/WEA) | 48 |
| 4. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 42 |
| 5. Kesha - Take It Off (Sony) | 42 |
| 6. Eminem w/Rihanna - Love The Way You Lie (Shady/Aftermath/Interscope) | 42 |
| 7. Mike Posner - Cooler Than Me (Sony) | 35 |
| 8. Flo Rida - Club Can't Handle Me (Atlantic/WEA) | 35 |
| 9. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 35 |
| 10. Maroon 5 - Misery (Octone/J) | 35 |
| 11. Rihanna - Only Girl (IDJMG) | 35 |
| 12. Neon Trees - Animal (Mercury) | 35 |
| 13. Cee Lo Green - Forget You (Elektra/WEA) | 35 |
| 14. Nelly - Just A Dream (Universal/UMG) | 35 |

LOOMIS 001574

| | | |
|---|---|---|
| 15. Taylor Swift - Mine (Big Machine/Universal) | 35 | |
| 16. Bob w/Hayley Williams - Airplanes (Atlantic/WEA) | 35 | |
| 17. Travie McCoy w/Bruno Mars - Billionaire (Fueled By Ramen) | 35 | |
| 18. One Republic - Secrets (Interscope) | 28 | |
| 19. Adam Lambert - If I Had You (RCA/RLG) | 28 | |
| 20. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 28 | |
| 21. Far East Movement - Like A G6 (Ind) | 28 | |
| 22. Train - If It's Love (Columbia/Sony) | 21 | |
| 23. Bob w/Rivers Cuomo - Magic (Atlantic/WEA) | 21 | |
| 24. Mike Posner - Please Don't Go (J) | 21 | |
| 25. Jason Derulo - Ridin Solo (WB/WEA) | 21 | |
| 26. Usher - Hot Tottie (LaFace/Zomba) | 14 | |
| 27. Sara Bareilles - King Of Anything (Epic/Sony) | 14 | |
| 28. Daughtry - September (RCA/RLG) | 14 | |
| 29. Jay Sean w/Nicki Minaj - 2012 (Cash Money/Universal) | 14 | |
| 30. Shontelle - Impossible (Universal/UMG) | 14 | |
| 31. Drake - Find Your Love (Motown) | 14 | |
| 32. Eminem - Not Afraid (Shady/Aftermath/Interscope) | 14 | |
| 33. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 14 | |
| 34. Steve Palmer Band - Apparition (Arythmia) | 10 | |
| 35. Allison Bohmann - Can You Hear Me (Allie B) | 7 | |
| 36. Justin Bieber - U Smile (Island/UMG) | 7 | |
| 37. Ember - The Deep End (VSR) | 6 | |
| 38. D`Rel - Save You (Ind) | 5 | |
| 39. David Juliet - These Days (Ind) | 5 | |
| 40. Hank & Cupcakes - Ain't No9 Love (Ind) | 5 | |
| 41. Kenneth Roy - A Better Way (Physico) | 5 | |
| 42. Amanda Morra - Kisses (Costa Music) | 4 | |
| 43. Mark Radcliffe - In The Sun (Ind) | 4 | |
| 44. Marco Bosco - Another Night (Ind) | 4 | |
| 45. Finding Clyde - Time Waster (Bullfrog) | 4 | |
| 46. Kaity Jane - Demons On The Dance Floor (Ind) | 4 | |
| 47. Rekapse - Daylight (Ind) | 4 | |
| 48. Shinedown - If You Only Knew (Atlantic/WEA) | 3 | |
| 49. Keyrei - Therapy (Voa Music Group) | 3 | |
| 50. Awake In A Dream - Fall In Love (CSG) | 3 | |
| 51. Predestined - New Life (Season) | 3 | |
| 52. Side FX - Sexy Smile (Ind) | 3 | |
| 53. Every Avenue - Tell Me Why I'm A Wreck (Ind) | 3 | |
| 54. Amanda Shelby - Don't Let Go (Amsea Group) | 3 | |
| 55. Brittney Reed - Redneck Town (Fair) | 3 | |
| 56. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 3 | |
| 57. Fulcos - Home Alone (Ind) | 3 | |
| 58. Kropp Circle - Who We Really Are (Ind) | 3 | |
| 59. 3OH!3 - Double Vision (Photo Finish/Atlantic) | 7 | Add |
| 60. Will I Am w/Nicki Minaj - Check It Out (Interscope) | 7 | Add |
| 61. Jesse McCartney - Shake (Hollywood) | 7 | Add |
| 62. Fefe Dobson - Stuttering (Island) | 5 | Add |
| 63. EME - Slowdown (Afro Merica) | 4 | Add |
| 64. Jason Derulo - What If (WB/WEA) | Drop | |
| 65. John Mayer - Half Of My Heart (Columbia/Sony) | Drop | |
| 66. Lady Antebellum - Need You Now (Capitol) | Drop | |

