| | | |
|---|---|---|
| 42. Katy Perry - Teenage Dream (Capitol) | 10 | Add |
| 43. Dylan James - Bluebirds (MoDog) | 10 | Add |
| 44. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 0 | Add |
| 45. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 0 | Add |
| 46. Colbie Caillat - I Never Told You (Universal Republic) | Drop | |
| 47. Muse - Uprising (WB/WEA) | Drop | |
| 48. Allison Bohmann - Over The Edge (Allie B) | Drop | |
| 49. Usher w/Will I Am - OMG (LaFace/Zomba) | Drop | |
| 50. Alwaz - Rainy Days (Gift) | Drop | |

**LOOMIS 001608**

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

---

**From:** KLBQ-FM [mailto:danmurphy98_1999@yahoo.com]
**Sent:** Tuesday, August 17, 2010 5:49 PM
**Subject:** Playlist from KLBQ-FM

**KLBQ-FM**
***Todays Best Music Q99***
**1904 W. Hillsboro**
**El Dorado, AR 71730**
**Tel: (870) 863-5121 Fax: (870) 863-6221**
**www.klbq99.com**
**PD: Dan Murphy**




---

**Playlist for Reporting Week: Aug 17, 2010 12:00 PM to Aug 24, 2010 11:59 AM (Pacific Time)**

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Alicia Keys - Unthinkable (J) | 45 |
| 2. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 45 |
| 3. Amanda Morra - Kisses (Costa Music) | 45 |
| 4. Maroon 5 - Misery (Octone/J) | 45 |
| 5. Drake - Find Your Love (Motown) | 45 |
| 6. Nickelback - This Afternoon (Atlantic/WEA) | 45 |
| 7. John Mayer - Heartbreak Warfare (Columbia/Sony) | 45 |
| 8. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 35 |
| 9. Taio Cruz - Dynamite (IDJMG) | 35 |
| 10. Katy Perry - Teenage Dream (Capitol) | 35 |
| 11. Miley Cyrus - Can't Be Tamed (Disney) | 35 |
| 12. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 35 |
| 13. La Roux - Bulletproof (Cherry Tree) | 35 |
| 14. Mike Posner - Cooler Than Me (Ind) | 35 |

**LOOMIS 001601**

| | |
|---|---|
| 15. Daughtry - September (RCA/RLG) | 25 |
| 16. Goo Goo Dolls - Home (WB/WEA) | 25 |
| 17. Carmen & Camile - Shine On You (Ind) | 25 |
| 18. Romance On A Rocketship - Skin And Bones (Ind) | 25 |
| 19. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 25 |
| 20. Alwaz - Luv Alwaz (Gift) | 25 |
| 21. Finding Clyde - Time Waster (Bullfrog) | 25 |
| 22. Keyrei - Mon Amie (Voa Music Group) | 15 |
| 23. Dylan James - Bluebirds (MoDog) | 15 |
| 24. Air Tight Experiment - Keep On Rockin (Ind) | 15 |
| 25. Nicki Minaj - Your Love (Motown) | 15 |
| 26. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 15 |
| 27. Sean Earle - You've Got It (Paradise) | 15 |
| 28. Mark Radcliffe - In The Sun (Ind) | 15 |
| 29. Pineapple Crackers - Take A Ride (Dakine) | 15 |
| 30. Taylor Rae - Stay Away (Ind) | 15 |
| 31. Rausch - No Fair (Ronim Rojam) | 15 |
| 32. Paramore - The Only Exception (Fueled By Ramen) | 10 |
| 33. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 10 |
| 34. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 10 |
| 35. Kanye West - Power (DefJam) | 10 |
| 36. Father Time - 2 Step (Timeless) | 10 |
| 37. Rachael Kahn - On Top Of The World (Real 11 Reel) | 10 |
| 38. Heather Youmans - It's You Baby (WBE) | 10 |
| 39. Oscillator X - Silicon Samurai (SCI Fidelity) | 10 |
| 40. Meeghan Henry - When I'm 18 (MHI) | 10 |
| 41. Brant Miller - World Without Guns (Wizard) | 10 |
| 42. Kenneth Roy - A Better Way (Physico) | 10 |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

25 plays seems great!
We have alerted fans in each area to call the station. Maybe that helped!
How does this compare to your other efforts on behalf of unsigned artists?

---

**KLBQ-FM**

*Todays Best Music Q99*

www.klbq99.com <http://www.klbq99.com>

PD: Dan Murphy <http://www.backstageentertainment.net>

LOOMIS 001602

---

---

Spins Tracking System staff@spinstrackingsystem.com www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>

*Loomis & The Lust*
277 San Ysidro Road
Santa Barbara, CA 93108
Phone. 805.695.0753
Cell. 805.705.7766
www.myspace.com/loomisandthelust

Sarah, Your emails to local fans must be working! L&L is getting a lot of plays for an unsigned band with stiff competition!
See attached.

------ Forwarded Message
**From:** Jerome Promotions <hitcd@bellsouth.net>
**Date:** Tue, 17 Aug 2010 17:55:36 -0400
**To:** "loomisandthelust@gmail.com" <loomisandthelust@gmail.com>
**Subject:** FW: Playlist from KLBQ-FM

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

---

**From:** KLBQ-FM [mailto:danmurphy98_1999@yahoo.com]
**Sent:** Tuesday, August 17, 2010 5:49 PM
**Subject:** Playlist from KLBQ-FM

**KLBQ-FM**
***Todays Best Music Q99***
**1904 W. Hillsboro**
**El Dorado, AR 71730**
**Tel: (870) 863-5121 Fax: (870) 863-6221**
**www.klbq99.com <http://www.klbq99.com>**
**PD: Dan Murphy** <http://www.backstageentertainment.net>

---

**Playlist for Reporting Week: Aug 17, 2010 12:00 PM to Aug 24, 2010 11:59 AM (Pacific Time)**

---

**Artist - Song (Record Label) Spins**
**1. Alicia Keys - Unthinkable (J) 45**
**2. Katy Perry w/Snoop Dogg - California Gurls (Capitol) 45**
**3. Amanda Morra - Kisses (Costa Music) 45**
**4. Maroon 5 - Misery (Octone/J) 45**
**5. Drake - Find Your Love (Motown) 45**
**6. Nickelback - This Afternoon (Atlantic/WEA) 45**

