Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KQCR-FM [mailto:mike_betten@yahoo.com]
**Sent:** Monday, August 16, 2010 9:06 PM
**Subject:** Playlist from KQCR-FM

**KQCR-FM**
***Music Of The Heart***
**1509 4th Street N.E., Box 495**
**Hampton, IA 50441-0495**
**Tel: (641) 456-5656 Fax: (641) 456-5655**
**www.kqcr.fm**
**MD: Mike Betten**

spins tracking system STS ™

---

**Playlist for Reporting Week: Aug 10, 2010 12:00 PM to Aug 17, 2010 11:59 AM (Pacific Time)**

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Alyson - Slip Away (PM Media) | 28 |
| 2. Colbie Caillat - I Never Told You (Universal Republic) | 28 |
| 3. Goo Goo Dolls - Home (WB/WEA) | 28 |
| 4. John Mayer - Half Of My Heart (Columbia/Sony) | 28 |
| 5. Willy Cat - Say You Do (Ind) | 28 |
| 6. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 28 |
| 7. Taylor Rae - Stay Away (Ind) | 28 |
| 8. Sparkydog And Friends - Red Light (Magic Leap) | 28 |
| 9. Andrew Heller - Angels Don't Always Have Wings (HMG) | 28 |
| 10. Joan Armatrading - This Charming Life (429) | 28 |
| 11. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 28 |
| 12. Farrowtone - Bedroom (Caelum) | 28 |
| 13. Heart - Hey You (Legacy/RCA) | 28 |
| 14. Dylan James - Bluebirds (MoDog) | 28 |

**LOOMIS 001632**

| | |
|---|---|
| 15. Maroon 5 - Misery (Octone/J) | 28 |
| 16. Rob Thomas - Mockingbird (Atlantic/WEA) | 21 |
| 17. Meeghan Henry - When I'm 18 (MHI) | 21 |
| 18. Jerad Finck - Goodbye (Ind) | 21 |
| 19. Train - If It's Love (Columbia/Sony) | 21 |
| 20. Mark Radcliffe - In The Sun (Ind) | 21 |
| 21. Sean Earle - You've Got It (Paradise) | 21 |
| 22. Sara Bareilles - King Of Anything (Epic/Sony) | 21 |
| 23. Pineapple Crackers - Take A Ride (Dakine) | 21 |
| 24. Steve Palmer Band - No Words To Say (Arythmia) | 21 |
| 25. Rachael Kahn - On Top Of The World (Real 11 Reel) | 21 |
| 26. Alwaz - Luv Alwaz (Gift) | 21 |
| 27. Allison Bohmann - Living In A Nightmare (Allie B) | 21 |
| 28. Script - Breakeven (Sony) | 21 |
| 29. Mark Allan - With Just One Kiss (Ind) | 21 |
| 30. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 21 |
| 31. Aaron English - Believe (Ind) | 21 |
| 32. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 21 |
| 33. Sarah McLachlan - Loving You Is Easy (Arista/RLG) | 14 |
| 34. Kevin Lucas Orchestra - End Of The World (Coast) | 14 |
| 35. Buck McCoy - Man Of The Law (WBE) | 14 |
| 36. Sarah Lonsert - What Do You Want (Coast) | 14 |
| 37. Jennifer Richman - Beautiful Girl (Dancing Rose) | 14 |
| 38. Daughtry - September (RCA/RLG) | 14 |
| 39. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 14 |
| 40. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 14 |
| 41. Five For Fighting - Slice (Sony) | 14 |
| 42. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 14 |
| 43. Nickelback - This Afternoon (Atlantic/WEA) | 14 |
| 44. Amanda Morra - Room To Breathe (Costa Music) | 14 |
| 45. Lifehouse - All In (Geffen/UMG) | 14 |
| 46. Angel Taylor - Like You Do (Aware/Columbia) | 14 |
| 47. Brant Miller - World Without Guns (Wizard) | 14 |
| 48. Kenneth Roy - A Better Way (Physico) | 14 |
| 49. Heather Youmans - It's You Baby (WBE) | 14 |
| 50. Snew - We Do What We Want (Coast) | 14 |
| 51. Alex Band - Tonight (Ind) | 14 |
| 52. Justin Dilgard - Morning Sky (Moon Castle) | 14 |
| 53. Amanda Morra - 1 And Only (Costa Music) | 14 |
| 54. Peace Mafia - Soldier (Divine Write) | 14 |
| 55. Emil - All I Ever Knew Of Love Was You (Caper) | 14 |
| 56. Dana Fialco - A New Beginning (Ind) | Drop |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

---

**From:** KQCR-FM [mailto:mike_betten@yahoo.com]
**Sent:** Sunday, August 22, 2010 12:13 PM
**Subject:** Playlist from KQCR-FM



**KQCR-FM**
*Music Of The Heart*
1509 4th Street N.E., Box 495
Hampton, IA 50441-0495
Tel: (641) 456-5656  Fax: (641) 456-5655
www.kqcr.fm
MD: Mike Betten



---

Playlist for Reporting
Week: Aug 17, 2010
12:00 PM to Aug 24,
2010 11:59 AM (Pacific
Time)

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Alyson - Slip Away (PM Media) | 28 |
| 2. Maroon 5 - Misery (Octone/J) | 28 |
| 3. Sparkydog And Friends - Red Light (Magic Leap) | 28 |
| 4. Andrew Heller - Angels Don't Always Have Wings (HMG) | 28 |
| 5. Farrowtone - Bedroom (Caelum) | 28 |
| 6. Dylan James - Bluebirds (MoDog) | 28 |
| 7. Joan Armatrading - This Charming Life (429) | 28 |
| 8. Taylor Rae - Stay Away (Ind) | 28 |
| 9. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 28 |
| 10. John Mayer - Half Of My Heart (Columbia/Sony) | 28 |
| 11. Goo Goo Dolls - Home (WB/WEA) | 28 |

