**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WELT-FM [mailto:bobbydjd@yahoo.com]
**Sent:** Monday, September 13, 2010 3:16 PM
**Subject:** Playlist from WELT-FM



**WELT-FM**
2 Radio Loop
Swainsboro, GA 30401
Tel: (478) 237-1590  Fax: (478) 237-3559
www.theradiogroup.net
PD: Bobby Dee

Playlist for Reporting
Week: Sep 07, 2010
12:00 PM to Sep 14,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Train - If It's Love (Columbia/Sony) | 58 |
| 2. Maroon 5 - Misery (Octone/J) | 57 |
| 3. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 56 |
| 4. John Mayer - Half Of My Heart (Columbia/Sony) | 55 |
| 5. Sara Bareilles - King Of Anything (Epic/Sony) | 54 |
| 6. Daughtry - September (RCA/RLG) | 53 |
| 7. Rob Thomas - Mockingbird (Atlantic/WEA) | 52 |
| 8. Mike Posner - Cooler Than Me (Sony) | 51 |
| 9. Paramore - The Only Exception (Fueled By Ramen) | 50 |
| 10. Script - Breakeven (Sony) | 49 |
| 11. Goo Goo Dolls - Home (WB/WEA) | 48 |
| 12. Pink - Glitter In The Air (LaFace/Zomba) | 47 |
| 13. Neon Trees - Animal (Mercury) | 46 |
| 14. Lifehouse - All In (Geffen/UMG) | 45 |
| 15. Lady Antebellum - I Run To You (Capitol) | 44 |

LOOMIS 001658

| | | |
|---|---|---|
| 16. Katy Perry - Teenage Dream (Capitol) | 43 | |
| 17. Nickelback - This Afternoon (Atlantic/WEA) | 42 | |
| 18. One Republic - Secrets (Interscope) | 41 | |
| 19. Kris Allen - The Truth (Jive/Zomba) | 40 | |
| 20. Taylor Swift - Mine (Big Machine/Universal) | 39 | |
| 21. Adam Lambert - If I Had You (RCA/RLG) | 38 | |
| 22. Plain White T`s - Rhythm Of Love (Hollywood) | 37 | |
| 23. Lady Gaga - Alejandro (Konlive/Interscope) | 36 | |
| 24. La Roux - Bulletproof (Cherry Tree) | 35 | |
| 25. Kesha - Your Love Is My Drug (Sony) | 34 | |
| 26. Alex Band - Tonight (Ind) | 33 | |
| 27. Switchfoot - Your Love Is A Song (Atlantic/WEA) | 30 | |
| 28. Uncle Kracker - It's Good To Be Me (Atlantic/WEA) | 29 | |
| 29. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 28 | Stress Trax |
| 30. Sean Earle - You've Got It (Paradise) | 27 | |
| 31. Mark Radcliffe - In The Sun (Ind) | 26 | |
| 32. One Eskimo w/Candi Staton - Kandi (Shangri La) | 25 | |
| 33. Pineapple Crackers - Take A Ride (Dakine) | 24 | |
| 34. Finding Clyde - Time Waster (Bullfrog) | 22 | |
| 35. Kenneth Roy - A Better Way (Physico) | 21 | |
| 36. Five For Fighting - Slice (Sony) | 32 | Add |
| 37. Sheryl Crow - Summer Day (A&M/Interscope) | 31 | Add |
| 38. Allison Bohmann - Can You Hear Me (Allie B) | 23 | Add |
| 39. David Juliet - These Days (Ind) | 20 | Add |
| 40. Awake In A Dream - Fall In Love (CSG) | 19 | Add |
| 41. Taylor Rae - Stay Away (Ind) | Drop | |
| 42. Dylan James - Bluebirds (MoDog) | Drop | |
| 43. Angel Taylor - Like You Do (Aware/Columbia) | Drop | |
| 44. Colbie Caillat - I Never Told You (Universal Republic) | Drop | |
| 45. Jack Johnson - You And Your Heart (Brushfire/Universal) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

LOOMIS 001659

This Playlist Counts For Next Week....

Bill Jerome, President
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WELT-FM [mailto:bobbydid@yahoo.com]
**Sent:** Thursday, October 07, 2010 1:09 PM
**Subject:** Playlist from WELT-FM

**WELT-FM**
2 Radio Loop
Swainsboro, GA 30401
Tel: (478) 237-1590  Fax: (478) 237-3559
www.theradiogroup.net
PD: Bobby Dee



Playlist for Reporting
Week: Oct 05, 2010
12:00 PM to Oct
12, 2010 11:59 AM
(Pacific Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Maroon 5 - Misery (Octone/J) | 58 |
| 2. Daughtry - September (RCA/RLG) | 57 |
| 3. Katy Perry - Teenage Dream (Capitol) | 56 |
| 4. Sara Bareilles - King Of Anything (Epic/Sony) | 55 |
| 5. Train - If It's Love (Columbia/Sony) | 54 |
| 6. Neon Trees - Animal (Mercury) | 53 |
| 7. Mike Posner - Cooler Than Me (Sony) | 52 |
| 8. Goo Goo Dolls - Home (WB/WEA) | 51 |
| 9. Taylor Swift - Mine (Big Machine/Universal) | 50 |
| 10. Lifehouse - All In (Geffen/UMG) | 49 |
| 11. Rob Thomas - Mockingbird (Atlantic/WEA) | 48 |
| 12. John Mayer - Half Of My Heart (Columbia/Sony) | 47 |

**LOOMIS 001656**

| | | |
|---|---|---|
| 13. One Republic - Secrets (Interscope) | 46 | |
| 14. Lady Antebellum - I Run To You (Capitol) | 45 | |
| 15. Adam Lambert - If I Had You (RCA/RLG) | 44 | |
| 16. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 43 | |
| 17. Paramore - The Only Exception (Fueled By Ramen) | 42 | |
| 18. Plain White T`s - Rhythm Of Love (Hollywood) | 40 | |
| 19. Bon Jovi - What Do You Got (Island) | 39 | |
| 20. Brandon Flowers - Crossfire (Island) | 38 | |
| 21. Michael Franti & Spearhead - The Sound Of Sunshine (Capitol) | 37 | |
| 22. Christina Perri - Jar Of Hearts (Atlantic/WEA) | 36 | |
| 23. La Roux - Bulletproof (Cherry Tree) | 34 | |
| 24. David Juliet - These Days (Ind) | 33 | |
| 25. Allison Bohmann - Can You Hear Me (Allie B) | 32 | |
| 26. Five For Fighting - Slice (Sony) | 31 | |
| 27. Natasha Bedingfield - Strip Me (Epic/Sony) | 29 | |
| 28. Carrie Underwood - Undo It (Arista/RLG) | 28 | |
| 29. Switchfoot - Your Love Is A Song (Atlantic/WEA) | 27 | |
| 30. D`Rel - Save You (Ind) | 26 | |
| 31. Kenneth Roy - A Better Way (Physico) | 25 | |
| 32. Awake In A Dream - Fall In Love (CSG) | 24 | |
| 33. Finding Clyde - Time Waster (Bullfrog) | 23 | |
| 34. Sheryl Crow - Summer Day (A&M/Interscope) | 22 | |
| 35. Uncle Kracker - It's Good To Be Me (Atlantic/WEA) | 21 | |
| 36. One Eskimo w/Candi Staton - Kandi (Shangri La) | 20 | |
| 37. Bruno Mars - Just The Way You Are (Elektra/WEA) | 41 | Add |
| 38. Ryan Star - Start A Fire (Atlantic/WEA) | 30 | Add |
| 39. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | Drop | |
| 40. Script - Breakeven (Sony) | Drop | |
| 41. Pink - Glitter In The Air (LaFace/Zomba) | Drop | |
| 42. Lady Gaga - Alejandro (Konlive/Interscope) | Drop | |
| Additional Adds: | | |
| 43. Days Difference - Speakers (Universal Motown) | 35 | Add |
| 44. EME - Slowdown (Afro-Merica Records) | 19 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com   www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage
Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of
Backstage Entertainment's policy.

