EXHIBIT "27"

TAPSCAN: ReachMaster Schedule Analysis

# TAPSCAN®

## *ReachMaster Schedule Analysis*

### Loomis and the Lust

| SANTA BARBARA | ADULTS 18-34 |
|---|---|
| SP09/FA08 ARB (AVG) | |
| METRO Survey Area | Population/Intab:52,300/305 |
| 5/19/2010 - 5/21/2010 | 1 Week Schedule Analysis |

### SCHEDULE DESCRIPTION

| DAYPART | # WKS | SPOT LENGTH | SPOTS | RATE | AVG RTG | CUME RTG | REACH % | FREQ | GRP's | CPP | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **KJEE-FM** | | | | | | | | | | | |
| *Week 1: 5/19/10 - 5/21/10* | | | | | | | | | | | |
| W-F 7A-10A~ | 1 | :60 | 2 | $50 | 1.7% | 7.1% | 2.8% | 1.2 | 3.4 | $29.41 | $100.00 |
| W-F 10A-2P~ | 1 | :60 | 2 | $50 | 2.1% | 8.0% | 3.3% | 1.3 | 4.2 | $23.81 | $100.00 |
| W-F 2P-7P~ | 1 | :60 | 2 | $50 | 2.1% | 11.5% | 3.6% | 1.2 | 4.2 | $23.81 | $100.00 |
| W-TH 7P-12M~ | 1 | :60 | 6 | $0 | 0.8% | 4.4% | 2.5% | 1.9 | 4.8 | $0.00 | $0.00 |
| TOTALS 5/19/10 - 5/21/10 | | | 12 | $25 | 1.4% | 16.8% | 8.7% | 1.9 | 16.6 | $18.07 | $300.00 |

### SCHEDULE COMPUTATIONS: 1 Week
### ADULTS 18-34  POPULATION: 52,300

| STATION | SPOTS | RATE | AVG RTG | CUME RTG | REACH % | FREQ | GRP's | CPP | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|
| KJEE-FM | 12 | $25 | 1.4% | 16.8% | 8.7% | 1.9 | 16.6 | $18.07 | $300.00 |
| TOTALS: | 12 | $25 | 1.4% | 16.8% | 8.7% | 1.9 | 16.6 | $18.07 | $300.00 |

Note: ~Audience estimates for this daypart are derived by TAPSCAN based on Arbitron's copyrighted and proprietary audience estimates.  They are not estimates produced by Arbitron.

Prepared with TAPSCAN v9.9.1 on 5/3/2010 3:31:16 PM. © 2010 Arbitron, Inc.
TAPSCAN is a registered mark of TAPSCAN, Inc., used under license.
Data © Arbitron Inc.  Subject to the limitations and restrictions stated in the original report.



TAPSCAN
Software Suite

**LOOMIS 001429**



Exhibit 27
K. Loomis
8/26/13
*reporter: nikki roy*
CSR No. 3057
P218

# EXHIBIT "28"

# Email: R&R Music Tracking



———— Forwarded message ————
From: **BJ Olin** <bj.olin@mac.com>
Date: Mon, Jul 6, 2009 at 10:42 PM
Subject: Fwd: R&R Triple A Charts - July 6, 2009
To: Kristin Loomis <ksloomis@gmail.com>, Will Loomis <willloomis@gmail.com>, Joe D'Ambrosio <joe@jdmanagement.com>

GREAT start this week!
check out "Indicator Most Added" and "Overall Most Added"
we're in some great company.

Begin forwarded message:

From: meg
Date: July 6, 2009 9:00:00 PM PDT
To: meg
Subject: R&R Triple A Charts - July 6, 2009

Hello Everyone,

Reminder to register for the FMQB Triple A Conference, August 5-8 in Boulder.  Please see the link below for information regarding schedule of events, registration and accommodations.

http://www.fmqb.com/Article.asp?id=1381075 href="http://www.fmqb.com/Article.asp?id=1381075">Click Here:  FMQB Triple A Conference

**This week's charts are below.**

**\*\*This chart is being sent each week with the express permission of R&R and all information is compiled by R&R Music Tracking\*\***

 Triple A- July 6, 2009

Monitored Most Added

| Artist | Title | Label | Adds |
|---|---|---|---|
| Ingrid Michaelson | Maybe | Cabin 24/Original Signal/Universal Motown | 6 |
| Dave Matthews Band | Why I Am | RCA/RMG | 2 |
| Collective Soul | Staring Down | Loud & Proud/Roadrunner/RRP | 2 |
| White Rabbits | Percussion Gun | TBD/ATO | 2 |
| Mindy Smith | Highs And Lows | Vanguard | 2 |

Indicator Most Added

| Artist | Title | Label | Adds |
|---|---|---|---|
| Moby | Pale Horses | Mute | 14 |
| Spoon | Got Nuffin | Merge | 8 |
| Dave Matthews Band | Why I Am | RCA/RMG | 7 |
| Ingrid Michaelson | Maybe | Cabin 24/Original Signal/Universal Motown | 6 |
| U2 | I'll Go Crazy If I Don't Go Crazy Tonight | Island/Interscope | 3 |
| Matisyahu | One Day | Epic | 3 |
| Charlie Mars | Listen To The Darkside | Rockingham | 3 |
| Diane Birch | Nothing But A Miracle | S-Curve | 3 |
| Mindy Smith | Highs And Lows | Vanguard | 3 |
| Loomis & The Lust | Bright Red Chords | Loomis & The Lust | 3 |

**Exhibit 28**

K. Loomis
8/26/13
*reporter: nikki roy*
CSR No. 3052

**LOOMIS 003769**

**Overall Most Added**

| Artist | Title | Label | Adds |
|---|---|---|---|
| Moby | Pale Horses | Mute | 14 |
| Ingrid Michaelson | Maybe | Cabin 24/Original Signal/Universal Motown | 12 |
| Dave Matthews Band | Why I Am | RCA/RMG | 9 |
| Spoon | Got Nuffin | Merge | 8 |
| Mindy Smith | Highs And Lows | Vanguard | 5 |
| U2 | I'll Go Crazy If I Don't Go Crazy Tonight | Island/Interscope | 4 |
| Diane Birch | Nothing But A Miracle | S-Curve | 4 |
| Death Cab For Cutie | Little Bribes | Atlantic | 3 |
| Matisyahu | One Day | Epic | 3 |
| Collective Soul | Staring Down | Loud & Proud/Roadrunner/RRP | 3 |
| Charlie Mars | Listen To The Darkside | Rockingham | 3 |
| Noisettes | Never Forget You | Mercury/IDJMG | 3 |
| Loomis & The Lust | Bright Red Chords | Loomis & The Lust | 3 |
| Black Crowes | I Ain't Hiding | Silver Arrow | 3 |

**Monitored New & Active**

| Artist | Title | Label | On | Adds | Plays | ± Plays |
|---|---|---|---|---|---|---|
| Parachute | She Is Love | Mercury/IDJMG | 6 | 0 | 117 | 5 |
| Ingrid Michaelson | Maybe | Cabin 24/Original Signal/Universal Motown | 13 | 6 | 111 | 31 |
| Phoenix | 1901 | Loyaute/Glassnote | 9 | 1 | 110 | 22 |
| Erin McCarley | Pitter Pat | Universal Republic | 5 | 0 | 105 | 3 |
| Brett Dennen | Ain't Gonna Lose You | Downtown/Dualtone | 9 | 0 | 104 | 9 |
| Black Joe Lewis & Honeybears | SugarFoot | Lost Highway | 7 | 0 | 101 | 23 |
| Carbon Leaf | Miss Hollywood | Vanguard | 9 | 0 | 99 | 7 |
| Rhett Miller | I Need To Know Where I Stand | Shout! Factory | 8 | 0 | 76 | 11 |
| Regina Spektor | Laughing With | Sire/Warner Bros. | 6 | 0 | 75 | 15 |
| Charlie Mars | Listen To The Darkside | Rockingham | 4 | 0 | 72 | 41 |

**Monitored Most Increased Plays**

| Artist | Title | Label | ± Plays |
|---|---|---|---|
| U2 | I'll Go Crazy If I Don't Go Crazy Tonight | Island/Interscope | 96 |
| Eric Hutchinson | Ok, It's Alright With Me | Let's Break/Warner Bros. | 52 |
| Collective Soul | Staring Down | Loud & Proud/Roadrunner/RRP | 43 |
| Charlie Mars | Listen To The Darkside | Rockingham | 41 |
| John Mellencamp | If I Die Sudden (Live) | Hear/CMG | 39 |
| Death Cab For Cutie | Little Bribes | Atlantic | 32 |
| Ingrid Michaelson | Maybe | Cabin 24/Original Signal/Universal Motown | 31 |
| Pete Yorn | Don't Wanna Cry | Columbia | 31 |
| Meiko | Under My Bed | MySpace | 29 |
| Green Day | Last Of The American Girls | Reprise | 27 |

