Loomis & The Lust "Bright Red Chords" music video airplay report
through September 2, 2009

**New Adds:**

**1. Fuse On Demand**   New York, NY   Part of Fuse's programming geared towards viewers that would like to order the video via their Fuse on Demand service. This is a nationally distributed music video on demand service available to 18 million digital cable homes across the country and is now also available on DIRECTV. The viewer can select from a menu of 75 available videos organized into several categories and watch any or all of them at their convenience. Available for viewing for the month of September.

**2. Xavier University's Brand X**   Cincinnati, OH   Independent music thrives in college communities, and Xavier University's Brand X is a student-run television program aimed at exposing urban citizens and college students to various types of independent and mainstream music. With a local potential viewership of over 2 million, Xavier University Electronic Media Program, Brand X will syndicate weekly and air daily in 30-minute time slots. Added for September and October.

Sent: Wed, Aug 26, 2009 1:03 pm
Subject: RE: Hi Alexis!

**Loomis and the Lust. "Bright Red Chords**
Like A Storm "Chemical Infatuation"
LIVAN "Happy Returns"
Obits "Pine On"
Brittany Shane "Pretty In Pink"
A Bad Think "Life Of A Grape"
Metric "Sick Muse" and "Help I'm Alive"

**3. The Bobby T Show**   Cumming, GA   A multi regional weekly show seen by over 7 million potential viewers in major markets like New York, Los Angeles and Atlanta. This show began in 1979 in Atlanta and has been on the air ever since!
Here are the markets The Bobby T show is seen:
Sunday evenings @ 5pm in Los Angeles on Time Warner Cable TV Network Ch 98, 37 & 3 -
Monday through Friday @ 8pm in Orange, New Jersey on WOTV-35
Monday through Friday on a rotating schedule in Boston, Miami, Seattle, & Chicago
Monday @ 8:30pm and Saturday at 4:30 pm in DeKalb County, GA (Atlanta) on TV-25
Tuesday @ 1pm in Atlanta, GA on People TV Network Ch-24 on Comcast Cable
Tuesday @ 3pm in New York City on Manhattan Neighborhood TV Network
Friday @10pm in Birmingham, AL on Bright House Cable TV-4
Saturday and Sunday @ 10pm in Birmingham, AL on Charter Cable TV-18 and TV-24

**4. Indy's Music Channel**   Indianapolis IN   675,000 potential viewers on broadcast TV.  This channel airs 24 hours a day, 7 days a week. Audience averages 130,000 weekly viewers. This long running video outlet is very influential throughout central Indiana and has a rabid loyal viewership. Week ending 8/8.

Sent: Tue, Aug 18, 2009 10:55 am
Subject: IMC Video Play List

New Music Spotlights August 1-7, 2009
5 spins per day / 2 days per video
**New Music Spotlight – Loomis & the Lust "Bright Red Chords" Kings of Spain Records**
New Music Spotlight – The Singles "Don't Need Your Love" Sound Artifacts Music
New Music Spotlight – Blitzen Trapper "Black River Killer" Sub Pop Records

**5. The Review**   Minneapolis, MN   Reaches over 1.2 million potential viewers throughout the Minneapolis/St. Paul metropolitan area. This 30 minute program airs Mondays at 9:30 p.m., Tuesdays at 3:30 a.m. and 9:30 a.m. The show is seen on Channel 19 on the NWCT and MTN Cable Networks. The Review also airs once a month on the Regional Metro Cable Network. This show features videos, reviews, concert information, and interviews. They also have a retail tie-in with Treehouse Records, a local retailer who has supported the program for over 5 years. Week ending 8/15.

Sent: Sun, Aug 23, 2009 12:24 pm
Subject: the review playlist

2)   **LOOMIS & THE LUST       "BRIGHT RED CHORDS"    KINGS OF SPAIN**
     NEIL NATHAN                "DO YA"                      LIONSGATE
     THE CRYSTAL METHOD  f. MATISYAHU "DROWN IN THE KNOW"      TINY e/

**6. The Coffee Shop Network**  (RETAIL POOL) Los Angeles CA  This video content provider services hundreds of mom and pop coffee shops throughout the United States with high quality, music video content on large size flat screen TVs. Added for programming in August.

Sent: Mon, Aug 24, 2009 6:14 pm
Subject: Re: Recent video programming

UPCOMING TO ROTATION:
Like A Storm "Chemical Infatuation"
Della Valle "Legs So Long It's Crazy"
**Loomis & The Lust "Bright Red Chords"**
Blitzen Trapper "Black River Killer"
LIVAN "Happy Returns"
The Leftovers "Telephone Operator"
We Were Promised Jetpacks "Roll Up Your Sleeves"
The Orchid Highway "Sofa Surfer Girl"
The Singles "Can You Go Out Tonight?"
The Singles "Don't Need Your Love"
Elisa Girlando "Another Songbird"

**7. Spike.com**   Los Angeles, CA   (Formerly iFilm.com) Added to their Internet directory of music videos. To see the video visit ifilm.com, search for  and click to view the  video. This website features all of the coolest new music videos, movie trailers, a short film channel, an adrenaline channel, video games, and more! iFilm garners on average 10 million unique visitors a month.

**8. A&R Channel**   Los Angeles, CA   A new video on demand outlet reaching 17 million homes on various On-Demand enabled cable networks. Added for the month of September.

**Existing Adds:**

**9. Music Mix USA**   Naples, FL   5 million potential viewers on broadcast weekly.  Airs in multiple broadcast markets including: Miami, Ft. Lauderdale, Key West, Gainesville, Panama City, Tallahassee, Sarasota, Ft. Myers, Naples, Valdosta, Dothan, and Ozark, as well as West Palm Beach on NBC!  This show airs Saturday and Sunday, and has more than two different time slots.  It airs for a half hour on broadcast.  Starting in September 2007, Music Mix USA will be seen in Birmingham, St. Louis and DC! Week ending 7/25. Here is Jay's playlist:

Sent: Thu, Jul 30, 2009 5:00 pm
Subject: Music Mix USA Play Lists - 7/20 & 7/27

Music Mix USA Play List for 07.20.09
Natasha James – "Tequila Time"
Clay Dustin – "The Good Lord Loves You"
Hill Country Revue - "You Can Make It"
Clutch - "50,000 Unstoppable Watts"
Andre Carr f/Amos Williams Jr. - "Huff N Puff"
**Loomis & the Lust – "Bright Red Chords"**
Artist Vs Poet – "Runaway"

**10. Eye Music Network**   Atlanta GA   A 24/7 channel via satellite that reaches around 5.2 million households. Eye Music Network was created in response to a perceived need for a broad ranging, reliable, wide variety, and multi-genre video music channel to satisfy the unmet demand of the 18-50 year old audience. Eye Music Network can be seen on Satellite AMC-10, C-Band dish 4DTV on C4 channel 700, from coast to coast, as well as in Missouri through Trust Cable, and in St. John, St. Thomas, and St. Croix through Choice Cable Communication. From the golden oldies through the 70's, 80's and 90's along with the pulsating, compelling beats of today's rock, pop, alternative, rap, salsa, reggaeton and more! EMN™ has listened to the viewers and created a true music video entertainment channel. Added for July.

**11. California Music Channel**   Oakland, CA   CMC is one of the longest running and most successful local music video services in the country. California Music Channel, launched March 1, 1982, is broadcast live Monday through Friday from 4:00 to 5:00 p.m. and on Saturday night from 12:30 to 1:00 a.m. on KTSF-TV Channel 26 and Digital 26.1 & 26.2 San Francisco. This outlet has a viewership of 450,000 potential viewers throughout the Bay area. Added for August.

**12. Music Video 8**   San Francisco CA   1 million potential viewers on cable in the San Francisco bay area . The show airs on Friday at 1:30am for one hour on cable.  Week ending 8/22. Here is Alex's playlist:

82209
dinosaur jr   over it   jagaguwar
**loomis and the lust   bright red chords   kings of spain**
moby   pale horses   mute
polly scattergood   please don't touch   mute
tiny master of today   pop chart   mute
mob   shot ing the back of the head   mute

**13. Video Jam**   Worcester MA   Video Jam is a multi-market program that has 2.5 million potential viewers in seven different states, including Massachusetts, Connecticut, New Hampshire, Georgia, Southern California, North Dakota, and Iowa. This show airs in various time slots around the clock for each market. Week ending 8/8. Video Jam airs in the following cities:
 - In Massachusetts, Worcester, on Charter Communications WCCA TV Channel 13 to 57,000 households; Medfield, Hudson, Stowe, Ashburnham, Ashby, Westminster, and Townsend, on Comcast Cable channel 8 for 25,000 households; Amerherst on Comcast channel 12 for 7,500 households; Spencer, on Charter Communications Channel 11 for 8,000 households
 - In California, Berkeley on Comcast channel 25 digital cable for 20,000 households
 - In New Hampshire, Londonderry on Adelphia Channel 20 for 8,000-100,000 households
 - In Connecticut, New Haven, West Haven, Hamden, on Comcast Channel 27 digital cable for 182,000 households
 - In Georgia, Atlanta on Channel 24 for 90,000 households
 - In North Dakota, Fargo on channel 12 for 30,000 households. Airs Tuesdays and Saturdays at 10pm.
 - In Iowa, Demoines at Drake University on Channel 7 for 3,000 students. Airs Saturday at 7:30pm.

Sent: Wed, Aug 5, 2009 2:29 pm

Subject: VIDEO JAM PLAYLIST 560 FOR AUGU 7, 2009

_*VideoJam Playlist # 560 *_
Premieres Friday, *August 7, 2009 *
(Airs first: Fridays at 9pm, Saturdays at 7pm, Sundays at 12 midnite)

We Were Promised Jet Packs /Roll Up Your Sleeves/ FatCat
Elisa Girlando/Another Songbird/ Hit Play
The Leftovers/Telephone Operator /Crappy Records
**Loomis and the Lust/Bright Red Chords/Kings of Spain**
The Singles/Can You Go Out Tonight and Don't Need Your Love/Sound Artifacts
Scripts and Screwz/Brick/The V.E. Co.
American Idol Contestant Ayla Brown LIVE performance at Elm Park in Worcester

**14. VME Media**  Las Vegas, NV  Retail Pool which provides content to major electronic stores, restaurants, hotels, nightclubs and other retail outlets in California and Nevada. Included on the Pulse TV Network. This network has 24 hours of commercial free music seen by over 5 million viewers every month.

**15. VidDream**  Wilmington, DE  VidDream has increased its reach dramatically and has 2.3 million potential viewers. VidDream is now seen in Delaware, Baltimore and Philadelphia on Channel 28. VidDream is also seen in Bucks County, PA and select markets throughout New Jersey on Comcast Cable on varying channels.  The show airs on Friday nights at 9:30pm for one hour, and is also available on DBS Satellite, available on DIRECTV and Dish Network. VidDream is now also seen in San Francisco on a weekly basis on Channel 29. This adds another 1.7 million viewers to VidDream's already large viewer base. Week ending 8/8.

