Page 22

1       A       Quarter.  I have the a "Q" down there for

2    quarter.

3       Q       Yes, sir.  Yes, sir.

4              We're just having you read out what you

5    have written, just so the record is very clear, so

6    there is no question about handwriting later.

7              Dr. Stern, is it fair to say that no one

8    composer is entitled to monopolize the use of a

9    quarter note F sharp?

10      A       Yes.

11      MR. MOVIT:  Dr. Stern, we'd like to now mark

12   another exhibit.

13             Kim, that's what I told you is the new

14   exhibit.

15      MS. JACKSON:  Okay.

16      MR. MOVIT:  And this will be 45.

17             (Exhibit 45 was marked for

18             identification by the Reporter.)

19   BY MR. MOVIT:

20      Q       Dr. Stern, you have never seen this

21   document before; correct?

22      A       This looks like one of the charts from the

23   Defendants' Expert Witness Report.

24      Q       Yeah, it's not in the report itself, but

25   it is similar to material in the report; that is

Page 23

1    correct?

2        A    All right.  If this is different, then no,

3    I haven't seen it before.

4        Q    Okay.  Dr. Stern, can you please -- no,

5    strike that.

6             Dr. Stern, I'll represent that Figure 1

7    represents bars 9 and 10 of BRC Original, bars 10

8    and 11 of BRC Final, and bars 4 and 5 of Domino on

9    your transcription.

10            And my question is, Dr. Stern, do you

11   agree with the scale degrees, as set forth on

12   Figure 1 of Exhibit 45 for all three compositions?

13       A    You're talking about bars 9 to 10 of BRC

14   Original, 10 to 11 BRC Final, 4 to 5 Domino; is that

15   correct?

16       Q    That's correct.  Those correspond to the

17   Figure 1 row on Exhibit 45.

18            So my question is if you agree with the

19   scale degrees set forth on Exhibit 45 for Figure 1?

20       A    Yes.

21       Q    Okay.  Dr. Stern, do you agree that there

22   is an additional scale degree 1 in the pickup bar in

23   Figure 1 in both versions of Bright Red Chords, as

24   compared to the pickup bar in Figure 1 of Domino?

25       A    Yes.

Page 24

1          I do have more to add on that, but to
2     answer your question yes.
3          Q     Okay.  Okay.  Dr. Stern, do you agree that
4     the additional scale degree 1 in the pickup bar of
5     both versions of Bright Red Chords in Figure 1
6     creates a sequence of scale degree 1, followed by
7     scale degree 1?
8          A     Yes.
9          Q     The pitch sequence 1 and 1 is not
10    contained in Figure 1 of Domino; correct?
11         A     Correct.
12         Q     So it's fair to say there are seven
13    pitches in the pickup bar in Figure 1 of Bright Red
14    Chords, but there are just six pitches in the pickup
15    bar in Figure 1 of Domino; is that correct, sir?
16         A     Pitches --
17         Q     I can ask it again --
18         A     No, there is -- it depends how you are
19    defining pitches.  You could say there is two
20    pitches in both.  There is a B and a D, there is
21    only two pitches, and then you can say that
22    rhythmically there is seven notes in one, and six
23    notes in the other.
24         Q     But, Dr. Stern, there is a sequence of
25    seven pitches in the pickup bar of Figure 1 in

Page 25

1   Bright Red Chords; correct?

2       A    My personal terminology I would prefer to

3   say seven notes, but maybe we're splitting hairs.

4            Pitch I tend to associate with like B C

5   sharp D, separate -- when you're talking about

6   pitch, that's where I'm thinking.

7       Q    Okay.  So it's fair to say there is a

8   sequence of seven notes in the pickup bar of Bright

9   Red Chords in Figure 1; correct?

10      A    Correct.

11      Q    And then it's fair to say that there is a

12  sequence of six notes in the pickup bar of Domino in

13  Figure 1; correct?

14      A    Correct.

15      Q    Dr. Stern, do you agree that there is a

16  sharp or raised scale degree 2 in the second bar in

17  Figure 1 of Bright Red Chords Final?

18      A    Yes.

19      Q    Dr. Stern, but there is no sharp or raised

20  scale degree 2 in the second bar of Figure 1 of

21  Domino; correct?

22      A    Correct.

23      Q    Okay.  And there is one pitch in

24  the second bar of Figure 1 of BRC Original; correct?