LOOMIS 001575

| | | |
|---|---|---|
| 67. Taio Cruz w/Ludacris - Break Your Heart (Mercury) | | Drop |
| 68. Kesha - Your Love Is My Drug (Sony) | | Drop |

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

---

**From:** KFMI-FM [mailto:tsebourn@bicoastalmedia.com]
**Sent:** Monday, October 25, 2010 3:46 PM
**Subject:** Playlist from KFMI-FM



**KFMI-FM**
*power 96*
5640 South Broadway
Eureka, CA 95503
Tel: (707) 442-2000  Fax: (707) 443-6848
www.power963.com
PD: Tom Sebourn    AMD: Pete Meyer

spins tracking system **S-T-S** ™

---

**Playlist for Reporting
Week: Oct 19, 2010
12:00 PM to Oct 26,
2010 11:59 AM (Pacific
Time)**

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Katy Perry - Teenage Dream (Capitol) | 49 |
| 2. Bruno Mars - Just The Way You Are (Elektra/WEA) | 49 |
| 3. Eminem w/Rihanna - Love The Way You Lie (Shady/Aftermath/Interscope) | 42 |
| 4. Rihanna - Only Girl (IDJMG) | 42 |
| 5. Taio Cruz - Dynamite (IDJMG) | 42 |
| 6. Nelly - Just A Dream (Universal/UMG) | 42 |
| 7. Kesha - Take It Off (Sony) | 42 |
| 8. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 42 |
| 9. Cee Lo Green - Forget You (Elektra/WEA) | 35 |

LOOMIS 001576

10. Maroon 5 - Misery (Octone/J)  35
11. Neon Trees - Animal (Mercury)  35
12. Far East Movement - Like A G6 (Ind)  35
13. Enrique Iglesias w/Pitbull - I Like It (Interscope)  35
14. Mike Posner - Cooler Than Me (Sony)  35
15. One Republic - Secrets (Interscope)  35
16. Travie McCoy w/Bruno Mars - Billionaire (Fueled By Ramen)  35
17. Taylor Swift - Mine (Big Machine/Universal)  35
18. Bob w/Hayley Williams - Airplanes (Atlantic/WEA)  35
19. Flo Rida - Club Can't Handle Me (Atlantic/WEA)  35
20. Train - If It's Love (Columbia/Sony)  35
21. Adam Lambert - If I Had You (RCA/RLG)  28
22. Mike Posner - Please Don't Go (J)  28
23. Katy Perry w/Snoop Dogg - California Gurls (Capitol)  28
24. Will I Am w/Nicki Minaj - Check It Out (Interscope)  21
25. Jay Sean w/Nicki Minaj - 2012 (Cash Money/Universal)  21
26. Bob w/Rivers Cuomo - Magic (Atlantic/WEA)  21
27. Jason Derulo - Ridin Solo (WB/WEA)  21
28. Allison Bohmann - Can You Hear Me (Allie B)  15
29. Loomis And The Lust - Bright Red Chords (Kings Of Spain)  14
30. Daughtry - September (RCA/RLG)  14
31. Sara Bareilles - King Of Anything (Epic/Sony)  14
32. Usher - Hot Tottie (LaFace/Zomba)  14
33. Steve Palmer Band - Apparition (Arythmia)  10
34. Jesse McCartney - Shake (Hollywood)  7
35. 3OH!3 - Double Vision (Photo Finish/Atlantic)  7
36. Ember - The Deep End (VSR)  6
37. Fefe Dobson - Stuttering (Island)  5
38. D' Rel - Save You (Ind)  5
39. Kenneth Roy - A Better Way (Physico)  5
40. David Juliet - These Days (Ind)  5
41. Hank & Cupcakes - Ain't Nob Love (Ind)  5
42. EME - Slowdown (Afro Merica)  4
43. Kaity Jane - Demons On The Dance Floor (Ind)  4
44. Rekapse - Daylight (Ind)  4
45. Finding Clyde - Time Waster (Bullfrog)  4
46. Marco Bosco - Another Night (Ind)  4
47. Amanda Morra - Kisses (Costa Music)  4
48. Keyrel - Therapy (Voa Music Group)  3
49. Predestined - New Life (Season)  3
50. Shinedown - If You Only Knew (Atlantic/WEA)  3
51. Side FX - Sexy Smile (Ind)  3
52. Awake In A Dream - Fall In Love (CSG)  3
53. Amanda Shelby - Don't Let Go (Amsea Group)  3
54. Brittney Reed - Redneck Town (Fair)  3
55. Fulcos - Home Alone (Ind)  3
56. Kropp Circle - Who We Really Are (Ind)  3
57. Every Avenue - Tell Me Why I'm A Wreck (Ind)  3
58. Trey Songz - Bottoms Up (Atlantic/WEA)  14  Add
59. Pink - Raise Your Glass (Jive/Zomba)  7  Add
60. Akon - Angel (Konvict Muzik)  7  Add