**LOOMIS 001535**

7. John Mayer - Heartbreak Warfare (Columbia/Sony) 45
8. Enrique Iglesias w/Pitbull - I Like It (Interscope) 35
9. Taio Cruz - Dynamite (IDJMG) 35
10. Katy Perry - Teenage Dream (Capitol) 35
11. Miley Cyrus - Can't Be Tamed (Disney) 35
12. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) 35
13. La Roux - Bulletproof (Cherry Tree) 35
14. Mike Posner - Cooler Than Me (Ind) 35
15. Daughtry - September (RCA/RLG) 25
16. Goo Goo Dolls - Home (WB/WEA) 25
17. Carmen & Camile - Shine On You (Ind) 25
18. Romance On A Rocketship - Skin And Bones (Ind) 25
19. Loomis And The Lust - Bright Red Chords (Kings Of Spain) 25
20. Alwaz - Luv Alwaz (Gift) 25
21. Finding Clyde - Time Waster (Bullfrog) 25
22. Keyrei - Mon Amie (Voa Music Group) 15
23. Dylan James - Bluebirds (MoDog) 15
24. Air Tight Experiment - Keep On Rockin (Ind) 15
25. Nicki Minaj - Your Love (Motown) 15
26. Jimmy White w/Jonell Mosser - Just What I Need (WPM) 15
27. Sean Earle - You've Got It (Paradise) 15
28. Mark Radcliffe - In The Sun (Ind) 15
29. Pineapple Crackers - Take A Ride (Dakine) 15
30. Taylor Rae - Stay Away (Ind) 15
31. Rausch - No Fair (Ronim Rojam) 15
32. Paramore - The Only Exception (Fueled By Ramen) 10
33. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) 10
34. Matt Roehr - Fuel Into The Fire (Gonzo Music) 10
35. Kanye West - Power (DefJam) 10
36. Father Time - 2 Step (Timeless) 10
37. Rachael Kahn - On Top Of The World (Real 11 Reel) 10
38. Heather Youmans - It's You Baby (WBE) 10
39. Oscillator X - Silicon Samurai (SCI Fidelity) 10
40. Meeghan Henry - When I'm 18 (MHI) 10
41. Brant Miller - World Without Guns (Wizard) 10
42. Kenneth Roy - A Better Way (Physico) 10

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

------ End of Forwarded Message

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KLBQ-FM [mailto:danmurphy98_1999@yahoo.com]
**Sent:** Tuesday, August 31, 2010 1:53 PM
**Subject:** Playlist from KLBQ-FM

**KLBQ-FM**
*Todays Best Music Q99*
1904 W. Hillsboro
El Dorado, AR 71730
Tel: (870) 863-5121 Fax: (870) 863-6221
www.klbq99.com
PD: Dan Murphy




Playlist for Reporting Week: Aug 24, 2010 12:00 PM to Aug 31, 2010 11:59 AM (Pacific Time)

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Maroon 5 - Misery (Octone/J) | 45 | |
| 2. Taio Cruz - Dynamite (IDJMG) | 45 | |
| 3. Drake - Find Your Love (Motown) | 45 | |
| 4. Nickelback - This Afternoon (Atlantic/WEA) | 45 | |
| 5. Mike Posner - Cooler Than Me (Ind) | 45 | |
| 6. Alicia Keys - Unthinkable (J) | 45 | |
| 7. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 45 | |
| 8. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 35 | Stress Trax |
| 9. Romance On A Rocketship - Skin And Bones (Ind) | 35 | |
| 10. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 35 | |
| 11. Katy Perry - Teenage Dream (Capitol) | 35 | |
| 12. Daughtry - September (RCA/RLG) | 35 | |
| 13. Miley Cyrus - Can't Be Tamed (Disney) | 35 | |
| 14. Nicki Minaj - Your Love (Motown) | 25 | |
| 15. Sean Earle - You've Got It (Paradise) | 25 | |

LOOMIS 001599

| | | |
|---|---|---|
| 16. Mark Radcliffe - In The Sun (Ind) | 25 | |
| 17. Paramore - The Only Exception (Fueled By Ramen) | 25 | |
| 18. Kesha - Take It Off (Sony) | 25 | |
| 19. Goo Goo Dolls - Home (WB/WEA) | 25 | |
| 20. Finding Clyde - Time Waster (Bullfrog) | 25 | |
| 21. Keyrei - Mon Amie (Voa Music Group) | 15 | |
| 22. Kanye West - Power (DefJam) | 15 | |
| 23. Rausch - No Fair (Ronim Rojam) | 15 | |
| 24. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 15 | |
| 25. Adam Lambert - If I Had You (RCA/RLG) | 15 | |
| 26. Pineapple Crackers - Take A Ride (Dakine) | 15 | |
| 27. Air Tight Experiment - Keep On Rockin (Ind) | 15 | |
| 28. Heather Youmans - It's You Baby (WBE) | 10 | |
| 29. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 10 | |
| 30. Kenneth Roy - A Better Way (Physico) | 10 | |
| 31. Rachael Kahn - On Top Of The World (Real 11 Reel) | 10 | |
| 32. Brant Miller - World Without Guns (Wizard) | 10 | |
| 33. Oscillator X - Silicon Samurai (SCI Fidelity) | 10 | |
| 34. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 10 | |
| 35. Meeghan Henry - When I'm 18 (MHI) | 10 | |
| 36. Allison Bohmann - Can You Hear Me (Allie B) | 10 | Add |
| 37. Bruno Mars - Just The Way You Are (Ind) | 10 | Add |
| 38. Dylan James - Bluebirds (MoDog) | Drop | |
| 39. Taylor Rae - Stay Away (Ind) | Drop | |
| 40. Amanda Morra - Kisses (Costa Music) | Drop | |
| 41. Carmen & Camile - Shine On You (Ind) | Drop | |
| 42. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | Drop | |
| 43. La Roux - Bulletproof (Cherry Tree) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001600

############ 1111111111111111

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KLBQ-FM [mailto:danmurphy98_1999@yahoo.com]
**Sent:** Monday, October 04, 2010 2:24 PM
**Subject:** Playlist from KLBQ-FM