LOOMIS 001634

| Song | | |
|---|---|---|
| 12. Heart - Hey You (Legacy/RCA) | 28 | |
| 13. Colbie Caillat - I Never Told You (Universal Republic) | 28 | |
| 14. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 28 | |
| 15. Jerad Finck - Goodbye (Ind) | 28 | |
| 16. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 28 | |
| 17. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 28 | |
| 18. Mark Allan - With Just One Kiss (Ind) | 21 | |
| 19. Aaron English - Believe (Ind) | 21 | |
| 20. Emil - All I Ever Knew Of Love Was You (Caper) | 21 | |
| 21. Sean Earle - You've Got It (Paradise) | 21 | |
| 22. Script - Breakeven (Sony) | 21 | |
| 23. Brant Miller - World Without Guns (Wizard) | 21 | |
| 24. Daughtry - September (RCA/RLG) | 21 | |
| 25. Pineapple Crackers - Take A Ride (Dakine) | 21 | |
| 26. Rachael Kahn - On Top Of The World (Real 11 Reel) | 21 | |
| 27. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 21 | |
| 28. Mark Radcliffe - In The Sun (Ind) | 21 | |
| 29. Train - If It's Love (Columbia/Sony) | 21 | |
| 30. Rob Thomas - Mockingbird (Atlantic/WEA) | 21 | |
| 31. Meeghan Henry - When I'm 18 (MHI) | 21 | |
| 32. Sara Bareilles - King Of Anything (Epic/Sony) | 21 | |
| 33. Lifehouse - All In (Geffen/UMG) | 14 | |
| 34. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 14 | |
| 35. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 14 | |
| 36. Sarah McLachlan - Loving You Is Easy (Arista/RLG) | 14 | |
| 37. Justin Dilgard - Morning Sky (Moon Castle) | 14 | |
| 38. Alex Band - Tonight (Ind) | 14 | |
| 39. Jennifer Richman - Beautiful Girl (Dancing Rose) | 14 | |
| 40. Buck McCoy - Man Of The Law (WBE) | 14 | |
| 41. Sarah Lonsert - What Do You Want (Coast) | 14 | |
| 42. Five For Fighting - Slice (Sony) | 14 | |
| 43. Willy Cat - Say You Do (Ind) | 14 | |
| 44. Kenneth Roy - A Better Way (Physico) | 14 | |
| 45. Nickelback - This Afternoon (Atlantic/WEA) | 14 | |
| 46. Heather Youmans - It's You Baby (WBE) | 14 | |
| 47. Steve Sloan - They Promised Me (Mill Valley) | 7 | Add |
| 48. Amanda Morra - Kisses (Costa Music) | 7 | Add |
| 49. Mike Posner - Cooler Than Me (Ind) | 7 | Add |
| 50. Paramore - The Only Exception (Fueled By Ramen) | 7 | Add |
| 51. Steve Palmer Band - No Words To Say (Arythmia) | Drop | |
| 52. Angel Taylor - Like You Do (Aware/Columbia) | Drop | |
| 53. Alwaz - Luv Alwaz (Gift) | Drop | |
| 54. Kevin Lucas Orchestra - End Of The World (Coast) | Drop | |
| 55. Amanda Morra - Room To Breathe (Costa Music) | Drop | |
| 56. Peace Mafia - Soldier (Divine Write) | Drop | |
| 57. Amanda Morra - 1 And Only (Costa Music) | Drop | |
| 58. Allison Bohmann - Living In A Nightmare (Allie B) | Drop | |
| 59. Snew - We Do What We Want (Coast) | Drop | |
| Additional Adds: | | |
| 60. Nikki Yanofsky - For Another Day (?) | 7 | Add |

**LOOMIS 001635**

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

---

**From:** KQCR-FM [mailto:mike_betten@yahoo.com]
**Sent:** Sunday, August 29, 2010 2:09 PM
**Subject:** Playlist from KQCR-FM




**KQCR-FM**
*Music Of The Heart*
1509 4th Street N.E., Box 495
Hampton, IA 50441-0495
Tel: (641) 456-5656 Fax: (641) 456-5655
www.kqcr.fm
MD: Mike Betten




---

Playlist for Reporting Week: Aug 24, 2010 12:00 PM to Aug 31, 2010 11:59 AM (Pacific Time)

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Sparkydog And Friends - Red Light (Magic Leap) | 28 |
| 2. Maroon 5 - Misery (Octone/J) | 28 |
| 3. Andrew Heller - Angels Don't Always Have Wings (HMG) | 28 |
| 4. Farrowtone - Bedroom (Caelum) | 28 |
| 5. Heart - Hey You (Legacy/RCA) | 28 |
| 6. Brant Miller - World Without Guns (Wizard) | 28 |
| 7. Joan Armatrading - This Charming Life (429) | 28 |
| 8. Goo Goo Dolls - Home (WB/WEA) | 28 |
| 9. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 28 |
| 10. Sean Earle - You've Got It (Paradise) | 28 |
| 11. Mark Radcliffe - In The Sun (Ind) | 28 |

LOOMIS 001636

| | | |
|---|---|---|
| 12. John Mayer - Half Of My Heart (Columbia/Sony) | 28 | |
| 13. Jerad Finck - Goodbye (Ind) | 28 | |
| 14. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 28 | Stress Trax |
| 15. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 28 | |
| 16. Emil - All I Ever Knew Of Love Was You (Caper) | 28 | |
| 17. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 28 | |
| 18. Colbie Caillat - I Never Told You (Universal Republic) | 28 | |
| 19. Alyson - Slip Away (PM Media) | 28 | |
| 20. Dylan James - Bluebirds (MoDog) | 21 | |
| 21. Pineapple Crackers - Take A Ride (Dakine) | 21 | |
| 22. Sara Bareilles - King Of Anything (Epic/Sony) | 21 | |
| 23. Alex Band - Tonight (Ind) | 21 | |
| 24. Daughtry - September (RCA/RLG) | 21 | |
| 25. Train - If It's Love (Columbia/Sony) | 21 | |
| 26. Script - Breakeven (Sony) | 21 | |
| 27. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 21 | |
| 28. Mark Allan - With Just One Kiss (Ind) | 21 | |
| 29. Aaron English - Believe (Ind) | 21 | |
| 30. Rob Thomas - Mockingbird (Atlantic/WEA) | 21 | |
| 31. Meeghan Henry - When I'm 18 (MHI) | 21 | |
| 32. Mike Posner - Cooler Than Me (Ind) | 14 | |
| 33. Five For Fighting - Slice (Sony) | 14 | |
| 34. Buck McCoy - Man Of The Law (WBE) | 14 | |
| 35. Nikki Yanofsky - For Another Day (Decca) | 14 | |
| 36. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 14 | |
| 37. Steve Sloan - They Promised Me (Mill Valley) | 14 | |
| 38. Amanda Morra - Kisses (Costa Music) | 14 | |
| 39. Jennifer Richman - Beautiful Girl (Dancing Rose) | 14 | |
| 40. Paramore - The Only Exception (Fueled By Ramen) | 14 | |
| 41. Sarah Lonsert - What Do You Want (Coast) | 14 | |
| 42. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 14 | |
| 43. Nickelback - This Afternoon (Atlantic/WEA) | 14 | |
| 44. Lifehouse - All In (Geffen/UMG) | 14 | |
| 45. Kenneth Roy - A Better Way (Physico) | 14 | |
| 46. Heather Youmans - It's You Baby (WBE) | 14 | |
| 47. Sarah McLachlan - Loving You Is Easy (Arista/RLG) | 14 | |
| 48. Willy Cat - Say You Do (Ind) | 14 | |
| 49. Taylor Rae - Stay Away (Ind) | 14 | |
| 50. Allison Bohmann - Can You Hear Me (Allie B) | 7 | Add |
| 51. Justin Dilgard - Morning Sky (Moon Castle) | Drop | |
| 52. Rachael Kahn - On Top Of The World (Real 11 Reel) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KQCR-FM [mailto:mike_betten@yahoo.com]
**Sent:** Saturday, September 11, 2010 7:19 PM
**Subject:** Playlist from KQCR-FM

**KQCR-FM**
*Music Of The Heart*
1509 4th Street N.E., Box 495
Hampton, IA 50441-0495
Tel: (641) 456-5656 Fax: (641) 456-5655
www.kqcr.fm
MD: Mike Betten

Playlist for Reporting Week: Sep 07, 2010 12:00 PM to Sep 14, 2010 11:59 AM (Pacific Time)