**LOOMIS 001657**

# EXHIBIT "22"

## JEROME PROMOTIONS PLAYLIST
## WMOA-AM REPORT 8/24/10

It appears that in all small towns where the song is played, they love the Bright Red Chords!

------ Forwarded Message
From: Jerome Promotions <hitcd@bellsouth.net>
Date: Tue, 24 Aug 2010 13:46:22 -0400
To: "loomisandthelust@gmail.com" <loomisandthelust@gmail.com>
Subject: FW: Playlist from WMOA-AM

---

**From:** WMOA-AM [mailto:kwenzel@wmoa1490.com]
**Sent:** Tuesday, August 24, 2010 1:27 PM
**Subject:** Playlist from WMOA-AM

### WMOA-AM
*Local Radio*
925 Lancaster St.
Marietta, OH 45750
Tel: (740) 373-1490  Fax: (740) 373-1717
www.wmoa1490.com <http://www.wmoa1490.com>
PD: Kyle Wenzel     <http://www.backstageentertainment.net>

---

Playlist for Reporting Week: Aug 17, 2010 12:00 PM to Aug 24, 2010 11:59 AM (Pacific Time)

---

Artist - Song (Record Label)  Spins
1. Melissa Etheridge - The Wanting Of You (IDJMG)   15
2. Amanda Morra - Kisses (Costa Music)  15
3. Dylan James - Bluebirds (MoDog)  15
4. Sean Earle - You've Got It (Paradise)  15
5. Mark Radcliffe - In The Sun (Ind)  15
6. Sheryl Crow - Summer Day (A&M/Interscope)  15
7. Goo Goo Dolls - Home (WB/WEA)  15
8. David Gray - A Moment Changes Everything (Downtown)  15
9. Five For Fighting - Slice (Sony)  15
10. Loomis And The Lust - Bright Red Chords (Kings Of Spain)  15   Stress Trax
11. Heart - Hey You (Legacy/RCA)  15
12. Plain White T`s - Rhythm Of Love (Hollywood)  15
13. Maroon 5 - Misery (Octone/J)  15
14. Darius Rucker - Come Back Song (Capitol)  15
15. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group)  15
16. Jimmy White w/Jonell Mosser - Just What I Need (WPM)  15

Exhibit 22

K. Loomis
8/26/13
*reporter: nikki roy*
*CSR No. 3052*

**LOOMIS 001803**

17. Jamie Cullum – Wheels (Verve)   15   Stress Trax
18. Heather Youmans – It's You Baby (WBE)   15
19. Rob Thomas – Mockingbird (Atlantic/WEA)   15
20. Colbie Caillat – I Never Told You (Universal Republic)   15
21. Matt Roehr – Fuel Into The Fire (Gonzo Music)   15
22. Jack Johnson – You And Your Heart (Brushfire/Universal)   15
23. Kelly Clarkson – All I Ever Wanted (RCA/RLG)   15
24. The Fray – Syndicate (Epic/Sony)   10
25. John Mayer – Half Of My Heart (Columbia/Sony)   10
26. Train – If It's Love (Columbia/Sony)   10
27. Sara Bareilles – King Of Anything (Epic/Sony)   10
28. Christina Aguilera – You Lost Me (RCA/RLG)   10
29. Steve Palmer Band – No Words To Say (Arythmia)   10
30. Zac Brown Band – Free (Atlantic/WEA)   10
31. Scott Grimes – Hide (Velocity)   10
32. Brendon James – This Fall (Ind)   10
33. Justin Dilgard – Morning Sky (Moon Castle)   10
34. Father Time – 2 Step (Timeless)   10
35. Vertical Horizon – The Lucky One (Outfall)   10
36. Daughtry – September (RCA/RLG)   10
37. Alicia Keys – Unthinkable (J)   10
38. Kenneth Roy – A Better Way (Physico)   10
39. Crystal Bowersox – Up To The Mountain (Sony)   10
40. Brandon Flowers – Crossfire (Island)   10
41. Barenaked Ladies – Every Subway Car (Raisin`)   10
42. Pineapple Crackers – Take A Ride (Dakine)   10
43. Phil Collins – Going Back (Atlantic/WEA)   10
44. Steve Sloan – They Promised Me (Mill Valley)   10   Add
45. Brant Miller – World Without Guns (Wizard)   10   Add
46. John Nathaniel – My Greatest Breakdown (Ind)   10   Add
47. Oasis – Whatever (Big Brother)   Drop
48. Sting – Next To You (A&M/Interscope)   Drop
49. Jennifer Richman – Beautiful Girl (Dancing Rose)   Drop
50. Alwaz – Rainy Days (Gift)   Drop
51. Michael Lynne – Here We Are (Coast)   Drop
52. Michael Sarver – Ferris Wheel (Ind)   Drop
53. Taylor Rae – Stay Away (Ind)   Drop

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com <http://www.spinstrackingsystem.com>

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

------ End of Forwarded Message

LOOMIS 001804

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WMOA-AM [mailto:kwenzel@wmoa1490.com]
**Sent:** Monday, September 13, 2010 1:40 PM
**Subject:** Playlist from WMOA-AM



**WMOA-AM**
*Local Radio*
925 Lancaster St.
Marietta, OH 45750
Tel: (740) 373-1490  Fax: (740) 373-1717
www.wmoa1490.com
PD: Kyle Wenzel



Playlist for Reporting
Week: Sep 07, 2010
12:00 PM to Sep 14,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Sean Earle - You've Got It (Paradise) | 15 |
| 2. Vertical Horizon - The Lucky One (Outfall) | 15 |
| 3. Amanda Morra - Kisses (Costa Music) | 15 |
| 4. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 15 |
| 5. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 15 |
| 6. Heart - Hey You (Legacy/RCA) | 15 |
| 7. Mark Radcliffe - In The Sun (Ind) | 15 |
| 8. Plain White T`s - Rhythm Of Love (Hollywood) | 15 |
| 9. Maroon 5 - Misery (Octone/J) | 15 |
| 10. Darius Rucker - Come Back Song (Capitol) | 15 |
| 11. Colbie Caillat - I Never Told You (Universal Republic) | 15 |
| 12. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 15 |
| 13. Five For Fighting - Slice (Sony) | 15 |
| 14. Christina Aguilera - You Lost Me (RCA/RLG) | 15 |