**Indicator Most Increased Plays**

| Artist | Title | Label | ± Plays |
|---|---|---|---|
| U2 | I'll Go Crazy If I Don't Go Crazy Tonight | Island/Interscope | 97 |
| Spoon | Got Nuffin | Merge | 64 |
| Collective Soul | Staring Down | Loud & Proud/Roadrunner/RRP | 64 |
| Moby | Pale Horses | Mute | 60 |
| Death Cab For Cutie | Little Bribes | Atlantic | 60 |
| Levon Helm | When I Go Away | Vanguard | 59 |
| Dave Matthews Band | Why I Am | RCA/RMG | 55 |
| Matt Hires | Honey, Let Me Sing You A Song | F-Stop/Atlantic | 54 |
| Green Day | 21 Guns | Reprise | 49 |
| Noisettes | Never Forget You | Mercury/IDJMG | 44 |

Triple A Monitored Chart

LOOMIS 003770

July 6, 2009

| LW | TW | Artist | Title | Label | On | Adds | Plays | ± Plays |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Dave Matthews Band | Funny The Way It Is | RCA/RMG | 30 | 0 | 593 | -6 |
| 2 | 2 | Kings Of Leon | Use Somebody | RCA/RMG | 27 | 0 | 502 | -38 |
| 3 | 3 | Coldplay | Life In Technicolor ii | Capitol | 24 | 0 | 486 | -22 |
| 4 | 4 | Wilco | You Never Know | Nonesuch/Warner Bros. | 26 | 0 | 445 | -15 |
| 5 | 5 | Green Day | 21 Guns | Reprise | 22 | 0 | 364 | -15 |
| 7 | 6 | Eric Hutchinson | Ok, It's Alright With Me | Let's Break/Warner Bros. | 19 | 0 | 361 | 52 |
| 6 | 7• | Mat Kearney | Closer To Love | Aware/Columbia | 23 | 0 | 347 | 2 |
| 12 | 8• | Death Cab For Cutie | Little Bribes | Atlantic | 22 | 1 | 319 | 32 |
| 13 | 9• | Pete Yorn | Don't Wanna Cry | Columbia | 24 | 0 | 317 | 31 |
| 8 | 10• | Gomez | Airstream Driver | ATO/RED | 20 | 0 | 316 | 7 |
| 11 | 11 | Snow Patrol | Crack The Shutters | Polydor/Fiction/Geffen/Interscope | 26 | 0 | 302 | 8 |
| 14 | 12• | Bell X1 | The Great Defector | Yep Roc | 18 | 0 | 291 | 26 |
| 9 | 13 | James Morrison | Nothing Ever Hurt Like You | Polydor/Interscope | 26 | 0 | 272 | -33 |
| 10 | 14 | U2 | Magnificent | Island/Interscope | 23 | 0 | 240 | -64 |
| 15 | 15• | Elvis Costello | Complicated Shadows (2009) | Hear/CMG | 19 | 0 | 238 | 4 |
| 16 | 16• | Howie Day | Be There | Epic | 17 | 0 | 219 | 2 |
| 18 | 17• | Script | The Man Who Can't Be Moved | Phonogenic/Epic | 12 | 0 | 218 | 3 |
| 17 | 18 | Colbie Caillat | Falling For You | Universal Republic | 15 | 0 | 203 | -12 |
| 19 | 19 | Tyrone Wells | More | Universal Republic | 16 | 0 | 202 | -5 |
| 20 | 20 | Airborne Toxic Event | Sometime Around Midnight | Majordomo/Shout! Factory/Island/IDJMG | 17 | 0 | 190 | -5 |
| 25 | 21• | Fray | Never Say Never | Epic | 15 | 0 | 176 | 12 |
| 23 | 22 | Ben Harper & Relentless7 | Fly One Time | Virgin/Capitol | 16 | 0 | 169 | -3 |
|  | 23• | U2 | I'll Go Crazy If I Don't Go Crazy Tonight | Island/Interscope | 17 | 1 | 164 | 96 |
| 21 | 24 | Tori Amos | Welcome To England | Universal Republic | 16 | 1 | 161 | -33 |
| 22 | 25 | Bob Dylan | Beyond Here Lies Nothin' | Columbia | 16 | 0 | 160 | -29 |
| 26 | 26• | James Morrison | Precious Love | Polydor/Interscope | 15 | 1 | 152 | 0 |
| 27 | 27• | Carolina Liar | Show Me What I'm Looking For | Atlantic | 10 | 0 | 149 | 0 |
| 30 | 28• | Jack Johnson | Go On | Brushfire/Universal Republic | 11 | 1 | 145 | 18 |
|  | 29• | Rob Thomas | Her Diamonds | Emblem/Atlantic | 9 | 0 | 138 | 13 |
| 28 | 30 | Matt Nathanson | All We Are | Vanguard | 11 | 0 | 138 | -7 |

**Triple A Indicator Chart**
July 6, 2009

| LW | TW | Artist | Title | Label | On | Adds | Plays | ± Plays |
|---|---|---|---|---|---|---|---|---|
| 1 | 1• | Wilco | You Never Know | Nonesuch/Warner Bros. | 48 | 0 | 714 | 40 |
| 2 | 2 | Dave Matthews Band | Funny The Way It Is | RCA/RMG | 39 | 0 | 616 | -45 |
| 4 | 3• | Coldplay | Life In Technicolor ii | Capitol | 28 | 0 | 483 | 9 |
| 3 | 4 | Elvis Costello | Complicated Shadows (2009) | Hear/CMG | 40 | 0 | 448 | -27 |
| 6 | 5• | Pete Yorn | Don't Wanna Cry | Columbia | 35 | 0 | 440 | 8 |
| 8 | 6• | Son Volt | Down To The Wire | Rounder | 40 | 2 | 407 | 22 |
| 7 | 7 | Ben Harper & Relentless7 | Fly One Time | Virgin/Capitol | 34 | 1 | 404 | -11 |
| 11 | 8• | Green Day | 21 Guns | Reprise | 22 | 1 | 392 | 49 |
| 12 | 9• | Death Cab For Cutie | Little Bribes | Atlantic | 31 | 2 | 385 | 60 |
| 5 | 10 | Bob Dylan | Beyond Here Lies Nothin' | Columbia | 39 | 0 | 385 | -83 |
| 10 | 11 | Conor Oberst & The Mystic Valley Band | Nikorette | Merge | 35 | 0 | 334 | -13 |
| 9 | 12 | Tori Amos | Welcome To England | Universal Republic | 27 | 0 | 329 | -38 |
| 13 | 13 | Kings Of Leon | Use Somebody | RCA/RMG | 18 | 0 | 311 | -6 |
| 14 | 14 | Paolo Nutini | Candy | Atlantic | 25 | 0 | 293 | -7 |
| 16 | 15 | Cracker | Turn On, Tune In, Drop Out | 429/SLG | 26 | 0 | 287 | -3 |
| 15 | 16 | Hill Country Revue | You Can Make It | Razor & Tie | 32 | 0 | 273 | 3 |

LOOMIS 003771

| 19 | 17• | Bell X1 | The Great Defector | Yep Roc | 23 | 0 | 269 | 9 |
| 20 | 18• | Rhett Miller | I Need To Know Where I Stand | Shout! Factory | 27 | 1 | 264 | 6 |
| 17 | 19 | Gomez | Airstream Driver | ATO/RED | 27 | 0 | 257 | -20 |
| 21 | 20• | Mat Kearney | Closer To Love | Aware/Columbia | 15 | 0 | 253 | 0 |
| 22 | 21 | Fleet Foxes | Mykonos | Sub Pop | 30 | 1 | 251 | -1 |
| 25 | 22• | Davy Knowles & Back Door Slam | Tear Down The Walls | Blix Street | 24 | 1 | 221 | 18 |
|  | D23• | U2 | I'll Go Crazy If I Don't Go Crazy Tonight | Island/Interscope | 23 | 3 | 213 | 97 |
|  | D24• | Levon Helm | When I Go Away | Vanguard | 25 | 1 | 206 | 59 |
|  | D25• | Howie Day | Be There | Epic | 17 | 1 | 199 | 37 |
| 28 | 26• | Fray | Never Say Never | Epic | 15 | 0 | 195 | 8 |
| 23 | 27 | Freddy Jones Band | Home Thing | Out Of The Box | 17 | 0 | 193 | -20 |
|  | D28• | Matisyahu | One Day | Epic | 23 | 3 | 192 | 27 |
| 29 | 29• | Grizzly Bear | Two Weeks | Warp | 25 | 1 | 189 | 4 |
| 26 | 30 | Jonatha Brooke & Davy Knowles/Back Door Slam | Taste Of Danger | Bad Dog | 22 | 0 | 187 | -6 |

Meg MacDonald I M:M Music

Ph: 323.939.8206 I Fx: 323-934-4553
http://www.mmmusicsite.com/ href="http://www.mmmusicsite.com/" target=_blank>www.mmmusicsite.com
Voted R&R's Independent Promotion Company of the Year

--------------------------------------
BJ Olin
Cell: 206 290 3489
aim: WilliamOlin

BARCELONA *Absolutes* in stores NOW!
www.myspace.com/barcelona

Allen Stone
www.myspace.com/allenstone

LOOMIS 003772

EXHIBIT "29"