**16. SacXtra**  Sacramento CA  Airs on Comcast cable and has over 700,000 potential viewers throughout Sacramento and the Bay Area. Airs the first Saturday of each month at midnight on channel 18. Added for the month of August.
Here is Phillip's e-mail:

Sent: Thu, Jul 30, 2009 4:47 pm
Subject: Sacxtra! TV - Showlist for August 2009

Sacxtra! TV
Episode: Fascist Propaganda
Les Claypool - Red State Girl
Les Claypool - Bonesville Stomp
Evergreen Terrace - Cheney Can't Quite
Riff Like the Helmet's Page Hamilton
Tinu - Wild Things
Unit 7 - Pussycat Rag
Leatherwolf - Dr. Wicked
Icon the Group - Sexy And Hood
Between The Trees - We Can Try
Ex Deo - Romulus
**Loomis & The Lust - Bright Red Chords**
Like A Storm - Chemical Infatuation
Livian - Happy Returns
Sonic Syndicate - Contradiction
Swashbuckle - Cruiseship Terror

**20. JBTV** IL  Chicago  JBTV has 5 million potential viewers on broadcast TV all over the Chicago area. Weeks ending 7/12 and 8/1. This is the most influential add in the Midwest and a tremendous boost for the campaign that JBTV has added the video. JBTV is a one hour show that airs on broadcast Channel WEDE Ch34 (from Sears Tower) every Wednesday night at 11pm, as well as Thursday nights at 8pm on Cable 25, Sunday nights at 12 midnight, Monday nights at 11:30pm and Wednesday nights at 9PM. JBTV also broadcasts on full power UHF WJYS Channel 62. In addition to all of JBTV's regular time slots, episodes of the show air in open time slots on WJYS from midnight to 4am 7 days a week. This is a very big add and JBTV has a large viewership in Chicago and the surrounding communities.

THE MAIN DRAG "A Jagged Gorgeous Winter"
METRIC "SICK MUSE"
METRIC "HELP I'M ALIVE"
ESSER "I LOVE YOU"
ESSER "SATIFIED"
RIVERBOAT GAMBLERS "A CHOPPY, YET SINCERE"
ESSER "Headlock"
ESSER "WORK IT OUT"
CAVASHAWN "KEEP THE LIGHT ON"
ENDLESS HALLWAY "SOLVENCY"
THE SINGLES "DON'T NEED YOUR LOVE"
RUTH "Back To the Five"
BLACK JOE LEWIS & THE HONEYBREARS "Sugarfoot"
**LOOMIS & THE LUST "Bright Red Chords"**

Sent: Sat, Jul 11, 2009 10:56 pm
Subject: JBTV Show # 3,592 Playlist

THE LEFTOVERS "Telephone Operator"
RIVERBOAT GAMBLERS "A Choppy, Yet Sincere"
EVERLAST "Folson Prison Blues"
BIG "B". "Sinner"
HED PE " Renegade"
KOTTONMOUTH KINGS "Where I'm Going"
UNWRITTEN LAW "Shoulda Known Better"
KOTTONMOUTH KINGS #/Cypress Hill "Put it Down"
**LOOMIS & THE LUST "Bright Red Chords"**
POP EVIL "3 Seconds to Freedom"  JBTV Live HD Soundstage  EXCLUSIVE
KOTTONMOUTH KINGS "City to City"
KOTTONMOUTH KINGS "Living Proof"
BIG "B". "White Trash Life"
PLUSHGUN "Let Me Kiss You Now (And I'll fade Away)"
KOTTONMOUTH KINGS "Everybody Move"

**21. Alternative Currents**  Omaha, NE  Omaha, NE  575,000 potential viewers. This is a 30 minute music television program based out of Omaha, Nebraska. The program airs every Thursday at 9:30pm on Cox Digital Channel 109. The video show has no limits to the types of music it airs. Added for July and August.

Sent: Fri, Jul 24, 2009 1:05 pm
Subject: ALTERNATIVE CURRENTS PLAYLIST FOR 7/23, 7/25, 7/30, 8/1

Hello Andy, THANK YOU SO MUCH FOR AUTOGRAPHED CD'S! Thank you for taking the time and thinking about us here in Omaha! DUDE! Here is ALTERNATIVE CURRENTS playlists for 7/23, 7/25, 7/30 & 8/1:

[add] LIKE A STORM "Chemical Infatuation"

[add] BLITZEN TRAPPER "Black River Killer"
[add] WE WERE PROMISED JETPACKS "Roll Up Your Sleves"
**[add] LOOMIS & THE LUST "Bright Red Chords"**
[add] HOLLY WILLIAMS "Keep The Change"

**22. In Store Sports Network/MediaPlace**   (RETAIL POOL)   Added to their August Harley Davidson September Foot Locker reel. Outlets serviced include Foot Locker (1500 locations), Champs Sports (550 locations), Footaction (375 locations) and Harley-Davidson (300 dealerships).

**23. allmusic** (Internet)   Ann Arbor, MI   The allmusic website was created in 1995 as a place for music fans to indulge their passion. By word-of-mouth alone, the allmusic website has gained phenomenal popularity, developing a large and loyal following among consumers and industry professionals alike. The video has been added to allmusic's internet directory of music videos powered by SingingFool.com. To view Loomis & The Lust's clip, visit www.allmusic.com and click on the Music Videos link on the Site Menu and search "Bright Red Chords".

**24. Channel M**   Los Angeles CA   (RETAIL POOL)   In operation since 1989, Channel M represents the new non-traditional media, this is a huge add because Channel M is now the world's largest supplier of in-store video entertainment programming. Channel M's reels are seen in over 20,000 locations nationwide in a web that encompasses fashion retail, entertainment software, electronics retailers and hospitality/restaurants. Some of the outlets that are serviced by this retail pool include Nordstrom, Blockbuster Video, Steve Madden, Journeys, Ecko, EB Games, Hastings, Fox & Hound, Game Crazy, and other teen hangouts that cater directing the 12-17 demographic. The reel plays multiple times per day, seven days a week. Added for the month of September.

Channel M
Adam 8*1*2 "Mystery Girl" September Bounce
Adam 8*1*2  "Poison" September Bounce
Israel Houghton "Just Wanna Say" September Bounce
Black Joe Lewis & The Honeybears "Sugarfoot" Street Sounds
The Orchid Highway "Sofa Surfer Girl" September Pop Scene
The Leftovers "Telephone Operator" September Pop Scene
**Loomis & The Lust "Bright Red Chords" September Pop Scene**
Blitzen Trapper "Black River Killer" September Mix, Heartland

**25. Music City Arts Nashville** Nashville, TN   Channel 9 on Comcast cable. MCAtv can be seen widely throughout Davidson County and is available in 65% of the homes throughout Nashville and the surrounding metropolitan area. In rotation throughout July.

**26. SingingFool.com**   Haddon Heights, NJ   (Internet)   Added to their Internet directory of free music videos. This site features pop, rock, hip-hop, dance, country, and Latin music videos. This site features major label as well as independent artists. In December 2006, Singingfool reached over 1.5 million US unique visitors who played over 6.4 million music videos. This site is in the Top 5 streaming video sites, and currently powers music videos on other sites such as Allmusic.com, Starpulse.com, Entercom Communications (owner of over 100 radio stations), and others. To see the video visit www.SingingFool.com, search for Loomis & The Lust and click "Bright Red Chords" to view the video.

**27. Billboard.com**   New York NY   Through our relationship with SingingFool.com, the video is available at Billboard.com. This exposure leads to tens of thousands of impressions!

**28. 9:30 Club** (NIGHTCLUB) Washington DC   Dave Rubin has been "spinning" the video and the clip is in regular rotation. Weeks ending 7/18,  7/25, 8/1, 8/8, 8/15, 8/22, and 8/29.

**29. ScreenPlay**   Seattle WA   (RETAIL POOL) Screenplay services music video reels which go to over 25,000 prominent retailers, nightclubs and restaurants in the U.S. and Canada, including Macys, Ikea, Rentway and Goltshalcks. This in-store airplay and nightlife exposure leads over 300 million impressions a month! Added to the Nightlife reel.

**30. Power Play Music TV**   Newark NJ   Power Play has 17.8 million potential viewers on broadcast and cable TV in over 40 states. Weeks ending 7/18,  7/25, 8/1, 8/8, 8/15, 8/22, and 8/29. This is the most influential multi-regional program in the country. Airs in multiple time day and night parts on 37 different broadcast systems and cable carriers throughout the US, including Comcast, Cablevision and UATV, which services military bases all across the country.

Kristin – The promotion has so far secured some great new and sustained airplay. We are confident that programmers will continue to sing their praises for the "Bright Red Chords" music video in these final weeks of the promotion. Please don't hesitate to get in touch with us here at HIP if you have any questions about this report or the campaign in general. Thanks so much for your cooperation and support.

All the best,


Andy
HIP Video Promo
(732)-613-1779
www.HIPVideoPromo.com

Loomis & The Lust     "Bright Red Chords"     September 2 2009

| OUTLET | LOCATION | FORMAT | TYPE | DESCRIPTION | REPORT |
|---|---|---|---|---|---|
| **New Adds:** | | | | | |
| Fuse On Demand | New York, NY | All | Multi-Market | Viewers can choose videos based on their own preferences | Available for viewing for the month of September |
| Xavier University's Brand X | Cincinnati, OH | All | Regional | With a local potential viewership of over 2 million | Added for September and October |
| The Bobby T Show | Birmingham, AL | Pop | Multi-market | Weekly show with 6 million potential viewers in major markets like NY, LA and Atlanta | |
| Indy's Music Channel | Indianapolis, IN | All | Regional | 24/7 broadcasting, very influential throughout Indiana | Week ending 8/8 |
| The Review | Minneapolis, MN | All | Regional | Over 1.2 million potential viewers in Minneapolis/St. Paul metropolitan area | Week ending 8/15 |
| The Coffee Shop Network | Los Angeles CA | All | Retail Pool | Services hundreds of mom and pop coffee shops throughout the United States | Added for programming in August |
| Spike.com | Los Angeles, CA | All | Internet | Internet directory of music videos | Added to their internet directory |
| A&R Channel | Ventura, CA | Rock | On Demand | Music videos voted to television, reaches 10 million subscribers | Added for the month of September |
| | | | | | |
| **Existing Adds:** | | | | | |
| Music Mix USA | Naples, FL | All | Regional | 5 million potential viewers on broadcast weekly | Week ending 7/25 |
| Eye Music Network | Atlanta, GA | All | Multi-Market | A 24/7 channel via satellite that reaches around 5.2 million households | Added for July |
| California Music Channel | Oakland, CA | Rock/Indie | Regional | Popular San Francisco based local music channel (est. 1982) | Added for August |
| Music Video 8 | San Francisco, CA | All | Regional | 1 million potential viewers on cable | Week ending 8/22 |
| Video Jam | Las Vegas, NV | All | Retail Pool | Over 2.5 million potential viewers in NJ, MA, GA, CT and CA | Week ending 8/8 |
| VME Media | Worcester, MA | Rock | Multi-Market | Provides content to electronic stores, restaurants, hotels, nightclubs etc in CA and NV | Added to reel |
| VidDream | Wilmington, DE | All | Regional | 2.3 million potential viewers in Delaware, Baltimore and Philadelphia | Week ending 8/8 |
| SacXtra | Sacramento, CA | Rock | Regional | Over 700,000 potential viewers on Comcast cable | Added for August |
| Class A TV | Jamaica, NY | Alternative | Regional | Weekly music video show on cable | Week ending 7/25 |
| Evision/ Billboard DJ | Studio City, CA | All | Retail Pool | Wet Seal, Arden B, Southern California area nightclubs | Added for August |
| MTV Latin America | Miami, FL | All | National | 35 million potential viewers in US and 17 Latin American Countries | Added for August |
| JBTV | Chicago, IL | All | Regional | #1 Midwest outlet, 5 million potential viewers on broadcast | Week ending 7/12 |
| Alternative Currents | Omaha, NE | All | Regional | 575,000 potential viewers | Added for July and August |
| In Store Sports Network | Pittsburgh, PA | All | Retail Pool | 2400 Footlocker, Champs and Footaction outlets serviced | Added for August |
| Allmusic.com | Ann Arbor, MI | All | Internet | Added to allmusic's internet directory of music videos powered by SingingFool.com | Added to internet database |
| Channel M | Los Angeles, CA | All | Retail Pool | 350 video arcades, catering to the the 12-17 demographic | Added to September |
| SingingFool.com | Haddon Heights, NJ | All | Internet | Added to internet database of music videos | Added to internet database |
| Billboard.com | New York, NY | All | Internet | Added to internet database of music videos | Added to internet database |
| 9:30 Club | Washington, DC | Dance/Rock | Club | Music and nightlife venue showcases music videos on screens throughout the bar nightly | Weeks ending 7/18 and 7/25 |
| ScreenPlay | Seattle, WA | All | Retail Pool | Services over 25,000 retail outlets (macy's, ikea, rentway, etc.) | Added to nightlife reel |
| Power Play Music TV | Newark, NJ | All | Multi-Market | 17.8 million potential viewers on broadcast and cable TV in over 40 states | Weeks ending 7/18 and 7/25 |