25      A    Correct.

Page 26

1      Q      And there is --

2      A      I think there is a bit of a slide into it.

3      Q      There is one note in the second bar of

4   Figure 1 of Bright Red Chords Original; right?

5      A      Right.

6      Q      And there is three notes in the second bar

7   of Figure 1 of Bright Red Chords Final; correct?

8      A      Correct.

9      Q      Okay.  And there is four notes in

10   the second bar of Figure 1 of Domino; correct?

11      A      Correct.

12      Q      So Bright Red Chords and Domino have a

13   different number of notes in the second bar of

14   Figure 1; correct?

15      A      Correct.

16      Q      And also, Dr. Stern, the second bar of

17   Figure 1 of both versions of Bright Red Chords ends

18   with scale degree 3, but the second bar of Figure 1

19   of Domino ends with scale degree 5; correct?

20      A      Correct.

21      Q      Okay.  So that's another difference;

22   correct?

23      A      Yes.

24      Q      Okay, Dr. Stern, just for the record, just

25   so there is no confusion over handwriting later --

Page 27

```
1        A     Yes.

2        Q     -- could you please read, for measures 4

3   and 5 of Domino, can you please first read into the

4   record -- we'll do it measure by measure for

5   clarity.

6              First can you please read the scale

7   degrees for measure 4 of Domino into the record,

8   please.

9        A     6 1 6 1 6 1.

10       Q     Okay.  And could you please read the scale

11  degrees for measure 5 of Domino into the record.

12       A     3 2 3 5.

13       Q     And next can you please read the rhythmic

14  values in measure 4 of Domino into the record,

15  please?

16       A     Five 8th notes, quarter note, 8th note,

17  two 16ths, 8th note.

18       Q     Oh, I just said measure 4 --

19       A     Oh, I did it again.

20       Q     We're doing it measure by measure.  So if

21  you could please, just so the record is clear,

22  please read just the rhythmic values of measure 4

23  into the record, please.

24       A     Yes.  Five 8th notes and quarter note.

25       Q     Thank you, sir.  And can you now please
```

Page 28

1    read into the record the rhythmic values of measure

2    5 of Domino.

3        A    8th note, two 16th notes, 8th note.

4        Q    And just so, again, so there is no

5    confusion over handwriting later, can you please

6    read the notes in just measure 4 of Domino into the

7    record, letters, the letters, please.

8        A    B D B D B D.

9        Q    Now can please read the letters of the

10   notes in measure 5 of Domino into the record.

11       A    F sharp E F sharp A.

12       Q    Okay.  Thank you.  Okay.

13            Keeping on Figure -- keeping on Figure 1,

14   Dr. Stern, would you agree, sir, that the pickup bar

15   in both versions of Bright Red Chords in Figure 1

16   consists of seven 8th notes, but the pickup bar in

17   Figure 1 of Domino consists of five 8th notes

18   followed by a quarter note?

19            Would you agree with that?

20       A    Yes.

21       Q    And that's the difference between Bright

22   Red Chords and Domino; correct?

23       A    I think it's a very minor difference that

24   is not really tremendously relevant to making it

25   into a different melody.

Page 29

1           It doesn't make it into a different

2    melody.  Because you have plenty of verses that

3    sometimes have quarter notes, and then when it

4    repeats the next verse you might have two 8th notes

5    in the same spot.  It's commonplace.

6           Q    My question was just whether there was a

7    difference or not.

8           A    I believe --

9           Q    And there is a difference; correct?

10          A    Yes.

11          Q    And, Dr. Stern, there are no quarter notes

12   in the pickup bar in Figure 1 in Domino; correct?

13          A    Please repeat the question.

14          Q    Sure, of course.  Okay.  Thank you,

15   Dr. Stern.

16          Dr. Stern, there are no quarter notes in

17   the pickup bar in the Figure 1 in Bright Red Chords;

18   correct?

19          A    I'm sorry, I'm looking at Figure 1 --

20          Q    Sure.  Let me just ask the question again.

21          Dr. Stern, in Figure 1 of Bright Red

22   Chords there are no quarter notes in the pickup bar;

23   correct?

24          A    Correct.  There is the same pitch that has

25   the same duration in the same location.