| | | |
|---|---|---|
| 61. Mark Radcliffe - In The Sun (Ind) | Drop | |
| 62. Drake - Find Your Love (Motown) | Drop | |
| 63. Shontelle - Impossible (Universal/UMG) | Drop | |
| 64. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | Drop | |
| 65. Justin Bieber - U Smile (Island/UMG) | Drop | |
| 66. Eminem - Not Afraid (Shady/Aftermath/Interscope) | Drop | |
| **Additional Adds:** | | |
| 67. Joey King - Nothing At All (IND) | 3 | Add |
| 68. The Ready Set - Love Like Woe (Sire/Decaydance/Reprise) | 7 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001578

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KFMI-FM [mailto:tsebourn@bicoastalmedia.com]
**Sent:** Monday, November 08, 2010 3:47 PM
**Subject:** Playlist from KFMI-FM



**KFMI-FM**
*power 96*
5640 South Broadway
Eureka, CA 95503
Tel: (707) 442-2000  Fax: (707) 443-6848
www.power963.com
PD: Tom Sebourn   AMD: Pete Meyer



**Playlist for Reporting**
**Week: Nov 02, 2010**
**12:00 PM to Nov 09,**
**2010 11:59 AM (Pacific**
**Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Bruno Mars - Just The Way You Are (Elektra/WEA) | 49 |
| 2. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 42 |
| 3. Rihanna - Only Girl (IDJMG) | 42 |
| 4. Kesha - Take It Off (Sony) | 42 |
| 5. Pink - Raise Your Glass (Jive/Zomba) | 42 |
| 6. Nelly - Just A Dream (Universal/UMG) | 42 |
| 7. Far East Movement - Like A G6 (Ind) | 42 |
| 8. Taio Cruz - Dynamite (IDJMG) | 42 |
| 9. Katy Perry - Teenage Dream (Capitol) | 42 |
| 10. Neon Trees - Animal (Mercury) | 35 |
| 11. Mike Posner - Cooler Than Me (Sony) | 35 |
| 12. Taylor Swift - Mine (Big Machine/Universal) | 35 |
| 13. Mike Posner - Please Don't Go (J) | 35 |
| 14. Flo Rida - Club Can't Handle Me (Atlantic/WEA) | 35 |