**KLBQ-FM**
***Todays Best Music Q99***
**1904 W. Hillsboro**
**El Dorado, AR 71730**
**Tel: (870) 863-5121 Fax: (870) 863-6221**
**www.klbq99.com**
**PD: Dan Murphy**




**Playlist for Reporting Week: Sep 28, 2010 12:00 PM to Oct 05, 2010 11:59 AM (Pacific Time)**

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 45 | Stress Trax |
| 2. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 45 | |
| 3. Bruno Mars - Just The Way You Are (Elektra/WEA) | 45 | |
| 4. Maroon 5 - Misery (Octone/J) | 45 | |
| 5. Kesha - Take It Off (Sony) | 45 | |
| 6. Drake - Find Your Love (Motown) | 45 | |
| 7. Katy Perry - Teenage Dream (Capitol) | 45 | |
| 8. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 45 | |
| 9. Kanye West - Power (DefJam) | 35 | |
| 10. Daughtry - September (RCA/RLG) | 35 | |
| 11. Romance On A Rocketship - Skin And Bones (Ind) | 35 | |
| 12. Amanda Morra - Kisses (Costa Music) | 35 | |
| 13. Justin Bieber - U Smile (Island/UMG) | 35 | |
| 14. Paramore - The Only Exception (Fueled By Ramen) | 35 | |
| 15. Allison Bohmann - Can You Hear Me (Allie B) | 25 | |

**LOOMIS 001597**

| | | |
|---|---|---|
| 16. Adam Lambert - If I Had You (RCA/RLG) | 25 | |
| 17. Nelly - Just A Dream (Universal/UMG) | 25 | |
| 18. Sean Kingston w/Nicki Minaj - Letting Go (Epic/Sony) | 25 | |
| 19. Taylor Swift - Mine (Big Machine/Universal) | 25 | |
| 20. Finding Clyde - Time Waster (Bullfrog) | 25 | |
| 21. Mark Radcliffe - In The Sun (Ind) | 25 | |
| 22. Neon Trees - Animal (Mercury) | 15 | |
| 23. Air Tight Experiment - Keep On Rockin (Ind) | 15 | |
| 24. Ready Set - Love Like Woe (Sire) | 15 | |
| 25. David Juliet - These Days (Ind) | 15 | |
| 26. Awake In A Dream - Fall In Love (CSG) | 10 | |
| 27. Heather Youmans - It's You Baby (WBE) | 10 | |
| 28. Rachael Kahn - On Top Of The World (Real 11 Reel) | 10 | |
| 29. Steve Sloan - They Promised Me (Mill Valley) | 10 | |
| 30. Jay Sean w/Nicki Minaj - 2012 (Cash Money/Universal) | 15 | Add |
| 31. One Republic - Secrets (Interscope) | 10 | Add |
| 32. D`Rel - Save You (Ind) | 10 | Add |
| 33. Cee Lo Green - Forget You (Elektra/WEA) | 10 | Add |
| 34. Flo Rida - Club Can't Handle Me (Atlantic/WEA) | Drop | |
| 35. Kenneth Roy - A Better Way (Physico) | Drop | |
| 36. Mike Posner - Cooler Than Me (Sony) | Drop | |
| 37. Sean Earle - You've Got It (Paradise) | Drop | |
| 38. Brant Miller - World Without Guns (Wizard) | Drop | |
| 39. Nickelback - This Afternoon (Atlantic/WEA) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KLBQ-FM [mailto:danmurphy98_1999@yahoo.com]
**Sent:** Tuesday, October 19, 2010 1:21 PM
**Subject:** Playlist from KLBQ-FM

**KLBQ-FM**
***Todays Best Music Q99***
**1904 W. Hillsboro**
**El Dorado, AR 71730**
**Tel: (870) 863-5121 Fax: (870) 863-6221**
**www.klbq99.com**
**PD: Dan Murphy**




**Playlist for Reporting Week: Oct 12, 2010 12:00 PM to Oct 19, 2010 11:59 AM (Pacific Time)**

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Kesha - Take It Off (Sony) | 45 | |
| 2. Taylor Swift - Mine (Big Machine/Universal) | 45 | |
| 3. Drake - Find Your Love (Motown) | 45 | |
| 4. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 45 | |
| 5. Maroon 5 - Misery (Octone/J) | 45 | |
| 6. Bruno Mars - Just The Way You Are (Elektra/WEA) | 45 | |
| 7. Katy Perry - Teenage Dream (Capitol) | 45 | |
| 8. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 45 | Stress Trax |
| 9. Enrique Iglesias w/Pitbull - I Like It (Interscope) | 45 | |
| 10. Kanye West - Power (DefJam) | 35 | |
| 11. Allison Bohmann - Can You Hear Me (Allie B) | 35 | |
| 12. Justin Bieber - U Smile (Island/UMG) | 35 | |
| 13. Paramore - The Only Exception (Fueled By Ramen) | 35 | |
| 14. Daughtry - September (RCA/RLG) | 35 | |
| 15. Romance On A Rocketship - Skin And Bones (Ind) | 35 | |

**LOOMIS 001595**

| | | |
|---|---|---|
| 16. Sean Kingston w/Nicki Minaj - Letting Go (Epic/Sony) | 25 | |
| 17. Ready Set - Love Like Woe (Sire) | 25 | |
| 18. David Juliet - These Days (Ind) | 25 | |
| 19. Nelly - Just A Dream (Universal/UMG) | 25 | |
| 20. D`Rel - Save You (Ind) | 25 | |
| 21. Mark Radcliffe - In The Sun (Ind) | 25 | |
| 22. Adam Lambert - If I Had You (RCA/RLG) | 25 | |
| 23. One Republic - Secrets (Interscope) | 15 | |
| 24. Awake In A Dream - Fall In Love (CSG) | 15 | |
| 25. Jay Sean w/Nicki Minaj - 2012 (Cash Money/Universal) | 15 | |
| 26. Neon Trees - Animal (Mercury) | 15 | |
| 27. Cee Lo Green - Forget You (Elektra/WEA) | 10 | |
| 28. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 10 | |
| 29. Steve Sloan - They Promised Me (Mill Valley) | 10 | |
| 30. Cleopatra - Close To You (Isis) | 10 | |
| 31. Predestined - New Life (Season) | 10 | Add |
| 32. Ry Smith - Hear Me Now (Insight) | 10 | Add |
| 33. Mike Posner - Please Don't Go (J) | 10 | Add |
| 34. Pink - Raise Your Glass (Jive/Zomba) | 10 | Add |
| 35. Jimmy White - Katy Did (WPM) | 10 | Add |
| 36. Amanda Morra - Kisses (Costa Music) | Drop | |
| 37. Air Tight Experiment - Keep On Rockin (Ind) | Drop | |
| 38. Rachael Kahn - On Top Of The World (Real 11 Reel) | Drop | |
| 39. Heather Youmans - It's You Baby (WBE) | Drop | |
| 40. Finding Clyde - Time Waster (Bullfrog) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KLBQ-FM [mailto:danmurphy98_1999@yahoo.com]
**Sent:** Tuesday, November 09, 2010 1:55 PM
**Subject:** Playlist from KLBQ-FM