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Emil - All I Ever Knew Of Love Was You (Caper) | 28 | |
| 2. Brant Miller - World Without Guns (Wizard) | 28 | |
| 3. Joan Armatrading - This Charming Life (429) | 28 | |
| 4. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 28 | |
| 5. John Mayer - Half Of My Heart (Columbia/Sony) | 28 | |
| 6. Goo Goo Dolls - Home (WB/WEA) | 28 | |
| 7. Heart - Hey You (Legacy/RCA) | 28 | |
| 8. Mark Radcliffe - In The Sun (Ind) | 28 | |
| 9. Maroon 5 - Misery (Octone/J) | 28 | |
| 10. Sean Earle - You've Got It (Paradise) | 28 | |
| 11. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 28 | Stress Trax |
| 12. - () | 28 | |
| 13. Farrowtone - Bedroom (Caelum) | 28 | |
| 14. Colbie Caillat - I Never Told You (Universal Republic) | 28 | |
| 15. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 28 | |

**LOOMIS 001629**

| | | |
|---|---|---|
| 16. Andrew Heller - Angels Don't Always Have Wings (HMG) | 28 | |
| 17. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 28 | |
| 18. Daughtry - September (RCA/RLG) | 21 | |
| 19. Train - If It's Love (Columbia/Sony) | 21 | |
| 20. Dylan James - Bluebirds (MoDog) | 21 | |
| 21. Nikki Yanofsky - For Another Day (Decca) | 21 | |
| 22. Sara Bareilles - King Of Anything (Epic/Sony) | 21 | |
| 23. Pineapple Crackers - Take A Ride (Dakine) | 21 | |
| 24. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 21 | |
| 25. Lifehouse - All In (Geffen/UMG) | 21 | |
| 26. Alex Band - Tonight (Ind) | 21 | |
| 27. Sparkydog And Friends - Red Light (Magic Leap) | 21 | |
| 28. Rob Thomas - Mockingbird (Atlantic/WEA) | 21 | |
| 29. Meeghan Henry - When I'm 18 (MHI) | 21 | |
| 30. Script - Breakeven (Sony) | 21 | |
| 31. Plain White T`s - Rhythm Of Love (Hollywood) | 14 | |
| 32. Paramore - The Only Exception (Fueled By Ramen) | 14 | |
| 33. Mike Posner - Cooler Than Me (Sony) | 14 | |
| 34. Amanda Morra - Kisses (Costa Music) | 14 | |
| 35. Steve Sloan - They Promised Me (Mill Valley) | 14 | |
| 36. Heather Youmans - It's You Baby (WBE) | 14 | |
| 37. Exit 451 - When The Sea Meets The Sky (Ind) | 14 | |
| 38. Allison Bohmann - Can You Hear Me (Allie B) | 14 | |
| 39. Taylor Swift - Mine (Big Machine/Universal) | 14 | |
| 40. Bad Bad Leroy - Girl You Surround Me (Ind) | 14 | |
| 41. Kenneth Roy - A Better Way (Physico) | 14 | |
| 42. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 14 | |
| 43. Mark Allan - With Just One Kiss (Ind) | 14 | |
| 44. Willy Cat - Say You Do (Ind) | 14 | |
| 45. Sarah McLachlan - Loving You Is Easy (Arista/RLG) | 14 | |
| 46. Sarah Lonsert - What Do You Want (Coast) | 14 | |
| 47. Aaron English - Believe (Ind) | 14 | |
| 48. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 14 | |
| 49. Five For Fighting - Slice (Sony) | 14 | |
| 50. Jennifer Richman - Beautiful Girl (Dancing Rose) | 14 | |
| 51. Brittney Reed - Redneck Town (Fair) | 7 | Add |
| 52. David Juliet - These Days (Ind) | 7 | Add |
| 53. Buck McCoy - Man Of The Law (WBE) | Drop | |
| 54. Taylor Rae - Stay Away (Ind) | Drop | |
| Additional Adds: | | |
| 55. Sharif Iman - Shine (?) | 7 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

**From:** Jerome Promotions [mailto:hitcd@bellsouth.net]
**Sent:** Monday, September 13, 2010 10:24 AM
**To:** 'Jerome Promotions'
**Subject:** FW: Playlist from KQCR-FM

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** KQCR-FM [mailto:mike_betten@yahoo.com]
**Sent:** Sunday, September 26, 2010 4:08 PM
**Subject:** Playlist from KQCR-FM

**KQCR-FM**
*Music Of The Heart*
1509 4th Street N.E., Box 495
Hampton, IA 50441-0495
Tel: (641) 456-5656 Fax: (641) 456-5655
www.kqcr.fm
MD: Mike Betten

---

Playlist for Reporting Week: Sep 21, 2010 12:00 PM to Sep 28, 2010 11:59 AM (Pacific Time)

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Maroon 5 - Misery (Octone/J) | 28 |
| 2. Joan Armatrading - This Charming Life (429) | 28 |
| 3. Brant Miller - World Without Guns (Wizard) | 28 |
| 4. Mark Radcliffe - In The Sun (Ind) | 28 |
| 5. John Mayer - Half Of My Heart (Columbia/Sony) | 28 |
| 6. Goo Goo Dolls - Home (WB/WEA) | 28 |
| 7. Heart - Hey You (Legacy/RCA) | 28 |
| 8. Meeghan Henry - When I'm 18 (MHI) | 28 |
| 9. Train - If It's Love (Columbia/Sony) | 28 |
| 10. - () | 28 |
| 11. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 28 |
| 12. Emil - All I Ever Knew Of Love Was You (Caper) | 28 |
| 13. Daughtry - September (RCA/RLG) | 28 |
| 14. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 28 |

LOOMIS 001624

| | | |
|---|---|---|
| 15. Colbie Caillat - I Never Told You (Universal Republic) | 28 | |
| 16. Alex Band - Tonight (Ind) | 21 | |
| 17. Lifehouse - All In (Geffen/UMG) | 21 | |
| 18. Sara Bareilles - King Of Anything (Epic/Sony) | 21 | |
| 19. Dylan James - Bluebirds (MoDog) | 21 | |
| 20. Farrowtone - Bedroom (Caelum) | 21 | |
| 21. Five For Fighting - Slice (Sony) | 21 | |
| 22. Taylor Swift - Mine (Big Machine/Universal) | 21 | |
| 23. Sparkydog And Friends - Red Light (Magic Leap) | 21 | |
| 24. Andrew Heller - Angels Don't Always Have Wings (HMG) | 21 | |
| 25. Rob Thomas - Mockingbird (Atlantic/WEA) | 21 | |
| 26. Allison Bohmann - Can You Hear Me (Allie B) | 21 | |
| 27. Nikki Yanofsky - For Another Day (Decca) | 21 | |
| 28. Sharif Iman - Shine (Ind) | 21 | |
| 29. Paramore - The Only Exception (Fueled By Ramen) | 14 | |
| 30. Mike Posner - Cooler Than Me (Sony) | 14 | |
| 31. Amanda Morra - Kisses (Costa Music) | 14 | |
| 32. Steve Sloan - They Promised Me (Mill Valley) | 14 | |
| 33. Plain White T`s - Rhythm Of Love (Hollywood) | 14 | |
| 34. Bad Bad Leroy - Girl You Surround Me (Ind) | 14 | |
| 35. Exit 451 - When The Sea Meets The Sky (Ind) | 14 | |
| 36. Brittney Reed - Redneck Town (Fair) | 14 | |
| 37. David Juliet - These Days (Ind) | 14 | |
| 38. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 14 | |
| 39. Mark Allan - With Just One Kiss (Ind) | 14 | |
| 40. Sarah Lonsert - What Do You Want (Coast) | 14 | |
| 41. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 14 | |
| 42. Jennifer Richman - Beautiful Girl (Dancing Rose) | 14 | |
| 43. Kenneth Roy - A Better Way (Physico) | 14 | |
| 44. Script - Breakeven (Sony) | 14 | |
| 45. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 14 | |
| 46. Willy Cat - Say You Do (Ind) | 14 | |
| 47. Michael Buble - Hollywood (Reprise/WEA) | 7 | Add |
| 48. Seal - Secret (Reprise/WEA) | 7 | Add |
| 49. Conga Man - Text Mee Baby (Hot Lava) | 7 | Add |
| 50. Katy Perry - Teenage Dream (Capitol) | 7 | Add |
| 51. Santana - While My Guitar (Arista/RLG) | 7 | Add |
| 52. Bon Jovi - What Do You Got (Island) | 7 | Add |
| 53. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 7 | Add |
| 54. Sheryl Crow - Summer Day (A&M/Interscope) | 7 | Add |
| 55. Matt Roehr - Fuel Into The Fire (Gonzo Music) | Drop | |
| 56. Michael Buble - Haven't Met You Yet (Reprise/WEA) | Drop | |
| 57. Heather Youmans - It's You Baby (WBE) | Drop | |
| 58. Aaron English - Believe (Ind) | Drop | |
| 59. Pineapple Crackers - Take A Ride (Dakine) | Drop | |
| 60. Sarah McLachlan - Loving You Is Easy (Arista/RLG) | Drop | |
| 61. Sean Earle - You've Got It (Paradise) | Drop | |
| Additional Adds: | | |
| 62. D'Rel - Save You (Ind) | 7 | Add |