**LOOMIS 001675**

| | | |
|---|---|---|
| 15. Sheryl Crow - Summer Day (A&M/Interscope) | 15 | |
| 16. Goo Goo Dolls - Home (WB/WEA) | 15 | |
| 17. David Gray - A Moment Changes Everything (Downtown) | 15 | |
| 18. Daughtry - September (RCA/RLG) | 10 | |
| 19. Steve Sloan - They Promised Me (Mill Valley) | 10 | |
| 20. Sara Bareilles - King Of Anything (Epic/Sony) | 10 | |
| 21. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 10 | |
| 22. Scott Grimes - Hide (Velocity) | 10 | |
| 23. Brendan James - This Fall (Decca/Universal) | 10 | |
| 24. Melissa Etheridge - The Wanting Of You (IDJMG) | 10 | |
| 25. Pineapple Crackers - Take A Ride (Dakine) | 10 | |
| 26. Barenaked Ladies - Every Subway Car (Raisin`) | 10 | |
| 27. Train - If It's Love (Columbia/Sony) | 10 | |
| 28. Rob Thomas – Mockingbird (Atlantic/WEA) | 10 | |
| 29. Zac Brown Band - Free (Atlantic/WEA) | 10 | |
| 30. The Fray - Syndicate (Epic/Sony) | 10 | |
| 31. Heather Youmans - It's You Baby (WBE) | 10 | |
| 32. Kenneth Roy - A Better Way (Physico) | 10 | |
| 33. Jamie Cullum - Wheels (Verve) | 10 | |
| 34. Jack Johnson - You And Your Heart (Brushfire/Universal) | 10 | |
| 35. Kelly Clarkson - All I Ever Wanted (RCA/RLG) | 10 | |
| 36. Dylan James - Bluebirds (MoDog) | 10 | |
| 37. Crystal Bowersox - Up To The Mountain (Sony) | 10 | |
| 38. Phil Collins - Going Back (Atlantic/WEA) | 10 | |
| 39. John Mayer - Half Of My Heart (Columbia/Sony) | 10 | |
| 40. Justin Dilgard - Morning Sky (Moon Castle) | 5 | |
| 41. Brandon Flowers - Crossfire (Island) | 5 | |
| 42. Steve Palmer Band - No Words To Say (Arythmia) | 5 | |
| 43. Jim Brickman - Thank You (Somerset) | 10 | Add |
| 44. Laura Bell Bundy - Drop On By (Mercury) | 10 | Add |
| 45. Doobie Brothers - Nobody (Ind) | 10 | Add |
| 46. KT Tunstall - Fade Like A Shadow (Virgin) | 10 | Add |
| 47. Tom Petty & The Heartbreakers - High In The Morning (Reprise/WEA) | 10 | Add |
| 48. Phil Collins - Heatwave (Atlantic/WEA) | 10 | Add |
| 49. David Juliet - These Days (Ind) | 10 | Add |
| 50. Allison Bohmann - Can You Hear Me (Allie B) | 10 | Add |
| 51. Monica - Love All Over Me (J) | 5 | Add |
| 52. John Nathaniel - My Greatest Breakdown (Ind) | Drop | |
| 53. Father Time - 2 Step (Timeless) | Drop | |
| 54. Brant Miller - World Without Guns (Wizard) | Drop | |
| 55. Alicia Keys - Unthinkable (J) | Drop | |
| Additional Adds: | | |
| 56. Hope - Love Love Love (?) | 10 | Add |
| 57. Shawn Mullins - Light You Up (?) | 10 | Add |
| 58. Meatloaf - If I Can't Have You (?) | 10 | Add |
| 59. Jack Johnson - At or With Me (?) | 10 | Add |
| 60. Justin James - Perfect Sometimes (?) | 10 | Add |
| 61. Sade - The Moon and Sky (?) | 5 | Add |
| 62. Ben Folds - From Above (?) | 10 | Add |

LOOMIS 001676

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001677

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WMOA-AM [mailto:kwenzel@wmoa1490.com]
**Sent:** Tuesday, September 21, 2010 1:54 PM
**Subject:** Playlist from WMOA-AM



### WMOA-AM
*Local Radio*
925 Lancaster St.
Marietta, OH 45750
Tel: (740) 373-1490  Fax: (740) 373-1717
www.wmoa1490.com
PD: Kyle Wenzel



**Playlist for Reporting
Week: Sep 14, 2010
12:00 PM to Sep 21,
2010 11:59 AM (Pacific
Time)**

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Amanda Morra - Kisses (Costa Music) | 15 |
| 2. Phil Collins - Heatwave (Atlantic/WEA) | 15 |
| 3. Sean Earle - You've Got It (Paradise) | 15 |
| 4. Mark Radcliffe - In The Sun (Ind) | 15 |
| 5. Sheryl Crow - Summer Day (A&M/Interscope) | 15 |
| 6. Allison Bohmann - Can You Hear Me (Allie B) | 15 |
| 7. Heart - Hey You (Legacy/RCA) | 15 |
| 8. Five For Fighting - Slice (Sony) | 15 |
| 9. Vertical Horizon - The Lucky One (Outfall) | 15 |
| 10. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 15 |
| 11. Darius Rucker - Come Back Song (Capitol) | 15 |
| 12. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 15 |
| 13. KT Tunstall - Fade Like A Shadow (Virgin) | 15 |
| 14. Doobie Brothers - Nobody (Ind) | 15 |