VIDEO AIRPLAY REPORT

**Movit, Jeffrey**

| | |
|---|---|
| **From:** | Edgar Pease <edgarpease@gmail.com> |
| **Sent:** | Sunday, August 25, 2013 3:17 PM |
| **To:** | Movit, Jeffrey |
| **Subject:** | Fwd: FW: Loomis & The Lust ³Bright Red Chords² music video airplay report through July 31, 2009 |
| **Attachments:** | Loomis & The Lust 7 31 09.doc; Loomis and the Lust 7 31 09.xls |

Please see attached Video Airplay Report

---------- Forwarded message ----------
From: **Will Loomis** <willloomis@gmail.com>
Date: Sun, Aug 25, 2013 at 12:39 PM
Subject: Fwd: FW: Loomis & The Lust ³Bright Red Chords² music video airplay report through July 31, 2009
To: Edgar Pease <EdgarPease@gmail.com>

---------- Forwarded message ----------
From: **Will Loomis** <willloomis@gmail.com>
Date: Thu, Mar 14, 2013 at 11:11 AM
Subject: Fwd: FW: Loomis & The Lust ³Bright Red Chords² music video airplay report through July 31, 2009
To: Ian Gibson <igibson@onellp.com>

---------- Forwarded message ----------
From: **Kristin Loomis** <ksloomis@gmail.com>
Date: Thu, Mar 14, 2013 at 11:00 AM
Subject: FW: Loomis & The Lust ³Bright Red Chords² music video airplay report through July 31, 2009
To: Will Loomis <willloomis@gmail.com>

**Exhibit 29**
K. Loomis
8/26/13
reporter: nikki roy
CSR No. 3052

From: <hipvideo@aol.com>
Date: Friday, July 31, 2009 2:00 PM
To: Kristin Loomis <ksloomis@gmail.com>
Subject: Loomis & The Lust "Bright Red Chords" music video airplay report through July 31, 2009

Kristin,
    Attached is the Loomis & The Lust "Bright Red Chords" music video airplay report through July 31, 2009. The promotion has kicked off strong, raking in a total of **twelve adds** thus far for the "Bright Red Chords" music video. A number of our cherished programmers have taken an immediate liking to the clip, and the amount of airplay that the video has seized thus far has ensured us that the initial buzz surrounding Loomis & The Lust is strong. With the first installment of the promotion now behind us, we are looking forward to focusing our efforts in ensuring that the second leg is equally if not more successful as the first. Please note, we have included an Excel report for an easy-to-read, brief synopsis of all the video airplay we have secured thus far in the promotion.

1

29

Before getting to the actual report, we wanted to inform you that we have written about Loomis & The Lust on our HIP Video Promo Blog! The entry dating back to July 10th, introduces our readers to band with a bit of background info on these amazing rockers. To read all about it go here: http://hipvideopromo.blogspot.com/2009/07/loomis-and-lust-bright-red-chords.html. Check it out when you get a chance, and let us know what you think!

Also, the clip has been gaining tons of face time with music fans on our YouTube page (http://www.youtube.com/profile?user=HIPVideo). To date, the clip has enjoyed 127 views so far and that number only climbs as programmers continue to show Loomis & The Lust some much deserved love.

We are also eagerly awaiting the completion of the Loomis & The Lust HIP Clip, and as soon as it is finished, we will let you know straight away as well as featuring it on our YouTube page! Will and the boys were great during the interview (they even did an a capella song to our sheer amazement), and we think it will turn out fantastic when all the editing is finished. The HIP Clip will be great for securing sustained airplay for "Bright Red Chords" with the outlets already supporting us (we send out the HIP Clip to our programmers to include in their own programming), and we will keep you posted on everything regarding that front. You can also find photos from our time together filming the HIP Clip at that Piano's on the Lower East Side of New York City. They came out well, and you can check them out here: http://hipvideopromo.com/photos/index.php. The guys in the band even autographed some CDs for us to use for on air giveaways.

First and foremost, the clip is being programmed by MTV Latin America, which reaches 35 million potential viewers across 21 countries in the U.S. as well as in Central and South America. This is a tremendous addition to the campaign! This report is chock full of great airplay news and next up is Power Play Music TV. We've recently received confirmed airplay from this multi-market outlet that is considered the most influential of its kind throughout the country. Power Play has 17.8 million viewers in over 40 states via cable and broadcast television. This is an amazing addition to have onboard and will surely bring about tons of exposure for the "Bright Red Chords" music video.

An important regional coup for the campaign is the addition of JBTV to the Loomis & The Lust support group. JBTV has 5 million viewers all over the Chicago area, and it is considered to be one of the most influential music video programs in the Midwest. Rock and rollers all throughout the Windy City and its surrounding environments tune in to this program religiously each week (it's been on every week with a new episode since 1985), and in the past it has had a real impact on SoundScan in the Chicago market. The regional outlet Music City Arts Nashville has also been showing the video some love throughout the month of July. MCAtv can be seen widely throughout Davidson County in Tennessee, and it is also available in 65% of the homes in Nashville and the surrounding metropolitan area. Lastly we have Alternative Currents with confirmed airplay for the "Bright Red Chords" clip. An outlet such as this captures the attention of an estimated 575,000 viewers in Omaha, Nebraska and the surrounding environments. We are looking forward to the next couple of weeks in the promotion when even more regional outlets follow in the footsteps of these first three programs and show the video the airplay it deserves.

"Bright Red Chords" is also on its way to penetrating hundreds of retail locations nationwide thanks to VME Media. VME Media is a retail pool that provides music video content to major electronic stores, restaurants, hotels, nightclubs and other retail locations in California and Nevada. This is a huge addition to the campaign since VME Media's 24 hour, commercial free programming is seen by over 5 million viewers every month! Also championing the clip these days is Screenplay. 300 million impressions are made a month by this retail pool that services music video reels to over 25,000 prominent retailers, nightclubs and restaurants in the United States and Canada. Channel M has also come to the table for the Loomis & The Lust music video. Channel M distributes reels to over 20,000 retail locations that encompass a web of fashion retail, entertainment software, electronic retailers, and hospitality/restaurants. The clip will be distributed on Channel M's video reel for the month of September. The retail pool In Store Sports Network has included "Bright Red Chords" to their August Harley Davidson and September Foot Locker reels. The video will be distributed throughout the next two months hundreds of Foot Locker locations and Harley-Davidson dealerships across the country. Retail pools make for great assets to a music video campaign since they help to reach out to millions of people across the country using as little ammo as possible. The nightlife hotspot 9:30 Club in Washington D.C. is also spinning the clip for its club-goers to feast their eyes on throughout the months of July and August.

The internet has also been a contributing factor for the success of these first two weeks of the Loomis & The Lust "Bright Red Chords" video promotion campaign. The first name on the list of online outlets supporting the new clip allmusic.com. By word-of-mouth alone, the allmusic website has gained phenomenal popularity, developing a large and loyal following among consumers and industry professionals alike. Viewers can also find the clip airing on the popular SingingFool.com. The great thing about this outlet is that it also powers music videos on a ton of other sites, which puts it in the top 5 for streaming music videos on the web. Basically, getting airplay on SingingFool.com means getting the video on a bunch of other websites, too! Thirdly, the clip is airing on Billboard.com, a name synonymous with music that will generate a notable amount of exposure for "Bright Red Chords". Internet airplay is a valuable piece of the puzzle, so we are glad to see Loomis & The Lust succeeding early on that front.

The amount of airplay the promotion has garnered thus far is promising at the onset of this campaign. The "Bright Red Chords" clip has been well-embraced right off the bat, and we hope that in the weeks to come more programmers will follow in the footsteps of those who have already included Loomis & The Lust to their programming. Thanks again for allowing HIP to be a part of your promotional team, it is very much appreciated.

2

Kristin – Here at HIP HQ, we will continue to work tirelessly to get the "Bright Red Chords" video exposed to as many sets of eyeballs as possible! We very much look forward to the rest of the campaign! Thanks so much for your cooperation and allowing us to be a part of the Loomis & The Lust promotional team. If you have any questions or concerns about this report or the promotion in general please don't hesitate to get in touch. Keep fighting the good fight!

All the best,
Andy
HIP Video Promo
(732)-613-1779
www.HIPVideoPromo.com


--
Edgar B. Pease III, Esq.

LAW OFFICES OF EDGAR B. PEASE III,   16255 Ventura Blvd., Suite 704, Encino, CA 91436, Telephone: (818) 981-2200; Facsimile: (818) 981-2201

**IMPORTANT NOTICE:** We do not accept any ex parte or other notice or official correspondence by email. In compliance with Internal Revenue Service circular 230, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing or recommending to another party any tax-related matter[s] addressed herein.

This e-mail communication (including any attachment) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This communication is CONFIDENTIAL. Any legal advice contained herein is PRIVILEGED and intended only for disclosure to or use by the person(s) listed above. If you are neither the intended recipient(s), nor a person responsible for the delivery of this communication to the intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Law Offices of Edgar B. Pease III,  immediately by using the "reply" feature and then immediately delete this message and all attachments from your computer.