P288

# EXHIBIT "32"

# VIDEO AIRPLAY REPORT

## Movit, Jeffrey

| | |
|---|---|
| **From:** | Edgar Pease <edgarpease@gmail.com> |
| **Sent:** | Sunday, August 25, 2013 3:14 PM |
| **To:** | Movit, Jeffrey |
| **Subject:** | Fwd: FW: Final Loomis & The Lust ³Bright Red Chords² music video airplay report through October 2, 2009 |
| **Attachments:** | Loomis and the Lust 10 2 09.xls; Loomis & The Lust 10 2 09.doc |

Please see attahced.

---------- Forwarded message ----------
From: **Will Loomis** <willloomis@gmail.com>
Date: Sun, Aug 25, 2013 at 12:40 PM
Subject: Fwd: FW: Final Loomis & The Lust ³Bright Red Chords² music video airplay report through October 2, 2009
To: Edgar Pease <EdgarPease@gmail.com>

---------- Forwarded message ----------
From: **Will Loomis** <willloomis@gmail.com>
Date: Thu, Mar 14, 2013 at 11:12 AM
Subject: Fwd: FW: Final Loomis & The Lust ³Bright Red Chords² music video airplay report through October 2, 2009
To: Ian Gibson <igibson@onellp.com>

---------- Forwarded message ----------
From: **Kristin Loomis** <ksloomis@gmail.com>
Date: Thu, Mar 14, 2013 at 11:00 AM
Subject: FW: Final Loomis & The Lust ³Bright Red Chords² music video airplay report through October 2, 2009
To: Will Loomis <willloomis@gmail.com>

---

**From:** <hipvideo@aol.com>
**Date:** Friday, October 2, 2009 11:18 AM
**To:** Kristin Loomis <ksloomis@gmail.com>
**Subject:** Final Loomis & The Lust "Bright Red Chords" music video airplay report through October 2, 2009

Kristin,

Exhibit 32

K. Loomis
8/26/13
*reporter: nikki roy*
*CSR No. 3052*

1

Attached is the final Loomis & The Lust "Bright Red Chords" music video airplay report through October 2, 2009. The promotion has crossed the finish line with an excellent amount of support and momentum behind it, coming in with a total of **thirty seven adds**! The clip has become quite a buzz worthy piece of eye-candy for music fans nationwide. In these past couple of weeks, we were happy to see the amount of airplay the clip has been securing from seven high profile regional outlets that have jumped in last minute to show their support for "Bright Red Chords", not to mention the programming love we are anticipating from MTV on one of their many programming platforms! Please note we have included an Excel report for an easy-to-read, brief synopsis of all the video airplay we have secured throughout the entire promotion.

Although we started your campaign in the beginning of July, we wanted to extend the promotion an extra month to assure you that we have secured the maximum amount of new and sustained airplay for the "Bright Red Chords" video. It was our pleasure to put in the extra effort required to squeeze every bit of exposure out of the promotions as humanly possible! There are a number of regional programmers and college outlets that were airing repeat episodes or had put a halt to their programming altogether for the summer, and we wanted to make sure that when they started up again, they had the Loomis & The Lust "Bright Red Chords" video on hand, ready for airplay. We're happy to report that a number of these outlets have confirmed airplay throughout the month of September for the "Bright Red Chords" video, providing us with the last minute airplay Loomis & The Lust deserves. We truly appreciate your patience and enthusiasm throughout the campaign, and rest assured that the next time around that we promote a new video from you, our programmers will have already embraced this fun-loving, compelling band,  and it will be all that much easier to secure the exposure and attention any up and coming band covets.

We are excited to let you know that the "Bright Red Chords" video has been accepted for programming over at MTV. Once we ascertain what programming platforms they will be using it on (MTVu, MTV2, etc.), we will be sure to let you know. Obviously, this is a terrific coup for the video, and an excellent cap on an already-successful campaign. We can't imagine a more deserving young band to earn these accolades! Again, once our contacts inform us of the specific programming, we will be sure to reach out and let you know.

Before we actually get to the final report, we wanted to alert you that both the Loomis & The Lust *HIP Clip* and "Bright Red Chords" music video have been experiencing a great amount of face time on our YouTube page recently. The *HIP Clip* has enjoyed 584 views thus far, and "Bright Red Chords" music video has continued to connect with eyeballs on our page, raking up a total of 198 views. The amount of attention the two clips have been receiving are certainly helping to keep the level of exposure for Loomis & The Lust at a maximum. There's no doubt that the buzz surrounding this great band will continue to grow and no doubt be deafening by year's end.

We also wanted to let you know that we have been writing about Loomis & The Lust on our HIP Video Promo Blog! The entry is from September 22nd and talks about the band's upcoming tours throughout the U.S. We are happy to do everything in our power to draw attention to such a deserving band like Loomis & The Lust. Here is the link to the article we posted: http://hipvideopromo.blogspot.com/2009/09/loomis-and-lust-roam-us.html. Check it out when you get a chance and let us know what you think!

As far as airplay is concerned, the "Bright Red Chords" clip had no problem in securing last minute airplay from three heavy-hitting outlets from different regions of the country. First, we have R n R TV on the east coast. This outlet reaches 1.1 million potential viewers on cable in Baltimore, Annapolis, and a number of other markets all across the state of Maryland. R n R TV also airs in Fall River, MA for 35,000 potential viewers, and is now a part of the UNC-Charlotte television lineup as well, which airs to another 350,000 potential households in North Carolina. In the Midwest, The Otherside has confirmed airplay for the video. This video show airs to 3 million viewers on cable in the Chicago metropolitan area. Videology has confirmed airplay for the video as well. This regional outlet caters to the music video needs of 40,000 viewers at the University of Missouri. In addition, Videology can be viewed at local clubs as well, giving music fans the extra opportunity to catch the "Bright Red Chords" music video. Lastly, on the west coast, Video Vision has jumped in last minute to provide the clip with some programming love. Video Vision connects with 214,600 households, approximately 450,000 viewers, in San Francisco.

The online music video community has continued to show its support for the Loomis & The Lust. XYZMP3.com has taken on the video. XYZMP3.com is a unique Web site in that they digitally distribute videos for free directly to cell phones and various other media players. This is a huge plus for the campaign since "Bright Red Chords" will always be on hand for viewing whenever one chooses. We also have e360live.com coming to the table for Loomis & The Lust. This new website, going by their motto "see the music", has videos from all genres available for streaming on their main page and also has videos available to browse by genre, style, or artist. The site also has interviews, features, and related music news. This up and coming music site is fast becoming a popular destination for videos on the web, making it a helpful addition to the campaign. Lastly, we have Roxwel including the video to their internet directory of music videos. Internet users can log onto Roxwel.com and easily search for the video that features rock, indie and metal videos, as well as original video blogs and artist interviews.

Though the promotion for "Bright Red Chrords" has come to an "official" end, we are confident that there's plenty more in store for Loomis & The Lust. The video has captured tons of incredible airplay from a number of high profile outlets, and we are thrilled that the promotion has brought on a number of amazing opportunities for the video to connect with millions of music fans nationwide. Thanks so much for allowing us to be a part of your musical world; it is very much appreciated.

2

Kristin – This promotion has been a blast to be a part of and we can't thank you enough for all of your cooperation. The Loomis & The Lust music video has become a force to be reckoned with in the music video landscape. The amount of exposure both the band and the clip has enjoyed in the past couple of months has been quite the feat, and definitely much deserved. In the event that the "Bright Red Chords" video secures more new or sustained airplay in the weeks ahead, we'll be sure to send over an extra airplay report to you. We look forward to what's in store for Loomis & The Lust in the future and wish everyone the best of luck moving forward. Please, if you have any questions or concerns about this report or the campaign in general, don't hesitate to get in touch.

All the best,
Andy
HIP Video Promo
(732)-613-1779
www.HIPVideoPromo.com

--
Edgar B. Pease III, Esq.

LAW OFFICES OF EDGAR B. PEASE III,  16255 Ventura Blvd., Suite 704, Encino, CA 91436, Telephone: (818) 981-2200; Facsimile: (818) 981-2201

**IMPORTANT NOTICE:** We do not accept any ex parte or other notice or official correspondence by email. In compliance with Internal Revenue Service circular 230, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing or recommending to another party any tax-related matter[s] addressed herein.

This e-mail communication (including any attachment) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This communication is CONFIDENTIAL. Any legal advice contained herein is PRIVILEGED and intended only for disclosure to or use by the person(s) listed above. If you are neither the intended recipient(s), nor a person responsible for the delivery of this communication to the intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Law Offices of Edgar B. Pease III,  immediately by using the "reply" feature and then immediately delete this message and all attachments from your computer.

3

October 2, 2009

Kristin,

Here is the final Loomis & The Lust "Bright Red Chords" music video airplay report through October 2, 2009. The promotion has crossed the finish line with an excellent amount of support and momentum behind it, coming in with a total of **thirty seven adds**! The clip has become quite a buzz worthy piece of eye-candy for music fans nationwide. In these past couple of weeks, we were happy to see the amount of airplay the clip has been securing from seven high profile regional outlets that have jumped in last minute to show their support for "Bright Red Chords", not to mention the programming love we are anticipating from MTV on one of their many programming platforms! Please note we have included an Excel report for an easy-to-read, brief synopsis of all the video airplay we have secured throughout the entire promotion.

Although we started your campaign in the beginning of July, we wanted to extend the promotion an extra month to assure you that we have secured the maximum amount of new and sustained airplay for the "Bright Red Chords" video. It was our pleasure to put in the extra effort required to squeeze every bit of exposure out of the promotions as humanly possible! There are a number of regional programmers and college outlets that were airing repeat episodes or had put a halt to their programming altogether for the summer, and we wanted to make sure that when they started up again, they had the Loomis & The Lust "Bright Red Chords" video on hand, ready for airplay. We're happy to report that a number of these outlets have confirmed airplay throughout the month of September for the "Bright Red Chords" video, providing us with the last minute airplay Loomis & The Lust deserves. We truly appreciate your patience and enthusiasm throughout the campaign, and rest assured that the next time around that we promote a new video from you, our programmers will have already embraced this fun-loving, compelling band, and it will be all that much easier to secure the exposure and attention any up and coming band covets.