1    Q    Okay, Dr. Stern --

2    A    In terms of two 8th notes having the same

3    duration and the same location.  So there is a

4    parallel, but the way you're asking the question,

5    yes, you're correct.

6    Q    Dr. Stern, looking at the second bar in

7    Figure 1 --

8    A    Yes.

9    Q    Strike that.  Just one second, please.

10        Okay, Dr. Stern, looking at the second bar

11   in Figure 1 of BRC Final, do you agree that the

12   rhythmic durations of the three notes are two 16th

13   notes followed by an 8th?

14   A    Yes.

15   Q    Okay.  Looking at the second bar in

16   Figure 1 of Domino, do you agree that the rhythmic

17   duration of the first note is an 8th, and the

18   rhythmic duration of the last note is a quarter;

19   correct?  Strike that --

20   A    No, no, it's wrong --

21   Q    Strike that.  The question is --

22   A    Yeah.

23   Q    Dr. Stern, would you agree that there is a

24   different rhythm in the second bar of Figure 1 in

25   Bright Red Chords Original than in the second bar of

1   Figure 1 of Domino?

2       A    Yes.

3       Q    Okay.  And would you agree that there is a

4   different rhythm in the second bar of Figure 1 of

5   Bright Red Chords Final than there is in the second

6   bar of Figure 1 of Domino?

7       A    Yes.

8       Q    Okay.  Dr. Stern, we're going to move on

9   to Figure 2.  And Figure 2 we're going to refer to

10  as bars 11 and 12 of Bright Red Chords Original, bar

11  12 and 13 of Bright Red Chords Final and bars 6 and

12  7 of Domino.  Okay?

13      A    11 to 12 BRC Original?

14      Q    Yes.

15      A    12 to 13 BRC Final, 6 to 7 Domino?

16      Q    That's correct.

17      A    Okay, got it.

18           (A discussion was held off the

19           written record.)

20      THE WITNESS:  It would have been helpful to

21  actually have had them there in the first place.  It

22  would have made it easier.

23  BY MR. MOVIT:

24      Q    Okay.  That's fine, sir.  We will get a

25  copy of that on the break.

Page 32

1      MR. PEASE:  Please don't write on anything.

2  Making it easier is exactly what you don't want to

3  be doing.

4  BY MR. MOVIT:

5      Q    Yeah, Dr. Stern, I actually think it's a

6  great idea to write the bar numbers.

7      A    Normally you would have that.  That would

8  be a normal way to present such a chart.

9      Q    In any event, let's move on.

10     A    Sure.

11     Q    Dr. Stern, I just want to know do you

12  agree that the scale degrees set forth for Figure 2

13  of Exhibit 45 for all three of the compositions

14  accurately reflect the content of Exhibit D -- I'm

15  sorry, of Exhibit 44, which was your Exhibit D?

16          (Reporter clarification.)

17     MR. MOVIT:  Exhibit 44, is Dr. Stern's Exhibit

18  D to his report.  My question is just, rephrased,

19  does Dr. Stern agree with the scale degrees set

20  forth on Figure 2 of Exhibit 45 for all three

21  compositions.

22     THE WITNESS:  Yes.

23  BY MR. MOVIT:

24     Q    Dr. Stern, just so the record is clear,

25  could you please read out the scale degrees on bar

Page 33

1    11 of Bright Red Chords Original of Exhibit 44.

2         A    I'm sorry, the notes or the scale degrees,

3    which did you want?

4         Q    The scale degrees.

5         A    Okay. 1 1 5 6 1 1.

6         Q    And can you please read out the scale

7    degrees of bar 12 of Bright Red Chords Original.

8         A    6 5.

9         Q    And can you please tell us the notes in

10   bar 11 of Bright Red Chords Original.

11        A    D D A B D D.

12        Q    And can you please tell us the notes on

13   bar 12 of Bright Red Chords Original.

14        A    B A.

15        Q    Can you please tell us the rhythmic values

16   in bar 11 of Bright Red Chords Original.

17        A    All 8th notes.

18        Q    And the rhythmic values, please, in bar 12

19   of Bright Red Chords Original.