**LOOMIS 001571**

| | |
|---|---|
| 15. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 35 |
| 16. One Republic - Secrets (Interscope) | 28 |
| 17. Train - If It's Love (Columbia/Sony) | 28 |
| 18. Eminem w/Rihanna - Love The Way You Lie (Shady/Aftermath/Interscope) | 28 |
| 19. Trey Songz - Bottoms Up (Atlantic/WEA) | 28 |
| 20. Cee Lo Green - Forget You (Elektra/WEA) | 28 |
| 21. Maroon 5 - Misery (Octone/J) | 28 |
| 22. Adam Lambert - If I Had You (RCA/RLG) | 28 |
| 23. Jay Sean w/Nicki Minaj - 2012 (Cash Money/Universal) | 21 |
| 24. Bob w/Hayley Williams - Airplanes (Atlantic/WEA) | 21 |
| 25. Will I Am w/Nicki Minaj - Check It Out (Interscope) | 21 |
| 26. Jesse McCartney - Shake (Hollywood) | 21 |
| 27. Allison Bohmann - Can You Hear Me (Allie B) | 17 |
| 28. Travie McCoy w/Bruno Mars - Billionaire (Fueled By Ramen) | 14 |
| 29. Akon - Angel (Konvict Muzik) | 14 |
| 30. Ready Set - Love Like Woe (Sire) | 14 |
| 31. Usher - Hot Tottie (LaFace/Zomba) | 14 |
| 32. Sara Bareilles - King Of Anything (Epic/Sony) | 14 |
| 33. Daughtry - September (RCA/RLG) | 14 |
| 34. Bob w/Rivers Cuomo - Magic (Atlantic/WEA) | 14 |
| 35. 3OH!3 - Double Vision (Photo Finish/Atlantic) | 7 |
| 36. Ember - The Deep End (VSR) | 6 |
| 37. D`Rel - Save You (Ind) | 5 |
| 38. Kropp Circle - Who We Really Are (Ind) | 5 |
| 39. Kenneth Roy - A Better Way (Physico) | 5 |
| 40. Marco Bosco - Another Night (Ind) | 5 |
| 41. Fulcos - Home Alone (Ind) | 5 |
| 42. Hank & Cupcakes - Ain't No9 Love (Ind) | 5 |
| 43. David Juliet - These Days (Ind) | 5 |
| 44. Fefe Dobson - Stuttering (Island) | 5 |
| 45. David Unger - Forever Never Maybe (Ind) | 5 |
| 46. Finding Clyde - Time Waster (Bullfrog) | 4 |
| 47. Kaity Jane - Demons On The Dance Floor (Ind) | 4 |
| 48. EME - Slowdown (Afro Merica) | 4 |
| 49. Keyrei - Therapy (Voa Music Group) | 3 |
| 50. Shinedown - If You Only Knew (Atlantic/WEA) | 3 |
| 51. Joey King - Nothing At All (Ind) | 3 |
| 52. Brittney Reed - Redneck Town (Fair) | 3 |
| 53. Awake In A Dream - Fall In Love (CSG) | 3 |
| 54. Every Avenue - Tell Me Why I'm A Wreck (Ind) | 3 |
| 55. Amanda Shelby - Don't Let Go (Amsea Group) | 3 |
| 56. Predestined - New Life (Season) | 3 |
| 57. Side FX - Sexy Smile (Ind) | 3 |

| | | |
|---|---|---|
| 58. Katy Perry - Firework (Capitol) | 14 | Add |
| 59. Kesha - We R Who We R (Sony) | 7 | Add |
| 60. Sarah Lonsert - He's Gone Again (Rainbow) | 5 | Add |
| 61. Amanda Morra - Kisses (Costa Music) | Drop | |
| 62. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | Drop | |
| 63. Jason Derulo - Ridin Solo (WB/WEA) | Drop | |
| 64. Steve Palmer Band - Apparition (Arythmia) | Drop | |
| 65. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | Drop | |

**LOOMIS 001572**

66. Rekapse - Daylight (Ind)                                        Drop

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001573

# EXHIBIT "17"

## JEROME PROMOSTIONS PLAYLIST REPORT

## KLBQ-FM 07/27/10

CHECK IT OUT!!!