**KLBQ-FM**
***Todays Best Music Q99***
**1904 W. Hillsboro**
**El Dorado, AR 71730**
**Tel: (870) 863-5121 Fax: (870) 863-6221**
**www.kibq99.com**
**PD: Dan Murphy**




**Playlist for Reporting Week: Nov 02, 2010 12:00 PM to Nov 09, 2010 11:59 AM (Pacific Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Kesha - Take It Off (Sony) | 45 |
| 2. Justin Bieber - U Smile (Island/UMG) | 45 |
| 3. Bruno Mars - Just The Way You Are (Elektra/WEA) | 45 |
| 4. Allison Bohmann - Can You Hear Me (Allie B) | 45 |
| 5. Taylor Swift - Mine (Big Machine/Universal) | 45 |
| 6. Usher w/Pitbull - DJ Got Us Fallin' In Love (LaFace/Zomba) | 45 |
| 7. Katy Perry - Teenage Dream (Capitol) | 45 |
| 8. Sean Kingston w/Nicki Minaj - Letting Go (Epic/Sony) | 35 |
| 9. Pink - Raise Your Glass (Jive/Zomba) | 35 |
| 10. Ready Set - Love Like Woe (Sire) | 35 |
| 11. Neon Trees - Animal (Mercury) | 35 |
| 12. D`Rel - Save You (Ind) | 35 |
| 13. Romance On A Rocketship - Skin And Bones (Ind) | 35 |
| 14. Kanye West - Power (DefJam) | 35 |

**LOOMIS 001593**

| | | |
|---|---|---|
| 15. Paramore - The Only Exception (Fueled By Ramen) | 35 | |
| 16. Daughtry - September (RCA/RLG) | 35 | |
| 17. Mike Posner - Please Don't Go (J) | 25 | |
| 18. Jay Sean w/Nicki Minaj - 2012 (Cash Money/Universal) | 25 | |
| 19. Nelly - Just A Dream (Universal/UMG) | 25 | |
| 20. One Republic - Secrets (Interscope) | 25 | |
| 21. Awake In A Dream - Fall In Love (CSG) | 25 | |
| 22. David Juliet - These Days (Ind) | 25 | |
| 23. Mark Radcliffe - In The Sun (Ind) | 25 | |
| 24. Rihanna - Only Girl (IDJMG) | 15 | |
| 25. EME - Slowdown (Afro Merica) | 15 | |
| 26. Cee Lo Green - Forget You (Elektra/WEA) | 15 | |
| 27. Jimmy White - Katy Did (WPM) | 10 | |
| 28. Ry Smith - Hear Me Now (Insight) | 10 | |
| 29. Predestined - New Life (Season) | 10 | |
| 30. Cleopatra - Close To You (Isis) | 10 | |
| 31. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 10 | |
| 32. Brant Miller - World Without Guns (Wizard) | 10 | Add |
| 33. Akon - Angel (Konvict Muzik) | 10 | Add |
| 34. Usher - Hot Tottie (LaFace/Zomba) | 10 | Add |
| 35. David Unger - Forever Never Maybe (Ind) | 10 | Add |
| 36. Will I Am w/Nicki Minaj - Check It Out (Interscope) | 10 | Add |
| 37. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | Drop | |
| 38. Enrique Iglesias w/Pitbull - I Like It (Interscope) | Drop | |
| 39. Drake - Find Your Love (Motown) | Drop | |
| 40. Steve Sloan - They Promised Me (Mill Valley) | Drop | |
| 41. Amanda Morra - Kisses (Costa Music) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

# EXHIBIT "18"

## JEROME PROMOSTIONS PLAYLIST REPORT

## KLBQ-FM 07/31/10

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KQAD-AM [mailto:bthalhuber@klql.threeeagles.com]
**Sent:** Saturday, July 31, 2010 7:08 AM
**Subject:** Playlist from KQAD-AM



**KQAD-AM**
***Station For Lite Favorites***
**1140 150th Avenue**
**Luverne, MN 56156**
**Tel: 888-404-2715 Fax: 507-283-4445**
**www.k101.net**
**PD: Bruce Thalhuber**




**Playlist for Reporting Week: Jul 27, 2010 12:00 PM to Aug 03, 2010 11:59 AM (Pacific Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Allison Bohmann - Living In A Nightmare (Allie B) | 15 |
| 2. Adam Lambert - Whataya Want From Me (RCA/RLG) | 15 |
| 3. Kris Allen - Live Like We're Dying (RCA/RLG) | 15 |
| 4. Arianna - I just Want Something Real (Ind) | 15 |
| 5. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 15 |
| 6. Colbie Caillat - Fallin' For You (Universal Republic) | 15 |
| 7. Taylor Swift - You Belong With Me (Big Machine/Universal) | 15 |
| 8. Rob Thomas - Her Diamonds (Lava/Atlantic) | 15 |
| 9. Pink - Please Don't Leave Me (LaFace/Zomba) | 15 |
| 10. Daughtry - No Surprise (RCA/RLG) | 15 |
| 11. Kelly Clarkson - Already Gone (RCA/RLG) | 15 |
| 12. Uncle Kracker - Smile (Lava/Atlantic) | 15 |
| 13. Lady Antebellum - Need You Now (Capitol) | 15 |
| 14. Sean Earle - You've Got It (Paradise) | 10 |