**LOOMIS 001625**

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

---

**From:** KQCR-FM [mailto:mike_betten@yahoo.com]
**Sent:** Sunday, October 03, 2010 4:52 PM
**Subject:** Playlist from KQCR-FM

**KQCR-FM**
*Music Of The Heart*
1509 4th Street N.E., Box 495
Hampton, IA 50441-0495
Tel: (641) 456-5656 Fax: (641) 456-5655
www.kqcr.fm
MD: Mike Betten

spins tracking system S-T-S ™

---

Playlist for Reporting Week: Sep 28, 2010 12:00 PM to Oct 05, 2010 11:59 AM (Pacific Time)

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Meeghan Henry - When I'm 18 (MHI) | 28 |
| 2. Joan Armatrading - This Charming Life (429) | 28 |
| 3. Emil - All I Ever Knew Of Love Was You (Caper) | 28 |
| 4. - () | 28 |
| 5. John Mayer - Half Of My Heart (Columbia/Sony) | 28 |
| 6. Goo Goo Dolls - Home (WB/WEA) | 28 |
| 7. Heart - Hey You (Legacy/RCA) | 28 |
| 8. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 28 |
| 9. Daughtry - September (RCA/RLG) | 28 |
| 10. Maroon 5 - Misery (Octone/J) | 28 |
| 11. Brant Miller - World Without Guns (Wizard) | 28 |

LOOMIS 001626

| | | |
|---|---|---|
| 12. Mark Radcliffe - In The Sun (Ind) | 28 | |
| 13. Allison Bohmann - Can You Hear Me (Allie B) | 28 | |
| 14. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 28 | |
| 15. Colbie Caillat - I Never Told You (Universal Republic) | 28 | |
| 16. Sharif Iman - Shine (Ind) | 28 | |
| 17. Bon Jovi - What Do You Got (Island) | 21 | |
| 18. Train - If It's Love (Columbia/Sony) | 21 | |
| 19. Five For Fighting - Slice (Sony) | 21 | |
| 20. David Juliet - These Days (Ind) | 21 | |
| 21. Exit 451 - When The Sea Meets The Sky (Ind) | 21 | |
| 22. Bad Bad Leroy - Girl You Surround Me (Ind) | 21 | |
| 23. Taylor Swift - Mine (Big Machine/Universal) | 21 | |
| 24. Nikki Yanofsky - For Another Day (Decca) | 21 | |
| 25. Mike Posner - Cooler Than Me (Sony) | 21 | |
| 26. Sara Bareilles - King Of Anything (Epic/Sony) | 21 | |
| 27. Sparkydog And Friends - Red Light (Magic Leap) | 21 | |
| 28. Rob Thomas - Mockingbird (Atlantic/WEA) | 21 | |
| 29. Alex Band - Tonight (Ind) | 21 | |
| 30. Lifehouse - All In (Geffen/UMG) | 21 | |
| 31. Dylan James - Bluebirds (MoDog) | 21 | |
| 32. Willy Cat - Say You Do (Ind) | 14 | |
| 33. Script - Breakeven (Sony) | 14 | |
| 34. Sheryl Crow - Summer Day (A&M/Interscope) | 14 | |
| 35. Michael Buble - Hollywood (Reprise/WEA) | 14 | |
| 36. Seal - Secret (Reprise/WEA) | 14 | |
| 37. Katy Perry - Teenage Dream (Capitol) | 14 | |
| 38. Santana - While My Guitar (Arista/RLG) | 14 | |
| 39. Sarah Lonsert - What Do You Want (Coast) | 14 | |
| 40. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 14 | |
| 41. Conga Man - Text Mee Baby (Hot Lava) | 14 | |
| 42. D`Rel - Save You (Ind) | 14 | |
| 43. Brittney Reed - Redneck Town (Fair) | 14 | |
| 44. Mark Allan - With Just One Kiss (Ind) | 14 | |
| 45. Mark August w/Mind F - Wichita Lineman (Donovon Evelyn) | 14 | |
| 46. Jennifer Richman - Beautiful Girl (Dancing Rose) | 14 | |
| 47. Paramore - The Only Exception (Fueled By Ramen) | 14 | |
| 48. Farrowtone - Bedroom (Caelum) | 14 | |
| 49. Amanda Morra - Kisses (Costa Music) | 14 | |
| 50. Steve Sloan - They Promised Me (Mill Valley) | 14 | |
| 51. Kenneth Roy - A Better Way (Physico) | 14 | |
| 52. Plain White T`s - Rhythm Of Love (Hollywood) | 14 | |
| 53. Predestined - New Life (Season) | 7 | Add |
| 54. Ry Smith - Hear Me Now (R.S.M. Entertainment) | 7 | Add |
| 55. Brandon Flowers - Crossfire (Island) | 7 | Add |
| 56. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | Drop | |
| 57. Andrew Heller - Angels Don't Always Have Wings (HMG) | Drop | |
| 58. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | Drop | |
| Additional Adds: | | |
| 59. Bunny Sigler - You'll Never Know (?) | 7 | Add |

LOOMIS 001627

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001628

# EXHIBIT "20"

## JEROME PROMOSTIONS PLAYLIST REPORT

## LexPop 08/27/10

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** LexPop [mailto:betty.martin@insightbb.com]
**Sent:** Tuesday, August 17, 2010 12:05 AM
**Subject:** Playlist from LexPop

**LexPop**
***Top Hits***
**3229 B Mammoth Drive**
**Lexington, KY 40517**
**Tel: 859-523-0503 www.lexingtonbroadcasting.com**
**PD: Steve Martin MD: Betty Martin**