LOOMIS 001672

| | | |
|---|---|---|
| 15. Jack Johnson - At Or With Me (Brushfire/Universal) | 15 | |
| 16. Plain White T`s - Rhythm Of Love (Hollywood) | 15 | |
| 17. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 15 | |
| 18. Colbie Caillat - I Never Told You (Universal Republic) | 15 | |
| 19. Hope - Love Love Love (Ind) | 10 | |
| 20. Maroon 5 - Misery (Octone/J) | 10 | |
| 21. Ben Folds - From Above (Nonesuch/Reprise) | 10 | |
| 22. Tom Petty & The Heartbreakers - High In The Morning (Reprise/WEA) | 10 | |
| 23. Meatloaf - If I Can't Have You (Roadrunner) | 10 | |
| 24. Christina Aguilera - You Lost Me (RCA/RLG) | 10 | |
| 25. Justin James – Perfect Sometimes (Ind) | 10 | |
| 26. Scott Grimes - Hide (Velocity) | 10 | |
| 27. Brendan James - This Fall (Decca/Universal) | 10 | |
| 28. Laura Bell Bundy - Drop On By (Mercury) | 10 | |
| 29. Steve Sloan - They Promised Me (Mill Valley) | 10 | |
| 30. Jim Brickman - Thank You (Somerset) | 10 | |
| 31. David Juliet - These Days (Ind) | 10 | |
| 32. Shawn Mullins - Light You Up (Vanguard) | 10 | |
| 33. Sara Bareilles - King Of Anything (Epic/Sony) | 10 | |
| 34. Jack Johnson - You And Your Heart (Brushfire/Universal) | 10 | |
| 35. Daughtry - September (RCA/RLG) | 10 | |
| 36. Jamie Cullum - Wheels (Verve) | 10 | |
| 37. Kenneth Roy - A Better Way (Physico) | 10 | |
| 38. Heather Youmans - It's You Baby (WBE) | 10 | |
| 39. The Fray - Syndicate (Epic/Sony) | 10 | |
| 40. Rob Thomas - Mockingbird (Atlantic/WEA) | 10 | |
| 41. John Mayer - Half Of My Heart (Columbia/Sony) | 10 | |
| 42. Train - If It's Love (Columbia/Sony) | 10 | |
| 43. Zac Brown Band - Free (Atlantic/WEA) | 10 | |
| 44. Kelly Clarkson - All I Ever Wanted (RCA/RLG) | 10 | |
| 45. Dylan James - Bluebirds (MoDog) | 10 | |
| 46. Goo Goo Dolls - Home (WB/WEA) | 10 | |
| 47. Crystal Bowersox - Up To The Mountain (Sony) | 10 | |
| 48. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 10 | |
| 49. David Gray - A Moment Changes Everything (Downtown) | 10 | |
| 50. Barenaked Ladies - Every Subway Car (Raisin`) | 10 | |
| 51. Sade - The Moon And Sky (Sony) | 5 | |
| 52. Steve Palmer Band – No Words To Say (Arythmia) | 5 | |
| 53. Pineapple Crackers - Take A Ride (Dakine) | 5 | |
| 54. Monica - Love All Over Me (J) | 5 | |
| 55. Melissa Etheridge - The Wanting Of You (IDJMG) | 5 | |
| 56. Justin Dilgard - Morning Sky (Moon Castle) | 5 | |
| 57. Phil Collins - Going Back (Atlantic/WEA) | 5 | |
| 58. Tom Petty & The Heartbreakers - I Should Have Known It (Reprise/WEA) | 10 | Add |
| 59. Brandon Flowers - Crossfire (Island) | Drop | |

**LOOMIS 001673**

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001674

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WMOA-AM [mailto:kwenzel@wmoa1490.com]
**Sent:** Monday, October 04, 2010 1:40 PM
**Subject:** Playlist from WMOA-AM



**WMOA-AM**
*Local Radio*
925 Lancaster St.
Marietta, OH 45750
Tel: (740) 373-1490  Fax: (740) 373-1717
www.wmoa1490.com
PD: Kyle Wenzel



Playlist for Reporting
Week: Sep 28, 2010
12:00 PM to Oct 05,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins |
|---|---|
| 1. Ben Folds - From Above (Nonesuch/Reprise) | 15 |
| 2. Plain White T`s - Rhythm Of Love (Hollywood) | 15 |
| 3. Five For Fighting - Slice (Sony) | 15 |
| 4. Vertical Horizon - The Lucky One (Outfall) | 15 |
| 5. Heart - Hey You (Legacy/RCA) | 15 |
| 6. Sara Bareilles - King Of Anything (Epic/Sony) | 15 |
| 7. Meatloaf - If I Can't Have You (Roadrunner) | 15 |
| 8. Maroon 5 - Misery (Octone/J) | 15 |
| 9. Darius Rucker - Come Back Song (Capitol) | 15 |
| 10. Allison Bohmann - Can You Hear Me (Allie B) | 15 |
| 11. David Juliet - These Days (Ind) | 15 |
| 12. Phil Collins - Heatwave (Atlantic/WEA) | 15 |
| 13. Tom Petty & The Heartbreakers - High In The Morning (Reprise/WEA) | 15 |
| 14. KT Tunstall - Fade Like A Shadow (Virgin) | 15 |

**LOOMIS 001669**

| | | |
|---|---|---|
| 15. Doobie Brothers - Nobody (Ind) | 15 | |
| 16. Shawn Mullins - Light You Up (Vanguard) | 15 | |
| 17. Jack Johnson – At Or With Me (Brushfire/Universal) | 15 | |
| 18. Sheryl Crow - Summer Day (A&M/Interscope) | 15 | |
| 19. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 15 | |
| 20. Colbie Caillat - I Never Told You (Universal Republic) | 15 | |
| 21. Amanda Morra - Kisses (Costa Music) | 15 | |
| 22. Sean Earle - You've Got It (Paradise) | 15 | |
| 23. Christina Aguilera - You Lost Me (RCA/RLG) | 10 | |
| 24. Hope - Love Love Love (Ind) | 10 | |
| 25. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | 10 | |
| 26. Scott Grimes - Hide (Velocity) | 10 | |
| 27. Jim Brickman - Thank You (Somerset) | 10 | |
| 28. Laura Bell Bundy - Drop On By (Mercury) | 10 | |
| 29. Steve Sloan - They Promised Me (Mill Valley) | 10 | |
| 30. Justin James - Perfect Sometimes (Ind) | 10 | |
| 31. Brendan James - This Fall (Decca/Universal) | 10 | |
| 32. Zac Brown Band - Free (Atlantic/WEA) | 10 | |
| 33. Goo Goo Dolls - Home (WB/WEA) | 10 | |
| 34. Mark Radcliffe - In The Sun (Ind) | 10 | |
| 35. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 10 | |
| 36. Kelly Clarkson - All I Ever Wanted (RCA/RLG) | 10 | |
| 37. David Gray - A Moment Changes Everything (Downtown) | 10 | |
| 38. Barenaked Ladies - Every Subway Car (Raisin`) | 10 | |
| 39. Tom Petty & The Heartbreakers - I Should Have Known It (Reprise/WEA) | 10 | |
| 40. Rob Thomas - Mockingbird (Atlantic/WEA) | 5 | |
| 41. John Mayer - Half Of My Heart (Columbia/Sony) | 5 | |
| 42. Sade - The Moon And Sky (Sony) | 5 | |
| 43. Train - If It's Love (Columbia/Sony) | 5 | |
| 44. The Fray - Syndicate (Epic/Sony) | 5 | |
| 45. Matt Roehr - Fuel Into The Fire (Gonzo Music) | 5 | |
| 46. Jack Johnson - You And Your Heart (Brushfire/Universal) | 5 | |
| 47. Daughtry - September (RCA/RLG) | 5 | |
| 48. Jamie Cullum - Wheels (Verve) | 5 | |
| 49. Steve Palmer Band - No Words To Say (Arythmia) | 5 | |
| 50. Melissa Etheridge - The Wanting Of You (IDJMG) | 5 | |
| 51. Justin Dilgard - Morning Sky (Moon Castle) | 5 | |
| 52. One Republic - Secrets (Interscope) | 10 | Add |
| 53. Lifehouse - All In (Geffen/UMG) | 10 | Add |
| 54. D`Rel - Save You (Ind) | 10 | Add |
| 55. Crystal Bowersox - Up To The Mountain (Sony) | Drop | |
| 56. Phil Collins - Going Back (Atlantic/WEA) | Drop | |
| 57. Dylan James - Bluebirds (MoDog) | Drop | |
| 58. Heather Youmans - It's You Baby (WBE) | Drop | |
| 59. Kenneth Roy - A Better Way (Physico) | Drop | |
| 60. Pineapple Crackers - Take A Ride (Dakine) | Drop | |
| 61. Monica - Love All Over Me (J) | Drop | |