July 31, 2009

Kristin,

    Here is the Loomis & The Lust "Bright Red Chords" music video airplay report through July 31, 2009. The promotion has kicked off strong, raking in a total of twelve adds thus far for the "Bright Red Chords" music video. A number of our cherished programmers have taken an immediate liking to the clip, and the amount of airplay that the video has seized thus far has ensured us that the initial buzz surrounding Loomis & The Lust is strong. With the first installment of the promotion now behind us, we are looking forward to focusing our efforts in ensuring that the second leg is equally if not more successful as the first. Please note, we have included an Excel report for an easy-to-read, brief synopsis of all the video airplay we have secured thus far in the promotion.

    Before getting to the actual report, we wanted to inform you that we have written about Loomis & The Lust on our HIP Video Promo Blog! The entry dating back to July 10th, introduces our readers to band with a bit of background info on these amazing rockers. To read all about it go here: ‖ HYPERLINK "http://hipvideopromo.blogspot.com/2009/07/loomis-and-lust-bright-red-chords.html"
¶http://hipvideopromo.blogspot.com/2009/07/loomis-and-lust-bright-red-chords.html⊥. Check it out when you get a chance, and let us know what you think!

    Also, the clip has been gaining tons of face time with music fans on our YouTube page (‖ HYPERLINK "http://www.youtube.com/profile?user=HIPVideo"
¶http://www.youtube.com/profile?user=HIPVideo⊥). To date, the clip has enjoyed 127 views so far and that number only climbs as programmers continue to show Loomis & The Lust some much deserved love.

    We are also eagerly awaiting the completion of the Loomis & The Lust HIP Clip, and as soon as it is finished, we will let you know straight away as well as featuring it on our YouTube page! Will and the boys were great during the interview (they even did an a capella song to our sheer amazement), and we think it will turn out fantastic when all the editing is finished. The HIP Clip will be great for securing sustained airplay for "Bright Red Chords" with the outlets already supporting us (we send out the HIP Clip to our programmers to include in their own programming), and we will keep you posted on everything regarding that front. You can also find photos from our time together filming the HIP Clip at that Piano's on the Lower East Side of New York City. They came out well, and you can check them out here: ‖ HYPERLINK "http://hipvideopromo.com/photos/index.php"
¶http://hipvideopromo.com/photos/index.php⊥. The guys in the band even autographed some CDs for us to use for on air giveaways.

    First and foremost, the clip is being programmed by MTV Latin America, which reaches 35 million potential viewers across 21 countries in the U.S. as well as in Central and South America. This is a tremendous

addition to the campaign! This report is chock full of great airplay news and next up is Power Play Music TV. We've recently received confirmed airplay from this multi-market outlet that is considered the most influential of its kind throughout the country. Power Play has 17.8 million viewers in over 40 states via cable and broadcast television. This is an amazing addition to have onboard and will surely bring about tons of exposure for the "Bright Red Chords" music video.

An important regional coup for the campaign is the addition of JBTV to the Loomis & The Lust support group. JBTV has 5 million viewers all over the Chicago area, and it is considered to be one of the most influential music video programs in the Midwest. Rock and rollers all throughout the Windy City and its surrounding environments tune in to this program religiously each week (it's been on every week with a new episode since 1985), and in the past it has had a real impact on SoundScan in the Chicago market. The regional outlet Music City Arts Nashville has also been showing the video some love throughout the month of July. MCAtv can be seen widely throughout Davidson County in Tennessee, and it is also available in 65% of the homes in Nashville and the surrounding metropolitan area. Lastly we have Alternative Currents with confirmed airplay for the "Bright Red Chords" clip. An outlet such as this captures the attention of an estimated 575,000 viewers in Omaha, Nebraska and the surrounding environments. We are looking forward to the next couple of weeks in the promotion when even more regional outlets follow in the footsteps of these first three programs and show the video the airplay it deserves.

"Bright Red Chords" is also on its way to penetrating hundreds of retail locations nationwide thanks to VME Media. VME Media is a retail pool that provides music video content to major electronic stores, restaurants, hotels, nightclubs and other retail locations in California and Nevada. This is a huge addition to the campaign since VME Media's 24 hour, commercial free programming is seen by over 5 million viewers every month! Also championing the clip these days is Screenplay. 300 million impressions are made a month by this retail pool that services music video reels to over 25,000 prominent retailers, nightclubs and restaurants in the United States and Canada. Channel M has also come to the table for the Loomis & The Lust music video. Channel M distributes reels to over 20,000 retail locations that encompass a web of fashion retail, entertainment software, electronic retailers, and hospitality/restaurants. The clip will be distributed on Channel M's video reel for the month of September. The retail pool In Store Sports Network has included "Bright Red Chords" to their August Harley Davidson and September Foot Locker reels. The video will be distributed throughout the next two months hundreds of Foot Locker locations and Harley-Davidson dealerships across the country. Retail pools make for great assets to a music video campaign since they help to reach out to millions of people across the country using as little ammo as possible. The nightlife hotspot 9:30 Club in Washington D.C. is also spinning the clip for its club-goers to feast their eyes on throughout the months of July and August.

The internet has also been a contributing factor for the success of these first two weeks of the Loomis & The Lust "Bright Red Chords" video promotion campaign. The first name on the list of online outlets supporting the new clip allmusic.com. By word-of-mouth alone, the allmusic website has gained phenomenal popularity, developing a large and

loyal following among consumers and industry professionals alike. Viewers can also find the clip airing on the popular SingingFool.com. The great thing about this outlet is that it also powers music videos on a ton of other sites, which puts it in the top 5 for streaming music videos on the web. Basically, getting airplay on SingingFool.com means getting the video on a bunch of other websites, too! Thirdly, the clip is airing on Billboard.com, a name synonymous with music that will generate a notable amount of exposure for "Bright Red Chords".  Internet airplay is a valuable piece of the puzzle, so we are glad to see Loomis & The Lust succeeding early on that front.

The amount of airplay the promotion has garnered thus far is promising at the onset of this campaign. The "Bright Red Chords" clip has been well-embraced right off the bat, and we hope that in the weeks to come more programmers will follow in the footsteps of those who have already included Loomis & The Lust to their programming. Thanks again for allowing HIP to be a part of your promotional team, it is very much appreciated.

Loomis & The Lust "Bright Red Chords" music video airplay report through July 31, 2009

1. MTV Latin America   Miami FL  35 million potential viewers in the US and 21 different Central and South American countries.  Airs 24/7 on cable.  Added for the month of August.

2. JBTV   Chicago IL    JBTV has 5 million potential viewers on broadcast TV all over the Chicago area. Week ending 7/12. This is the most influential add in the Midwest and a tremendous boost for the campaign that JBTV has added the video. JBTV is a one hour show that airs on broadcast Channel WEDE Ch34 (from Sears Tower) every Wednesday night at 11pm, as well as Thursday nights at 8pm on Cable 25, Sunday nights at 12 midnight, Monday nights at 11:30pm and Wednesday nights at 9PM. JBTV also broadcasts on full power UHF WJYS Channel 62. In addition to all of JBTV's regular time slots, episodes of the show air in open time slots on WJYS from midnight to 4am 7 days a week.  This is a very big add and JBTV has a large viewership in Chicago and the surrounding communities.

Sent: Sat, Jul 11, 2009 10:56 pm
Subject: JBTV Show # 3,592 Playlist

THE LEFTOVERS "Telephone Operator"
RIVERBOAT GAMBLERS "A Choppy, Yet Sincere"
EVERLAST "Folson Prison Blues"
BIG "B"  "Sinner"
HED PE " Renegade"
KOTTONMOUTH KINGS "Where I'm Going"
UNWRITTEN LAW "Shoulda Known Better"
KOTTONMOUTH KINGS f/Cypress Hill  "Put It Down"
LOOMIS & THE LUST "Bright Red Chords"
POP EVIL "3 Seconds to Freedom"  JBTV Live HD Soundstage  EXCLUSIVE
KOTTONMOUTH KINGS "City to City"
KOTTONMOUTH KINGS "Living Proof"
BIG "B"  "White Trash Life"
PLUSHGUN "Let Me Kiss You Now (And I'll fade Away)"

KOTTONMOUTH KINGS "Everybody Move"

3. Alternative Currents   Omaha, NE   575,000 potential viewers. This is a 30 minute music television program based out of Omaha, Nebraska. The program airs every Thursday at 9:30pm on Cox Digital Channel 109. The video show has no limits to the types of music it airs. Added for July and August.

Sent: Fri, Jul 24, 2009 1:05 pm
Subject: ALTERNATIVE CURRENTS PLAYLIST FOR 7/23, 7/25, 7/30, 8/1

Hello Andy. THANK YOU SO MUCH FOR AUTOGRAPHED CD'S! Thank you for taking the time and thinking about us here in Omaha! DUDE!  Here is ALTERNATIVE CURRENTS playlists for 7/23, 7/25, 7/30 & 8/1:
[add] LIKE A STORM "Chemical Infatuation"
[add] BLITZEN TRAPPER "Black River Killer"
[add] WE WERE PROMISED JETPACKS "Roll Up Your Sleves"
[add] LOOMIS & THE LUST "Bright Red Chords"
[add] HOLLY WILLIAMS "Keep The Change"

4. In Store Sports Network/MediaPlace   (RETAIL POOL)   Added to their August Harley Davidson September Foot Locker reel. Outlets serviced include Foot Locker (1500 locations), Champs Sports (550 locations), Footaction (375 locations) and Harley-Davidson (300 dealerships).