We are excited to let you know that the "Bright Red Chords" video has been accepted for programming over at MTV. Once we ascertain what programming platforms they will be using it on (MTVu, MTV2, etc.), we will be sure to let you know. Obviously, this is a terrific coup for the video, and an excellent cap on an already-successful campaign. We can't imagine a more deserving young band to earn these accolades! Again, once our contacts inform us of the specific programming, we will be sure to reach out and let you know.

Before we actually get to the final report, we wanted to alert you that both the Loomis & The Lust *HIP Clip* and "Bright Red Chords" music video have been experiencing a great amount of face time on our YouTube page recently. The *HIP Clip* has enjoyed 584 views thus far, and "Bright Red Chords" music video has continued to connect with eyeballs on our page, raking up a total of 198 views. The amount of attention the two clips have been receiving are certainly helping to keep the level of exposure for Loomis & The Lust at a maximum. There's no doubt that the buzz surrounding this great band will continue to grow and no doubt be deafening by year's end.

We also wanted to let you know that we have been writing about Loomis & The Lust on our HIP Video Promo Blog! The entry is from September 22nd and talks about the band's upcoming tours throughout the U.S. We are happy to do everything in our power to draw attention to such a deserving band like Loomis & The Lust. Here is the link to the article we posted: http://hipvideopromo.blogspot.com/2009/09/loomis-and-lust-roam-us.html. Check it out when you get a chance and let us know what you think!

As far as airplay is concerned, the "Bright Red Chords" clip had no problem in securing last minute airplay from three heavy-hitting outlets from different regions of the country. First, we have R n R TV on the east coast. This outlet reaches 1.1 million potential viewers on cable in Baltimore, Annapolis, and a number of other markets all across the state of Maryland. R n R TV also airs in Fall River, MA for 35,000 potential viewers, and is now a part of the UNC-Charlotte television lineup as well, which airs to another 350,000 potential households in North Carolina. In the Midwest, The Otherside has confirmed airplay for the video. This video show airs to 3 million viewers on cable in the Chicago metropolitan area. Videology has confirmed airplay for the video as well. This regional outlet caters to the music video needs of 40,000 viewers at the University of Missouri. In addition, Videology can be viewed at local clubs as well, giving music fans the extra opportunity to catch the "Bright Red Chords" music video. Lastly, on the west coast, Video Vision

has jumped in last minute to provide the clip with some programming love. Video Vision connects with 214,600 households, approximately 450,000 viewers, in San Francisco.

The online music video community has continued to show its support for the Loomis & The Lust. XYZMP3.com has taken on the video. XYZMP3.com is a unique Web site in that they digitally distribute videos for free directly to cell phones and various other media players. This is a huge plus for the campaign since "Bright Red Chords" will always be on hand for viewing whenever one chooses. We also have e360live.com coming to the table for Loomis & The Lust. This new website, going by their motto "see the music", has videos from all genres available for streaming on their main page and also has videos available to browse by genre, style, or artist. The site also has interviews, features, and related music news. This up and coming music site is fast becoming a popular destination for videos on the web, making it a helpful addition to the campaign. Lastly, we have Roxwel including the video to their internet directory of music videos. Internet users can log onto Roxwel.com and easily search for the video that features rock, indie and metal videos, as well as original video blogs and artist interviews.

Though the promotion for "Bright Red Chords" has come to an "official" end, we are confident that there's plenty more in store for Loomis & The Lust. The video has captured tons of incredible airplay from a number of high profile outlets, and we are thrilled that the promotion has brought on a number of amazing opportunities for the video to connect with millions of music fans nationwide. Thanks so much for allowing us to be a part of your musical world; it is very much appreciated.

**Loomis & The Lust "Bright Red Chords" music video airplay report through October 2, 2009**

New Adds:

**1. The Otherside**  Chicago, IL   3 million potential viewers on cable in the Chicago metro area. The Other Side is the sister show to Rock Hard Video, and features more indie rock artists. The Other Side can be seen at 9:00 PM Saturdays and Sundays.  Rock Hard Video airs on Channel 35 on Sundays at 8:30 PM and on Channel 19 Fridays at 6:00 PM and Sundays at 1:00 PM. Weeks ending 8/31 and 9/5.

Sent: Fri, Sep 4, 2009 1:09 am
Subject: Playlists - Rock Hard Video/The Otherside - Chicago

The Otherside 2009-18
scheduled August 28, 2009 from 7:00 PM to 8:00 PM
scheduled September 4, 2009 from 7:00 PM to 8:00 PM

Black Joe Lewis And The Honey Bears  "Sugarfoot" Tell 'em What Your Name Is  Lost Highway Records
Chairlift "Bruises" Does You Inspire You  Columbia Records
Della Valle "Legs So Long It's Crazy"  Legs So Long It's Crazy  Rock-a-stache Records
LA Tool And Die "Don't Touch My Mustache" Don't Touch My Mustache  Unchikun Records  2.56
**Loomis And The Lust  "Bright Red Chords" Nagasha  Kings Of Spain Records  2.40**
Kings Of Leon "Notion" Only By The Night RCA Records 3.03
Killswitch Engage "Starting Over" Killswitch Engage  Roadrunner Records
Heaven & Hell  "Black Bible"  The Devil You Know Rhino Records
Mams Taylor "Girl Gotta Girlfriend" Girl Gotta Girlfriend  Premiere League Records
Drop Dead Gorgeous "Two Birds, One Stone"  The Hot 'N Heavy  Fontana/Suretone Records 3.15
Criteria "Prevent The World"   When We Break  Saddle Creek Records  2.45
Cage  "I Never Knew You" Depart From Me  Definitive Jux Records
Major Lazer "Hold The Line" Guns Don't Kill People...Lazers Do  Downtown Records
The Sights "Circus" The Sights New Line Records

**2. Video Vision**   San Francisco CA   214,600 potential households (450,000 potential viewers) on cable. The show is seen every week on Sunday night at 11pm on Channel 29, 1/2 hour. Here is Catherine's playlist:

FEVER RAY TRIANGLE WALKS MUTE 3 Video Vision 32 8/9/2009
LIVAN HAPPY RETURNS PUMPKIN MUSIC 2 VideoHIVE 36 9/5/2009
**LOOMIS & THE LUST BRIGHT RED CHORDS KINGS OF SPAIN RECORDS 8 VideoHIVE 36
9/5/2009**

**3. Roxwel**   Austin, TX  (Internet)  Added to their internet directory of videos. Internet users can log onto Roxwel.com and search for the video. This site features Rock, Indie and Metal videos as well as original video blogs and artist interviews.

**4. R n R TV**   Baltimore MD  1.1 million potential viewers on cable. RnR TV is seen on Comcast in Baltimore, Annapolis, Anne Arundel and Hartford Counties, and in surrounding communities. RnR TV also airs in Fall River, MA for 35,000 potential viewers, and is also now a part of the UNC-Charlotte television lineup which airs Saturday and Sunday nights at 11pm on Time Warner Cable channel 22 which adds another 350,000 potential households to RnR's viewership in Mecklenburn, Iredell, and Union Counties in North Carolina.  Week ending 9/5.
Here is Chris' playlist:

Sent: Thursday, September 3, 2009 9:41:03 PM
Subject: RNRTV#248

   Here is this weeks play list,#248.
**1.Loomis & The Lust-Bright Red Chords**
2.The Singles-Can You Go out Tonight
3.Boys like Girls-Love Drunk
4.The Gossip-Heavy Cross
5.Girl Meet Girl-You Burn My Heart Up
6.Brandon Rogers-Joy
7.Girl In A Coma-El Monte
8.Chuck Mead-I Wish It Was Friday
9.Black Joe Lewis & The Honeybears-Sugarfoot
10.Livan-Happy Returns
11.Sister Sin-On Parole + Interview
12.Kutless-To Know That You're Alone
13.Since October-Guilty
14.Suicide Silence-Bludgeoned
15.Swashbuckle-Cruiseship Terror

**5. e360live.com**  (Internet)  This new website, going by their motto "see the music", has Rock, Pop,  R&B, Country, Hip Hop, and Dance videos available for streaming on their main page and also has videos available to browse by genre, style, or artist. The site also has interviews, features, and related music news.

**6. Videology**    Columbia, MO  Columbia, MO  40,000 potential viewers at the University of Missouri! VIDEOLOGY is programmed & hosted by the old tour manager from the Flaming Lips and is on their Cable Access TV & in the local clubs! The club show is monthly and is on the first Saturday of every month in addition also VJ's some of the bigger sold out shows at The Blue Note. The club show consists of several large movie screens, projectors, and multiple TV screens around the club and plays host to some of the best underground music videos ever made! The club show can have anywhere from 250 to 1000 people over the course of the evening. The Cable access version of the show has a potential of 40,000 viewers and is on Mediacom Cable and Charter Cable there in Columbia and surrounding area. "VIDEOLOGY" is on 6 times a week

and scheduled as follows: Sunday at 11pm, Monday & Wed.at 10pm, Thursday at 11PM,
Saturday at 11am, and Saturday at 11pm. Added for the month of October.

Sent: Tue, Sep 29, 2009 1:51 pm
Subject: RE: Recent video programming

Adds:
A Bad Think "Life Of A Grape"
Aeroplane Pageant "Stars Still Pretty"
Big D and the Kids Table "Fluent In Stroll"
Blitzen Trapper "Black River Killer "
Brittany Shane "Pretty In Pink"
Candi Lynn "Hey Gurl"
Fever Ray "Triangle Walks"
Five Times August "Better With You"
HEALTH "Die Slow"
**Loomis & The Lust "Bright Red Chords"**
Metric "Help I'm Alive"
Metric "Sick Muse"
Neil Nathan "Do Ya"
Obits "Pine On"
Pearl Jam "The Fixer"
The Orchid Highway "Sofa Surfer Girl"
The Leftovers "Telephone Operator"

**7. XYZMP3.com**  (Internet)  XYZMP3 is a digital distribution and e-commerce platform that
delivers music media (Audio and Video) through its various media players. Currently the
application is providing video distribution direct to cell phone via streaming media. The service is
free for all users to view and you need a fully web compliant mobile phone that plays files in the
3G format. Visit XYZ at http://www.xyzmp3.com and http://www.xyzmobi.com

**Existing Adds:**

**8. Fuse On Demand**   New York, NY   Part of Fuse's programming geared towards viewers that
would like to order the video via their Fuse on Demand service. This is a nationally distributed
music video on demand service available to 18 million digital cable homes across the country and
is now also available on DIRECTV. The viewer can select from a menu of 75 available videos
organized into several categories and watch any or all of them at their convenience. Available for
viewing for the month of September.

**9. Xavier University's Brand X**   Cincinnati, OH   Independent music thrives in college
communities, and Xavier University's Brand X is a student-run television program aimed at
exposing urban citizens and college students to various types of independent and mainstream
music. With a local potential viewership of over 2 million, Xavier University Electronic Media
Program, Brand X will syndicate weekly and air daily in 30-minute time slots. Added for
September and October.

Sent: Wed, Aug 26, 2009 1:03 pm
Subject: RE: Hi Alexis!