20        A    8th followed by dotted quarter.

21        Q    And now if you could please tell us, sir,

22   the scale degrees in bar 12 of Bright Red Chords

23   Final.

24        A    1 1 3 6 1 1.

25        Q    Okay. And the scale degrees, please, on

1   bar 13 of Bright Red Chords Final.

2        A    6 5.

3        Q    Okay.  With respect to the notes in bar 12

4   of Bright Red Chords Final, Dr. Stern, should

5   the third note be an F sharp?

6        A    Bright Red --

7        Q    Bright Red Chords Final bar 12 should

8   the third --

9        A    Yes, that should be F sharp --

10        THE REPORTER:  I didn't get all the question.

11        MR. MOVIT:  My question was should the third

12   note in bar 12 of Bright Red Chords Final be an F

13   sharp, and the witness agreed.

14        Q    Dr. Stern, can you please make that

15   handwriting correction on Exhibit 44.

16        A    Yes.

17             (Witness complies.)

18        Q    Dr. Stern, can you please now read out the

19   notes in Bright Red Chords Final in measure 12.

20        A    D D F sharp B D D.

21        Q    Okay.  And can you please read out the

22   notes in measure 13 of Bright Red Chords Final.

23        A    B A.

24        Q    All right.  Dr. Stern in bar 6 of Domino,

25   can you please read out the scale degrees.

Page 35

1      A     6 1 6 1 6 1.

2      Q     Thank you.

3            And where there is a 6 above the 8th

4      rests, that just indicates it's measure 6; it's

5      not a scale degree; correct?

6            (Reporter clarification.)

7      BY MR. MOVIT:

8      Q     Where there is a printed No. 6 --

9      A     That's a bar number.

10     Q     -- above the 8th rests, that just

11     indicates it's measure 6, that's not a scale degree;

12     correct?

13     A     Correct.

14     Q     Okay.  And can you please read out the

15     scale degrees in measure 7 of Domino, please.

16     A     1 6 5.

17     Q     Okay.  Thank you.  Okay.

18           If you could please read out the notes in

19     measure 6 of Domino.

20     A     B D B D B D.

21           And the last note value should be a

22     quarter.

23     Q     Right; right.  So the rhythmic values in

24     measure 6 of Domino are five 8ths followed by a

25     quarter; correct?

Page 36

1      A      Correct.  I am finding that my

2  concentration isn't what it would normally be.  I am

3  convalescing, and these are very -- I know this is

4  kind of kindergarten-level stuff.  So normally I

5  wouldn't make this kind of mistake.

6      Q      I know it's an unusual process being

7  deposed.  We just have to have a clear record.  So

8  we are all going to try to get through that that

9  and --

10     A      Uh-huh.

11     Q      -- we want to make sure there are ample

12  breaks and all that, so . . .

13          (Reporter clarification.)

14     MR. MOVIT:  I just said that the deposition is

15  an unusual process, and we'll be sure to take ample

16  breaks.  That's all I said.

17     THE WITNESS:  Okay.

18  BY MR. MOVIT:

19     Q      Okay, Dr. Stern, I don't believe that you

20  have read out the rhythmic values in measure 7 of

21  Domino yet.

22     A      Two 16ths followed by an 8th note.

23     Q      I don't think you have read out the notes

24  in measure 7 either, so if you could please just do

25  that.

Page 37

1      A      D B A.

2      Q      Okay, thank you.  Okay.

3             Dr. Stern, would you agree that the pickup

4      bar of Figure 2 of Domino contains an oscillation

5      between 6 and 1?

6      A      Yes.  It's more like Figure 1.  It's

7      not -- they are separate melodies, the second and

8      the fourth phrases are not the same in Domino as in

9      Bright Red Chords.  But they are closely related to

10     the first and third phrases of Bright Red Chords.

11            So it's like comparing apples and oranges

12     in a sense.  But it's valid to say that the second

13     and fourth are different, yes, in both cases.

14     Q      Okay, Dr. Stern, my question was just

15     whether both the pickup bar -- strike that.

16            My question is just whether the pickup bar

17     of Figure 2 of Domino contained an oscillation

18     between 1 and 6?  That was just my only question,

19     sir.

20     A      Yes.

21     Q      And the pickup bar -- so both the pickup

22     bar of measure -- sorry, the pickup bar of Figure 1

23     of Domino and the pickup bar of Figure 2 of Domino

24     both contain an oscillation between 1 and 6;

25     correct?