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KLBQ-FM [mailto:danmurphy98_1999@yahoo.com]
**Sent:** Tuesday, July 27, 2010 1:18 PM
**Subject:** Playlist from KLBQ-FM

**KLBQ-FM**
*Todays Best Music Q99*
1904 W. Hillsboro
El Dorado, AR 71730
Tel: (870) 863-5121  Fax: (870) 863-6221
www.klbq99.com
PD: Dan Murphy


spins tracking system

Playlist for Reporting
Week: Jul 20, 2010
12:00 PM to Jul 27,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Taio Cruz w/Ludacris - Break Your Heart (Mercury) | 45 |
| 2. Usher w/Will I Am - OMG (LaFace/Zomba) | 45 |
| 3. Lady Gaga - Alejandro (Konlive/Interscope) | 45 |
| 4. Nickelback - This Afternoon (Atlantic/WEA) | 45 |
| 5. Muse - Uprising (WB/WEA) | 45 |
| 6. John Mayer - Heartbreak Warfare (Columbia/Sony) | 45 |
| 7. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 45 |
| 8. Miley Cyrus - Can't Be Tamed (Disney) | 45 |
| 9. Alwaz - Rainy Days (Gift) | 35 |
| 10. Drake - Find Your Love (Motown) | 35 |
| 11. Maroon 5 - Misery (Octone/J) | 35 |
| 12. Alicia Keys - Unthinkable (J) | 35 |
| 13. Owl City - Hello Seattle (Universal/UMG) | 35 |
| 14. Colbie Caillat - I Never Told You (Universal Republic) | 35 |

Exhibit 17

K. Loomis
8/26/13
*reporter: nikki roy*
*CSR No. 3052*

**LOOMIS 001604**

| | | |
|---|---|---|
| 15. Colby O`Donis - I Wanna Touch You (Konlive/Geffen) | 20 | |
| 16. Goo Goo Dolls - Home (WB/WEA) | 20 | |
| 17. Amanda Morra - Kisses (Costa Music) | 20 | |
| 18. Cavo - Let It Go (Reprise/WEA) | 20 | |
| 19. La Roux - Bulletproof (Cherry Tree) | 20 | |
| 20. Arianna - I just Want Something Real (Ind) | 20 | |
| 21. Taylor Rae - Stay Away (Ind) | 20 | |
| 22. Allison Bohmann - Over The Edge (Allie B) | 20 | |
| 23. Alwaz - Luv Alwaz (Gift) | 20 | |
| 24. Rausch - No Fair (Ronim Rojam) | 15 | |
| 25. Keyrei - Mon Amie (Voa Music Group) | 15 | |
| 26. Finding Clyde - Time Waster (Bullfrog) | 15 | |
| 27. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 15 | |
| 28. Pineapple Crackers - Take A Ride (Dakine) | 15 | |
| 29. Romance On A Rocketship - Skin And Bones (Ind) | 10 | |
| 30. Mark Radcliffe - In The Sun (Ind) | 10 | |
| 31. Rachael Kahn - On Top Of The World (Real 11 Reel) | 10 | |
| 32. Carmen & Camile - Shine On You (Ind) | 10 | |
| 33. Oscillator X - Silicon Samurai (SCI Fidelity) | 10 | |
| 34. Sean Earle - You've Got It (Paradise) | 10 | |
| 35. Brant Miller - World Without Guns (Wizard) | 10 | |
| 36. Father Time - 2 Step (Timeless) | 10 | |
| 37. Meeghan Henry - When I'm 18 (MHI) | 10 | |
| 38. Heather Youmans - It's You Baby (WBE) | 10 | |
| 39. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 10 | |
| 40. Michael Lynne - Here We Are (Coast) | 10 | |
| 41. Taio Cruz - Dynamite (IDJMG) | 10 | Add |
| 42. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 10 | Add |
| 43. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 10 | Add |
| 44. Orianthi - According To You (Geffen/UMG) | Drop | |
| 45. Theory Of A Deadman - All Or Nothing (Roadrunner) | Drop | |
| 46. Kevin Lucas Orchestra - End Of The World (Coast) | Drop | |
| 47. Christina Aguilera - Not Myself Tonight (RCA/RLG) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

Four ADDS so far.