Exhibit 18
K. Loomis
8/26/13
reporter: nikki roy
CSR No. 3052

LOOMIS 001619

| | |
|---|---|
| 15. Mark Radcliffe - In The Sun (Ind) | 10 |
| 16. Pineapple Crackers - Take A Ride (Dakine) | 10 |
| 17. Dylan James - Bluebirds (MoDog) | 10 |
| 18. Taylor Rae - Stay Away (Ind) | 10 |
| 19. Owl City - Fireflies (Universal/UMG) | 10 |
| 20. John Mayer - Heartbreak Warfare (Columbia/Sony) | 10 |
| 21. Train - Hey, Soul Sister (Columbia/Sony) | 10 |
| 22. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 10 |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KQAD-AM [mailto:bthalhuber@klql.threeeagles.com]
**Sent:** Saturday, August 14, 2010 6:57 AM
**Subject:** Playlist from KQAD-AM




**KQAD-AM**
*Station For Lite Favorites*
1140 150th Avenue
Luverne, MN 56156
Tel: 888-404-2715 Fax: 507-283-4445
www.k101.net
PD: Bruce Thalhuber




---

Playlist for Reporting Week: Aug 10, 2010 12:00 PM to Aug 17, 2010 11:59 AM (Pacific Time)

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Allison Bohmann - Living In A Nightmare (Allie B) | 15 |
| 2. Arianna - I just Want Something Real (Alto) | 15 |
| 3. Kris Allen - Live Like We're Dying (RCA/RLG) | 15 |
| 4. Adam Lambert - Whataya Want From Me (RCA/RLG) | 15 |
| 5. Owl City - Fireflies (Universal/UMG) | 15 |
| 6. Taylor Rae - Stay Away (Ind) | 15 |
| 7. Dylan James - Bluebirds (MoDog) | 15 |
| 8. Pineapple Crackers - Take A Ride (Dakine) | 15 |
| 9. Mark Radcliffe - In The Sun (Ind) | 15 |
| 10. Sean Earle - You've Got It (Paradise) | 15 |
| 11. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 15 |
| 12. Colbie Caillat - Fallin' For You (Universal Republic) | 15 |
| 13. John Mayer - Heartbreak Warfare (Columbia/Sony) | 15 |
| 14. Train - Hey, Soul Sister (Columbia/Sony) | 15 |

LOOMIS 001614

| | |
|---|---|
| 15. Lady Antebellum - Need You Now (Capitol) | 15 |
| 16. Uncle Kracker - Smile (Lava/Atlantic) | 15 |
| 17. Kelly Clarkson - Already Gone (RCA/RLG) | 15 |
| 18. Daughtry - No Surprise (RCA/RLG) | 15 |
| 19. Pink - Please Don't Leave Me (LaFace/Zomba) | 15 |
| 20. Rob Thomas - Her Diamonds (Lava/Atlantic) | 15 |
| 21. Taylor Swift - You Belong With Me (Big Machine/Universal) | 15 |
| 22. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 15 |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

ANOTHER STATION TO ASK FANS TO CALL
I added it to the google doc

------ Forwarded Message
**From:** Jerome Promotions <hitcd@bellsouth.net>
**Date:** Mon, 16 Aug 2010 09:06:10 -0400
**To:** "loomisandthelust@gmail.com" <loomisandthelust@gmail.com>
**Subject:** FW: Playlist from KQAD-AM

---

**KQAD-AM**

www.k101.net <http://www.k101.net>
**PD: Bruce Thalhuber** <http://www.backstageentertainment.net>

---

---

Spins Tracking System staff@spinstrackingsystem.com www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>

------ End of Forwarded Message

LOOMIS 001615

---

**From:** KQAD-AM [mailto:bthalhuber@klgl.threeeagles.com]
**Sent:** Monday, August 23, 2010 6:38 AM
**Subject:** Playlist from KQAD-AM



**KQAD-AM** **PD: Bruce Thalhuber**




---

Playlist for Reporting Week: Aug 17, 2010 12:00 PM to Aug 24, 2010 11:59 AM (Pacific Time)

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Allison Bohmann - Living In A Nightmare (Allie B) | 15 |
| 2. Arianna - I just Want Something Real (Alto) | 15 |
| 3. Kris Allen - Live Like We're Dying (RCA/RLG) | 15 |
| 4. Adam Lambert - Whataya Want From Me (RCA/RLG) | 15 |
| 5. Owl City - Fireflies (Universal/UMG) | 15 |
| 6. Taylor Rae - Stay Away (Ind) | 15 |
| 7. Dylan James - Bluebirds (MoDog) | 15 |
| 8. Pineapple Crackers - Take A Ride (Dakine) | 15 |
| 9. Mark Radcliffe - In The Sun (Ind) | 15 |
| 10. Sean Earle - You've Got It (Paradise) | 15 |
| 11. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 15 |
| 12. Colbie Caillat - Fallin' For You (Universal Republic) | 15 |
| 13. John Mayer - Heartbreak Warfare (Columbia/Sony) | 15 |
| 14. Train - Hey, Soul Sister (Columbia/Sony) | 15 |
| 15. Lady Antebellum - Need You Now (Capitol) | 15 |
| 16. Uncle Kracker - Smile (Lava/Atlantic) | 15 |
| 17. Kelly Clarkson - Already Gone (RCA/RLG) | 15 |
| 18. Daughtry - No Surprise (RCA/RLG) | 15 |

**LOOMIS 001616**

| | |
|---|---|
| 19. Pink - Please Don't Leave Me (LaFace/Zomba) | 15 |
| 20. Rob Thomas - Her Diamonds (Lava/Atlantic) | 15 |
| 21. Taylor Swift - You Belong With Me (Big Machine/Universal) | 15 |
| 22. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 15 |

---

**From:** KQAD-AM [mailto:bthalhuber@klql.threeeagles.com]
**Sent:** Saturday, August 28, 2010 7:16 AM
**Subject:** Playlist from KQAD-AM



**KQAD-AM**
*Station For Lite Favorites*
1140 150th Avenue
Luverne, MN 56156
Tel: 888-404-2715 Fax: 507-283-4445
www.k101.net
PD: Bruce Thalhuber