---

**Playlist for Reporting Week: Aug 10, 2010 12:00 PM to Aug 17, 2010 11:59 AM (Pacific Time)**

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Steve Sloan - They Promised Me (Mill Valley) | 35 |
| 2. Brant Miller - World Without Guns (Wizard) | 35 |
| 3. Mr Thundder - No One Can Love You Like I Do (Thundder Cat) | 35 |
| 4. Heather Youmans - It's You Baby (WBE) | 35 |
| 5. Kenneth Roy - A Better Way (Physico) | 35 |
| 6. Snew - We Do What We Want (Coast) | 35 |
| 7. Jennifer Richman - Beautiful Girl (Dancing Rose) | 35 |
| 8. Allison Bohmann - Living In A Nightmare (Allie B) | 35 |
| 9. Arianna - I just Want Something Real (Alto) | 35 |
| 10. Natasha James - If You Think This Is Love (Highway One) | 35 |
| 11. Jae E - Me 2 (La La Entertainment) | 35 |
| 12. Amanda Morra - Kisses (Costa Music) | 35 |
| 13. Alwaz - Rainy Days (Gift) | 35 |
| 14. Taylor Rae - Stay Away (Ind) | 35 |

Exhibit 20
K. Loomis
8/26/13
reporter: nikki roy
CSR No. 3052

LOOMIS 001652

| | | |
|---|---|---|
| 15. Mark Radcliffe - In The Sun (Ind) | 35 | |
| 16. Sean Earle - You've Got It (Paradise) | 35 | |
| 17. Pineapple Crackers - Take A Ride (Dakine) | 35 | |
| 18. Dylan James - Bluebirds (MoDog) | 35 | |
| 19. Justin Dilgard - Morning Sky (Moon Castle) | 35 | |
| 20. Jarrett Fenlon - Love A little Bit (Ind) | 35 | |
| 21. Rachael Kahn - On Top Of The World (Real 11 Reel) | 35 | |
| 22. Alwaz - Luv Alwaz (Gift) | 35 | |
| 23. Suzy On Cue - Circle Of Madness (Thicker Than Water) | 35 | |
| 24. Meeghan Henry - When I'm 18 (MHI) | 35 | |
| 25. Lee Striemer - Take It Like That (Musically Your) | 35 | |
| 26. Nikki Chavez - Shadows Of September (In Tune) | 35 | |
| 27. Crosby Loggins - Seriously (Jive/Zomba) | 35 | |
| 28. Father Time - 2 Step (Timeless) | 35 | |
| 29. IV - The King (Ind) | 35 | |
| 30. Heather Youmans - Girl To Change Your World (Caption) | 35 | |
| 31. Alyson - Slip Away (PM Media) | 35 | |
| 32. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 35 | |
| 33. Rietsa - Perfect Gentleman (Fire Media Group) | 35 | |
| 34. Alicia Keys - Doesn't Mean Anything (J) | 35 | |
| 35. Michael Lynne - Here We Are (Coast) | 35 | |
| 36. Kevin Lucas Orchestra - End Of The World (Coast) | 35 | |
| 37. Buck McCoy - Man Of The Law (WBE) | 35 | |
| 38. Sarah Lonsert - What Do You Want (Coast) | 35 | |
| 39. Chinie - Don't Be Afraid (Chickito) | 35 | |
| 40. Summer Schappell - Chocolate Is A Vitamin (Gateway) | 35 | |
| 41. Colbie Caillat - Fallin' For You (Universal Republic) | 35 | |
| 42. Rita - Love Has Begun (Power Music) | 35 | |
| 43. Kelly Crook - BFF (Mini Mogul Music) | 35 | |
| 44. Foxxjazell - Split Enz (FKJ) | 35 | |
| 45. Patrissia - Green Eyes (Fargain) | 35 | |
| 46. Right On Band - Never Alone (MVD) | 35 | |
| 47. Julie Ingram - Gone To Kentucky (Longshot) | 35 | |
| 48. Still Alive - Lady (Patron) | 35 | |
| 49. Surface Tension - Start Over (3 Degrees West) | 35 | |
| 50. Sielio - Lonely (XLR) | 35 | |
| 51. Tracey`s Mend - Last Sunday (Taurgon) | 35 | |
| 52. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 35 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

*Loomis & The Lust*

277 San Ysidro Road
Santa Barbara, CA 93108
Phone. 805.695.0753
Cell. 805.705.7766
www.myspace.com/loomisandthelust

------ Forwarded Message
**From:** Jerome Promotions <hitcd@bellsouth.net>
**Date:** Tue, 17 Aug 2010 10:46:18 -0400
**To:** "loomisandthelust@gmail.com" <loomisandthelust@gmail.com>
**Subject:** FW: Playlist from LexPop

---

**LexPop**
**Lexington, KY 40517**
**Tel: 859-523-0503 www.lexingtonbroadcasting.com <http://www.lexingtonbroadcasting.com>**
**PD: Steve Martin MD: Betty Martin** <http://www.backstageentertainment.net>

---

---

**Spins Tracking System** staff@spinstrackingsystem.com www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>

------ End of Forwarded Message

as of now, local fans for all the stations I've recieved have been messaged on facebook, reverb, or myspace about requesting brc.
Thanks sarah!
Also o n VIPER ROOM, did you send that email? Which days did you suggest?www.myspace.com/loomisandthelust <http://www.mvspace.com/loomisandthelust>

------ Forwarded Message

**LOOMIS 001654**

**From:** Jerome Promotions <hitcd@bellsouth.net <http://hitcd@bellsouth.net> >**To:** "loomisandthelust@gmail.com <http://loomisandthelust@gmail.com> " <loomisandthelust@gmail.com <http://loomisandthelust@gmail.com> >

Bill Jerome, President
hitcd@bellsouth.net <http://hitcd@bellsouth.net>
770-982-7055

---

**Lexington, KY 40517**
**Tel: 859-523-0503 www.lexingtonbroadcasting.com <http:// www.lexingtonbroadcasting.com> <http://www.lexingtonbroadcasting.com>**
<http://www.backstageentertainment.net>

---

**Spins Tracking System** staff@spinstrackingsystem.com <http:// staff@spinstrackingsystem.com> www.spinstrackingsystem.com <http://www.spinstrackingsystem.com> <http:// www.spinstrackingsystem.com>

I did.
I suggested Monday, Sept 20th and Wednesay, October 13th.
I haven't heard back yet.

**LOOMIS 001655**

########## 111111111111

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

---

**From:** LexPop [mailto:betty.martin@insightbb.com]
**Sent:** Monday, August 30, 2010 9:30 PM
**Subject:** Playlist from LexPop

**LexPop**
***Top Hits***
**3229 B Mammoth Drive**
**Lexington, KY 40517**
**Tel: 859-523-0503 www.lexingtonbroadcasting.com**
**PD: Steve Martin MD: Betty Martin**

---

**Playlist for Reporting Week: Aug 24, 2010 12:00 PM to Aug 31, 2010 11:59 AM (Pacific Time)**

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 37 |
| 2. Brant Miller - World Without Guns (Wizard) | 35 |
| 3. Mr Thundder - No One Can Love You Like I Do (Thundder Cat) | 35 |
| 4. Heather Youmans - It's You Baby (WBE) | 35 |
| 5. Kenneth Roy - A Better Way (Physico) | 35 |
| 6. Snew - We Do What We Want (Coast) | 35 |
| 7. Jennifer Richman - Beautiful Girl (Dancing Rose) | 35 |
| 8. Allison Bohmann - Living In A Nightmare (Allie B) | 35 |
| 9. Natasha James - If You Think This Is Love (Highway One) | 35 |
| 10. Jae E - Me 2 (La La Entertainment) | 35 |
| 11. Lee Striemer - Take It Like That (Musically Your) | 35 |
| 12. Amanda Morra - Kisses (Costa Music) | 35 |
| 13. Alwaz - Rainy Days (Gift) | 35 |
| 14. Steve Sloan - They Promised Me (Mill Valley) | 35 |