**LOOMIS 001670**

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001671

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WMOA-AM [mailto:kwenzel@wmoa1490.com]
**Sent:** Monday, October 18, 2010 7:08 PM
**Subject:** Playlist from WMOA-AM



**WMOA-AM**
*Local Radio*
925 Lancaster St.
Marietta, OH 45750
Tel: (740) 373-1490  Fax: (740) 373-1717
www.wmoa1490.com
PD: Kyle Wenzel



**Playlist for Reporting**
Week: Oct 12, 2010
12:00 PM to Oct 19,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Colbie Caillat - I Never Told You (Universal Republic) | 15 | |
| 2. Sean Earle - You've Got It (Paradise) | 15 | |
| 3. David Juliet - These Days (Ind) | 15 | |
| 4. Allison Bohmann - Can You Hear Me (Allie B) | 15 | Stress Trax |
| 5. Five For Fighting - Slice (Sony) | 15 | |
| 6. Vertical Horizon - The Lucky One (Outfall) | 15 | |
| 7. Darius Rucker - Come Back Song (Capitol) | 15 | |
| 8. Heart - Hey You (Legacy/RCA) | 15 | |
| 9. Sara Bareilles - King Of Anything (Epic/Sony) | 15 | |
| 10. Plain White T`s - Rhythm Of Love (Hollywood) | 15 | |
| 11. Amanda Morra - Kisses (Costa Music) | 15 | |
| 12. Maroon 5 - Misery (Octone/J) | 15 | |
| 13. D`Rel - Save You (Ind) | 15 | |
| 14. Ben Folds - From Above (Nonesuch/Reprise) | 15 | |
| 15. Jack Johnson - At Or With Me (Brushfire/Universal) | 15 | |

**LOOMIS 001663**

| | | |
|---|---|---|
| 16. Meatloaf - If I Can't Have You (Roadrunner) | 15 | |
| 17. Shawn Mullins - Light You Up (Vanguard) | 15 | Stress Trax |
| 18. Doobie Brothers - Nobody (Ind) | 15 | Stress Trax |
| 19. KT Tunstall - Fade Like A Shadow (Virgin) | 15 | |
| 20. Tom Petty & The Heartbreakers - High In The Morning (Reprise/WEA) | 15 | |
| 21. Scott Grimes - Hide (Velocity) | 10 | |
| 22. Brendan James - This Fall (Decca/Universal) | 10 | |
| 23. Christina Aguilera - You Lost Me (RCA/RLG) | 10 | |
| 24. Hope - Love Love Love (Ind) | 10 | |
| 25. One Republic - Secrets (Interscope) | 10 | |
| 26. Phil Collins - Heatwave (Atlantic/WEA) | 10 | |
| 27. Mark Radcliffe - In The Sun (Ind) | 10 | |
| 28. David Gray - A Moment Changes Everything (Downtown) | 10 | |
| 29. Barenaked Ladies - Every Subway Car (Raisin`) | 10 | |
| 30. Goo Goo Dolls - Home (WB/WEA) | 10 | |
| 31. Sheryl Crow - Summer Day (A&M/Interscope) | 10 | |
| 32. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 5 | |
| 33. Justin James - Perfect Sometimes (Ind) | 5 | |
| 34. The Fray - Syndicate (Epic/Sony) | 5 | |
| 35. Rob Thomas - Mockingbird (Atlantic/WEA) | 5 | |
| 36. John Mayer - Half Of My Heart (Columbia/Sony) | 5 | |
| 37. Tom Petty & The Heartbreakers - I Should Have Known It (Reprise/WEA) | 5 | |
| 38. Train - If It's Love (Columbia/Sony) | 5 | |
| 39. Lifehouse - All In (Geffen/UMG) | 5 | |
| 40. Zac Brown Band - Free (Atlantic/WEA) | 5 | |
| 41. Jim Brickman - Thank You (Somerset) | 5 | |
| 42. Laura Bell Bundy - Drop On By (Mercury) | 5 | |
| 43. Kelly Clarkson - All I Ever Wanted (RCA/RLG) | 5 | |
| 44. Daughtry - September (RCA/RLG) | 5 | |
| 45. Steve Sloan - They Promised Me (Mill Valley) | 5 | |
| 46. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 5 | |
| 47. Santana - While My Guitar (Arista/RLG) | 10 | Add |
| 48. Seal - Secret (Reprise/WEA) | 10 | Add |
| 49. Eric Clapton - Run Back To Your Side (Reprise/WEA) | 10 | Add |
| 50. Jewel - Ten (Valory Music/Universal) | 10 | Add |
| 51. Michael Buble - Hollywood (Reprise/WEA) | 5 | Add |
| 52. Phoenix - 1901 (Ind) | 5 | Add |
| 53. Dierks Bentley - Draw Me A Map (Capitol) | 5 | Add |
| 54. Steve Palmer Band - No Words To Say (Arythmia) | Drop | |
| 55. John Pagliano w/Denise Albanese - Gone Away To Yesterday (Tate Music Group) | Drop | |
| 56. Melissa Etheridge - The Wanting Of You (IDJMG) | Drop | |
| 57. Justin Dilgard - Morning Sky (Moon Castle) | Drop | |
| 58. Sade - The Moon And Sky (Sony) | Drop | |
| 59. Jack Johnson - You And Your Heart (Brushfire/Universal) | Drop | |
| 60. Matt Roehr - Fuel Into The Fire (Gonzo Music) | Drop | |
| 61. Jamie Cullum - Wheels (Verve) | Drop | |
| Additional Adds: | | |
| 62. Matt White - Falling in Love (?) | 10 | Add |
| 63. Alex Band - Without You (?) | 10 | Add |
| 64. Theory of a Deadman - End of Summer (?) | 5 | Add |
| 65. Sons of Sylvia - I Know You (?) | 5 | Add |
| 66. Gin Blossoms - Miss Disarray (?) | 10 | Add |

LOOMIS 001664

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com

This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001665

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WMOA-AM [mailto:kwenzel@wmoa1490.com]
**Sent:** Monday, November 08, 2010 6:38 PM
**Subject:** Playlist from WMOA-AM



**WMOA-AM**
*Local Radio*
925 Lancaster St.
Marietta, OH 45750
Tel: (740) 373-1490  Fax: (740) 373-1717
www.wmoa1490.com
PD: Kyle Wenzel