5. allmusic (Internet)   Ann Arbor, MI   The allmusic website was created in 1995 as a place for music fans to indulge their passion. By word-of-mouth alone, the allmusic website has gained phenomenal popularity, developing a large and loyal following among consumers and industry professionals alike. The video has been added to allmusic's internet directory of music videos powered by SingingFool.com. To view Loomis & The Lust's clip, visit ‼ HYPERLINK "http://www.allmusic.com" ¶www.allmusic.com⊥ and click on the Music Videos link on the Site Menu and search "Bright Red Chords".

6. Channel M   Los Angeles CA   (RETAIL POOL)   In operation since 1989, Channel M represents the new non-traditional media, this is a huge add because Channel M is now the world's largest supplier of in-store video entertainment programming. Channel M's reels are seen in over 20,000 locations nationwide in a web that encompasses fashion retail, entertainment software, electronics retailers and hospitality/restaurants. Some of the outlets that are serviced by this retail pool include Nordstrom, Blockbuster Video, Steve Madden, Journeys, Ecko, EB Games, Hastings, Fox & Hound, Game Crazy, and other teen hangouts that cater directing the 12-17 demographic. The reel plays multiple times per day, seven days a week. Added for the month of September.

Channel M
Adam 8*1*2 "Mystery Girl" September Bounce
Adam 8*1*2  "Poison" September Bounce
Israel Houghton "Just Wanna Say" September Bounce
Black Joe Lewis & The Honeybears "Sugarfoot" Street Sounds
The Orchid Highway "Sofa Surfer Girl" September Pop Scene

The Leftovers "Telephone Operator" September Pop Scene
Loomis & The Lust "Bright Red Chords" September Pop Scene
Blitzen Trapper "Black River Killer" September Mix, Heartland

7. Music City Arts Nashville Nashville, TN    Channel 9 on Comcast cable.
MCAtv can be seen widely throughout Davidson County and is available in
65% of the homes throughout Nashville and the surrounding metropolitan
area. In rotation throughout July.

8. SingingFool.com    Haddon Heights, NJ    (Internet)    Added to their
Internet directory of free music videos. This site features pop, rock,
hip-hop, dance, country, and Latin music videos. This site features major
label as well as independent artists. In December 2006, Singingfool
reached over 1.5 million US unique visitors who played over 6.4 million
music videos. This site is in the Top 5 streaming video sites, and
currently powers music videos on other sites such as Allmusic.com,
Starpulse.com, Entercom Communications (owner of over 100 radio
stations), and others. To see the video visit www.SingingFool.com, search
for Loomis & The Lust and click "Bright Red Chords" to view the video.

9. Billboard.com  New York NY  Through our relationship with
SingingFool.com, the video is available at Billboard.com. This exposure
leads to tens of thousands of impressions!

10. 9:30 Club (NIGHTCLUB) Washington DC   Dave Rubin has been "spinning"
the video and the clip is in regular rotation. Weeks ending 7/18 and
7/25.

11. ScreenPlay   Seattle WA   (RETAIL POOL) Screenplay services music
video reels which go to over 25,000 prominent retailers, nightclubs and
restaurants in the U.S. and Canada, including Macys, Ikea, Rentway and
Goltshalcks. This in-store airplay and nightlife exposure leads over 300
million impressions a month! Added to the Nightlife reel.

12. Power Play Music TV   Newark NJ   Power Play has 17.8 million
potential viewers on broadcast and cable TV in over 40 states. Weeks
ending 7/18 and 7/25. This is the most influential multi-regional program
in the country. Airs in multiple time day and night parts on 37 different
broadcast systems and cable carriers throughout the US, including
Comcast, Cablevision and UATV, which services military bases all across
the country.

    Kristin - Here at HIP HQ, we will continue to work tirelessly to get
the "Bright Red Chords" video exposed to as many sets of eyeballs as
possible! We very much look forward to the rest of the campaign! Thanks
so much for your cooperation and allowing us to be a part of the Loomis &
The Lust promotional team. If you have any questions or concerns about
this report or the promotion in general please don't hesitate to get in
touch. Keep fighting the good fight!

All the best,

Andy
HIP Video Promo
(732)-613-1779
‖ HYPERLINK "http://www.HIPVideoPromo.com"   ¶www.HIPVideoPromo.com⊥

&
Ò
Ô
K

**Loomis & The Lust**          **"Bright Red Chords"**                        July 31 2009

| OUTLET | LOCATION | FORMAT | TYPE | DESCRIPTION | REPORT |
|---|---|---|---|---|---|
| MTV Latin America | Miami, FL | All | National | 35 million potential viewers in US and 17 Latin American Countries | Added for August |
| JBTV | Chicago, IL | All | Regional | #1 Midwest outlet, 5 million potential viewers on broadcast | Week ending 7/12 |
| Alternative Currents | Omaha, NE | All | Regional | 575,000 potential viewers | Added for July and August |
| In Store Sports Network | Pittsburgh, PA | All | Retail Pool | 2400 Footlocker, Champs and Footaction outlets serviced | Added for August |
| Allmusic.com | Ann Arbor, MI | All | Internet | Added to allmusic's internet directory of music videos powered by SingingFool.com | Added to internet database |
| Channel M | Los Angeles, CA | All | Retail Pool | 350 video arcades, catering to the the 12-17 demographic | Added to September |
| SingingFool.com | Haddon Heights, NJ | All | Internet | Added to internet database of music videos | Added to internet database |
| Billboard.com | New York, NY | All | Internet | Added to internet database of music videos | Added to internet database |
| 9:30 Club | Washington, DC | Dance/Rock | Club | Music and nightlife venue showcases music videos on screens throughout the bar nightl | Weeks ending 7/18 and 7/25 |
| ScreenPlay | Seattle, WA | All | Retail Pool | Services over 25,000 retail outlets (macy's, ikea, rentway, etc.) | Added to nightlife reel |
| Power Play Music TV | Newark, NJ | All | Multi-Market | 17.8 million potential viewers on broadcast and cable TV in over 40 states | Weeks ending 7/18 and 7/25 |

# EXHIBIT "30"

# VIDEO AIRPLAY REPORT



## Forwarded conversation

**Subject:** FW: Loomis & The Lust ³Bright Red Chords² music video airplay report through August 18, 2009

**From: Kristin Loomis** <ksloomis@gmail.com>
**Date:** Tue, Aug 18, 2009 at 12:06 PM
**To:** Dustin Bowser <bowserlm@gmail.com>, Daniel Gomes <dg@danieljamesgomes.com>, Jeremy Berisha <Jery93108@yahoo.com>, icangobackintime@yahoo.com, blackjerkuit@hotmail.com, willloomis@gmail.com, Sam Loomis <sloomis91@gmail.com>, Jenny Loomis <jloomis@stanford.edu>, william.loomis@gmail.com, oldsurfin@cox.net, kim_olson@cate.org, Jim_Masker@cate.org, Janet Reineck <janet@ndsdf.org>

IMPRESSIVE – 22 video outlets have picked up the video so far.
See detailed report below.
They just submitted to MTV and FUSE and we will hear back soon.
Kristin

Exhibit 30

K. Loomis
8/26/13
reporter: nikki roy
CSR No. 3052

------ Forwarded Message
**From:** <hipvideo@aol.com>
**Date:** Tue, 18 Aug 2009 14:50:43 -0400
**To:** <ksloomis@gmail.com>
**Subject:** Loomis & The Lust "Bright Red Chords" music video airplay report through August 18, 2009

Kristin,
    Attached is the Loomis & The Lust "Bright Red Chords" music video airplay report through August 18, 2009. The campaign has really maintained its momentum, nabbing some of our best outlets and securing **twenty two adds** to date! The "Bright Red Chords" music video is receiving airplay at many of the high profile outlets we've sent it to, and we're confident that the momentum we have built will continue throughout the next several weeks, right through August and into September. Loomis & The lust has created a buzz with this video, and consequently, they are receiving some well-deserved attention from our programmers. With all this great programming love we're enjoying from coast to coast, we have sent our submissions to both MTV and FUSE and alerted them to the great response the "Bright Red Chords" video is receiving, not to mention all the love that they're receiving from your friends at NACA. As soon as we hear back from them as to the plans they may or may not have to include the video in their programming, we'll be sure to let you know straight away. Please note we have included an Excel report for an easy-to-read, brief synopsis of all the video airplay we have secured to this point in the promotion.
    We also wanted to let you know, we are all geared up to premiere the Loomis & The Lust HIP Clip on our YouTube page this Wednesday the 19th (tomorrow)! It came out great, and we can't wait to share it with the world. You will be able to find the clip at the following link as soon as it goes live: http://www.youtube.com/profile?user=HIPVideo. We also have written on our blog once again about the band, hoping to generate more buzz and attention from our programmers. Here's the link so you can check it out: http://hipvideopromo.blogspot.com/2009/08/come-out-to-loomis-and-lusts-cd-release.html. We also wanted to let you know that all of the photos of HIP's time together with Loomis and the Lust last month at Piano's are currently residing on our photo page on our website. You can check them out here: http://hipvideopromo.com/photos/index.php. Finally, the video is up to 146 views on our YouTube page for some extra exposure.