**Loomis and the Lust. "Bright Red Chords**
Like A Storm "Chemical Infatuation"
LIVAN "Happy Returns"
Obits "Pine On"
Brittany Shane "Pretty In Pink"
A Bad Think "Life Of A Grape"

Metric "Sick Muse" and "Help I'm Alive"

**10. The Bobby T Show**   Cumming, GA   A multi regional weekly show seen by over 7 million potential viewers in major markets like New York, Los Angeles and Atlanta. This show began in 1979 in Atlanta and has been on the air ever since!
Here are the markets The Bobby T show is seen:
Sunday evenings @ 5pm in Los Angeles on Time Warner Cable TV Network Ch 98, 37 & 3 -
Monday through Friday @ 8pm in Orange, New Jersey on WOTV-35
Monday through Friday on a rotating schedule in Boston, Miami, Seattle, & Chicago
Monday @ 8:30pm and Saturday at 4:30 pm in DeKalb County, GA (Atlanta) on TV-25
Tuesday @ 1pm in Atlanta, GA on People TV Network Ch-24 on Comcast Cable
Tuesday @ 3pm in New York City on Manhattan Neighborhood TV Network
Friday @10pm in Birmingham, AL on Bright House Cable TV-4
Saturday and Sunday @ 10pm in Birmingham, AL on Charter Cable TV-18 and TV-24

**11. Indy's Music Channel**   Indianapolis IN   675,000 potential viewers on broadcast TV.  This channel airs 24 hours a day, 7 days a week. Audience averages 130,000 weekly viewers. This long running video outlet is very influential throughout central Indiana and has a rabid loyal viewership. Week ending 8/8.

Sent: Tue, Aug 18, 2009 10:55 am
Subject: IMC Video Play List

New Music Spotlights August 1-7, 2009
5 spins per day / 2 days per video
**New Music Spotlight – Loomis & the Lust "Bright Red Chords" Kings of Spain Records**
New Music Spotlight – The Singles "Don't Need Your Love" Sound Artifacts Music
New Music Spotlight – Blitzen Trapper "Black River Killer" Sub Pop Records

**12. The Review**   Minneapolis, MN   Reaches over 1.2 million potential viewers throughout the Minneapolis/St. Paul metropolitan area. This 30 minute program airs Mondays at 9:30 p.m., Tuesdays at 3:30 a.m. and 9:30 a.m. The show is seen on Channel 19 on the NWCT and MTN Cable Networks. The Review also airs once a month on the Regional Metro Cable Network. This show features videos, reviews, concert information, and interviews. They also have a retail tie-in with Treehouse Records, a local retailer who has supported the program for over 5 years. Week ending 8/15.

Sent: Sun, Aug 23, 2009 12:24 pm
Subject: the review playlist

| 2) | LOOMIS & THE LUST | "BRIGHT RED CHORDS" | KINGS OF SPAIN |
|---|---|---|---|
| | NEIL NATHAN | "DO YA" | LIONSGATE |
| | THE CRYSTAL METHOD | f. MATISYAHU "DROWN IN THE KNOW" | TINY e/ |

**13. The Coffee Shop Network** (RETAIL POOL) Los Angeles CA This video content provider services hundreds of mom and pop coffee shops throughout the United States with high quality, music video content on large size flat screen TVs. Added for programming in August.

Sent: Mon, Aug 24, 2009 6:14 pm
Subject: Re: Recent video programming

UPCOMING TO ROTATION:
Like A Storm "Chemical Infatuation"
Della Valle "Legs So Long It's Crazy"
**Loomis & The Lust "Bright Red Chords"**
Blitzen Trapper "Black River Killer"

LIVAN "Happy Returns"
The Leftovers "Telephone Operator"
We Were Promised Jetpacks "Roll Up Your Sleeves"
The Orchid Highway "Sofa Surfer Girl"
The Singles "Can You Go Out Tonight?"
The Singles "Don't Need Your Love"
Elisa Girlando "Another Songbird"

**14. Spike.com**   Los Angeles, CA   (Formerly iFilm.com) Added to their Internet directory of music videos. To see the video visit ifilm.com, search for  and click to view the  video. This website features all of the coolest new music videos, movie trailers, a short film channel, an adrenaline channel, video games, and more! iFilm garners on average 10 million unique visitors a month.

**15. A&R Channel**   Los Angeles, CA   A new video on demand outlet reaching 17 million homes on various On-Demand enabled cable networks. Added for the month of September.

**16. Music Mix USA**   Naples, FL   5 million potential viewers on broadcast weekly.  Airs in multiple broadcast markets including: Miami, Ft. Lauderdale, Key West, Gainesville, Panama City, Tallahassee, Sarasota, Ft. Myers, Naples, Valdosta, Dothan, and Ozark, as well as West Palm Beach on NBC!  This show airs Saturday and Sunday, and has more than two different time slots.  It airs for a half hour on broadcast.  Starting in September 2007, Music Mix USA will be seen in Birmingham, St. Louis and DC!  Week ending 7/25. Here is Jay's playlist:

Sent: Thu, Jul 30, 2009 5:00 pm
Subject: Music Mix USA Play Lists - 7/20 & 7/27

Music Mix USA Play List for 07.20.09
Natasha James – "Tequila Time"
Clay Dustin – "The Good Lord Loves You"
Hill Country Revue - "You Can Make It"
Clutch - "50,000 Unstoppable Watts"
Andre Carr f/Amos Williams Jr. - "Huff N Puff"
**Loomis & the Lust – "Bright Red Chords"**
Artist Vs Poet – "Runaway"

**17. Eye Music Network**   Atlanta GA   A 24/7 channel via satellite that reaches around 5.2 million households. Eye Music Network was created in response to a perceived need for a broad ranging, reliable, wide variety, and multi-genre video music channel to satisfy the unmet demand of the 18-50 year old audience. Eye Music Network can be seen on Satellite AMC-10, C-Band dish 4DTV on C4 channel 700, from coast to coast, as well as in Missouri through Trust Cable, and in St. John, St. Thomas, and St. Croix through Choice Cable Communication. From the golden oldies through the 70's, 80's and 90's along with the pulsating, compelling beats of today's rock, pop, alternative, rap, salsa, reggaeton and more! EMN™ has listened to the viewers and created a true music video entertainment channel. Added for July.

**18. California Music Channel**   Oakland, CA   CMC is one of the longest running and most successful local music video services in the country. California Music Channel, launched March 1, 1982, is broadcast live Monday through Friday from 4:00 to 5:00 p.m. and on Saturday night from 12:30 to 1:00 a.m. on KTSF-TV Channel 26 and Digital 26.1& 26.2 San Francisco. This outlet has a viewership of 450,000 potential viewers throughout the Bay area. Added for August.

**19. Music Video 8**  San Francisco  CA  1 million potential viewers on cable in the San Francisco bay area . The show airs on Friday at 1:30am for one hour on cable.  Week ending 8/22. Here is Alex's playlist:

82209
dinosaur jr   over it   jagaguwar
**loomis and the lust   bright red chords   kings of spain**
moby   pale horses   mute
polly scattergood   please don't touch   mute
tiny master of today   pop chart   mute
mob   shot ing the back of the head   mute

**20. Video Jam**  Worcester MA   Video Jam is a multi-market program that has 2.5 million potential viewers in seven states, including Massachusetts, Connecticut, New Hampshire, Georgia, Southern California, North Dakota, and Iowa. This show airs in various time slots around the clock for each market. Week ending 8/8. Video Jam airs in the following cities:
 - In Massachusetts, Worcester, on Charter Communications WCCA TV Channel 13 to 57,000 households; Medfield, Hudson, Stowe, Ashburnham, Ashby, Westminster, and Townsend, on Comcast Cable channel 8 for 25,000 households; Amerherst on Comcast channel 12 for 7,500 households; Spencer, on Charter Communications Channel 11 for 8,000 households
 - In California, Berkeley on Comcast channel 25 digital cable for 20,000 households
 - In New Hampshire, Londonderry on Adelphia Channel 20 for 8,000-100,000 households
 - In Connecticut, New Haven, West Haven, Hamden, on Comcast Channel 27 digital cable for 182,000 households
 - In Georgia, Atlanta on Channel 24 for 90,000 households
 - In North Dakota, Fargo on channel 12 for 30,000 households. Airs Tuesdays and Saturdays at 10pm.
 - In Iowa, Demoines at Drake University on Channel 7 for 3,000 students. Airs Saturday at 7:30pm.

Sent: Wed, Aug 5, 2009 2:29 pm
Subject: VIDEO JAM PLAYLIST 560 FOR AUGU 7, 2009

_*VideoJam Playlist # 560 *_
Premieres Friday, *August 7, 2009 *
(Airs first: Fridays at 9pm, Saturdays at 7pm, Sundays at 12 midnite

We Were Promised Jet Packs /Roll Up Your Sleeves/ FatCat
Elisa Girlando/Another Songbird/ Hit Play
The Leftovers/Telephone Operator /Crappy Records
**Loomis and the Lust/Bright Red Chords/Kings of Spain**
The Singles/Can You Go Out Tonight and Don't Need Your Love/Sound Artifacts
Scripts and Screwz/Brick/The V.E. Co.
American Idol Contestant Ayla Brown LIVE performance at Elm Park in Worcester

**21. VME Media**  Las Vegas, NV  Retail Pool which provides content to major electronic stores, restaurants, hotels, nightclubs and other retail outlets in California and Nevada. Included on the Pulse TV Network. This network has 24 hours of commercial free music seen by over 5 million viewers every month.

**22. VidDream**  Wilmington, DE   VidDream has increased its reach dramatically and has 2.3 million potential viewers. VidDream is now seen in Delaware, Baltimore and Philadelphia on Channel 28. VidDream is also seen in Bucks County, PA and select markets throughout New Jersey on Comcast Cable on varying channels.  The show airs on Friday nights at 9:30pm for one hour, and is also available on DBS Satellite, available on DIRECTV and Dish Network. VidDream is now also seen in San Francisco on a weekly basis on Channel 29. This adds another 1.7 million viewers to VidDream's already large viewer base. Week ending 8/8.

**23. SacXtra**   Sacramento CA   Airs on Comcast cable and has over 700,000 potential viewers throughout Sacramento and the Bay Area. Airs the first Saturday of each month at midnight on channel 18. Added for the month of August.
Here is Phillip's e-mail:

Sent: Thu, Jul 30, 2009 4:47 pm
Subject: Sacxtra! TV - Showlist for August 2009

Sacxtra! TV
Episode: Fascist Propaganda
Les Claypool - Red State Girl
Les Claypool - Bonesville Stomp
Evergreen Terrace - Cheney Can't Quite
Riff Like the Helmet's Page Hamilton
Tinu - Wild Things
Unit 7 - Pussycat Rag
Leatherwolf - Dr. Wicked
Icon the Group - Sexy And Hood
Between The Trees - We Can Try
Ex Deo - Romulus
**Loomis & The Lust - Bright Red Chords**
Like A Storm - Chemical Infatuation
Livian - Happy Returns
Sonic Syndicate - Contradiction
Swashbuckle - Cruiseship Terror

**24. Class A TV**   Jamaica NY   650,000 households. Class A TV is a one hour weekly music video show featuring Hip Hop, R&B, Reggae, and Alternative artists. The show airs throughout CT (Bridgeport, Fairfield, Milford, Orange, Stratford, and Woodbridge) on Cablevision, Channel 77 every Thursday at 10pm. Class A TV can now also be seen in Queens on TimeWarner Channel 56 on Saturdays and Wednesdays from 11pm-midnight. Week ending 7/25.

Sent: Wed, Aug 5, 2009 12:13 pm
Subject: Class-A-Tv Playlist Weeks Ending July 4 - Aug 1

Week Ending July 25
Myko Slim f. Yung Joc   Give It to You
Yung Ro   Donk Dat Remix
Jay Sean f. Lil Wayne   Down
Jah Cure f. Phyllisia   Call On Me
Candi Lynn   Hey Gurl
Edubb   Whooty
Frank Nitt f. DJ Quick, J. Black   L.O.V.E
The Singles   Can You Go Out Tonight
The Singles   Don't Need Your Love
**Loomis & The Lust   Bright Red Chords**
Tinu   Wild Things

**25. Evision/ Billboard DJ**   Studio City, CA   Billboard DJ/E Vision supplies content for the following Southern California area nightclubs: Encounters, Pasadena, and House of Blues on Sunset. Additional content is supplied to Princess Cruises as well as Wet Seal and Arden B retail outlets. Added for August.