Page 38

1      A      Please repeat the question.

2      Q      Sure.  The pickup bars of both Figure 1

3  and Figure 2 for Domino contain an oscillation

4  between 1 and 6; correct?

5      A      Correct.

6      Q      And, in fact, Dr. Stern, all of the pickup

7  bars in Domino contain an oscillation between 1 and

8  6; correct, in both Figures 1, 2, 3 and 4; correct?

9      A      Correct.

10      Q      However, all of the pickup bars in

11  Figures 1 through --

12      A      Actually, 3 and 4 -- you're talking about

13  the next phrases; right?  You haven't actually

14  identified the bar numbers for those for me.

15      Q      That's fair enough.  We will come back to

16  that question --

17      A      Yeah.

18      Q      -- after we have done so.

19             Okay, there is no oscillation in Figure 2

20  of Bright Red Chords Original or Bright Red Chords

21  Final in the pickup bar; correct?

22      A      Correct.

23      Q      So that's the difference between the

24  pickup bar in Figure 2 of Domino and the pickup bar

25  in both versions of Bright Red Chords in Figure 2;

Page 39

1   correct?

2      A    Correct.

3      Q    And, Dr. Stern, there is a scale degree 5

4   in the pickup bar of Figure 2 of Bright Red Chords

5   Original, but there is no scale degree 5 at all in

6   the pickup bar of Figure 2 of Domino; correct?

7      A    On the pickup bar you're talking about?

8      Q    Yeah, that was my question, sir.  So

9   that's correct; right?

10     A    Please repeat the question.  I was looking

11  at --

12     Q    Absolutely, of course.

13     A    -- a different spot --

14     Q    My question, Dr. -- I know we're long

15  distance here -- Dr. Stern, my question is just that

16  there is a scale degree 5 in the pickup bar of

17  Figure 2 of Bright Red Chords Original; however,

18  there is no scale degree 5 in the pickup bar of

19  Figure 2 of Domino; correct?

20     A    Correct.

21     Q    And in Bright Red Chords Final, there is

22  scale degree 3 in the pickup bar of Figure 2, but

23  there is no scale degree 3 in the pickup bar of

24  Figure 2 of Domino; correct?

25     A    Correct.

1    Q    And, Dr. Stern, there is a quarter rest

2    preceding the pickup in Figure 2 of both versions of

3    Bright Red Chords; correct?

4    A    Did you say a quarter rest?

5    Q    Yes, sir.  Let me ask it again.

6         Dr. Stern, there is a quarter rest

7    preceding the pickup in Figure 2 of both versions of

8    Bright Red Chords; correct?

9    A    Correct.

10   Q    Okay.  There is a quarter -- there is an

11   8th rest preceding the pickup in Figure 2 of Domino;

12   correct?

13   A    Correct.  It matches the Figure 1 pickup

14   bar.  It is -- not the Figure 2 pickup bar, but it

15   is kind of a repetition of what we had earlier in

16   Figure 1.

17        So it's a different pattern being used

18   here in Domino than with regard to phrases 2 and 4.

19   Q    Dr. Stern?

20   A    Yes.

21   Q    Okay.  There are -- strike that.

22   Apologies.

23        Dr. Stern, there are six 8th notes in the

24   pickup bar in Figure 2 of both versions of Bright

25   Red Chords, but there are five 8th notes and one

Page 41

1    quarter note in the pickup bar in Figure 2 of

2    Domino; correct?

3         A    Correct.

4         Q    And Dr. Stern, bar 2 of Figure 2 of Bright

5    Red Chords consists of two 8th notes, but bar 2 in

6    Figure 2 of Domino consists of two 16th notes

7    followed by an 8th note; correct?

8         A    The two 8th notes --

9         Q    I misspoke.  I'm going to ask the question

10   again --

11        A    Bright Red Chords --

12   THE REPORTER:  One at a time, please.

13   MR. MOVIT:  Sure.  The witness answered.  I

14   struck the question.  I misspoke.  I'm going to ask

15   the question again.

16        Q    Okay.  Bar 2 of Figure 2 of Bright Red

17   Chords Final consists of two 8th notes, but bar 2 in

18   Figure 2 of Domino consists of two 16th notes

19   followed by an 8th note; correct?