------ Forwarded Message
From: Jerome Promotions <hitcd@bellsouth.net>
Date: Tue, 27 Jul 2010 14:12:44 -0400
To: 'Loomis and the Lust' <loomisandthelust@gmail.com>
Subject: FW: Playlist from KLBQ-FM

LOOMIS 001605

## KLBQ-FM
### *Todays Best Music Q99*
www.klbq99.com <http://www.klbq99.com>
PD: Dan Murphy      <http://www.backstageentertainment.net>

Spins Tracking System  staff@spinstrackingsystem.com  www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>

------ End of Forwarded Message

awesome! this one really seems to be working well.

**From:** KLBQ-FM [mailto:danmurphy98_1999@yahoo.com]
**Sent:** Monday, August 02, 2010 5:22 PM
**Subject:** Playlist from KLBQ-FM

### KLBQ-FM
*Todays Best Music Q99*
PD: Dan Murphy



LOOMIS 001606

Playlist for Reporting
Week: Jul 27, 2010
12:00 PM to Aug 03,
2010 11:59 AM (Pacific
Time)

---------------------------------

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Taio Cruz w/Ludacris - Break Your Heart (Mercury) | 45 | |
| 2. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 45 | |
| 3. Maroon 5 - Misery (Octone/J) | 45 | |
| 4. Drake - Find Your Love (Motown) | 45 | |
| 5. Lady Gaga - Alejandro (Konlive/Interscope) | 45 | |
| 6. Nickelback - This Afternoon (Atlantic/WEA) | 45 | |
| 7. John Mayer - Heartbreak Warfare (Columbia/Sony) | 45 | |
| 8. Miley Cyrus - Can't Be Tamed (Disney) | 45 | |
| 9. Cavo - Let It Go (Reprise/WEA) | 35 | |
| 10. Owl City - Hello Seattle (Universal/UMG) | 35 | |
| 11. La Roux - Bulletproof (Cherry Tree) | 35 | |
| 12. Amanda Morra - Kisses (Costa Music) | 35 | |
| 13. Alicia Keys - Unthinkable (J) | 35 | |
| 14. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 20 | |
| 15. Alwaz - Luv Alwaz (Gift) | 20 | |
| 16. Goo Goo Dolls - Home (WB/WEA) | 20 | |
| 17. Taio Cruz - Dynamite (IDJMG) | 20 | |
| 18. Colby O`Donis - I Wanna Touch You (Konlive/Geffen) | 20 | |
| 19. Arianna - I just Want Something Real (Ind) | 20 | |
| 20. Taylor Rae - Stay Away (Ind) | 20 | |
| 21. Pineapple Crackers - Take A Ride (Dakine) | 15 | |
| 22. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 15 | |
| 23. Keyrei - Mon Amie (Voa Music Group) | 15 | |
| 24. Finding Clyde - Time Waster (Bullfrog) | 15 | |
| 25. Carmen & Camile - Shine On You (Ind) | 15 | |
| 26. Romance On A Rocketship - Skin And Bones (Ind) | 15 | |
| 27. Rausch - No Fair (Ronim Rojam) | 15 | |
| 28. Mark Radcliffe - In The Sun (Ind) | 10 | |
| 29. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 10 | |
| 30. Oscillator X - Silicon Samurai (SCI Fidelity) | 10 | |
| 31. Sean Earle - You've Got It (Paradise) | 10 | |
| 32. Rachael Kahn - On Top Of The World (Real 11 Reel) | 10 | |
| 33. Brant Miller - World Without Guns (Wizard) | 10 | |
| 34. Meeghan Henry - When I'm 18 (MHI) | 10 | |
| 35. Heather Youmans - It's You Baby (WBE) | 10 | |
| 36. Father Time - 2 Step (Timeless) | 10 | |
| 37. Michael Lynne - Here We Are (Coast) | 10 | |
| 38. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 10 | |
| 39. Mike Posner - Cooler Than Me (Ind) | 15 | Add |
| 40. Daughtry - September (RCA/RLG) | 10 | Add |
| 41. Air Tight Experiment - Keep On Rockin (Ind) | 10 | Add |

**LOOMIS 001607**