---

Playlist for Reporting Week: Aug 24, 2010 12:00 PM to Aug 31, 2010 11:59 AM (Pacific Time)

---

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 15 | |
| 2. Mark Radcliffe - In The Sun (Ind) | 15 | |
| 3. Owl City - Fireflies (Universal/UMG) | 15 | |
| 4. Adam Lambert - Whataya Want From Me (RCA/RLG) | 15 | |
| 5. Kris Allen - Live Like We're Dying (RCA/RLG) | 15 | |
| 6. Sean Earle - You've Got It (Paradise) | 15 | |
| 7. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 15 | Stress Trax |
| 8. Colbie Caillat - Fallin' For You (Universal Republic) | 15 | |
| 9. Taylor Swift - You Belong With Me (Big Machine/Universal) | 15 | |
| 10. Rob Thomas - Her Diamonds (Lava/Atlantic) | 15 | |
| 11. Pink - Please Don't Leave Me (LaFace/Zomba) | 15 | |
| 12. Daughtry - No Surprise (RCA/RLG) | 15 | |
| 13. Kelly Clarkson - Already Gone (RCA/RLG) | 15 | |
| 14. Uncle Kracker - Smile (Lava/Atlantic) | 15 | |
| 15. Lady Antebellum - Need You Now (Capitol) | 15 | |

LOOMIS 001617

| | | |
|---|---|---|
| 16. Train - Hey, Soul Sister (Columbia/Sony) | 15 | |
| 17. John Mayer - Heartbreak Warfare (Columbia/Sony) | 15 | |
| 18. Pineapple Crackers - Take A Ride (Dakine) | 15 | |
| 19. Allison Bohmann - Can You Hear Me (Allie B) | 15 | Add |
| 20. Dylan James - Bluebirds (MoDog) | Drop | |
| 21. Taylor Rae - Stay Away (Ind) | Drop | |
| 22. Arianna - I just Want Something Real (Alto) | Drop | |
| 23. Allison Bohmann - Living In A Nightmare (Allie B) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KQAD-AM [mailto:bthalhuber@klgl.threeeagles.com]
**Sent:** Saturday, September 11, 2010 9:04 AM
**Subject:** Playlist from KQAD-AM



**KQAD-AM**
*Station For Lite Favorites*
1140 150th Avenue
Luverne, MN 56156
Tel: 888-404-2715 Fax: 507-283-4445
www.k101.net
PD: Bruce Thalhuber




Playlist for Reporting Week: Sep 07, 2010 12:00 PM to Sep 14, 2010 11:59 AM (Pacific Time)

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. John Mayer - Heartbreak Warfare (Columbia/Sony) | 15 | |
| 2. Allison Bohmann - Can You Hear Me (Allie B) | 15 | |
| 3. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 15 | Stress Trax |
| 4. Sean Earle - You've Got It (Paradise) | 15 | |
| 5. Mark Radcliffe - In The Sun (Ind) | 15 | |
| 6. Pineapple Crackers - Take A Ride (Dakine) | 15 | |
| 7. Adam Lambert - Whataya Want From Me (RCA/RLG) | 15 | |
| 8. Kris Allen - Live Like We're Dying (RCA/RLG) | 15 | |
| 9. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 15 | |
| 10. Colbie Caillat - Fallin' For You (Universal Republic) | 15 | |
| 11. Taylor Swift - You Belong With Me (Big Machine/Universal) | 15 | |
| 12. Train - Hey, Soul Sister (Columbia/Sony) | 15 | |
| 13. Lady Antebellum - Need You Now (Capitol) | 15 | |
| 14. Uncle Kracker - Smile (Lava/Atlantic) | 15 | |

LOOMIS 001611

| | | |
|---|---|---|
| 15. Kelly Clarkson - Already Gone (RCA/RLG) | 15 | |
| 16. Daughtry - No Surprise (RCA/RLG) | 15 | |
| 17. Pink - Please Don't Leave Me (LaFace/Zomba) | 15 | |
| 18. Rob Thomas - Her Diamonds (Lava/Atlantic) | 15 | |
| 19. David Juliet - These Days (Ind) | 10 | Add |
| 20. Owl City - Fireflies (Universal/UMG) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

---

**From:** KQAD-AM [mailto:bthalhuber@klql.threeeagles.com]
**Sent:** Monday, September 20, 2010 7:02 AM
**Subject:** Playlist from KQAD-AM




**KQAD-AM**
*Station For Lite Favorites*
1140 150th Avenue
Luverne, MN 56156
Tel: 888-404-2715 Fax: 507-283-4445
www.k101.net
PD: Bruce Thalhuber




---

Playlist for Reporting Week: Sep 14, 2010 12:00 PM to Sep 21, 2010 11:59 AM (Pacific Time)

---

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. John Mayer - Heartbreak Warfare (Columbia/Sony) | 15 | |
| 2. Allison Bohmann - Can You Hear Me (Allie B) | 15 | |
| 3. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 15 | Stress Trax |
| 4. Sean Earle - You've Got It (Paradise) | 15 | |
| 5. Mark Radcliffe - In The Sun (Ind) | 15 | |
| 6. Pineapple Crackers - Take A Ride (Dakine) | 15 | |

**LOOMIS 001612**

| | |
|---|---|
| 7. Adam Lambert - Whataya Want From Me (RCA/RLG) | 15 |
| 8. Kris Allen - Live Like We're Dying (RCA/RLG) | 15 |
| 9. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 15 |
| 10. Colbie Caillat - Fallin' For You (Universal Republic) | 15 |
| 11. Taylor Swift - You Belong With Me (Big Machine/Universal) | 15 |
| 12. Rob Thomas - Her Diamonds (Lava/Atlantic) | 15 |
| 13. Pink - Please Don't Leave Me (LaFace/Zomba) | 15 |
| 14. Daughtry - No Surprise (RCA/RLG) | 15 |
| 15. Kelly Clarkson - Already Gone (RCA/RLG) | 15 |
| 16. Uncle Kracker - Smile (Lava/Atlantic) | 15 |
| 17. Lady Antebellum - Need You Now (Capitol) | 15 |
| 18. Train - Hey, Soul Sister (Columbia/Sony) | 15 |
| 19. David Juliet - These Days (Ind) | 10 |