**LOOMIS 001650**

| | | |
|---|---|---|
| 15. Mark Radcliffe - In The Sun (Ind) | 35 | |
| 16. Sean Earle - You've Got It (Paradise) | 35 | |
| 17. Pineapple Crackers - Take A Ride (Dakine) | 35 | |
| 18. Justin Dilgard - Morning Sky (Moon Castle) | 35 | |
| 19. Jarrett Fenlon - Love A little Bit (Ind) | 35 | |
| 20. Rachael Kahn - On Top Of The World (Real 11 Reel) | 35 | |
| 21. Alwaz - Luv Alwaz (Gift) | 35 | |
| 22. Suzy On Cue - Circle Of Madness (Thicker Than Water) | 35 | |
| 23. Meeghan Henry - When I'm 18 (MHI) | 35 | |
| 24. Nikki Chavez - Shadows Of September (In Tune) | 35 | |
| 25. Crosby Loggins - Seriously (Jive/Zomba) | 35 | |
| 26. Colbie Caillat - Fallin' For You (Universal Republic) | 35 | |
| 27. Chinie - Don't Be Afraid (Chickito) | 35 | |
| 28. Buck McCoy - Man Of The Law (WBE) | 35 | |
| 29. Father Time - 2 Step (Timeless) | 35 | |
| 30. IV - The King (Ind) | 35 | |
| 31. Heather Youmans - Girl To Change Your World (Caption) | 35 | |
| 32. Alyson - Slip Away (PM Media) | 35 | |
| 33. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 35 | |
| 34. Rietsa - Perfect Gentleman (Fire Media Group) | 35 | |
| 35. Alicia Keys - Doesn't Mean Anything (J) | 35 | |
| 36. Michael Lynne - Here We Are (Coast) | 35 | |
| 37. Summer Schappell - Chocolate Is A Vitamin (Gateway) | 35 | |
| 38. Tracey`s Mend - Last Sunday (Taurgon) | 35 | |
| 39. Rita - Love Has Begun (Power Music) | 35 | |
| 40. Kelly Crook - BFF (Mini Mogul Music) | 35 | |
| 41. Foxxjazell - Split Enz (FKJ) | 35 | |
| 42. Sarah Lonsert - What Do You Want (Coast) | 35 | |
| 43. Patrissia - Green Eyes (Fargain) | 35 | |
| 44. Right On Band - Never Alone (MVD) | 35 | |
| 45. Julie Ingram - Gone To Kentucky (Longshot) | 35 | |
| 46. Still Alive - Lady (Patron) | 35 | |
| 47. Surface Tension - Start Over (3 Degrees West) | 35 | |
| 48. Sielio - Lonely (XLR) | 35 | |
| 49. Kevin Lucas Orchestra - End Of The World (Coast) | 35 | |
| 50. Allison Bohmann - Can You Hear Me (Allie B) | 35 | Add |
| 51. Taylor Rae - Stay Away (Ind) | Drop | |
| 52. Arianna - I just Want Something Real (Alto) | Drop | |
| 53. Dylan James - Bluebirds (MoDog) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** LexPop [mailto:betty.martin@insightbb.com]
**Sent:** Tuesday, September 21, 2010 12:14 PM
**Subject:** Playlist from LexPop

**LexPop**
***Top Hits***
**3229 B Mammoth Drive**
**Lexington, KY 40517**
**Tel: 859-523-0503 www.lexingtonbroadcasting.com**
**PD: Steve Martin MD: Betty Martin**

**Playlist for Reporting Week: Sep 14, 2010 12:00 PM to Sep 21, 2010 11:59 AM (Pacific Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 37 |
| 2. Allison Bohmann - Can You Hear Me (Allie B) | 35 |
| 3. Brant Miller - World Without Guns (Wizard) | 35 |
| 4. Mr Thundder - No One Can Love You Like I Do (Thundder Cat) | 35 |
| 5. Heather Youmans - It's You Baby (WBE) | 35 |
| 6. Kenneth Roy - A Better Way (Physico) | 35 |
| 7. Snew - We Do What We Want (Coast) | 35 |
| 8. Jennifer Richman - Beautiful Girl (Dancing Rose) | 35 |
| 9. Allison Bohmann - Living In A Nightmare (Allie B) | 35 |
| 10. Natasha James - If You Think This Is Love (Highway One) | 35 |
| 11. Jae E - Me 2 (La La Entertainment) | 35 |
| 12. Lee Striemer - Take It Like That (Musically Your) | 35 |
| 13. Amanda Morra - Kisses (Costa Music) | 35 |
| 14. Alwaz - Rainy Days (Gift) | 35 |

**LOOMIS 001648**

| | | |
|---|---|---|
| 15. Steve Sloan - They Promised Me (Mill Valley) | 35 | |
| 16. Mark Radcliffe - In The Sun (Ind) | 35 | |
| 17. Sean Earle - You've Got It (Paradise) | 35 | |
| 18. Pineapple Crackers - Take A Ride (Dakine) | 35 | |
| 19. Justin Dilgard - Morning Sky (Moon Castle) | 35 | |
| 20. Jarrett Fenlon - Love A little Bit (Ind) | 35 | |
| 21. Rachael Kahn - On Top Of The World (Real 11 Reel) | 35 | |
| 22. Alwaz - Luv Alwaz (Gift) | 35 | |
| 23. Suzy On Cue - Circle Of Madness (Thicker Than Water) | 35 | |
| 24. Meeghan Henry - When I'm 18 (MHI) | 35 | |
| 25. Nikki Chavez - Shadows Of September (In Tune) | 35 | |
| 26. Crosby Loggins - Seriously (Jive/Zomba) | 35 | |
| 27. Father Time - 2 Step (Timeless) | 35 | |
| 28. IV - The King (Ind) | 35 | |
| 29. Heather Youmans - Girl To Change Your World (Caption) | 35 | |
| 30. Alyson - Slip Away (PM Media) | 35 | |
| 31. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 35 | |
| 32. Rietsa - Perfect Gentleman (Fire Media Group) | 35 | |
| 33. Alicia Keys - Doesn't Mean Anything (J) | 35 | |
| 34. Michael Lynne - Here We Are (Coast) | 35 | |
| 35. Kevin Lucas Orchestra - End Of The World (Coast) | 35 | |
| 36. Buck McCoy - Man Of The Law (WBE) | 35 | |
| 37. Sarah Lonsert - What Do You Want (Coast) | 35 | |
| 38. Chinie - Don't Be Afraid (Chickito) | 35 | |
| 39. Summer Schappell - Chocolate Is A Vitamin (Gateway) | 35 | |
| 40. Colbie Caillat - Fallin' For You (Universal Republic) | 35 | |
| 41. Rita - Love Has Begun (Power Music) | 35 | |
| 42. Kelly Crook - BFF (Mini Mogul Music) | 35 | |
| 43. Foxxjazell - Split Enz (FKJ) | 35 | |
| 44. Patrissia - Green Eyes (Fargain) | 35 | |
| 45. Right On Band - Never Alone (MVD) | 35 | |
| 46. Julie Ingram - Gone To Kentucky (Longshot) | 35 | |
| 47. Still Alive - Lady (Patron) | 35 | |
| 48. Surface Tension - Start Over (3 Degrees West) | 35 | |
| 49. Sielio - Lonely (XLR) | 35 | |
| 50. Tracey`s Mend - Last Sunday (Taurgon) | 35 | |
| 51. David Juliet - These Days (Ind) | 35 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** LexPop [mailto:betty.martin@insightbb.com]
**Sent:** Sunday, October 24, 2010 8:59 PM
**Subject:** Playlist from LexPop