**Playlist for Reporting
Week: Nov 02, 2010
12:00 PM to Nov 09,
2010 11:59 AM (Pacific
Time)**

| Artist – Song (Record Label) | Spins |
| --- | --- |
| 1. Eric Clapton – Run Back To Your Side (Reprise/WEA) | 15 |
| 2. Matt White – Falling In Love (Ind) | 15 |
| 3. Santana – While My Guitar (Arista/RLG) | 15 |
| 4. Ben Folds – From Above (Nonesuch/Reprise) | 15 |
| 5. Seal – Secret (Reprise/WEA) | 15 |
| 6. Gin Blossoms – Miss Disarray (Ind) | 15 |
| 7. Allison Bohmann – Can You Hear Me (Allie B) | 15 |
| 8. Jewel – Ten (Valory Music/Universal) | 15 |
| 9. Shawn Mullins – Light You Up (Vanguard) | 15 |
| 10. KT Tunstall – Fade Like A Shadow (Virgin) | 15 |
| 11. Heart – Hey You (Legacy/RCA) | 15 |
| 12. Doobie Brothers – Nobody (Ind) | 15 |
| 13. Amanda Morra – Kisses (Costa Music) | 15 |
| 14. Five For Fighting – Slice (Sony) | 15 |

**LOOMIS 001666**

| | | |
|---|---|---|
| 15. Alex Band - Without You (Ind) | 15 | |
| 16. Tom Petty & The Heartbreakers - I Should Have Known It (Reprise/WEA) | 15 | |
| 17. Jack Johnson - At Or With Me (Brushfire/Universal) | 15 | |
| 18. Tom Petty & The Heartbreakers - High In The Morning (Reprise/WEA) | 10 | |
| 19. Vertical Horizon - The Lucky One (Outfall) | 10 | |
| 20. Sean Earle - You've Got It (Paradise) | 10 | |
| 21. Michael Buble - Hollywood (Reprise/WEA) | 10 | |
| 22. Goo Goo Dolls - Home (WB/WEA) | 10 | |
| 23. Brendan James - This Fall (Decca/Universal) | 10 | |
| 24. Scott Grimes - Hide (Velocity) | 10 | |
| 25. Maroon 5 - Misery (Octone/J) | 10 | |
| 26. Darius Rucker - Come Back Song (Capitol) | 10 | |
| 27. Christina Aguilera - You Lost Me (RCA/RLG) | 10 | |
| 28. Sons Of Sylvia - I Know You (Ind) | 10 | |
| 29. Phoenix - 1901 (Ind) | 10 | |
| 30. Theory Of A Deadman - End Of Summer (Ind) | 10 | |
| 31. Meatloaf - If I Can't Have You (Roadrunner) | 10 | |
| 32. One Republic - Secrets (Interscope) | 10 | |
| 33. David Juliet - These Days (Ind) | 10 | |
| 34. D`Rel - Save You (Ind) | 10 | |
| 35. Hope - Love Love Love (Ind) | 10 | |
| 36. Dierks Bentley - Draw Me A Map (Capitol) | 10 | |
| 37. Lifehouse - All In (Geffen/UMG) | 5 | |
| 38. Jimmy White w/Jonell Mosser - Just What I Need (WPM) | 5 | |
| 39. Train - If It's Love (Columbia/Sony) | 5 | |
| 40. Barenaked Ladies - Every Subway Car (Raisin`) | 5 | |
| 41. Plain White T`s - Rhythm Of Love (Hollywood) | 5 | |
| 42. David Gray - A Moment Changes Everything (Downtown) | 5 | |
| 43. Justin James - Perfect Sometimes (Ind) | 5 | |
| 44. Steve Sloan - They Promised Me (Mill Valley) | 5 | |
| 45. Sara Bareilles - King Of Anything (Epic/Sony) | 5 | |
| 46. Phil Collins - Heatwave (Atlantic/WEA) | 5 | |
| 47. Ry Smith - Hear Me Now (Insight) | 10 | Add |
| 48. David Unger - Forever Never Maybe (Ind) | 10 | Add |
| 49. Kenneth Roy - A Better Way (Physico) | 10 | Add |
| 50. Meeghan Henry - Fallin' For You (MHI) | 10 | Add |
| 51. The Fray - Syndicate (Epic/Sony) | Drop | |
| 52. Rob Thomas - Mockingbird (Atlantic/WEA) | Drop | |
| 53. Colbie Caillat - I Never Told You (Universal Republic) | Drop | |
| 54. Sheryl Crow - Summer Day (A&M/Interscope) | Drop | |
| 55. Mark Radcliffe - In The Sun (Ind) | Drop | |
| 56. Kelly Clarkson - All I Ever Wanted (RCA/RLG) | Drop | |
| 57. Zac Brown Band - Free (Atlantic/WEA) | Drop | |
| 58. Jim Brickman - Thank You (Somerset) | Drop | |
| 59. Daughtry - September (RCA/RLG) | Drop | |
| 60. Laura Bell Bundy - Drop On By (Mercury) | Drop | |
| 61. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | Drop | |
| 62. John Mayer - Half Of My Heart (Columbia/Sony) | Drop | |

LOOMIS 001667

**Spins Tracking System**
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

LOOMIS 001668

# EXHIBIT "23"

## JEROME PROMOTIONS PLAYLIST
## WMQT-FM REPORT 8/02/10

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WMQT-FM [mailto:jim@wmqt.com]
**Sent:** Monday, August 02, 2010 5:37 PM
**Subject:** Playlist from WMQT-FM



**WMQT-FM**
121 N. Front St.
Marquette, MI 49855-4300
Tel: (906) 225-9100  Fax: (906) 225-5577
www.wmqt.com
PD: Jim Koski



**Playlist for Reporting
Week: Jul 27, 2010
12:00 PM to Aug 03,
2010 11:59 AM (Pacific
Time)**

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Train - If It's Love (Columbia/Sony) | 52 | |
| 2. Maroon 5 - Misery (Octone/J) | 52 | Stress Trax |
| 3. Sheryl Crow - Summer Day (A&M/Interscope) | 52 | |
| 4. Goo Goo Dolls - Home (WB/WEA) | 52 | |
| 5. Sara Bareilles - King Of Anything (Epic/Sony) | 52 | Stress Trax |
| 6. Pink - Glitter In The Air (LaFace/Zomba) | 52 | Stress Trax |
| 7. Rob Thomas - Mockingbird (Atlantic/WEA) | 52 | |
| 8. John Mayer - Half Of My Heart (Columbia/Sony) | 52 | |
| 9. Nickelback - This Afternoon (Atlantic/WEA) | 52 | |
| 10. Lady Gaga - Alejandro (Konlive/Interscope) | 49 | |
| 11. Daughtry - September (RCA/RLG) | 49 | |
| 12. Colbie Caillat - I Never Told You (Universal Republic) | 48 | |
| 13. Uncle Kracker - It's Good To Be Me (Atlantic/WEA) | 48 | |
| 14. Michael Franti & Spearhead - The Sound Of Sunshine (Capitol) | 41 | |
| 15. Script - Breakeven (Sony) | 32 | |
| 16. Lifehouse - All In (Geffen/UMG) | 30 | |