LOOMIS 003679

For this installment of the campaign, the top new outlet airing the Loomis clip is Music Mix USA (congratulations on winning their contest). This is a fantastic outlet that reaches 5 million potential viewers all across the state of Florida. The show airs in multiple broadcast markets including: Miami, Ft. Lauderdale, Key West, Gainesville, Panama City, Tallahassee, Sarasota, Ft. Myers, Naples, Valdosta, Dothan, and Ozark, as well as West Palm Beach on NBC! This show airs Saturday and Sunday, and has more than two different time slots. It can also be seen be seen in Birmingham, St. Louis and Washington D.C. for more potential viewers! Fans can also catch the clip airing on Eye Music Network. This is a satellite music channel that can be seen in 5.2 million households nationwide. On top of that, it can be seen throughout Missouri as well as the U.S. Virgin Islands on cable. Video Jam is also on board to program the "Bright Red Chords" clip. This is a multi-market program that has 2.5 million potential viewers in seven different states, including Massachusetts, Connecticut, New Hampshire, Georgia, Southern California, North Dakota, and Iowa. This show airs in various time slots around the clock for each market. Another terrific outlet programming the clip is VidDream. This popular outlet has an audience of 2.3 million potential viewers in Delaware, Baltimore, Philadelphia, New Jersey, and San Francisco.

The video has continued to do well on the regional front as well, including airplay from a trio of well-known video shows in California. First on that list is Music Video 8. They are bringing the video to 1 million potential viewers on cable in the San Francisco Bay area every Friday night. Also covering San Francisco music fans is California Music Channel. This is one of the longest running and most successful local music video services in the country, with an audience of 450,000 potential viewers throughout the Bay area. SacXtra is showing the video some love in Sacramento. This video show can be seen by 700,000 potential viewers in that particular city and is an excellent addition to the campaign. Away from the west coast, fans can check out the clip airing on Class A TV. This show airs all across the state of Connecticut twice per week and can be seen in 650,000 households. The television aspect of the campaign is holding strong, and we are glad to see continued success on that front.

"Bright Red Chords" has also been making waves with our retail pool programmers these past few weeks, picking up airplay on two separate reels out west. The first is VME Media, which provides content to major electronic stores, restaurants, hotels, nightclubs and other retail outlets in California and Nevada. This network has 24 hours of commercial free music seen by over 5 million viewers every month. The other half of the equation is Evision / Billboard DJ. They supply content for the following Southern California area nightclubs: Encounters, Pasadena, and House of Blues on Sunset. Additional content is supplied to Princess Cruises as well as Wet Seal and Arden B retail outlets. Together, they will help to reach tons of viewers with the "Bright Red Chords" video.

With the second leg of the campaign under our belt, it's awesome to see how well embraced the clip has been so early on in the promotion. We have no doubt that this streak of success will continue on as we enter into the next installment of the campaign. We will be sure to seize any opportunity that comes our way to ensure that new and sustained airplay is at a maximum throughout the rest of the campaign. Thanks again for all of your support and enthusiasm so far throughout the first half of this campaign, and please don't hesitate to reach out to us with any questions or concerns.

Kristin – The video has been picked up by a number of excellent outlets during this installment of the campaign, and we're excited to see what's in store for the "Bright Red Chords" video as we move through the month of August. If you have any questions or concerns about this report or about the campaign in general, please don't hesitate to get in touch with us here at HIP HQ.

All the best,
Andy
HIP Video Promo
(732)-613-1779
www.HIPVideoPromo.com <http://www.hipvideopromo.com/>

------ End of Forwarded Message

From: **Kristin Loomis** <ksloomis@gmail.com>
Date: Tue, Aug 18, 2009 at 6:00 PM
To: JImmy Cantillon <jpc3management@gmail.com>
Cc: Brandon Mason <brandonmmason@me.com>, Joe D'Ambrosio <joe@jdmanagement.com>, Will Loomis <willloomis@gmail.com>

Jimmy,

Thanks again for setting us up with HIP VIDEO. He has done a great job and it appears that Bright Red Chords

**LOOMIS 003680**

is doing extremely well!

Kristin,

    Attached is the Loomis & The Lust "Bright Red Chords" music video airplay report through August 18, 2009. The campaign has really maintained its momentum, nabbing some of our best outlets and securing **twenty two adds to date!** The "Bright Red Chords" music video is receiving airplay at many of the high profile outlets we've sent it to, and we're confident that the momentum we have built will continue throughout the next several weeks, right through August and into September. Loomis & The lust has created a buzz with this video, and consequently, they are receiving some well-deserved attention from our programmers. With all this great programming love we're enjoying from coast to coast, **we have sent our submissions to both MTV and FUSE and alerted them to the great response the "Bright Red Chords" video is receiving, not to mention all the love that they're receiving from your friends at NACA. As soon as we hear back from them as to the plans they may or may not have to include the video in their programming, we'll be sure to let you know straight away.** Please note we have included an Excel report for an easy-to-read, brief synopsis of all the video airplay we have secured to this point in the promotion.

------

From: <jpc3management@gmail.com>
Date: Tue, Aug 18, 2009 at 6:06 PM
To: Kristin Loomis <ksloomis@gmail.com>
Cc: Brandon Mason <brandonmmason@me.com>, Joe D'Ambrosio <joe@jdmanagement.com>, Will Loomis <willloomis@gmail.com>

Great. They've always done great work with my bands. Glad this isn't an exception!

Sent via BlackBerry from T-Mobile

------

From: Kristin Loomis
Date: Tue, 18 Aug 2009 18:00:33 -0700
To: JImmy Cantillon<jpc3management@gmail.com>
Subject: FW: Loomis & The Lust ³Bright Red Chords² music video airplay report through August 18, 2009

------

From: **Kristin Loomis** <ksloomis@gmail.com>
Date: Thu, Mar 14, 2013 at 11:00 AM
To: Will Loomis <willloomis@gmail.com>

------

From: <hipvideo@aol.com>
Date: Tuesday, August 18, 2009 11:50 AM
To: Kristin Loomis <ksloomis@gmail.com>

Subject: Loomis & The Lust "Bright Red Chords" music video airplay report through August 18, 2009

Kristin,

    Attached is the Loomis & The Lust "Bright Red Chords" music video airplay report through August 18, 2009. The campaign has really maintained its momentum, nabbing some of our best outlets and securing **twenty two adds** to date! The "Bright Red Chords" music video is receiving airplay at many of the high profile outlets we've sent it to, and we're confident that the momentum we have built will continue throughout the next several weeks, right through August and into September. Loomis & The lust has created a buzz with this video, and consequently, they are receiving some well-deserved attention from our programmers. With all this great programming love we're enjoying from coast to coast, we have sent our submissions to both MTV and FUSE and alerted them to the great response the "Bright Red Chords" video is receiving, not to mention all the love that

**LOOMIS 003681**

they're receiving from your friends at NACA. As soon as we hear back from them as to the plans they may or may not have to include the video in their programming, we'll be sure to let you know straight away. Please note we have included an Excel report for an easy-to-read, brief synopsis of all the video airplay we have secured to this point in the promotion.

We also wanted to let you know, we are all geared up to premiere the Loomis & The Lust *HIP Clip* on our YouTube page this Wednesday the 19th (tomorrow)! It came out great, and we can't wait to share it with the world. You will be able to find the clip at the following link as soon as it goes live: http://www.youtube.com/ profile?user=HIPVideo. We also have written on our blog once again about the band, hoping to generate more buzz and attention from our programmers. Here's the link so you can check it out: http://hipvideopromo.blogspot. com/2009/08/come-out-to-loomis-and-lusts-cd-release.html. We also wanted to let you know that all of the photos of HIP's time together with Loomis and the Lust last month at Piano's are currently residing on our photo page on our website. You can check them out here: http://hipvideopromo.com/photos/index.php. Finally, the video is up to 146 views on our YouTube page for some extra exposure.

For this installment of the campaign, the top new outlet airing the Loomis clip is Music Mix USA (congratulations on winning their contest). This is a fantastic outlet that reaches 5 million potential viewers all across the state of Florida. The show airs in multiple broadcast markets including: Miami, Ft. Lauderdale, Key West, Gainesville, Panama City, Tallahassee, Sarasota, Ft. Myers, Naples, Valdosta, Dothan, and Ozark, as well as West Palm Beach on NBC! This show airs Saturday and Sunday, and has more than two different time slots. It can also be seen in Birmingham, St. Louis and Washington D.C. for more potential viewers! Fans can also catch the clip airing on Eye Music Network. This is a satellite music channel that can be seen in 5.2 million households nationwide. On top of that, it can be seen throughout Missouri as well as the U.S. Virgin Islands on cable. Video Jam is also on board to program the "Bright Red Chords" clip. This is a multi-market program that has 2.5 million potential viewers in seven different states, including Massachusetts, Connecticut, New Hampshire, Georgia, Southern California, North Dakota, and Iowa. This show airs in various time slots around the clock for each market. Another terrific outlet programming the clip is VidDream. This popular outlet has an audience of 2.3 million potential viewers in Delaware, Baltimore, Philadelphia, New Jersey, and San Francisco.