Sent: Thu, Aug 6, 2009 12:11 am
Subject: July 2009 Top Video CLIPS

ARTIST TITLE RECORD LABEL SPINS / RATING     DATE REVIEWED
The Singles Can You Go Out Tonight? Sound Artifacts Music 5 08/02/09
Metric Help I'm Alive Metric Music International 4 08/02/09
The Orchid Highway Sofa Surfer Girl Rainbow Quartz 4 08/02/09
The Singles Don't Need Your Love Sound Artifacts Music 3 08/02/09
Metric Sick Muse Metric Music International 3 08/02/09
Livan Happy Returns Pumpkin Music 2 08/02/09
Like A Storm Chemical Infatuation Prospect Park 2 08/02/09
Holly Williams Three Days In Bed Mercury Records 2 08/02/09
Holly Williams Keep The Change Mercury Records 2 08/02/09
Black Joe Lewis & The Honeybears Sugarfoot Lost Highway Records 2 08/02/09
Blizen Trapper Black River Killer Sub Pop Records 2 08/02/09
Andre Delano The Da Da Song Nu Groove Records 2 08/02/09
Elisa Girlando Another Songbird HitPlay Records / Sony Red Distribution 1 08/02/09
We Were Promised Jetpacks Roll Up Your Sleeves FatCat Records 1 08/02/09
Holly Williams Alone Mercury Records 1 08/02/09
Black Joe Lewis & The Honeybears I'm Broke Lost Highway Records 1 08/02/09
Candi Lynn Hey Gurl ILL Miss Musick 1 08/02/09
Neil Nathan Do Ya Lionsgate Records 3 08/03/09
**Loomis & The Lust Bright Red Chords Kings Of Spain Records 3 08/02/09**
The Leftovers Telephone Operator Crappy Records/Oglio Records 3 08/02/09

**26. MTV Latin America**  Miami FL. 35 million potential viewers in the US and 21 different
Central and South American countries. Airs 24/7 on cable. Added for the month of August.

**27. JBTV**  Chicago IL. JBTV has 5 million potential viewers on broadcast TV all over the
Chicago area. Weeks ending 7/12 and 8/1. This is the most influential add in the Midwest and a
tremendous boost for the campaign that JBTV has added the video. JBTV is a one hour show
that airs on broadcast Channel WEDE Ch34 (from Sears Tower) every Wednesday night at
11pm, as well as Thursday nights at 8pm on Cable 25, Sunday nights at 12 midnight, Monday
nights at 11:30pm and Wednesday nights at 9PM. JBTV also broadcasts on full power UHF
WJYS Channel 62. In addition to all of JBTV's regular time slots, episodes of the show air in its open
time slots on WJYS from midnight to 4am 7 days a week. This is a very big add and JBTV has a
large viewership in Chicago and the surrounding communities.

THE MAIN DRAG "A Jagged Gorgeous Winter"
METRIC "SICK MUSE"
METRIC "HELP I'M ALIVE"
ESSER "I LOVE YOU"
ESSER "SATIFIED"
RIVERBOAT GAMBLERS "A CHOPPY, YET SINCERE"
ESSER "Headlock"
ESSER "WORK IT OUT"
CAVASHAWN "KEEP THE LIGHT ON"
ENDLESS HALLWAY "SOLVENCY"
THE SINGLES "DON'T NEED YOUR LOVE"
RUTH "Back To the Five"
BLACK JOE LEWIS & THE HONEYBEARS "Sugarfoot"
**LOOMIS & THE LUST "Bright Red Chords"**

Subject: JBTV Show # 3,592 Playlist
Sent: Sat, Jul 11, 2009 10:56 pm

THE LEFTOVERS "Telephone Operator"
RIVERBOAT GAMBLERS "A Choppy, Yet Sincere"
EVERLAST "Folson Prison Blues"

BIG "B"  "Sinner"
HED PE " Renegade"
KOTTONMOUTH KINGS "Where I'm Going"
UNWRITTEN LAW "Shoulda Known Better"
KOTTONMOUTH KINGS f/Cypress Hill "Put It Down"
**LOOMIS & THE LUST "Bright Red Chords"**
POP EVIL "3 Seconds to Freedom"  JBTV Live HD Soundstage  EXCLUSIVE
KOTTONMOUTH KINGS "City to City"
KOTTONMOUTH KINGS "Living Proof"
BIG "B"  "White Trash Life"
PLUSHGUN "Let Me Kiss You Now (And I'll fade Away)"
KOTTONMOUTH KINGS "Everybody Move"

**28. Alternative Currents**  Omaha, NE  575,000 potential viewers. This is a 30 minute music television program based out of Omaha, Nebraska. The program airs every Thursday at 9:30pm on Cox Digital Channel 109. The video show has no limits to the types of music it airs. Added for July and August.

Sent: Fri, Jul 24, 2009 1:05 pm
Subject: ALTERNATIVE CURRENTS PLAYLIST FOR 7/23, 7/25, 7/30, 8/1

Hello Andy. THANK YOU SO MUCH FOR AUTOGRAPHED CD'S! Thank you for taking the time and thinking about us here in Omaha! DUDE!  Here is ALTERNATIVE CURRENTS playlists for 7/23, 7/25, 7/30 & 8/1:
[add] LIKE A STORM "Chemical Infatuation"
[add] BLITZEN TRAPPER "Black River Killer"
[add] WE WERE PROMISED JETPACKS "Roll Up Your Sleves"
**[add] LOOMIS & THE LUST "Bright Red Chords"**
[add] HOLLY WILLIAMS "Keep The Change"

**29. In Store Sports Network/MediaPlace**  (RETAIL POOL)  Added to their August Harley Davidson September Foot Locker reel. Outlets serviced include Foot Locker (1500 locations), Champs Sports (550 locations), Footaction (375 locations) and Harley-Davidson (300 dealerships).

**30. allmusic** (Internet)  Ann Arbor, MI  The allmusic website was created in 1995 as a place for music fans to indulge their passion. By word-of-mouth alone, the allmusic website has gained phenomenal popularity, developing a large and loyal following among consumers and industry professionals alike. The video has been added to allmusic's internet directory of music videos powered by SingingFool.com. To view Loomis & The Lust's clip, visit www.allmusic.com and click on the Music Videos link on the Site Menu and search "Bright Red Chords".

**31. Channel M**  Los Angeles CA  (RETAIL POOL)  In operation since 1989, Channel M represents the new non-traditional media, this is a huge add because Channel M is now the world's largest supplier of in-store video entertainment programming. Channel M's reels are seen in over 20,000 locations nationwide in a web that encompasses fashion retail, entertainment software, electronics retailers and hospitality/restaurants. Some of the outlets that are serviced by this retail pool include Nordstrom, Blockbuster Video, Steve Madden, Journeys, Ecko, EB Games, Hastings, Fox & Hound, Game Crazy, and other teen hangouts that cater directing the 12-17 demographic. The reel plays multiple times per day, seven days a week. Added for the month of September.

Channel M
Adam 8*1*2 "Mystery Girl" September Bounce
Adam 8*1*2  "Poison" September Bounce

Israel Houghton "Just Wanna Say" September Bounce
Black Joe Lewis & The Honeybears "Sugarfoot" Street Sounds
The Orchid Highway "Sofa Surfer Girl" September Pop Scene
The Leftovers "Telephone Operator" September Pop Scene
**Loomis & The Lust "Bright Red Chords" September Pop Scene**
Blitzen Trapper "Black River Killer" September Mix, Heartland

**32. Music City Arts Nashville** Nashville, TN   Channel 9 on Comcast cable. MCAtv can be seen widely throughout Davidson County and is available in 65% of the homes throughout Nashville and the surrounding metropolitan area. In rotation throughout July.

**33. SingingFool.com**   Haddon Heights, NJ   (Internet)   Added to their Internet directory of free music videos. This site features pop, rock, hip-hop, dance, country, and Latin music videos. This site features major label as well as independent artists. In December 2006, Singingfool reached over 1.5 million US unique visitors who played over 6.4 million music videos. This site is in the Top 5 streaming video sites, and currently powers music videos on other sites such as Allmusic.com, Starpulse.com, Entercom Communications (owner of over 100 radio stations), and others. To see the video visit www.SingingFool.com, search for Loomis & The Lust and click "Bright Red Chords" to view the video.

**34. Billboard.com** New York NY  Through our relationship with SingingFool.com, the video is available at Billboard.com. This exposure leads to tens of thousands of impressions!

**35. 9:30 Club** (NIGHTCLUB) Washington DC   Dave Rubin has been "spinning" the video and the clip is in regular rotation. Weeks ending 7/18, 7/25, 8/1, 8/8, 8/15, 8/22, 8/29, 9/5, 9/12, 9/19, and 9/26.

**36. ScreenPlay**   Seattle WA   (RETAIL POOL) Screenplay services music video reels which go to over 25,000 prominent retailers, nightclubs and restaurants in the U.S. and Canada, including Macys, Ikea, Rentway and Goltshalcks. This in-store airplay and nightlife exposure leads over 300 million impressions a month! Added to the September reel.

Sent: Fri, Aug 28, 2009 7:36 pm
Subject: Re: Hi Dorian!

Hey Andy, here's what we have for these:

**Loomis & The Lust "Bright Red Chords" -** Nightlife November

**37. Power Play Music TV**   Newark NJ   Power Play has 17.8 million potential viewers on broadcast and cable TV in over 40 states. Weeks ending 7/18, 7/25, 8/1, 8/8, 8/15, 8/22, 8/29, 9/5, 9/12, 9/19, and 9/26. This is the most influential multi-regional program in the country. Airs in multiple time day and night parts on 37 different broadcast systems and cable carriers throughout the US, including Comcast, Cablevision and UATV, which services military bases all across the country.

   Kristin – This promotion has been a blast to be a part of and we can't thank you enough for all of your cooperation. The Loomis & The Lust music video has become a force to be reckoned with in the music video landscape. The amount of exposure both the band and the clip has enjoyed in the past couple of months has been quite the feat, and definitely much deserved. In the event that the "Bright Red Chords" video secures more new or sustained airplay in the weeks ahead, we'll be sure to send over an extra airplay report to you. We look forward to what's in store for Loomis & The Lust in the future and wish everyone the best of luck moving forward. Please, if you have any questions or concerns about this report or the campaign in general, don't hesitate to get in touch.