20        A    Correct.  It lands in the same place.  I

21   think it's a variance.

22        Q    And with respect to Bright Red Chords

23   Original, bar 2 of Figure 2 of Bright Red Chords

24   Original contains an 8th followed by a dotted

25   quarter, while bar 2 of Figure 2 of Domino consists

Page 42

1   of two 16th notes followed by an 8th note; correct?

2       A    Correct.  I think some of these

3   differences are kind of incidental to the

4   performance.  Like, you know, a good singer like

5   Will may hold the last note a little longer in one

6   case, a little shorter in another.  I don't think

7   they are super significant here.

8           You know, the fact that BRC Original 12

9   has a dotted quarter, and BRC Final has two 8ths.

10  It's -- he could have held the note a little longer,

11  a little shorter, depending on the day.  So they are

12  not always super significant, these differences.

13      MR. MOVIT:  I would ask the court reporter to

14  please mark that last answer for use later.

15          Thank you.

16      Q    Okay, Dr. Stern, I'd like you to look

17  simultaneously at bar 11 -- no, strike that.  Strike

18  that.

19          I'm now going to ask you a question about

20  the pickup bar of Figure 2 of Bright Red Chords,

21  both versions, versus Bright Red Chords/Domino.

22          Dr. Stern, isn't it correct that the only

23  rhythmic similarity between the pickup bar in

24  Figure 2 of Bright Red Chords and the pickup bar of

25  Figure 2 of Domino is the presence of 8th notes on

Page 43

1    beats 2 and 3; correct?

2         A    Correct.  It's more rhythmically like

3    Figure 1 than Figure 2, as I mentioned earlier, of

4    Bright Red Chords.

5         Q    And with respect to the pickup bar of

6    Figure 2 of Bright Red Chords and Domino what occurs

7    on beats 1 and 4 is rhythmically different; correct?

8         A    You're saying 1 and 4 are different in

9    Domino from Bright Red Chords?

10        Q    Yes, for the pickup bar of Figure 2.

11        A    Correct.

12        Q    Is it fair to say that no one composer is

13   entitled to monopolize the use of 16th notes -- I am

14   sorry, strike that.

15             Is it fair to say that no composer is

16   entitled to monopolize the use of four 8th notes on

17   bars 2 and 3 of a measure -- I'm sorry, strike

18   that.  Take it from the top.

19             Dr. Stern, is it fair to say that no one

20   composer is entitled to monopolize the use of 8th

21   notes on beats 2 and 3 of a measure?

22        A    Yes, but I think the question is

23   far-fetched because it is so abstract.  We're

24   dealing with specific shapes, rhythms, melodic

25   shapes, notes.  Those are the things that matter,

Page 44

1    not that there was some 8th notes here or 8th notes

2    there.  That sort of becomes kind of meaningless to

3    talk so abstractly.

4        Q    Okay.  We're going to move on to Figure 3.

5    And we're going to define Figure 3 as measures 13

6    and 14 of BRC Original, measures 14 and 15 of BRC

7    Final, and measures 8 and 9 of Domino.

8             And to start off with, Dr. Stern, can you

9    please read out the scale degrees in measure 13 of

10   BRC Original.

11       A    6 1 6 1 6 1 1.

12       Q    And can you please read out the notes in

13   measure 13 of BRC Original.

14       A    B D B D B D D.

15       Q    So that's not what you wrote there; right,

16   in measure 13 for the notes?

17       A    I am not feeling my best today, and this

18   is really surprising to me.  But I just read you the

19   correct notes.

20       Q    Okay.  If you could just please write in

21   the correct notes --

22       A    Absolutely.  Absolutely.

23       Q    Okay.  And just so the record is clear,

24   after you finish writing that in, sir, if you could

25   just please read out once again the notes in measure

Page 45

1    13 of BRC Original.

2         A    Sure.

3              B D B D B D D.

4         Q    If you could please read into the record

5    the rhythmic values in measure 13 of Bright Red

6    Chords Original.

7         A    All 8th notes.

8         Q    Okay.  Thank you, sir.

9              And for measure 14 of Bright Red Chords

10   Original can you please read the scale degree into

11   the record.

12        A    Oh, for the Original?

13        Q    Yes, for Bright Red Chords Original,

14   please, if you could read the scale degree of

15   measure 14 into the record.