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KQAD-AM [mailto:bthalhuber@klql.threeeagles.com]
**Sent:** Monday, September 27, 2010 6:37 AM
**Subject:** Playlist from KQAD-AM




**KQAD-AM**
*Station For Lite Favorites*
1140 150th Avenue
Luverne, MN 56156
Tel: 888-404-2715 Fax: 507-283-4445
www.k101.net
PD: Bruce Thalhuber




Playlist for Reporting Week: Sep 21, 2010 12:00 PM to Sep 28, 2010 11:59 AM (Pacific Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. John Mayer - Heartbreak Warfare (Columbia/Sony) | 15 |
| 2. David Juliet - These Days (Ind) | 15 |
| 3. Allison Bohmann - Can You Hear Me (Allie B) | 15 |
| 4. Mark Radcliffe - In The Sun (Ind) | 15 |
| 5. Adam Lambert - Whataya Want From Me (RCA/RLG) | 15 |
| 6. Kris Allen - Live Like We're Dying (RCA/RLG) | 15 |
| 7. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 15 |
| 8. Colbie Caillat - Fallin' For You (Universal Republic) | 15 |
| 9. Taylor Swift - You Belong With Me (Big Machine/Universal) | 15 |
| 10. Rob Thomas - Her Diamonds (Lava/Atlantic) | 15 |
| 11. Train - Hey, Soul Sister (Columbia/Sony) | 15 |
| 12. Lady Antebellum - Need You Now (Capitol) | 15 |
| 13. Uncle Kracker - Smile (Lava/Atlantic) | 15 |
| 14. Kelly Clarkson - Already Gone (RCA/RLG) | 15 |

LOOMIS 001609

| | | |
|---|---|---|
| 15. Daughtry - No Surprise (RCA/RLG) | 15 | |
| 16. Pink - Please Don't Leave Me (LaFace/Zomba) | 15 | |
| 17. D`Rel - Save You (Ind) | 10 | Add |
| 18. Pineapple Crackers - Take A Ride (Dakine) | Drop | |
| 19. Sean Earle - You've Got It (Paradise) | Drop | |
| 20. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

# EXHIBIT "19"

## JEROME PROMOSTIONS PLAYLIST REPORT

## KQCR-FM 07/25/10

Check it out we have our first add!!

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KQCR-FM [mailto:mike_betten@yahoo.com]
**Sent:** Sunday, July 25, 2010 7:32 PM
**Subject:** Playlist from KQCR-FM




**KQCR-FM**
*Music Of The Heart*
1509 4th Street N.E., Box 495
Hampton, IA 50441-0495
Tel: (641) 456-5656 Fax: (641) 456-5655
www.kqcr.fm
MD: Mike Betten

spins tracking system S-T-S TM

**Playlist for Reporting Week: Jul 20, 2010 12:00 PM to Jul 27, 2010 11:59 AM (Pacific Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Allison Bohmann - Living In A Nightmare (Allie B) | 28 |
| 2. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 28 |
| 3. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 28 |
| 4. Colbie Caillat - I Never Told You (Universal Republic) | 28 |
| 5. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 28 |
| 6. Alyson - Slip Away (PM Media) | 28 |
| 7. Willy Cat - Say You Do (Ind) | 28 |
| 8. Arianna - I just Want Something Real (Ind) | 28 |
| 9. Heart - Hey You (Legacy/RCA) | 28 |
| 10. Farrowtone - Bedroom (Caelum) | 28 |
| 11. Goo Goo Dolls - Home (WB/WEA) | 28 |
| 12. John Mayer - Half Of My Heart (Columbia/Sony) | 28 |
| 13. Taylor Rae - Stay Away (Ind) | 28 |
| 14. Dylan James - Bluebirds (MoDog) | 28 |

Exhibit 19
K. Loomis
8/26/13
reporter: nikki roy
CSR No. 3052

LOOMIS 001638

| | | |
|---|---|---|
| 15. Andrew Heller - Angels Don't Always Have Wings (HMG) | 21 | |
| 16. Rachael Kahn - On Top Of The World (Real 11 Reel) | 21 | |
| 17. Rob Thomas - Mockingbird (Atlantic/WEA) | 21 | |
| 18. Sparkydog And Friends - Red Light (Magic Leap) | 21 | |
| 19. Dana Fialco - A New Beginning (Ind) | 21 | |
| 20. Mark Allan - With Just One Kiss (Ind) | 21 | |
| 21. Joan Armatrading - This Charming Life (429) | 21 | |
| 22. Script - Breakeven (Sony) | 21 | |
| 23. Maroon 5 - Misery (Octone/J) | 21 | |
| 24. Father Time - 2 Step (Timeless) | 21 | |
| 25. Aaron English - Believe (Ind) | 21 | |
| 26. Alwaz - Luv Alwaz (Gift) | 21 | |
| 27. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 21 | |
| 28. Sara Bareilles - King Of Anything (Epic/Sony) | 21 | |
| 29. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 14 | |
| 30. Daughtry - September (RCA/RLG) | 14 | |
| 31. Alex Band - Tonight (Ind) | 14 | |
| 32. Train - If It's Love (Columbia/Sony) | 14 | |
| 33. Mark Radcliffe - In The Sun (Ind) | 14 | |
| 34. Sean Earle - You've Got It (Paradise) | 14 | |
| 35. Pineapple Crackers - Take A Ride (Dakine) | 14 | |
| 36. Sarah McLachlan - Loving You Is Easy (Arista/RLG) | 14 | |
| 37. Justin Dilgard - Morning Sky (Moon Castle) | 14 | |
| 38. Lifehouse - All In (Geffen/UMG) | 14 | |
| 39. Steve Palmer Band - No Words To Say (Arythmia) | 14 | |
| 40. Meeghan Henry - When I'm 18 (MHI) | 14 | |
| 41. Buck McCoy - Man Of The Law (WBE) | 14 | |
| 42. Sarah Lonsert - What Do You Want (Coast) | 14 | |
| 43. My Silent Bravery - Not Necessarily So (2010 MWS) | 14 | |
| 44. Kevin Lucas Orchestra - End Of The World (Coast) | 14 | |
| 45. Michael Lynne - Here We Are (Coast) | 14 | |
| 46. Amanda Morra - Room To Breathe (Costa Music) | 14 | |
| 47. Peace Mafia - Soldier (Divine Write) | 14 | |
| 48. Amanda Morra - 1 And Only (Costa Music) | 14 | |
| 49. Lady Antebellum - Need You Now (Capitol) | 14 | |
| 50. Mayaeni - The Right Way (Ind) | 14 | |
| 51. Brant Miller - World Without Guns (Wizard) | 14 | |
| 52. Angel Taylor - Like You Do (Aware/Columbia) | 14 | |
| 53. Nickelback - This Afternoon (Atlantic/WEA) | 14 | |
| 54. Jennifer Richman - Beautiful Girl (Dancing Rose) | 14 | |
| 55. Kenneth Roy - A Better Way (Physico) | 14 | |
| 56. Heather Youmans - It's You Baby (WBE) | 14 | |
| 57. Snew - We Do What We Want (Coast) | 14 | |
| 58. Jarrett Fenlon - Love A little Bit (Ind) | Drop | |
| 59. Air Supply - Dance With Me (Odds on) | Drop | |
| Additional Adds: | | |
| 60. Loomis and the Lust - Bright Red Chords (Kings of Spain) | 7 | Add |