**LexPop**
***Top Hits***
**3229 B Mammoth Drive**
**· Lexington, KY 40517**
**Tel: 859-523-0503 www.lexingtonbroadcasting.com**
**PD: Steve Martin MD: Betty Martin**

---

**Playlist for Reporting Week: Oct 19, 2010 12:00 PM to Oct 26, 2010 11:59 AM (Pacific Time)**

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 37 |
| 2. David Juliet - These Days (Ind) | 35 |
| 3. Amanda Morra - Kisses (Costa Music) | 35 |
| 4. Brant Miller - World Without Guns (Wizard) | 35 |
| 5. Mr Thundder - No One Can Love You Like I Do (Thundder Cat) | 35 |
| 6. Heather Youmans - It's You Baby (WBE) | 35 |
| 7. Kenneth Roy - A Better Way (Physico) | 35 |
| 8. Snew - We Do What We Want (Coast) | 35 |
| 9. Jennifer Richman - Beautiful Girl (Dancing Rose) | 35 |
| 10. Jae E - Me 2 (La La Entertainment) | 35 |
| 11. Lee Striemer - Take It Like That (Musically Your) | 35 |
| 12. Alwaz - Rainy Days (Gift) | 35 |
| 13. Meeghan Henry - When I'm 18 (MHI) | 35 |
| 14. Suzy On Cue - Circle Of Madness (Thicker Than Water) | 35 |

**LOOMIS 001645**

| | | |
|---|---|---|
| 15. Allison Bohmann - Can You Hear Me (Allie B) | 35 | |
| 16. Steve Sloan - They Promised Me (Mill Valley) | 35 | |
| 17. Mark Radcliffe - In The Sun (Ind) | 35 | |
| 18. Sean Earle - You've Got It (Paradise) | 35 | |
| 19. Pineapple Crackers - Take A Ride (Dakine) | 35 | |
| 20. Justin Dilgard - Morning Sky (Moon Castle) | 35 | |
| 21. Jarrett Fenlon - Love A little Bit (Ind) | 35 | |
| 22. Rachael Kahn - On Top Of The World (Real 11 Reel) | 35 | |
| 23. Alwaz - Luv Alwaz (Gift) | 35 | |
| 24. Nikki Chavez - Shadows Of September (In Tune) | 35 | |
| 25. Crosby Loggins - Seriously (Jive/Zomba) | 35 | |
| 26. Colbie Caillat - Fallin' For You (Universal Republic) | 35 | |
| 27. Chinie - Don't Be Afraid (Chickito) | 35 | |
| 28. Father Time - 2 Step (Timeless) | 35 | |
| 29. IV - The King (Ind) | 35 | |
| 30. Heather Youmans - Girl To Change Your World (Caption) | 35 | |
| 31. Alyson - Slip Away (PM Media) | 35 | |
| 32. Rietsa - Perfect Gentleman (Fire Media Group) | 35 | |
| 33. Alicia Keys - Doesn't Mean Anything (J) | 35 | |
| 34. Michael Lynne - Here We Are (Coast) | 35 | |
| 35. Kevin Lucas Orchestra - End Of The World (Coast) | 35 | |
| 36. Buck McCoy - Man Of The Law (WBE) | 35 | |
| 37. Sarah Lonsert - What Do You Want (Coast) | 35 | |
| 38. Summer Schappell - Chocolate Is A Vitamin (Gateway) | 35 | |
| 39. Tracey`s Mend - Last Sunday (Taurgon) | 35 | |
| 40. Rita - Love Has Begun (Power Music) | 35 | |
| 41. Kelly Crook - BFF (Mini Mogul Music) | 35 | |
| 42. Foxxjazell - Split Enz (FKJ) | 35 | |
| 43. Patrissia - Green Eyes (Fargain) | 35 | |
| 44. Right On Band - Never Alone (MVD) | 35 | |
| 45. Surface Tension - Start Over (3 Degrees West) | 35 | |
| 46. Julie Ingram - Gone To Kentucky (Longshot) | 35 | |
| 47. Still Alive - Lady (Patron) | 35 | |
| 48. Sielio - Lonely (XLR) | 35 | |
| 49. Vince Hatfield - Beth (Blue Moon) | 35 | Add |
| 50. Meeghan Henry - Fallin' For You (MHI) | 35 | Add |
| 51. Predestined - New Life (Season) | 35 | Add |
| 52. Ry Smith - Hear Me Now (Insight) | 35 | Add |
| 53. Conga Man - Text Mee Baby (Hot Lava) | 35 | Add |
| 54. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 35 | Add |
| 55. Jimmy White - Katy Did (WPM) | 35 | Add |
| 56. Sheryl Crow - Summer Day (A&M/Interscope) | 35 | Add |
| 57. Robert Larrabee - Always Together (Spruce) | 35 | Add |
| 58. Cleopatra - Close To You (Isis) | 35 | Add |
| 59. D`Rel - Save You (Ind) | 35 | Add |
| 60. Brittney Reed - Redneck Town (Fair) | 35 | Add |
| 61. Allison Bohmann - Living In A Nightmare (Allie B) | Drop | |
| 62. Natasha James - If You Think This Is Love (Highway One) | Drop | |
| 63. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | Drop | |

LOOMIS 001646

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** LexPop [mailto:betty.martin@insightbb.com]
**Sent:** Tuesday, November 09, 2010 7:23 AM
**Subject:** Playlist from LexPop

**LexPop**
***Top Hits***
**3229 B Mammoth Drive**
**Lexington, KY 40517**
**Tel: 859-523-0503 www.lexingtonbroadcasting.com**
**PD: Steve Martin MD: Betty Martin**

**Playlist for Reporting Week: Nov 02, 2010 12:00 PM to Nov 09, 2010 11:59 AM (Pacific Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Amanda Morra - Kisses (Costa Music) | 35 |
| 2. D`Rel - Save You (Ind) | 35 |
| 3. David Juliet - These Days (Ind) | 35 |
| 4. Allison Bohmann - Can You Hear Me (Allie B) | 35 |
| 5. Mark Radcliffe - In The Sun (Ind) | 35 |
| 6. Sean Earle - You've Got It (Paradise) | 35 |
| 7. Pineapple Crackers - Take A Ride (Dakine) | 35 |
| 8. Justin Dilgard - Morning Sky (Moon Castle) | 35 |
| 9. Jarrett Fenlon - Love A little Bit (Ind) | 35 |
| 10. Rachael Kahn - On Top Of The World (Real 11 Reel) | 35 |
| 11. Cleopatra - Close To You (Isis) | 35 |
| 12. Robert Larrabee - Always Together (Spruce) | 35 |
| 13. Sheryl Crow - Summer Day (A&M/Interscope) | 35 |
| 14. David Unger - Forever Never Maybe (Ind) | 35 |