**Exhibit 23**
K. Loomis
8/26/13
reporter: nikki roy
CSR No. 3052

**LOOMIS 001694**

| | | |
|---|---|---|
| 17. Lady Antebellum - Need You Now (Capitol) | 28 | |
| 18. Adam Lambert - Whataya Want From Me (RCA/RLG) | 23 | |
| 19. Angel Taylor - Like You Do (Aware/Columbia) | 20 | |
| 20. Katy Perry w/Snoop Dogg - California Gurls (Capitol) | 20 | |
| 21. Allison Bohmann - Living In A Nightmare (Allie B) | 18 | |
| 22. Kris Allen - The Truth (Jive/Zomba) | 17 | |
| 23. Kris Allen - Live Like We're Dying (RCA/RLG) | 17 | |
| 24. Paramore - The Only Exception (Fueled By Ramen) | 16 | |
| 25. Matt Brodeur - Misery (Ind) | 14 | |
| 26. Kelly Clarkson – All I Ever Wanted (RCA/RLG) | 13 | |
| 27. Michael Buble - Haven't Met You Yet (Reprise/WEA) | 11 | |
| 28. Orianthi - According To You (Geffen/UMG) | 11 | |
| 29. Train - Hey, Soul Sister (Columbia/Sony) | 10 | |
| 30. John Mayer - Heartbreak Warfare (Columbia/Sony) | 10 | |
| 31. Uncle Kracker - Smile (Lava/Atlantic) | 10 | |
| 32. Loomis And The Lust – Bright Red Chords (Kings Of Spain) | 5 | Add |
| 33. Last November - Julie (Southern Tracks) | Drop | |
| 34. Tracey`s Mend - Harlem To Memphis (Tarragon) | Drop | |
| 35. Daughtry - Life After You (RCA/RLG) | Drop | |
| 36. Arianna - I just Want Something Real (Ind) | Drop | |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

This looks like a new radio station . Pls email the local fans. Thx!

------ Forwarded Message
From: Jerome Promotions <hitcd@bellsouth.net>
Date: Mon, 2 Aug 2010 17:40:39 -0400
To: 'Loomis and the Lust' <loomisandthelust@gmail.com>
Subject: FW: Playlist from WMQT-FM

--------------------------------------------------------------------

## WMQT-FM
www.wmqt.com <http://www.wmqt.com>
PD: Jim Koski      <http://www.backstageentertainment.net>

--------------------------------------------------------------------

--------------------------------------------------------------------

LOOMIS 001695

Spins Tracking System  staff@spinstrackingsystem.com  www.spinstrackingsystem.com <http://
www.spinstrackingsystem.com>

------ End of Forwarded Message

LOOMIS 001696

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WMQT-FM [mailto:jim@wmqt.com]
**Sent:** Tuesday, August 31, 2010 9:30 AM
**Subject:** Playlist from WMQT-FM



**WMQT-FM**
121 N. Front St.
Marquette, MI 49855-4300
Tel: (906) 225-9100  Fax: (906) 225-5577
www.wmqt.com
PD: Jim Koski



Playlist for Reporting
Week: Aug 24, 2010
12:00 PM to Aug 31,
2010 11:59 AM (Pacific
Time)

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Rob Thomas - Mockingbird (Atlantic/WEA) | 52 | |
| 2. Pink - Glitter In The Air (LaFace/Zomba) | 52 | Stress Trax |
| 3. Maroon 5 - Misery (Octone/J) | 52 | Stress Trax |
| 4. Sara Bareilles - King Of Anything (Epic/Sony) | 52 | |
| 5. Goo Goo Dolls - Home (WB/WEA) | 52 | |
| 6. Daughtry - September (RCA/RLG) | 52 | |
| 7. Mike Posner - Cooler Than Me (Ind) | 52 | Stress Trax |
| 8. John Mayer - Half Of My Heart (Columbia/Sony) | 50 | |
| 9. Train - If It's Love (Columbia/Sony) | 50 | |
| 10. Nickelback - This Afternoon (Atlantic/WEA) | 47 | |
| 11. Lady Gaga - Alejandro (Konlive/Interscope) | 40 | |
| 12. Michael Franti & Spearhead - The Sound Of Sunshine (Capitol) | 40 | |
| 13. Colbie Caillat - I Never Told You (Universal Republic) | 40 | |
| 14. Paramore - The Only Exception (Fueled By Ramen) | 40 | Stress Trax |
| 15. Lifehouse - All In (Geffen/UMG) | 40 | |
| 16. Sheryl Crow - Summer Day (A&M/Interscope) | 35 | |

LOOMIS 001692

| | |
|---|---|
| 17. Neon Trees – Animal (Mercury) | 28 |
| 18. Allison Bohmann – Living In A Nightmare (Allie B) | 24 |
| 19. Kris Allen – The Truth (Jive/Zomba) | 23 |
| 20. Script – Breakeven (Sony) | 23 |
| 21. Lady Antebellum – I Run To You (Capitol) | 21 |
| 22. Katy Perry – Teenage Dream (Capitol) | 21 |
| 23. Lady Antebellum – Need You Now (Capitol) | 20 |
| 24. Loomis And The Lust – Bright Red Chords (Kings Of Spain) | 17 |
| 25. La Roux – Bulletproof (Cherry Tree) | 16 |
| 26. Adam Lambert – If I Had You (RCA/RLG) | 16 |
| 27. Plain White T`s – Rhythm Of Love (Hollywood) | 15 |
| 28. Matt Brodeur – Misery (Ind) | 14 |
| 29. Adam Lambert – Whataya Want From Me (RCA/RLG) | 14 |
| 30. Uncle Kracker – It's Good To Be Me (Atlantic/WEA) | 14 |
| 31. Angel Taylor – Like You Do (Aware/Columbia) | 13 |
| 32. Kris Allen – Live Like We're Dying (RCA/RLG) | 11 |
| 33. Uncle Kracker – Smile (Lava/Atlantic) | 11 |
| 34. One Republic – Secrets (Interscope) | 7 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written permission of Backstage Entertainment. Backstage Entertainment reserves the right to cancel the account of any subscriber found to be in violation of Backstage Entertainment's policy.

LOOMIS 001693

**Bill Jerome, President**
Jerome Promotions, Inc.
http://www.jeromepromotions.com
hitcd@bellsouth.net
770-982-7055

**From:** WMQT-FM [mailto:jim@wmqt.com]
**Sent:** Tuesday, September 14, 2010 12:56 PM
**Subject:** Playlist from WMQT-FM



**WMQT-FM**
121 N. Front St.
Marquette, MI 49855-4300
Tel: (906) 225-9100  Fax: (906) 225-5577
www.wmqt.com
PD: Jim Koski