The video has continued to do well on the regional front as well, including airplay from a trio of well-known video shows in California. First on that list is Music Video 8. They are bringing the video to 1 million potential viewers on cable in the San Francisco Bay area every Friday night. Also covering San Francisco music fans is California Music Channel. This is one of the longest running and most successful local music video services in the country, with an audience of 450,000 potential viewers throughout the Bay area. SacXtra is showing the video some love in Sacramento. This video show can be seen by 700,000 potential viewers in that particular city and is an excellent addition to the campaign. Away from the west coast, fans can check out the clip airing on Class A TV. This show airs all across the state of Connecticut twice per week and can be seen in 650,000 households. The television aspect of the campaign is holding strong, and we are glad to see continued success on that front.

"Bright Red Chords" has also been making waves with our retail pool programmers these past few weeks, picking up airplay on two separate reels out west. The first is VME Media, which provides content to major electronic stores, restaurants, hotels, nightclubs and other retail outlets in California and Nevada. This network has 24 hours of commercial free music seen by over 5 million viewers every month. The other half of the equation is Evision / Billboard DJ. They supply content for the following Southern California area nightclubs: Encounters, Pasadena, and House of Blues on Sunset. Additional content is supplied to Princess Cruises as well as Wet Seal and Arden B retail outlets. Together, they will help to reach tons of viewers with the "Bright Red Chords" video.

With the second leg of the campaign under our belt, it's awesome to see how well embraced the clip has been so early on in the promotion. We have no doubt that this streak of success will continue on as we enter into the next installment of the campaign. We will be sure to seize any opportunity that comes our way to ensure that new and sustained airplay is at a maximum throughout the rest of the campaign. Thanks again for all of your support and enthusiasm so far throughout the first half of this campaign, and please don't hesitate to reach out to us with any questions or concerns.

**LOOMIS 003682**

Kristin – The video has been picked up by a number of excellent outlets during this installment of the campaign, and we're excited to see what's in store for the "Bright Red Chords" video as we move through the month of August. If you have any questions or concerns about this report or about the campaign in general, please don't hesitate to get in touch with us here at HIP HQ.

All the best,
Andy
HIP Video Promo
(732)-613-1779
www.HIPVideoPromo.com

---

**5 attachments**

📄 **Loomis & The Lust 8 18 09.doc**
24K

📄 **Loomis & The Lust 8 18 09.doc**
77K

📄 **Loomis & The Lust 8 18 09.doc**
77K

📄 **Loomis and the Lust 8 18 09.xls**
35K

📄 **Loomis and the Lust 8 18 09.xls**
35K

**LOOMIS 003683**

☐☐☐☐☐☐ ser=HIPVideo☐). To date, the clip has enjoyed 127 views so far and that number only climbs as programmers continue to show Loomis & The Lust some much deserved love.

We are also eagerly awaiting the completion of the Loomis & The Lust HIP Clip, and as soon as it is finished, we will let you know straight away as well as featuring it on our YouTube page! Will and the boys were great during the interview (they even did an à capella song to our sheer amazement), and we think it will turn out fantastic when all the editing is finished. The HIP Clip will be great for securing sustained airplay for ☐Bright Red Chords☐ with the outlets already supporting us (we send out the HIP Clip to our programmers to include in their own programming), and we will keep you posted on everything regarding that front. You can also find photos from our time together filming the HIP Clip at that Piano☐s on the Lower East Side of New York City. They came out well, and you can check them out here: ☐ HYPERLINK "http://hipvideopromo.com/photos/index.php" ☐http://hipvideopromo.com/photos/index.php☐. The guys in the band even autographed some CDs for us to use for on air giveaways.

First and foremost, the clip is being programmed by MTV Latin America, which reaches 35 million potential viewers across 21 countries in the U.S. as well as in Central and South America. This is a tremendous addition to the campaign! This report is chock full of great airplay news and next up is Power Play Music TV. We☐ve recently received confirmed airplay from this multi-market outlet that is considered the most influential of its kind throughout the country. Power Play has 17.8 million viewers in over 40 states via cable and broadcast television. This is an amazing addition to have onboard and will surely bring about tons of exposure for the ☐Bright Red Chords☐ music video.

An important regional coup for the campaign is the addition of JBTV to the Loomis & The Lust support group. JBTV has 5 million viewers all over the Chicago area, and it is considered to be one of the most influential music video programs in the Midwest. Rock and rollers all throughout the Windy City and its surrounding environments tune in to this program religiously each week (it☐s been on every week with a new episode since 1985), and in the past it has had a real impact on SoundScan in the Chicago market. The regional outlet Music City Arts Nashville has also been showing the video some love throughout the month of July. MCAtv can be seen widely throughout Davidson County in Tennessee, and it is also available in 65% of the homes in Nashville and the surrounding metropolitan area. Lastly we have Alternative Currents with confirmed airplay for the ☐Bright Red Chords☐ clip. An outlet such as this captures the attention of an estimated 575,000 viewers in Omaha, Nebraska and the surrounding environments. We are looking forward to the next couple of weeks in the promotion when even more regional outlets follow in the footsteps of these first three programs and show the video the airplay it deserves.

☐Bright Red Chords☐ is also on its way to penetrating hundreds of retail locations nationwide thanks to VME Media. VME

1

LOOMIS 003532

Media is a retail pool that provides music video content to major electronic stores, restaurants, hotels, nightclubs and other retail locations in California and Nevada. This is a huge addition to the campaign since VME Media□s 24 hour, commercial free programming is seen by over 5 million viewers every month! Also championing the clip these days is Screenplay. 300 million impressions are made a month by this retail pool that services music video reels to over 25,000 prominent retailers, nightclubs and restaurants in the United States and Canada. Channel M has also come to the table for the Loomis & The Lust music video. Channel M distributes reels to over 20,000 retail locations that encompass a web of fashion retail, entertainment software, electronic retailers, and hospitality/restaurants. The clip will be distributed on Channel M□s video reel for the month of September. The retail pool In Store Sports Network has included □Bright Red Chords□ to their August Harley Davidson and September Foot Locker reels. The video will be distributed throughout the next two months hundreds of Foot Locker locations and Harley-Davidson dealerships across the country. Retail pools make for great assets to a music video campaign since they help to reach out to millions of people across the country using as little ammo as possible. The nightlife hotspot 9:30 Club in Washington D.C. is also spinning the clip for its club-goers to feast their eyes on throughout the months of July and August.

The internet has also been a contributing factor for the success of these first two weeks of the Loomis & The Lust □Bright Red Chords□ video promotion campaign. The first name on the list of online outlets supporting the new clip allmusic.com. By word-of-mouth alone, the allmusic website has gained phenomenal popularity, developing a large and loyal following among consumers and industry professionals alike. Viewers can also find the clip airing on the popular SingingFool.com. The great thing about this outlet is that it also powers music videos on a ton of other sites, which puts it in the top 5 for streaming music videos on the web. Basically, getting airplay on SingingFool.com means getting the video on a bunch of other websites, too! Thirdly, the clip is airing on Billboard.com, a name synonymous with music that will generate a notable amount of exposure for □Bright Red Chords□.  Internet airplay is a valuable piece of the puzzle, so we are glad to see Loomis & The Lust succeeding early on that front.

The amount of airplay the promotion has garnered thus far is promising at the onset of this campaign. The □Bright Red Chords□ clip has been well-embraced right off the bat, and we hope that in the weeks to come more programmers will follow in the footsteps of those who have already included Loomis & The Lust to their programming. Thanks again for allowing HIP to be a part of your promotional team, it is very much appreciated.

Loomis & The Lust □Bright Red Chords□ music video airplay report through July 31, 2009

2

LOOMIS 003533

1. MTV Latin America  Miami FL  35 million potential viewers in the US and 21 different Central and South American countries. Airs 24/7 on cable.  Added for the month of August.

2. JBTV  Chicago IL  JBTV has 5 million potential viewers on broadcast TV all over the Chicago area. Week ending 7/12. This is the most influential add in the Midwest and a tremendous boost for the campaign that JBTV has added the video. JBTV is a one hour show that airs on broadcast Channel WEDE Ch34 (from Sears Tower) every Wednesday night at 11pm, as well as Thursday nights at 8pm on Cable 25, Sunday nights at 12 midnight, Monday nights at 11:30pm and Wednesday nights at 9PM. JBTV also broadcasts on full power UHF WJYS Channel 62. In addition to all of JBTV□s regular time slots, episodes of the show air in open time slots on WJYS from midnight to 4am 7 days a week.  This is a very big add and JBTV has a large viewership in Chicago and the surrounding communities.