All the best,


Andy
HIP Video Promo
(732)-613-1779
www.HIPVideoPromo.com

Loomis & The Lust          "Bright Red Chords"              October 2 2009

| OUTLET | LOCATION | FORMAT | TYPE | DESCRIPTION | REPORT |
|---|---|---|---|---|---|
| **New Adds:** | | | | | |
| The Otherside | Chicago, IL | Rock | Regional | Sister show to Rock Hard Video, and features more indie rock artists | Weeks ending 8/31 and 9/5 |
| Video Vision | San Francisco, CA | All | Regional | 1.7 million potential viewers on cable and broadcast | Week ending 9/5 |
| Roxwel | Austin, TX | Rock | Internet | This site features Rock, Indie and Metal videos as well as video blogs and artist interviews | Added to internet database |
| R n R TV | Baltimore, MD | All | Regional | 500,000 potential viewers on cable | Week ending 9/5 |
| e360live.com | | All | Internet | Rock, Pop,  R&B, Country, Hip Hop, and Dance videos available for streaming on their main page | Added to internet database |
| Videology | Columbia, MO | Rock | Regional | 25,000 potential viewers, including Univeristy of Missouri | Added for the month of October |
| XYZMP3.com | San Antonio, TX | All | Internet | Video distribution direct to cell phone via streaming media. | Added to internet database |
| | | | | | |
| **Existing Adds:** | | | | | |
| Fuse On Demand | New York, NY | All | Multi-Market | Viewers can choose videos based on their own preferences | Available for viewing for the month of September |
| Xavier University's Brand X | Cincinnati, OH | All | Regional | With a local potential viewership of over 2 million | Added for September and October |
| The Bobby T Show | Birmingham, AL | Pop | Multi-market | Weekly show with 6 million potential viewers in major markets like NY, LA and Atlanta | |
| Indy's Music Channel | Indianapolis, IN | All | Regional | 24/7 broadcasting, very influential throughout Indiana | Week ending 8/8 |
| The Review | Minneapolis, MN | All | Regional | Over 1.2 million potential viewers in the Minneapolis/St. Paul metropolitan area | Week ending 8/15 |
| The Coffee Shop Network | Los Angeles CA | All | Retail Pool | Services hundreds of mom and pop coffee shops throughout the United States | Added for programming in August |
| Spike.com | Los Angeles, CA | All | Internet | Internet directory of music videos | Added to their Internet directory |
| A&R Channel | Ventura, CA | Rock | On Demand | Music videos voted to television, reaches 10 million subscribers | Added for the month of September |
| Music Mix USA | Naples, FL | All | Regional | 5 million potential viewers on broadcast weekly | Week ending 7/25 |
| Eye Music Network | Atlanta, GA | All | Multi-Market | A 24/7 channel via satellite that reaches around 5.2 million households | Added for July |
| California Music Channel | Oakland, CA | Rock/Indie | Regional | Popular San Francisco based local music channel (est. 1982) | Added for August |
| Music Video 8 | San Francisco, CA | All | Regional | 1 million potential viewers on cable | Week ending 8/22 |
| Video Jam | Worcester, MA | Rock | Multi-Market | Over 2.5 million potential viewers in NJ, MA, GA, CT and CA | Week ending 8/8 |
| VME Media | Las Vegas, NV | All | Retail Pool | Provides content to electronic stores, restaurants, hotels, nightclubs etc in CA and NV | Added to reel |
| VidDream | Wilmington, DE | All | Regional | 2.3 million potential viewers in Delaware, Baltimore and Philadelphia | Week ending 8/8 |
| SacXtra | Sacramento, CA | Rock | Regional | Over 700,000 potential viewers on Comcast cable | Added for August |
| Class A TV | Jamaica, NY | Alternative | Regional | Weekly music video show on cable | Week ending 7/25 |
| Evision/ Billboard DJ | Studio City, CA | All | Retail Pool | Wet Seal, Arden B, Southern California area nightclubs | Added for August |
| MTV Latin America | Miami, FL | All | National | 35 million potential viewers in US and 17 Latin American Countries | Added for August |
| JBTV | Chicago, IL | All | Regional | #1 Midwest outlet, 5 million potential viewers on broadcast | Week ending 7/12 |
| Alternative Currents | Omaha, NE | All | Regional | 575,000 potential viewers | Added for July and August |
| In Store Sports Network | Pittsburgh, PA | All | Retail Pool | 2400 Footlocker, Champs and Footaction outlets serviced | Added for August |
| Allmusic.com | Ann Arbor, MI | All | Internet | Added to allmusic's internet directory of music videos powered by SingingFool.com | Added to internet database |
| Channel M | Los Angeles, CA | All | Retail Pool | 350 video arcades, catering to the 12-17 demographic. | Added to September |
| SingingFool.com | Haddon Heights, NJ | All | Internet | Added to internet database of music videos | Added to internet database |
| Billboard.com | New York, NY | All | Internet | Added to internet database of music videos | Added to internet database |
| 9:30 Club | Washington, DC | Dance/Rock | Club | Music and nightlife venue showcases music videos on screens throughout the bar nightly | Weeks ending 7/18 and 7/25 |
| ScreenPlay | Seattle, WA | All | Retail Pool | Services over 25,000 retail outlets (macy's, ikea, rentway, etc.) | Added to nightlife reel |
| Power Play Music TV | Newark, NJ | All | Multi-Market | 17.8 million potential viewers on broadcast and cable TV in over 40 states | Weeks ending 7/18 and 7/25 |

P305

EXHIBIT "33"

Printout from Website,
www.ripoffreport.com

http://www.ripoffreport.com/r/Larry-Weir-New-Music-Weekly-Backstage-Entertainment-Spins-Tracking-System/...



Is there a Ripoff Report about you? SEO Reputation Management WARNING   Click Here Now!

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

# Ripoff Report

Don't let them get away with it.® Let the truth be known!™

Ripoff Report **Verified** Business Directory™

Ripoff Report
verified or safe
businesses you can trust!   **See It Now**

Home   Help

Total Visits since 1998: **8,813,302,506**   Estimated money Consumers saved since 1998: **$15,423,279,385.37**   Register to File a Report   Login
Reports filed: **1,679,467**

FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Corporate Advocacy Repair your reputation the right way   Company Name or Report #   Submit Que

Ripoff Report protects consumers first amendment right to free speech    Review Latest Reports  Advanced Search  Browse Categories

Report: #340869

## Complaint Review: Larry Weir, New Music Weekly, Backstage Entertainment , Spins Tracking System

**Related Reports**

Larry Weir, New Music Weekly,
Backstage Entertainment , Spins
Tracking System Radio Promoting
ripp off Los Angeles California

**Featured Ripoff Reports**



Ben Smith Sac County
Iowa Attorney
prosecutorial
misconduct, improper
relationship with star
witnesses, allowing
witnesses to knowingly
lie, Tracey Richter
Roberts falsely
convicted, overwhelming
evidence leads to
estranged husband
Michael Roberts,
Rexxfield failed
polygraph, witness
intimidation, evidence
tampering, Iowa Division
of Criminal Investigation
corruption.

The New "Digital Extortion"
Is there a Ripoff Report on you?

**Reputation
Management
SEO WARNING!**
They might contact you next

Submitted: Mon, June 16, 2008  Updated: Thu, February 10, 2011
Reported By:— NY New York

Larry Weir, New Music Weekly, Backstage
Entertainment , Spins Tracking System
137 N Larchmont Blvd S-500 Los Angeles, CA 90004
Nationwide
U.S.A.

Phone: 323-658-744
Web:
Category: Modeling & Talent Agencies

Larry Weir, New Music Weekly, Backstage
Entertainment , Spins Tracking System
Radio Promotion ripp off Los Angeles
California

*Consumer Comment: Musicians pointing fingers will never succeed

*Consumer Suggestion: Conflict of Interest should set off alarms

*Consumer Suggestion: Tell the whole story!

*REBUTTAL Owner of company: For The Record

Recommend this on Google   Tweet  0   Like  0

## REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | ⑦ | Arbitrate & Set Record Straight |
| File New Report | ⑦ | Repair Your Reputation ⑦ |

Spins Tracking System, National Radio
Promotions, Larry Weir, New Music Weekly.

This is a bogus radio promotion scam that is very
intricate and sophisticated.

0   2   2
Author  Consumer  Employee/Owner



**CHECK INTO CASH**

Payday Loans/Cash Advances

✓ 5 Min Application
✓ Up to $500
✓ Instant Approval

Ripoff Report
verified or
businesses you can trust!

FREE 4 Video Series Can You Make Money In Real Estate?   ROOF DAMAGE?   JASPER

Advertisers above have met our
strict standards for business conduct



FREE 4 Video Series Can You Make Money In Real Estate?   Sick of the 9-5 Grind? Here's 4 FREE Videos to Show You Way Out!

ROOF DAMAGE?   JASPER   The Forex Market is a Centralized Exchange.
TRUE  FALSE   Submit

Exhibit 33

K. Loomis
8/26/13
reporter: nikki roy
CSR No. 3052

Friday, August 23, 2013                                                                    15:08:39 PM

http://www.ripoffreport.com/r/Larry-Weir-New-Music-Weekly-Backstage-Entertainment-Spins-Tracking-System/...



Is there a Ripoff Report about you? SEO Reputation Management WARNING! Click Here Now!

**Ripoff Reports**




Ace Plumbing and Rooter DECEPTIVE PLUMBING COMPANY San Francisco California

Ilona Sadanov she was looking for relations and got married, after few months of distant relations I visited her and proposed her but later a fraud and she is already in relation and was looking to get married to scam and blackmail Riga Latvia Zemaic kapas



Casa Del Rio St. Johns the Pinnacle Family LYING DECEITFUL DISGUSTING UNPROFESSIONAL COMPANY Jacksonville FLORIDA



Stephen G Sjodiver Marysven Svdgner Mirko Coyently Obtained Medical Proxy and Financial Power of Attorney Internet Internet



Ace Plumbing and Rooter terrible customer service San Francisco California



Task Force Active Products Inc Incompetent improper embarrassment by somebody designated to malfunction Toronto Ontario Canada



Jeremy Raymayson Jeremy



Rahmayson/Jeremy/Jeremy jeremy17 Marketing Scamming The jeremy and Vinet Scammer on the Internet Durban South Africa Internet

Interstate Talent



Nichdly Czkenberth Scamming to give over abundance of monies to intrude a photo shoot and keep good within the spooty. Taking you that if you do the bargain there is a cancellation today that you must do within 3 days by certified mail, write a letter for reason for your cancellation sent you will be entitled to a refund no later than 30 days. East Brunswick New Jersey



Lowe's Home Improvement Inc. Breech of contract, Home, Health, discrimination Retaliation, Damages and losses Incurred Mooresville North Carolina

Justin Arndt Beware of Justin Arndt Ripoff Artist? Scam artist?? Paso Aliste Internet



Walter Doyle Stop-Me, Redy, Shop West?

---

They then put out weekly radio station charts ( Spins Tracking System )

These radio stations are reffered to as "reporting stations". If you pay for this service your name will appear in charts with some of the biggest names in the music industry.

You will find it odd that although you are being played 600 time a week accros 18 to 20 states you will not sell a single record, get a single hit on your website, no one will have heard of your song but if you keep paying your name will rise up the spins tracking system chart along with artisits who are selling millions of CDs.

They send you a magazine published weekly that looks very professional and real. You name will appear in multiple charts. It looks very much like you are making incredible progress.

In the end they took me for well over $30,000 and I found I was far from alone. The radio stations may or may not even exsist, some are am stations with religous formats or formats like QVC and don't even play music.

If you look deeper you will find that the same people own all of the companies. New Music Weekly, Lary Weir, National Record Promotions, The Spins Tracking System and there are several others.

Singer Songwriter
NY, New York
U.S.A.