16        A    6 1 6 1 6 1 1.

17        Q    Now we're looking at measure 14 of BRC

18   Original, sir.

19        A    14?

20        Q    Yes, sir.

21        A    Scale degree 3.

22        Q    Thank you.  And what is the note that that

23   represents?

24        A    F sharp.

25        Q    Thank you.

Page 46

1           And what is the rhythmic value of that

2     note?

3        A     Quarter note.

4        Q     Okay, thank you, sir.

5           Measure 14 of BRC Final, can you please

6     read the scale degrees into the record.

7        A     6 1 6 1 6 1 1.

8        Q     Okay.  And if you could please read the

9     notes of measure 14 of BRC Final into the record,

10    please.

11       A     B D B D B D D.

12       Q     And if you could please read into the

13    record the rhythmic values in measure 14 of BRC

14    Final.

15       A     All 8th notes.

16       Q     Thank you, sir.

17          Measure 15 of BRC Final, can you please

18    read the scale degrees into the record.

19       A     3 sharp 2 3.

20       Q     And if you can please read the notes in

21    measure 15 of BRC Final into the record, please.

22       A     F sharp E sharp F sharp.

23       Q     Thank you, sir.

24          If you could please read the rhythmic

25    values into the record of measure 15 of BRC Final.

Page 47

1      A      Two 16ths, 8th note.

2      Q      Thank you, sir.

3             Measure 8 of Domino, can you please read

4      the scale degrees into the record.

5      A      6 1 6 1 6 1.

6      Q      And if you can please read the notes in

7      measure 8 of Domino into the record.

8      A      B D B D B D.

9      Q      Okay.  If you could please read the

10     rhythmic values in measure 8 of Domino into the

11     record, please.

12     A      Five 8th notes, one quarter note.

13     Q      Thank you, sir.

14            (A discussion was held off the

15            written record.)

16     BY MR. MOVIT:

17     Q      So, Dr. Stern, very quickly, can you

18     please just read the scale degrees, followed by the

19     notes, followed by the rhythmic value in measure 9

20     of Domino into the record, so we can break after

21     that.

22     A      You want scale degrees?

23     Q      First scale degrees please, sir, measure

24     9.

25     A      3 2 3 5.

Page 48

1        Q     Okay, the notes?

2        A     F sharp E F sharp A.

3        Q     And the rhythmic values?

4        A     8th, two 16ths, 8th.

5        Q     Okay.  Thank you.  Off the record.

6        THE VIDEOGRAPHER:  This concludes DVD No. 1.

7   We're now going off the record.  The time is 2:52.

8              (A recess was taken from

9              2:52 p.m. to 3:14 p.m.)

10       THE VIDEOGRAPHER:  We are back on the video

11   record.  This is DVD No. 2.  The time is 3:14.

12   BY MR. MOVIT:

13       Q     Dr. Stern, I'd like you to please have out

14   at the same time still Exhibits 44 and 45.  And my

15   question is just, Dr. Stern, with respect to the --

16       A     What is 45?

17       MR. PEASE:  45 out --

18   BY MR. MOVIT:

19       Q     The one pager.

20       A     Oh, right.  Thank you.

21       Q     And my question is just, Dr. Stern,

22   whether you agree with the scale degrees set forth

23   in Figure 3 for the three compositions on

24   Exhibit 45?

25       A     Okay, let me look.  Yes.

1        Q       Attempting to short circuit things a bit,

2    Dr. Stern, earlier today I asked you questions about

3    similarities and differences with respect to scale

4    degree, letter names and rhythmic duration for the

5    compositions for Figure 1; correct?

6        A       Correct.

7        Q       Dr. Stern, would you agree that all of

8    those similarities and differences regarding what

9    you testified about Figure 1 also equally pertain to

10   Figure 3?

11       A       Yes.

12       Q       Okay, thank you, sir.

13               Okay, we're going to move on to Figure 4

14   now.  And Figure 4 is measures 15 and 16 of Bright

15   Red Chords Original, measures 16, 17 of Bright Red

16   Chords Final, and measures 10, 11 of Domino.

17               So to start off with -- and we're in the

18   home stretch here in terms of reading things out --

19   Dr. Stern, could you please read out the scale

20   degrees in measure 15 of Bright Red Chords Original.