LOOMIS 001639

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

---

**From:** KQCR-FM [mailto:mike_betten@yahoo.com]
**Sent:** Monday, August 02, 2010 2:09 AM
**Subject:** Playlist from KQCR-FM




**KQCR-FM**
*Music Of The Heart*
1509 4th Street N.E., Box 495
Hampton, IA 50441-0495
Tel: (641) 456-5656 Fax: (641) 456-5655
www.kqcr.fm
MD: Mike Betten




---

Playlist for Reporting Week: Jul 27, 2010 12:00 PM to Aug 03, 2010 11:59 AM (Pacific Time)

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 28 |
| 2. John Mayer - Half Of My Heart (Columbia/Sony) | 28 |
| 3. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 28 |
| 4. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 28 |
| 5. Farrowtone - Bedroom (Caelum) | 28 |
| 6. Colbie Caillat - I Never Told You (Universal Republic) | 28 |
| 7. Alyson - Slip Away (PM Media) | 28 |
| 8. Willy Cat - Say You Do (Ind) | 28 |
| 9. Taylor Rae - Stay Away (Ind) | 28 |
| 10. Andrew Heller - Angels Don't Always Have Wings (HMG) | 28 |
| 11. Goo Goo Dolls - Home (WB/WEA) | 28 |

**LOOMIS 001640**

| | | |
|---|---|---|
| 12. Sparkydog And Friends - Red Light (Magic Leap) | 28 | |
| 13. Heart - Hey You (Legacy/RCA) | 28 | |
| 14. Dylan James - Bluebirds (MoDog) | 28 | |
| 15. Mark Radcliffe - In The Sun (Ind) | 21 | |
| 16. Sean Earle - You've Got It (Paradise) | 21 | |
| 17. Maroon 5 - Misery (Octone/J) | 21 | |
| 18. Rob Thomas - Mockingbird (Atlantic/WEA) | 21 | |
| 19. Sara Bareilles - King Of Anything (Epic/Sony) | 21 | |
| 20. Mark Allan - With Just One Kiss (Ind) | 21 | |
| 21. Pineapple Crackers - Take A Ride (Dakine) | 21 | |
| 22. Steve Palmer Band - No Words To Say (Arythmia) | 21 | |
| 23. Joan Armatrading - This Charming Life (429) | 21 | |
| 24. Dana Fialco - A New Beginning (Ind) | 21 | |
| 25. Rachael Kahn - On Top Of The World (Real 11 Reel) | 21 | |
| 26. Father Time - 2 Step (Timeless) | 21 | |
| 27. Aaron English - Believe (Ind) | 21 | |
| 28. Allison Bohmann - Living In A Nightmare (Allie B) | 21 | |
| 29. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 21 | |
| 30. Script - Breakeven (Sony) | 21 | |
| 31. Alwaz - Luv Alwaz (Gift) | 21 | |
| 32. Amanda Morra - Room To Breathe (Costa Music) | 14 | |
| 33. Lifehouse - All In (Geffen/UMG) | 14 | |
| 34. Kevin Lucas Orchestra - End Of The World (Coast) | 14 | |
| 35. Sarah Lonsert - What Do You Want (Coast) | 14 | |
| 36. Buck McCoy - Man Of The Law (WBE) | 14 | |
| 37. Sarah McLachlan - Loving You Is Easy (Arista/RLG) | 14 | |
| 38. Jennifer Richman - Beautiful Girl (Dancing Rose) | 14 | |
| 39. Train - If It's Love (Columbia/Sony) | 14 | |
| 40. Daughtry - September (RCA/RLG) | 14 | |
| 41. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 14 | |
| 42. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 14 | |
| 43. Snew - We Do What We Want (Coast) | 14 | |
| 44. Justin Dilgard - Morning Sky (Moon Castle) | 14 | |
| 45. Heather Youmans - It's You Baby (WBE) | 14 | |
| 46. Lady Antebellum - Need You Now (Capitol) | 14 | |
| 47. Nickelback - This Afternoon (Atlantic/WEA) | 14 | |
| 48. Angel Taylor - Like You Do (Aware/Columbia) | 14 | |
| 49. Brant Miller - World Without Guns (Wizard) | 14 | |
| 50. Meeghan Henry - When I'm 18 (MHI) | 14 | |
| 51. Kenneth Roy - A Better Way (Physico) | 14 | |
| 52. Amanda Morra - 1 And Only (Costa Music) | 14 | |
| 53. Peace Mafia - Soldier (Divine Write) | 14 | |
| 54. Alex Band - Tonight (Ind) | 14 | |
| 55. Five For Fighting - Slice (Sony) | 7 | Add |
| 56. Michael Lynne - Here We Are (Coast) | Drop | |
| 57. My Silent Bravery - Not Necessarily So (2010 MWS) | Drop | |
| 58. Mayaeni - The Right Way (Ind) | Drop | |
| 59. Arianna - I just Want Something Real (Ind) | Drop | |
| Additional Adds: | | |
| 60. Jerad Finck - Goodbye (?) | 7 | Add |

**LOOMIS 001641**

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.