**LOOMIS 001643**

| | |
|---|---|
| 15. Josh Groban - Hidden Away (Reprise/WEA) | 35 |
| 16. Kid Rock - Born Free (Atlantic/WEA) | 35 |
| 17. Brittney Reed - Redneck Town (Fair) | 35 |
| 18. Marsha Jewell - I'm Still In Love With You (Jewell Lane) | 35 |
| 19. Predestined - New Life (Season) | 35 |
| 20. Meeghan Henry - Fallin' For You (MHI) | 35 |
| 21. Vince Hatfield - Beth (Blue Moon) | 35 |
| 22. Jimmy White - Katy Did (WPM) | 35 |
| 23. Suzy On Cue - Circle Of Madness (Thicker Than Water) | 35 |
| 24. Meeghan Henry - When I'm 18 (MHI) | 35 |
| 25. Tracey`s Mend - Last Sunday (Taurgon) | 35 |
| 26. Ry Smith - Hear Me Now (Insight) | 35 |
| 27. Rita - Love Has Begun (Power Music) | 35 |
| 28. Sielio - Lonely (XLR) | 35 |
| 29. Nikki Chavez - Shadows Of September (In Tune) | 35 |
| 30. Rietsa - Perfect Gentleman (Fire Media Group) | 35 |
| 31. Kenneth Roy - A Better Way (Physico) | 35 |
| 32. Heather Youmans - It's You Baby (WBE) | 35 |
| 33. Brant Miller - World Without Guns (Wizard) | 35 |
| 34. Alicia Keys - Doesn't Mean Anything (J) | 35 |
| 35. Father Time - 2 Step (Timeless) | Drop |
| 36. Chinie - Don't Be Afraid (Chickito) | Drop |
| 37. Summer Schappell - Chocolate Is A Vitamin (Gateway) | Drop |
| 38. Michael Lynne - Here We Are (Coast) | Drop |
| 39. Alyson - Slip Away (PM Media) | Drop |
| 40. Still Alive - Lady (Patron) | Drop |
| 41. Alwaz - Luv Alwaz (Gift) | Drop |
| 42. Alwaz - Rainy Days (Gift) | Drop |
| 43. Jae E - Me 2 (La La Entertainment) | Drop |
| 44. Steve Sloan - They Promised Me (Mill Valley) | Drop |
| 45. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | Drop |
| 46. Crosby Loggins - Seriously (Jive/Zomba) | Drop |
| 47. Kelly Crook - BFF (Mini Mogul Music) | Drop |
| 48. Right On Band - Never Alone (MVD) | Drop |
| 49. Julie Ingram - Gone To Kentucky (Longshot) | Drop |
| 50. Sarah Lonsert - What Do You Want (Coast) | Drop |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

# EXHIBIT "21"

## JEROME PROMOSTIONS PLAYLIST REPORT

## WELT-FM  08/17/10

You were added last week.. GREAT SPINS

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

---

**From:** WELT-FM [mailto:bobbydid@yahoo.com]
**Sent:** Tuesday, August 17, 2010 1:42 PM
**Subject:** Playlist from WELT-FM

**WELT-FM**
**2 Radio Loop**
**Swainsboro, GA 30401**
**Tel: (478) 237-1590 Fax: (478) 237-3559**
**www.theradiogroup.net**
**PD: Bobby Dee**

---

**Playlist for Reporting Week: Aug 10, 2010 12:00 PM to Aug 17, 2010 11:59 AM (Pacific Time)**

---

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 58 |
| 2. Train - If It's Love (Columbia/Sony) | 57 |
| 3. John Mayer - Half Of My Heart (Columbia/Sony) | 56 |
| 4. Maroon 5 - Misery (Octone/J) | 55 |
| 5. Rob Thomas - Mockingbird (Atlantic/WEA) | 54 |
| 6. Script - Breakeven (Sony) | 53 |
| 7. Sara Bareilles - King Of Anything (Epic/Sony) | 52 |
| 8. Pink - Glitter In The Air (LaFace/Zomba) | 51 |
| 9. Nickelback - This Afternoon (Atlantic/WEA) | 50 |
| 10. Daughtry - September (RCA/RLG) | 49 |
| 11. Colbie Caillat - I Never Told You (Universal Republic) | 48 |
| 12. Goo Goo Dolls - Home (WB/WEA) | 47 |
| 13. Lady Gaga - Alejandro (Konlive/Interscope) | 46 |
| 14. Paramore - The Only Exception (Fueled By Ramen) | 45 |
| 15. La Roux - Bulletproof (Cherry Tree) | 44 |

Exhibit 21
K. Loomis
8/26/13
reporter: nikki roy
CSR No. 3052

LOOMIS 001660

| | | |
|---|---|---|
| 16. Lady Antebellum - I Run To You (Capitol) | 43 | |
| 17. Adam Lambert - Whataya Want From Me (RCA/RLG) | 42 | |
| 18. Lifehouse - All In (Geffen/UMG) | 41 | |
| 19. Mike Posner - Cooler Than Me (Ind) | 40 | |
| 20. Neon Trees - Animal (Mercury) | 39 | |
| 21. Kris Allen - The Truth (Jive/Zomba) | 38 | |
| 22. Kesha - Your Love Is My Drug (Sony) | 37 | |
| 23. Plain White T`s - Rhythm Of Love (Hollywood) | 34 | |
| 24. Angel Taylor - Like You Do (Aware/Columbia) | 33 | |
| 25. Jack Johnson - You And Your Heart (Brushfire/Universal) | 32 | |
| 26. Uncle Kracker - It's Good To Be Me (Atlantic/WEA) | 31 | |
| 27. Jason Derulo - In My Head (WB/WEA) | 29 | |
| 28. Dylan James - Bluebirds (MoDog) | 28 | |
| 29. Pineapple Crackers - Take A Ride (Dakine) | 27 | |
| 30. Sean Earle - You've Got It (Paradise) | 26 | |
| 31. Mark Radcliffe - In The Sun (Ind) | 25 | |
| 32. Finding Clyde - Time Waster (Bullfrog) | 24 | |
| 33. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 23 | |
| 34. Alex Band - Tonight (Ind) | 22 | |
| 35. Taylor Rae - Stay Away (Ind) | 21 | |
| 36. One Eskimo w/Candi Staton - Kandi (Shangri La) | 20 | |
| 37. One Republic - Secrets (Interscope) | 36 | Add |
| 38. Katy Perry - Teenage Dream (Capitol) | 35 | Add |
| 39. Switchfoot - Your Love Is A Song (Atlantic/WEA) | 30 | Add |
| 40. Kenneth Roy - A Better Way (Physico) | 19 | Add |
| 41. Allison Bohmann - Living In A Nightmare (Allie B) | Drop | |
| 42. Ryan Star - Breathe (Atlantic/WEA) | Drop | |
| 43. Kelly Clarkson - All I Ever Wanted (RCA/RLG) | Drop | |
| 44. Lady Antebellum - Need You Now (Capitol) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997 Fax: 310-427-7333
staff@spinstrackingsystem.com www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

------ Forwarded Message
**From:** Jerome Promotions <hitcd@bellsouth.net>
**Date:** Tue, 17 Aug 2010 13:49:28 -0400
**To:** "loomisandthelust@gmail.com" <loomisandthelust@gmail.com>
**Subject:** FW: Playlist from WELT-FM

---

**WELT-FM**

www.theradiogroup.net <http://www.theradiogroup.net>
PD: Bobby Dee <http://www.backstageentertainment.net>

---

---

Spins Tracking System staff@spinstrackingsystem.com www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>

------ End of Forwarded Message

sent!

LOOMIS 001662