**Playlist for Reporting Week: Sep 07, 2010 12:00 PM to Sep 14, 2010 11:59 AM (Pacific Time)**

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Goo Goo Dolls - Home (WB/WEA) | 52 | |
| 2. Sara Bareilles - King Of Anything (Epic/Sony) | 52 | |
| 3. Daughtry - September (RCA/RLG) | 52 | |
| 4. Mike Posner - Cooler Than Me (Sony) | 52 | Stress Trax |
| 5. Maroon 5 - Misery (Octone/J) | 52 | Stress Trax |
| 6. Paramore - The Only Exception (Fueled By Ramen) | 50 | Stress Trax |
| 7. Pink - Glitter In The Air (LaFace/Zomba) | 50 | |
| 8. Rob Thomas - Mockingbird (Atlantic/WEA) | 48 | |
| 9. Train - If It's Love (Columbia/Sony) | 48 | |
| 10. John Mayer - Half Of My Heart (Columbia/Sony) | 48 | |
| 11. Lifehouse - All In (Geffen/UMG) | 43 | |
| 12. Nickelback - This Afternoon (Atlantic/WEA) | 43 | |
| 13. Michael Franti & Spearhead - The Sound Of Sunshine (Capitol) | 42 | |
| 14. Lady Gaga - Alejandro (Konlive/Interscope) | 36 | |
| 15. Colbie Caillat - I Never Told You (Universal Republic) | 36 | |
| 16. Neon Trees - Animal (Mercury) | 33 | |

LOOMIS 001685

| | | |
|---|---|---|
| 17. Katy Perry - Teenage Dream (Capitol) | 30 | |
| 18. Lady Antebellum - I Run To You (Capitol) | 28 | |
| 19. Allison Bohmann - Living In A Nightmare (Allie B) | 24 | |
| 20. Sheryl Crow - Summer Day (A&M/Interscope) | 22 | |
| 21. Script - Breakeven (Sony) | 21 | |
| 22. Adam Lambert - If I Had You (RCA/RLG) | 20 | |
| 23. Lady Antebellum - Need You Now (Capitol) | 20 | |
| 24. Plain White T`s - Rhythm Of Love (Hollywood) | 20 | |
| 25. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 20 | Stress Trax |
| 26. One Republic - Secrets (Interscope) | 17 | |
| 27. Kris Allen - The Truth (Jive/Zomba) | 15 | |
| 28. La Roux - Bulletproof (Cherry Tree) | 14 | |
| 29. Bon Jovi - What Do You Got (Island) | 13 | |
| 30. Adam Lambert - Whataya Want From Me (RCA/RLG) | 12 | |
| 31. Uncle Kracker - It's Good To Be Me (Atlantic/WEA) | 11 | |
| 32. Matt Brodeur - Misery (Ind) | 11 | |
| 33. Uncle Kracker - Smile (Lava/Atlantic) | 10 | |
| 34. Kris Allen - Live Like We're Dying (RCA/RLG) | 10 | |
| 35. Kid Rock - Born Free (WB/WEA) | 8 | Add |
| 36. Taylor Swift - Mine (Big Machine/Universal) | 6 | Add |
| 37. Angel Taylor - Like You Do (Aware/Columbia) | Drop | |
| Additional Adds: | | |
| 38. Cee Lo Green - Forget You (Elektra) | 5 | Add |

Spins Tracking System
2530 Atlantic Avenue, Suite C
Long Beach, CA 90806

Tel: 310-325-9997  Fax: 310-427-7333
staff@spinstrackingsystem.com  www.spinstrackingsystem.com
This is a service of Backstage Entertainment. Distribution prohibited except under written
permission of Backstage Entertainment. Backstage Entertainment reserves the right to
cancel the account of any subscriber found to be in violation of Backstage Entertainment's
policy.

---

**From:** WMQT-FM [mailto:jim@wmqt.com]
**Sent:** Tuesday, September 21, 2010 12:18 PM
**Subject:** Playlist from WMQT-FM

**Q107-WMQT**
RADIO

**WMQT-FM**
121 N. Front St.
Marquette, MI 49855-4300
Tel: (906) 225-9100  Fax: (906) 225-5577
www.wmqt.com
PD: Jim Koski



**LOOMIS 001686**

**Playlist for Reporting**
**Week: Sep 14, 2010**
**12:00 PM to Sep 21,**
**2010 11:59 AM (Pacific**
**Time)**

| Artist - Song (Record Label) | Spins | |
|---|---|---|
| 1. Maroon 5 - Misery (Octone/J) | 52 | |
| 2. Mike Posner - Cooler Than Me (Sony) | 52 | Stress Trax |
| 3. Paramore - The Only Exception (Fueled By Ramen) | 52 | Stress Trax |
| 4. Daughtry - September (RCA/RLG) | 52 | |
| 5. Goo Goo Dolls - Home (WB/WEA) | 52 | |
| 6. Sara Bareilles - King Of Anything (Epic/Sony) | 52 | |
| 7. Train - If It's Love (Columbia/Sony) | 50 | |
| 8. John Mayer - Half Of My Heart (Columbia/Sony) | 50 | |
| 9. Pink - Glitter In The Air (LaFace/Zomba) | 46 | |
| 10. Michael Franti & Spearhead - The Sound Of Sunshine (Capitol) | 45 | |
| 11. Rob Thomas - Mockingbird (Atlantic/WEA) | 44 | |
| 12. Lifehouse - All In (Geffen/UMG) | 44 | |
| 13. Nickelback - This Afternoon (Atlantic/WEA) | 39 | |
| 14. Neon Trees - Animal (Mercury) | 39 | |
| 15. Katy Perry - Teenage Dream (Capitol) | 38 | Stress Trax |
| 16. Lady Antebellum - I Run To You (Capitol) | 35 | |
| 17. Colbie Caillat - I Never Told You (Universal Republic) | 33 | |
| 18. Lady Gaga - Alejandro (Konlive/Interscope) | 32 | |
| 19. Plain White T`s - Rhythm Of Love (Hollywood) | 27 | |
| 20. Adam Lambert - If I Had You (RCA/RLG) | 25 | |
| 21. Kid Rock - Born Free (WB/WEA) | 20 | |
| 22. One Republic - Secrets (Interscope) | 20 | |
| 23. Loomis And The Lust - Bright Red Chords (Kings Of Spain) | 20 | |
| 24. Lady Antebellum - Need You Now (Capitol) | 19 | |
| 25. Script - Breakeven (Sony) | 19 | |
| 26. Kris Allen - The Truth (Jive/Zomba) | 15 | |
| 27. Bon Jovi - What Do You Got (Island) | 15 | |
| 28. Cee Lo Green - Forget You (Elektra/WEA) | 11 | |
| 29. Taylor Swift - Mine (Big Machine/Universal) | 11 | |
| 30. La Roux - Bulletproof (Cherry Tree) | 11 | |
| 31. Sheryl Crow - Summer Day (A&M/Interscope) | 11 | |
| 32. Adam Lambert - Whataya Want From Me (RCA/RLG) | 11 | |
| 33. Uncle Kracker - Smile (Lava/Atlantic) | 10 | |
| 34. Kris Allen - Live Like We're Dying (RCA/RLG) | 10 | |
| 35. Allison Bohmann - Can You Hear Me (Allie B) | 6 | Add |
| 36. Matt Brodeur - Misery (Ind) | Drop | |
| 37. Allison Bohmann - Living In A Nightmare (Allie B) | Drop | |
| 38. Uncle Kracker - It's Good To Be Me (Atlantic/WEA) | Drop | |

**LOOMIS 001687**