Sent: Sat, Jul 11, 2009 10:56 pm
Subject: JBTV Show # 3,592 Playlist

THE LEFTOVERS □Telephone Operator□
RIVERBOAT GAMBLERS □A Choppy, Yet Sincere□
EVERLAST □Folson Prison Blues□
BIG □B□  □Sinner□
HED PE □ Renegade□
KOTTONMOUTH KINGS □Where I□m Going□
UNWRITTEN LAW □Shoulda Known Better□
KOTTONMOUTH KINGS f/Cypress Hill  □Put It Down□
LOOMIS & THE LUST □Bright Red Chords□
POP EVIL □3 Seconds to Freedom□  JBTV Live HD Soundstage EXCLUSIVE
KOTTONMOUTH KINGS □City to City□
KOTTONMOUTH KINGS □Living Proof□
BIG □B□   □White Trash Life□
PLUSHGUN □Let Me Kiss You Now (And I□ll fade Away)□
KOTTONMOUTH KINGS □Everybody Move□

3. Alternative Currents  Omaha, NE  575,000 potential viewers. This is a 30 minute music television program based out of Omaha, Nebraska. The program airs every Thursday at 9:30pm on Cox Digital Channel 109. The video show has no limits to the types of music it airs. Added for July and August.

Sent: Fri, Jul 24, 2009 1:05 pm
Subject: ALTERNATIVE CURRENTS PLAYLIST FOR 7/23, 7/25, 7/30, 8/1

Hello Andy. THANK YOU SO MUCH FOR AUTOGRAPHED CD'S! Thank you for taking the time and thinking about us here in Omaha! DUDE!  Here is ALTERNATIVE CURRENTS playlists for 7/23, 7/25, 7/30 & 8/1:
[add] LIKE A STORM "Chemical Infatuation"
[add] BLITZEN TRAPPER "Black River Killer"

3

LOOMIS 003534

[add] WE WERE PROMISED JETPACKS "Roll Up Your Sleves"
[add] LOOMIS & THE LUST "Bright Red Chords"
[add] HOLLY WILLIAMS "Keep The Change"

4. In Store Sports Network/MediaPlace   (RETAIL POOL)   Added to their August Harley Davidson September Foot Locker reel. Outlets serviced include Foot Locker (1500 locations), Champs Sports (550 locations), Footaction (375 locations) and Harley-Davidson (300 dealerships).

5. allmusic (Internet)   Ann Arbor, MI   The allmusic website was created in 1995 as a place for music fans to indulge their passion. By word-of-mouth alone, the allmusic website has gained phenomenal popularity, developing a large and loyal following among consumers and industry professionals alike. The video has been added to allmusic□s internet directory of music videos powered by SingingFool.com. To view Loomis & The Lust□s clip, visit □ HYPERLINK "http://www.allmusic.com" □www.allmusic.com□ and click on the Music Videos link on the Site Menu and search □Bright Red Chords□.

6. Channel M   Los Angeles CA   (RETAIL POOL)   In operation since 1989, Channel M represents the new non-traditional media, this is a huge add because Channel M is now the world□s largest supplier of in-store video entertainment programming. Channel M□s reels are seen in over 20,000 locations nationwide in a web that encompasses fashion retail, entertainment software, electronics retailers and hospitality/restaurants. Some of the outlets that are serviced by this retail pool include Nordstrom, Blockbuster Video, Steve Madden, Journeys, Ecko, EB Games, Hastings, Fox & Hound, Game Crazy, and other teen hangouts that cater directing the 12-17 demographic. The reel plays multiple times per day, seven days a week. Added for the month of September.

Channel M
Adam 8*1*2 □Mystery Girl□ September Bounce
Adam 8*1*2 □Poison□ September Bounce
Israel Houghton □Just Wanna Say□ September Bounce
Black Joe Lewis & The Honeybears □Sugarfoot□ Street Sounds
The Orchid Highway □Sofa Surfer Girl□ September Pop Scene
The Leftovers □Telephone Operator□ September Pop Scene
Loomis & The Lust □Bright Red Chords□ September Pop Scene
Blitzen Trapper □Black River Killer□ September Mix, Heartland

7. Music City Arts Nashville Nashville, TN   Channel 9 on Comcast cable. MCAtv can be seen widely throughout Davidson County and is available in 65% of the homes throughout Nashville and the surrounding metropolitan area. In rotation throughout July.

8. SingingFool.com   Haddon Heights, NJ   (Internet)   Added to their Internet directory of free music videos. This site features pop, rock, hip-hop, dance, country, and Latin music

4

LOOMIS 003535

videos. This site features major label as well as independent artists. In December 2006, Singingfool reached over 1.5 million US unique visitors who played over 6.4 million music videos. This site is in the Top 5 streaming video sites, and currently powers music videos on other sites such as Allmusic.com, Starpulse.com, Entercom Communications (owner of over 100 radio stations), and others. To see the video visit www.SingingFool.com, search for Loomis & The Lust and click ▯Bright Red Chords▯ to view the video.

9. Billboard.com  New York NY  Through our relationship with SingingFool.com, the video is available at Billboard.com. This exposure leads to tens of thousands of impressions!

10. 9:30 Club (NIGHTCLUB) Washington DC  Dave Rubin has been "spinning" the video and the clip is in regular rotation. Weeks ending 7/18 and 7/25.

11. ScreenPlay  Seattle WA  (RETAIL POOL) Screenplay services music video reels which go to over 25,000 prominent retailers, nightclubs and restaurants in the U.S. and Canada, including Macys, Ikea, Rentway and Goltshalcks. This in-store airplay and nightlife exposure leads over 300 million impressions a month! Added to the Nightlife reel.

12. Power Play Music TV  Newark NJ  Power Play has 17.8 million potential viewers on broadcast and cable TV in over 40 states. Weeks ending 7/18 and 7/25. This is the most influential multi-regional program in the country. Airs in multiple time day and night parts on 37 different broadcast systems and cable carriers throughout the US, including Comcast, Cablevision and UATV, which services military bases all across the country.

        Kristin ▯ Here at HIP HQ, we will continue to work tirelessly to get the ▯Bright Red Chords▯ video exposed to as many sets of eyeballs as possible! We very much look forward to the rest of the campaign! Thanks so much for your cooperation and allowing us to be a part of the Loomis & The Lust promotional team. If you have any questions or concerns about this report or the promotion in general please don▯t hesitate to get in touch. Keep fighting the good fight!

All the best,


Andy
HIP Video Promo
(732)-613-1779
▯ HYPERLINK "http://www.HIPVideoPromo.com"
▯▯www.HIPVideoPromo.com▯

5

**LOOMIS 003536**

6

LOOMIS 003537

☐☐☐☐☐☐ soon as it goes live: ☐ HYPERLINK "http://www.youtube.com/profile?user=HIPVideo" ☐http://www.youtube.com/profile?user=HIPVideo☐. We also have written on our blog once again about the band, hoping to generate more buzz and attention from our programmers. Here☐s the link so you can check it out: ☐ HYPERLINK "http://hipvideopromo.blogspot.com/2009/08/come-out-to-loomis-and-lusts-cd-release.html" ☐http://hipvideopromo.blogspot.com/2009/08/come-out-to-loomis-and-lusts-cd-release.html☐. We also wanted to let you know that all of the photos of HIP☐s time together with Loomis and the Lust last month at Piano☐s are currently residing on our photo page on our website. You can check them out here: ☐ HYPERLINK "http://hipvideopromo.com/photos/index.php" ☐http://hipvideopromo.com/photos/index.php☐. Finally, the video is up to 146 views on our YouTube page for some extra exposure.

For this installment of the campaign, the top new outlet airing the Loomis clip is Music Mix USA (congratulations on winning their contest). This is a fantastic outlet that reaches 5 million potential viewers all across the state of Florida. The show airs in multiple broadcast markets including: Miami, Ft. Lauderdale, Key West, Gainesville, Panama City, Tallahassee, Sarasota, Ft. Myers, Naples, Valdosta, Dothan, and Ozark, as well as West Palm Beach on NBC! This show airs Saturday and Sunday, and more than two different time slots. It can also be seen be seen in Birmingham, St. Louis and Washington D.C. for more potential viewers! Fans can also catch the clip airing on Eye Music Network. This is a satellite music channel that can be seen in 5.2 million households nationwide. On top of that, it can be seen throughout Missouri as well as the U.S. Virgin Islands on cable. Video Jam is also on board to program the ☐Bright Red Chords☐ clip. This is a multi-market program that has 2.5 million potential viewers in seven different states, including Massachusetts, Connecticut, New Hampshire, Georgia, Southern California, North Dakota, and Iowa.☐This show airs in various time slots around the clock for each market. Another terrific outlet programming the clip is VidDream. This popular outlet has an audience of 2.3 million potential viewers in Delaware, Baltimore, Philadelphia, New Jersey, and San Francisco.

The video has continued to do well on the regional front as well, including airplay from a trio of well-known video shows in California. First on that list is Music Video 8. They are bringing the video to 1 million potential viewers on cable in the San Francisco Bay area every Friday night. Also covering San Francisco music fans is California Music Channel. This is one of the longest running and most successful local music video services in the country, with an audience of 450,000 potential viewers throughout the Bay area. SacXtra is showing the video some love in Sacramento. This video show can be seen by 700,000 potential viewers in that particular city and is an excellent addition to the campaign. Away from the west coast, fans can check out the clip airing on Class A TV. This show airs all

LOOMIS 003538