This report was posted on Ripoff Report on 08/16/2008 07:56 PM and is a permanent record located here: http://www.ripoffreport.com/r/Larry-Weir-New-Music-Weekly-Backstage-Entertainment-Spins-Tracking-System/nationwide/Larry-Weir-New-Music-Weekly-Backstage-Entertainment-Spins-Tracking-System-Radio-Promot-340860. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Larry Weir, New Music Weekly, Backstage Entertainment , Spins Tracking System

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

Larry Weir, New Music Weekly, Backstage Entertainment | Search | ? Search Tips

**Report & Rebuttal**

| **Respond to this report!** | **Also a victim?** | **Repair Your Reputation!** |
|---|---|---|
| File a Rebuttal ? | File a Report ? | Get Started ? |

Arbitrate
**Remove Reports?**
**No! Better yet! Arbitrate to set the record straight!**

Updates & Rebuttals

REBUTTALS & REPLIES:

| 0 | 3 | 1 |
|---|---|---|
| Author | Consumer | Employee/Owner |

**#1 Consumer Comment**

## Musicians pointing fingers will never succeed

AUTHOR: themusicman - (United States of America)

I find the entire writing very entertaining. Where to start??? Firstly, let me state that I'm very familar with all sides having done much business with all, except for the mystery artist/complainer which I can only assume is one of their competitors. .certainly anyone knowledgeable in the music and/or radio industry knows that New Music Weekly magazine is one of the only trade publications left standing in the


2020 BBB

Does your business have a bad reputation?
Fix it the right way.
Corporate Advocacy Program™

SEO Reputation Management at its best!

**TWO PRECIOUS METALS ARE BETTER THAN ONE.**
The limited edition War of 1812 bullion coins.
Learn more ›
888-561-5616
Goldline



http://www.ripoffreport.com/r/Larry-Weir-New-Music-Weekly-Backstage-Entertainment-Spins-Tracking-System/...

Is there a Ripoff Report about you? SEO Reputation Management WARNING!   Click Here Now!



MyFeetInTheDoor.com My Feet in The Door Ian Banke Lanz Michael Schell MyFeetInTheDoor.com is a startup website for two ex-nightclub Managers, Banke, Lanz, and Michael Schell who starts to rob the week of a lot of events and then refuse to pay for the work that was done. As is evident in my case and the preceding case on RipOffReport.com. These two have no business ethics and very poor communication skills. I would advise to steer clear away from this company, it's volatile and the owners. The last time I did work for them it was $500 and it took 7 weeks to get paid. Previously I was screamed at by Michael Schell in a tantrum on the phone. Hamburg, Pennsylvania

XTBL Global
XTBL Global

www.xtglobal.com Scam, Fake Online Pharmacy Merchant Processing, Not Shipping Stuff, Hold amount of order. Valrico, Florida



Fester Auto Mall Toyota Motor company Sells a Toyota Tacoma 1995 with a defective rusted frame. Farrisol, Iowa

National Home



Grace REVIEW: Commitment to customer 100% satisfaction operative for a full 5 months after delivery on all loads. National Home Grace reviewed all of its Customer Service processes. National Home values delivery Healthy, Grace and Easy meal solutions for today's busy families. National Home Grace registered dietitians customize your meal plan to fit your unique goals. Complete line of products to ensure the air you breathe and the water you drink are the cleanest on the planet. Ripoff Report Verified™ .. as a safe business source.



Hertz Rent A Car Inc. Fuel Purchase Green Road Internet

ABUL KALAM AZAD
INTERNET CRUSADER BEWARE OF THIS INTERNET CRUSADER SCAM PLS. Hold on to your hard earned money Internet Crusader is INTERNET CRUSADER SCAMMED ME AND HOW TRIED TO TURN THE STORY ON ME INDIA INDIA



Farmers Insurance Arturo Whitney Ramon Whitney Ramon 7770 lic Scammer, Abbey, scrupes, fabricator, fraudulent San Antonio, Texas

Salon & Marketing Group, Inc.



SALON REVIEW: Salon & Marketing Group dedicated to customer and Employee Satisfaction. Voted "Best Place to Work" by Philadelphia

industry for they aren't even aware that R&R (when it was in business) used it's own tracking service Mediabase (which btw is not a publication as you mentioned)..and Billboard uses it's own tracking service BDS. In face, both editors of New Music Weekly were even written about in Billboard magazine (in addition of other publications as leaders within the independent music scene. If, by the slimmest chance, you are an actual artist I can only recommend that you go to your local library and educate yourself on how to self-promote yourself and "who's who" of the music industry. Intellectuals would be blessed to be in business with such connect companies rather then looking at them as "conflict of interest." You may want to do some research on BMG and see how many major labels are owned by them. .then you can talk about "conflict of interest".

Respond to this report!    File a Rebuttal  ⓘ

---

#2 Consumer Suggestion

## Conflict of Interest should set off alarms

AUTHOR: Trisha - (U.S.A.)

While New Music Weekly may be a semi-valid publication for indie artists anyone looking at using a promoter that is co-owner of the publication should see conflict of interest in their dreams.

Go with a promoter that specializes in working music to one or two formats, not scores of formats.

Realize that with small indie publications you will play at tertiary market stations that have a population base of 500 people in the middle of nowhere land.

What you can do is use your experience and charting data to move up to larger publications and markets that are serviced by R&R, FMQB, MediaBase and other charts that have no conflict problems.

Larry Weir is a good guy and does the best that he can for his clients. Not everyone can be a star and sell thousands of records. It takes time and constant trying over and over. His conterpart that owns the other half of New Music Weekly is................I won't comment anymore about that.

Good luck in the future.

Respond to this report!    File a Rebuttal  ⓘ

---

#3 Consumer Suggestion

## Tell the whole story!

AUTHOR: Randy - (U.S.A.)

I report three radio station playlists to New Music Weekly, for three of our music stations in our group. New Music Weekly is real. Songs from independent artists, in fact, do get played on stations throughout the country. Having met many of the program directors that also report, I can tell you that the magazine is far from bogus and spin counts on records do determine how "high" a particular song will chart.

The author that penned this "rip off report" apparently is of the belief that 600 spins of a particular song in less than half of the states in the country will make you an overnight superstar. New Music Weekly isn't out to make anybody a star...that is up to the promoter and the quality of the music of the artist.... but they are a tool that can and is used by many to boost their careers if new to the industry. I know, I've met many who would not be in the industry today if it weren't for people like Larry Weir and the magazine New Music Weekly.

Your name appearing in print with some of the biggest names in the industry does happen. That is because unlike other music trades that DO accept radio station playlists, New Music Weekly takes reports from radio stations all over the country, but most are in smaller and medium sized radio markets, which do not generate the same response on the internet such as artist hits on websites.

It's also immensely difficult to get music stores in smaller towns to carry brand new artists that may be playing on local radio. Most are Wal-Marts or similar chain stores that only stock the "major artists." Many radio stations such as ours get little request

http://www.ripoffreport.com/r/Larry-Weir-New-Music-Weekly-Backstage-Entertainment-Spins-Tracking-System/...

Is there a Ripoff Report about you? SEO Reputation Management WARNING!   Click Here Now!

feature five or six artists that are million selling or platinum artists in the industry. It's not that the new talent isn't getting played, but that the more familiar talent is top of mind awareness to the listener.

Using the word "bogus" insinuates that New Music Weekly is not a real publication. That is as close to libel as it gets. In signing up to post on this site, I've noticed some major corporations listed as "rip-off" companies in one way or the other. U-Haul, I've used them many times. Applebees. Eat there often. Several lending institutions which I've used and had no problem with came up before I got to this particular "rip-off" report. New Music Weekly does not "promote" artists. Larry does have Heartland Entertainment, which was in business LONG before the magazine even began. The author has intertwined the two and, is inaccurate in his description.

The magazine is published bi-weekly, and "real" data is used to determine charts each week. They even print out an "independent" chart in some music genres. Although the author of this ripoff claim mentions several other entities that tie in, but aren't owned by New Music Weekly, it could be that this artist is one of thousands out there trying to get noticed as a musical artist, got some initial response on a regional scale, but found that no matter how you cut the mustard, the best promoters in the business can't make everybody a household name.

There are THOUSANDS of independent labels out there today! I have known Larry since the 1980's, before New Music Weekly was established, and I can attest that he's not one of the sleazeballs in this industry that takes your money and runs. Those kind of people are out there, but Larry Weir isn't one of them.

Respond to this report!   File a Rebuttal  ⓘ

#4 REBUTTAL Owner of company

## For The Record

AUTHOR: Larry - (U.S.A.)

The first response to you is why you have not bothered to contact me personally if you have some type of complaint. I have received neither a letter nor a phone call from whoever you are. Instead, you choose to use this sight as a way to vent without even having any discussion. It's a one sided affair.

No one works harder for an artist or band that National Record Promotion. We start at 5:00 AM (PST) calling music and program directors, sending emails to stations, writing columns, pitches and blogs to try and get radio to pay attention to a new or already established recording artist. It's a very big job and many don't understand just how involved and hard this process is. Try it on your own for a week and you will see. This week alone we have the strongest New & Active debut on the AC charts at Radio and Records. In the last year and a half we've completed promotions for the likes to Mick Jagger, Willie Nelson, Heartland and numerous top independent artists, helping them get chart activity and national visibility. With our 40 years of being in the industry, the knowledge & experience behind the company puts us ahead of anyone out there today.

The only ones that benefit from your accusations and complaints are my competitors. Also for the record, I do not own or control Spins Tracking or Backstage Entertainment. Those are completely separate companies, so if you have some complaint or problem with them, I suggest that you contact them personally, unlike what you have chosen to do here.

Respond to this report!   File a Rebuttal  ⓘ

### Report & Rebuttal

**Respond to this report!**
File a Rebuttal  ⓘ

**Also a victim?**
File a Report  ⓘ

**Repair Your Reputation!**
Get Started  ⓘ

### Arbitrate
**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!



Lob-Pas Farm
Virginia, Tracey
Scopano Bantl,
Tracey Boeth,
Evil Witch Man
Pig Breeder

Teacup Pigs, Mini Pigs, BBAM,
Racist Rocky Mount Virginia



good watch
opes exist
watch here
Store

westwatchbase.com. Be careful
they sell not new (appraised as
mentioned), P watchus para, Coloria
Alaska



GFI Software
GFI MAX
Remote
Management
does not do
email is
annoyed and
their office does not return calls or
respond to e-mail requests Durham
North Carolina



702-773-4920
702-773-4920
Las Vegas
Backpage
Escort
SUMMER Las
Vegas Nevada



JANNHLKUI IS
A SCAMMER
Los Angeles
California



Moe agnew
landscape
design are
install LLC Moe
agnew
landscape unreliable not
trustworthy incomplete
work unsatisfactory were poor
communication through estimate
project Queen Creek Arizona

**Ripoff Report in the Media**



Ripoff Report on
CBS 19



Ripoff Report on
CBS 19 - Global
Marketing Alliance



Ripoff Report on
ABC 15 - Email
Shopper



Ripoff Report - Girls
Gone Wild



Ripoff Report on Fox
11 - Cat Repair

Is there a Ripoff Report about you!? SEO Reputation Management WARNING!  Click Here Now!

Special Features

## Doctored Reviews

What patients don't know
Why Medical Justice's an

Doctored Reviews is designed to help patients, posters, and websites understand the problems created by Medical Justice, a company trying to restrict online patient reviews, and to offer some ways that let patients freely talk about their healthcare experiences.



The government should serve voters, not corporate special interests. Public Citizen works to counteract business objects, reduce the influence of big corporations on government, open the government to public scrutiny, and hold public officials accountable for their positions.



WHAT YOU NEED TO KNOW ABOUT THE BBB, NOT a government agency. As listed in your local phone book. Instead the BBB is a private non-profit franchise operation. 20/20 exposes the BBB. Hidden Terror Group Gets 'A' Rating - BBB is running a "pay for play" scheme.





Ripoff Report Legal Ads

**Ripoff Report Legal Directory**