21       A       1 3 6 6 6.

22       Q       Okay.  And that measures the pickup;

23   correct?

24       A       Correct.

25       Q       Dr. Stern, can you please read out the

Page 50

1   notes in measure 15 of Bright Red Chords Original.

2        A    D F sharp B B B.

3        Q    Okay, thank you, sir.

4             And can you please read out the rhythmic

5   durations in measure 15 of Bright Red Chords

6   Original.

7        A    Quarter note, 48th.

8        Q    Bright Red Chords Final, measure 16,

9   that's the pickup; correct?

10       A    Correct.

11       Q    Can you please read out the scale degrees

12  in measure 16 of Bright Red Chords Final.

13       A    It's all the same as the Original.  They

14  are all same.

15       Q    1 3 6 6 6; correct?

16       A    Right.

17       Q    Can you please read out the notes in

18  measure 16 of Bright Red Chords Final.

19       A    D F sharp B B B.

20       Q    Okay, thank you, sir.

21            And can you please read out the rhythm

22  durations of measure 16 of Bright Red Chords Final?

23       A    Quarter, four 8th notes.

24       Q    Okay.  Thank you, sir.

25            Measure 10 of Domino, that's the pickup;

Page 51

1    correct?

2         A    Correct.

3         Q    Okay.  Can you please read out the scale

4    degrees in measure 10 of Domino, please.

5         A    6 1 6 1 6 1.

6         Q    Okay.  And can you please read out the

7    notes in measure 10 of Domino, please.

8         A    B D B D B D.

9         Q    Okay, thank you, sir.

10             And can you please read out the rhythmic

11   values in the measure 10 of Domino.

12        A    Five 8ths, quarter.

13        Q    Okay, thank you, sir.  Please turn the

14   page.

15             Measure 16 of Bright Red Chords Original,

16   can you please read out the scale degrees.

17        A    6 5.

18        Q    Okay.  And, sir, can you please read out

19   the notes in measure 16 of Bright Red Chords

20   Original.

21        A    B A.

22        Q    Okay.  That's not what it says, though, in

23   what you hand wrote in in measure 16 --

24        A    You can -- you'll get my corrected version

25   here.

Page 52

1    Q    Okay, so you have now corrected it?

2    A    Yeah, I have been correcting it.

3    Q    Okay.  Have you made any other corrections

4    regarding what you have not yet testified, sir?  I

5    just want to know what has been corrected because I

6    don't have it in front of me.

7    A    Yeah, there is a number of them.  I think

8    you just -- we'll have this sent to you, so you have

9    it?  You need it read out?

10   Q    Well, why don't we get through -- why

11   don't we get through the last, you know, this last,

12   figure, in terms of reading things out, and we are

13   on the home stretch here.

14   A    Okay.

15   Q    Can you please read out the rhythmic

16   durations in measure 16.

17   A    Yes, it's 8th note, dotted quarter.

18   Q    Okay, thank you, sir.

19        Can you please read out the scale degrees

20   in measure 17 of Bright Red Chords Final.

21   A    6 5 6 1.

22   Q    Okay, thank you, sir.

23        And can you please read out the notes in

24   measure 17 of Bright Red Chords Final.

25   A    B A B D.

Page 53

```
 1        Q    Okay.  And just so the record is clear,
 2   that's a correction from what you wrote in earlier
 3   today in this measure for the note; correct?
 4        A    Yes.
 5        Q    Okay, thank you, sir.
 6             Can you please read out the rhythmic
 7   durations for measure 17 of Bright Red Chords Final.
 8        A    Four 8th notes.
 9        Q    Thank you, sir.
10             Can you please read out the scale degrees
11   in measure 11 of Domino.
12        A    1 6 5.
13        Q    Okay.  And can you please read out the
14   notes in measure 11 of Domino.
15        A    D B A.
16        Q    And can you please read out the rhythmic
17   values in measure 11 of Domino.
18        A    Two 16ths, 8th.
19        Q    Okay, thank you, sir.
20             Dr. Stern, are there any corrections that
21   you made since your original writing on this
22   document earlier this afternoon regarding what you
23   have not yet testified?
24        A    Not completely sure, but I did write in
25   the corrections to Bright Red Chords Original in 13
```