Page 54

1   to 14.  We may have gone through that.

2       Q    Yeah, we talked about the corrections in

3   measure 13 already.

4       A    Okay.

5       Q    Were there any corrections in measure 14

6   of Bright Red Chords Original?  Because I don't

7   believe we have spoken about that.

8       A    I have F sharp written.  That's the right

9   note.

10      Q    Yeah, I have F sharp on your Original

11  version too.  I don't believe -- that's not a

12  correction, then.

13      A    Okay.

14      Q    Okay, thank you, Dr. Stern.

15           Dr. Stern, could you please look at

16  Figure 4 in Exhibit 45 for the three compositions.

17  And please -- my question is whether you agree with

18  the scale degrees set forth in Figure 4 for the

19  three compositions on Exhibit 45?

20      A    Yes.

21      Q    Okay.  Dr. Stern, would you agree that

22  there is an oscillation between 6 and 1 in the

23  pickup bar in Figure 4 of Domino, but there is no 6

24  1 oscillation in the pickup bar of either version of

25  Bright Red Chords in Figure 4; is that correct, sir?

Page 55

1      A      That's correct.  The oscillation

2  corresponds to Figures 1 and 3 in all of the other

3  songs.

4      Q      Dr. Stern, would you agree that the pickup

5  bar in both versions of Bright Red Chords in

6  Figure 4 contain scale degree 3, but scale degree 3

7  is nowhere in Figure 4 of Domino?

8      A      Yes.

9      Q      Dr. Stern, would you agree that the pickup

10 bar for both versions of Bright Red Chords in Figure

11 4 ends with scale degree 6, but the pickup bar for

12 Figure 4 of Domino ends with scale degree 1; is that

13 correct, sir?

14     A      That's correct.

15     Q      Dr. Stern, would you agree that both

16 versions of Bright Red Chords contain a sequence of

17 3 6 6 6 in Figure 4, but that sequence is nowhere

18 contained in Figure 4 of Domino?

19     A      Well, well, there is a 1 before the 3 6 6

20 6 as well.  You didn't mention that; right?

21     Q      That's correct.

22            And that's another difference between

23 Figure 4 of Bright Red Chords and Figure 4 of

24 Domino; correct?

25     A      Yes.  Those figures don't correspond.  The

Page 56

1    correspondence between Domino and Bright Red Chords
2    is generally between, you know, the first phrase or
3    the third phrase, not the second and fourth.  Except
4    for the ending points coincide.  They both end with
5    B A on the second and fourth figures.  B A being
6    transposed to D, considering all songs in the key of
7    D, of course.
8         MR. MOVIT:  Could you please read back
9    Dr. Stern's last answer, please.
10              (The record was read.)
11   BY MR. MOVIT:
12        Q    Dr. Stern, would you agree that no
13   composer is entitled to monopolize --
14              (Reporter clarification.)
15   BY MR. MOVIT:
16        Q    Dr. Stern, do you agree that no composer
17   is entitled to monopolize ending a phrase on B A?
18        A    I think they could have copyright
19   protection for it, if it is within a very specific
20   kind of melodic framework.  Any notes can be
21   copyright protected when you have a very specific
22   kind of melody that ends with them.
23        Q    Dr. Stern --
24        A    Yes.
25        Q    -- is Will Loomis the first composer to

1   end a phrase with B A?

2        A     Of course not.

3        Q     Okay.

4        A     We all know that.

5        Q     Countless compositions have ended a phrase

6   on B A; correct?

7        A     We're talking about such small units, it

8   becomes very hard to -- if we're going to isolate it

9   down to, like:  Shakespeare started a sentence with

10  the word "the."  I mean, what are we going to get

11  out of this?

12       Q     Again, Dr. Stern, my question is just that

13  countless composers have ended a phrase on B A;

14  correct?

15       A     Abstractly, yeah, sure.

16       Q     Okay.  Dr. Stern, we're going to now talk

17  about the melodic rhythm in Figure 4.

18       A     All right.

19       Q     Um, Dr. Stern, the pickup notes in

20  Figure 4 of the two versions of Bright Red Chords

21  start on beat 2, but the pickup notes in Figure 4 of

22  Domino start on the second half of beat 1; correct?

23       MR. PEASE:  Objection.  Foundation.  What

24  measure?

25       MR. MOVIT:  We've established the measure --

Page 58

1          MR. PEASE:  This has been happening over and

2     over again.  You have to reference the measure each

3     time you ask the question.  That's foundation --

4          MR. MOVIT:  And I did.  When I asked Dr. Stern

5     what the pickup measures were for Figure 4 he agreed

6     that the pickup measures were Figure 15 of Bright

7     Red Chords Original, Figure 16 of Bright Red Chords

8     Final, measure 16 of Bright Red Chords Final and

9     measure 10 of Domino.

10          The witness did agree to that when I did

11     lay that foundation a few minutes ago, Ed.

12          THE WITNESS:  I know where we are.

13          MR. PEASE:  Maybe you do.

14          THE WITNESS:  Like I said, it would just be

15     helpful, for future reference, to have the bar

16     numbers there for each one, since we're looking at a

17     whole bunch of different versions, you know.

18     BY MR. MOVIT:

19          Q    Now if you would just look at -- I'll even

20     do it just with the measure numbers.  Just look at

21     Exhibit 44, which is your Exhibit D, you know,

22     measure 15 of Bright Red Chords Original, measure 16

23     of Bright Red Chords Final and measure 10 of Domino.

24          A    Yes.

25          Q    And that's -- those are all the pickup

Page 59

1   measures for the three compositions; correct?

2       A    Yes.

3       Q    Okay, thank you, sir.

4            Dr. Stern, do you agree that the pickup

5   notes for these two measures -- strike that.  Yeah.

6            Would you agree, Dr. Stern, that with

7   respect to the measures we have just discussed, the

8   pickup notes in Bright Red Chords start on beat 2,

9   but the pickup notes in Domino start on the second

10  half of beat 1?  Is that correct?

11      A    That's correct.  The Domino --

12      Q    That's a difference between the

13  compositions with respect to these measures;

14  correct?

15      A    With respect to these measures, again, the

16  material in bar 10 of Domino is related to Figure 1

17  or phrase 1 of BRC.  So yes, they are

18  different starting points --

19      DR. FERRARA:  But it is not identical, is it?

20  BY MR. MOVIT:

21      Q    But, Dr. Stern, isn't it correct that none

22  of the pick-ups in Domino are identical to the

23  pickup in Figure 1, in either Bright Red Chords

24  Original or Bright Red Chords Final?

25      A    They are basically in rhythm and pitch

Page 60

1    content.  There is just an extra syllable.  It's a
2    tiny difference.  It's not a difference -- it
3    doesn't make it a different melody.  It just means
4    it's a little -- you know, an extra syllable in
5    essentially the same melody.  That's all it is.
6         MR. MOVIT:  If the court reporter could please
7    mark that answer for our reference later.
8         THE WITNESS:  Because it's a very distinctive
9    sound.  It's a combination of rhythms and notes.
10   It's distinctive.  It's not just, you know, vague
11   material floating out there in the universe that
12   anyone has access to and copyright privilege to.
13   BY MR. MOVIT:
14        Q    But that combination that you have just
15   referenced is still not identical, is it?
16        A    Not in terms of the rhythm of the fourth
17   beat.  Otherwise, yes, it is.
18             But there is two 8th notes where there was
19   a quarter note -- I mean, in Domino there is a
20   quarter note where there was two 8th notes in Bright
21   Red Chords on the fourth beat.  So that is a
22   difference.
23             It's not a very significant difference in
24   terms of melodic identity -- establishing melodic
25   identity.

Page 61

1   Q   Dr. Stern?

2   A   Yes.

3   Q   You have identified in your expert report

4   what we have called Figure 1 today of Bright Red

5   Chords Original and Bright Red Chords Final.  You

6   have identified that in your report as Figure A;

7   correct?

8   A   Correct.

9   Q   And, Dr. Stern, you have identified what

10  we have called today Figure 2 of Bright Red Chords

11  Original and Bright Red Chords Final, in your

12  report, you have referred to that as Figure B;

13  correct?

14  A   Correct.

15  Q   And what you have called Figure 3 --

16  strike that.

17       What we have called today Figure 3 of

18  Bright Red Chords Original and Bright Red Chords

19  Final, in your report you have again referred to

20  that as Figure A; correct?

21  A   It was -- it's --

22  Q   You labeled it as Figure A; correct?

23  A   We're looking at BRC Original bar 13;

24  right?

25  Q   Yeah.  Bar 13, 14 of BRC Original --

Page 62

1     A     I got --

2     Q     And bars --

3     THE REPORTER:  I'm sorry, Jeff, I apologize.  I

4  didn't get all that question.

5  BY MR. MOVIT:

6     Q     I'll ask the question again.

7          Dr. Stern, you have identified bars 13, 14

8  of Bright Red Chords Original and 14, 15 as Bright

9  Red Chords Final, you have identified that as

10  Figure A in your report; correct?

11     A     Yes.  With -- notice there also little

12  symbols indicating variations or variants.

13     Q     And, Dr. Stern, you have identified bars

14  15, 16 of Bright Red Chords Original and bars 16, 17

15  of Bright Red Chords Final, you have notated that as

16  Figure B in your report; correct?

17     A     B1.

18     Q     So it's a variation of B; correct --

19     A     Correct.

20     Q     -- in your opinion?

21     A     Correct.

22     Q     And all four of figures in verse 1 of

23  Domino you have identified in your opinion as

24  variations of Figure A; correct?

25     A     That, plus the ending of Figure B.  They

Page 63

1    were varied versions.  So I do have both of those

2    there, not just Figure A referenced.

3         Q    So is it your opinion, Dr. Stern, that the

4    melodic development of the verse in Bright Red

5    Chords is essentially A B A B?

6         A    Yes.

7         Q    And the melodic development of Domino, is

8    it your opinion that it is essentially all

9    variations of A, i.e., A A A A?

10        A    Yes, with the important addition that --

11   what struck me when I analyzed this was that you do

12   have, in the corresponding places of the Figures 2

13   and 4, the ending on the same notes A -- I think at

14   the end of Figure 2 you have the ending on the same

15   note A.

16             And then in Figure 4 you have the same

17   arrival on A, but then with the Bright Red Chords

18   Final he went on a couple extra notes.

19             But there are other -- in other words, I'm

20   looking at other parallelisms, not just the

21   Figure A.

22             But it's primarily variations on A, yes,

23   primarily.

24        Q    So, Dr. Stern, it's fair to say that the

25   melodic development of the verse in Bright Red

Page 64

1    Chords is different from the melodic development of

2    the verse in Domino?

3         A    What do you mean by "melodic development

4    of the verse"?

5         Q    Dr. Stern, you agree that every pickup in

6    Domino is the same; correct?  They never change?

7         A    Correct.

8         Q    But that's not the case in Bright Red

9    Chords; correct?

10        A    Correct.

11        Q    Dr. Stern?

12        A    Yes.

13        Q    The narrative section of your report does

14   not contain any analysis of harmony; correct?

15        A    Of harmony?  I don't think so.  I focused

16   primarily on melody, and some other things.

17            But I'd have to look through it.  You

18   know, there is so much detail there I'd have to

19   through to see if I mentioned anything about

20   harmony, I may have.  But I am not focused on that

21   in the analysis.

22        Q    Dr. Stern, you agree that there is no

23   harmonic similarity between Bright Red Chords and

24   Domino; correct?

25        A    There is -- they are quite different, but

Page 65

1    I wouldn't there is no harmonic similarity.  There

2    are some chords, like tonic chords, you know, in

3    common.

4         Q    Dr. Stern, you would agree the most

5    popular songs have tonic chords; correct?

6         A    Of course.

7         Q    It's good that we can laugh a little bit.

8    That's good.

9              Dr. Stern, I would ask you to flip through

10   the narrative of your opinion and just please

11   confirm there is no discussion of harmony in it.

12        MR. PEASE:  Is there a question pending?

13        THE WITNESS:  Yes.

14        MR. MOVIT:  Yes.  I just asked the witness to

15   confirm that there is no discussion of harmony, no

16   analysis of harmony in the text passages of his

17   report.

18        MR. PEASE:  Thank you.

19        THE WITNESS:  I agree.  My understanding is

20   that chords progressions are not copyrightable.  So

21   I wasn't really concerned with that when I wrote up

22   the report, yes.

23             But I put the chords progressions in the

24   transcriptions.

25        Q    Right.

Page 66

1          Dr. Stern, your report does not proffer
2     any analysis of the overall structure of Bright Red
3     Chords and Domino; correct?
4          A    It shows transcriptions which do show a
5     certain amount of like verse, chorus, pre-chorus,
6     you know, where some -- where these structural
7     elements occur.
8               And I do talk about phrase structure --
9     I'm sorry, did I -- was there another part to the
10    question that I didn't answer so far?
11         Q    No, no, that was the question, Dr. Stern.
12         A    Okay.
13         Q    Dr. Stern, your report doesn't proffer any
14    comparison between the overall structure of Bright
15    Red Chords and Domino; correct?
16         A    No, I did.  I remember I talked about both
17    of them starting with -- at eight-bar unit form from
18    two bars --
19               (Reporter clarification.)
20         THE WITNESS:  An initial verse unit of eight
21    bars, formed by four two-bar units, and I
22    compared -- that both songs have that.  I did
23    compare that.
24    BY MR. MOVIT:
25         Q    Dr. Stern, do you agree that your report

Page 67

1    doesn't proffer any opinion regarding similarity

2    between the lyrics of the two works?

3         A    Yes, I agree with that.

4         MR. MOVIT:  Okay.  I think it's a good time for

5    10-minute break.  Is that fine with everyone?  Is

6    everyone doing okay?

7         MR. PEASE:  What is your time estimate at this

8    point?

9         MR. MOVIT:  One moment, and I'll give you a

10   time estimate.

11        MR. PEASE:  Okay.

12        THE VIDEOGRAPHER:  Off the video, 3:50.

13             (A recess was taken from

14             3:50 p.m. to 4:15 p.m.)

15        THE VIDEOGRAPHER:  Back on the video record,

16   4:15.

17        MR. MOVIT:  Okay.  Kim, can you please take out

18   what I told you internally was BBB document.  That's

19   internal, that's not how we're marking it --

20        MS. JACKSON:  Got it.

21   BY MR. MOVIT:

22        Q    So now, Dr. Stern, please keep out

23   Exhibit 44.

24        A    Okay.

25        Q    And now we're going to mark another

Page 68

```
1    document that I'd like you to look at

2    simultaneously.

3            Kim, could you hold it up to the camera

4    just to make sure it's the correct document?

5            Yes, perfect.  Okay.  That's our next

6    exhibit.

7        MS. JACKSON:  Exhibit 46?

8        MR. MOVIT:  46?  46.

9            (Exhibit 46 was marked for

10           identification by the Reporter.)

11   BY MR. MOVIT:

12       Q    Dr. Stern, do you have Exhibit 46 in front

13   of you?

14       A    Yes.

15       Q    Okay.  And this is your comparison of

16   the first verses of Bright Red Chords -- what you

17   call the Final version of Bright Red Chords, not the

18   deposit copy Domino and Rush; correct?

19       A    Correct.

20       Q    Okay.  And it's your understanding that

21   Rush is a song by the band Big Audio Dynamite too?

22   Is that your understanding?

23       A    Yes.

24       Q    Okay.  Dr. Stern, just to expedite things

25   we believe we found one error in bars 11 and 15 of
```

Page 69

1    Exhibit 46.

2        A    Okay.

3        Q    In those bars in your transcription in

4    Exhibit D for those bars, for Bright Red Chords

5    Final, you wrote F sharp E sharp F sharp, but in

6    Exhibit I, the transcription says E natural instead

7    of E sharp.  That should be an E sharp; correct, in

8    Bright Red Chords --

9        A    Yeah, I think you're right about that.

10       MR. PEASE:  Wait a minute.  I don't think are

11   you looking at the same document --

12   BY MR. MOVIT:

13       Q    Compare those bars to Exhibit 44, please.

14       MR. PEASE:  Could you --

15   BY MR. MOVIT:

16       Q    11 and 15 of Bright Red Chords Final.

17       A    Yeah, they should be in E sharp.

18       Q    Okay.  Why don't we -- why don't you write

19   that --

20       A    I consider these very minor vocal

21   embellishments, not very significant.  Like --

22       Q    All right.  If you could, please ---

23       A    Yes --

24       MR. PEASE:  Are we talking about the second

25   bar, the -- what is written as an F sharp E F sharp,

Page 70

1   and that should be the E sharp in the middle of

2   that, two 16th notes and an 8th note?

3       MR. MOVIT:  Correct.

4       MR. PEASE:  Okay.  I saw that as well.  I know

5   what you're talking about.

6   BY MR. MOVIT:

7       Q    Okay, sir, if you agree that should be an

8   E sharp, could you write in the sharp in bars 11 and

9   15, please.

10      A    Yes.

11      Q    With a pen, so that that is part of our

12  exhibit now is with the sharp.

13      A    These are very small vocal embellishments.

14  They don't have a lot of bearing on -- the main

15  thing is the arrival on the F sharp at that point.

16      MR. PEASE:  Wait for a question.

17  BY MR. MOVIT:

18      Q    Yes, please, sir, we'll get out of here

19  faster if you wait for a question, and just answer

20  the question I'm asking.

21      A    Okay.

22      MR. MOVIT:  Okay.  Now, Kim, we'd like to mark

23  the next exhibit, which is the document I just sent

24  you.

25      MS. JACKSON:  Okay.

1        MR. MOVIT:   This will be 47.

2             (Exhibit 47 was marked for

3             identification by the Reporter.)

4        MR. MOVIT:   Could the court reporter -- while

5    Dr. Stern is looking at this document, could the

6    court reporter please read back the last statement

7    that Dr. Stern said.

8             (The record was read.)

9        MR. MOVIT:   Could you please read back

10   Dr. Stern's statement one more time.

11            (The record was reread.)

12   BY MR. MOVIT:

13       Q    Dr. Stern, isn't it correct that at the

14   very same point in Rush the composition arrives at

15   an F sharp?

16       A    Yes.

17       Q    Dr. Stern, I'd now like you to please look

18   at Exhibit 47.   And we will represent -- please let

19   us know if you have reason to disagree -- but we

20   will represent that the scale degrees for Bright Red

21   Chords, Bright Red Chords Original, Bright Red

22   Chords Final and Domino, are the same scale degrees

23   that were set forth in the earlier exhibit we marked

24   45.   You can check that if you want, but we will

25   represent that they are the same.

1          And for your convenience we have written

2    the bar numbers to the right.

3      A    I saw that.  Thank you.

4          Yeah, I don't have the Original version of

5    Bright Red Chords on this Exhibit I, or what you're

6    calling Exhibit 46, so --

7      Q    That's correct, sir --

8      A    -- so I'm going to have to go back and

9    refer to this as well.

10     MR. PEASE:  Is there a question pending?

11     THE WITNESS:  I think he asked me to confirm

12   the scale degrees.

13     MR. PEASE:  Okay.

14   BY MR. MOVIT:

15     Q    No, sir.  We just asked you to compare to

16   Exhibit 45, which was the earlier one-page sheet

17   with the scale degrees, which you confirmed was

18   accurate, sir.

19     A    So I am not clear on what you're asking me

20   about 47.

21     Q    Sure.  We just wanted you to -- I

22   represented, for the sake of expedience --

23     A    Yes.

24     Q    -- that the Bright Red Chords Original,

25   Bright Red Chords Final and Domino scale degrees are

Page 73

1    identical on Exhibit 45 and 47 --

2        A    Oh, I see what you're saying --

3        Q    -- and that the only difference between

4    Exhibit 45 and Exhibit 47 is that the corresponding

5    scale degrees for Rush are also listed.

6        A    I see what you're saying.  Let me check.

7             Yeah, I agree that the bottom three songs

8    in Exhibit 47 are the same in both, as the three in

9    the earlier exhibit.

10       Q    Okay. sir, I would just like you to please

11   quickly confirm that you believe that the scale

12   degrees for Rush in Exhibit 47 are accurate,

13   vis-a-vis your Exhibit 46.

14       A    I got that, thanks.

15            Yes, they are.

16       Q    Okay, sir, if you could please look at

17   Exhibit 47.

18       A    Yes.

19       Q    With respect to Figure 1 do you agree that

20   there are six pitches in the pickup bar -- strike

21   that.

22            Do you agree that there are six notes in

23   the pickup bar in Rush and Domino, but seven notes

24   in the pickup bar in Bright Red Chords?

25       A    Yes.

Page 74

1    Q     And, Dr. Stern, do you agree that there

2   are the same number of pickup notes in Figure 2 in

3   Rush, Bright Red Chords and Domino, of both Original

4   and Final of Bright Red Chords, Rush and Domino?

5    A     Yes.

6    Q     And, sir, do you agree that the pitches in

7   the second bar of Figure 2 are identical for Rush,

8   and both versions of Bright Red Chords?  Identical

9   notes 6 and 5; correct?

10   A     I'm just going back to check the Original.

11  That's not on this . . . yeah, we're talking about

12  the scale degrees, yes.

13        Yes, I'd agree.

14   Q     And the rhythm is identical in the second

15  bar of Figure 2 for Rush and Bright Red Chords, both

16  versions; correct?

17   A     I think Rush -- hold on.  This was that

18  part in bar 12 of BRC Original, there is a dotted

19  quarter.  It's a little longer, so --

20   Q     Okay.  Okay.

21   A     -- but --

22   Q     The rhythm is identical, is it not, in

23  the second bar of Figure 2 in Bright Red Chords

24  Final and Rush; correct?

25   A     Correct.

Page 75

```
1        Q    But the rhythm is different from both Rush
2    and Bright Red Chords in the second bar of Figure 2
3    of Domino; correct?
4        A    Correct.
5        Q    And there is a scale degree of 1 in
6    the second bar of Figure 2 of Domino that is not
7    present in the second bar of Figure 2 of Rush or
8    either version of Bright Red Chords; correct?
9        A    You have to clue me in better where you
10   are.
11       Q    I'm saying that the second bar of Figure 2
12   of Domino, which is bar 7 --
13       A    Okay.
14       Q    -- contains a scale degree 1; correct?
15       A    Correct.
16       Q    Okay.  And I'm saying that isn't it also
17   correct that scale degree 1 is not present in
18   the second bar of Figure 2 of Rush or either version
19   of Bright Red Chords?
20            And I have the corresponding bar numbers
21   next -- next to the equivalent place on the chart
22   for you to confirm that.
23       A    It's correct.
24       Q    Thank you, sir.  Okay.
25            And Dr. Stern, with respect to Figure 1 --
```

Page 77

1    the rhythm are identical?

2         A    Yes.

3         Q    But the pitches and the rhythm are not

4    identical in the second bar of Figure 4 of Domino;

5    correct?

6         A    Correct.

7         Q    Okay, Dr. Stern, if you would please go

8    back to your expert report, sir, which is the first

9    exhibit we marked today.

10             And if you could just kind of kind of keep

11   your finger on Exhibit F and Exhibit G of your

12   report.  Those are the two sections in your report

13   which you talk about -- which you call drum usage;

14   correct, sir?

15        A    F and G?

16        Q    Yes, sir.  That's the part of your report

17   where you talk about what you call drum usage;

18   correct?

19        A    Correct.

20        Q    In Exhibit F, sir, you opine that the drum

21   beat drops out for the start of the verses in Bright

22   Red Chords and Domino; correct?

23        A    Correct -- well, not opinion.  I stated

24   it.

25        Q    Dr. Stern?

Page 78

1      A     Yes.

2      Q     You refer to something as a drum break.

3  In your opinion -- by drum break do you mean where

4  the drums drop out?

5      A     Yes.

6      Q     Okay.  So you're not referring to a drum

7  beat -- a drum break as that term is used in

8  hip-hop?

9      A     No.

10      Q     Okay.  That's all.  Just wanted to clarify

11  that.  Okay.

12          So, Dr. Stern, do you agree that the

13  rhythm in the drum beat that comes in after the drum

14  break is different in the first sections in Bright

15  Red Chords and Domino?

16      A     Could you -- you have to define it a

17  little more closely.

18      Q     Let me rephrase that.

19      A     Yes, please.

20      Q     Would you agree in Bright Red Chords and

21  Domino the drum rhythm -- the drum beat is different

22  after the drum break in the two compositions?

23      A     My recollection, and the way I transcribed

24  it, is that Domino has just a base drum, a square

25  four, square base drum; right?

Page 79

1        Q     Yes, sir.

2        A     Bright Red Chords has the alternating base

3    and snare.  I think there is more added on to it,

4    but I had actually had a track of just the drums, it

5    just had base and snare.

6              But it's still a square four beats in both

7    cases, but it is different drums configuration.

8        Q     The square four beats is commonly referred

9    to as "four on the floor"; correct?

10        A     Is that to do more with the four beat base

11    drum, though?

12              (Reporter clarification.)

13    BY MR. MOVIT:

14        Q     The base drum or the kick -- the base drum

15    or the kick drum, that's known as "four on the

16    floor"; correct?

17        A     That would be -- that's what I recall

18    being in Domino.  But I have a snare coming in on

19    the -- later on Domino as well, so -- which is

20    closer.

21              But they are both very basic four beats.

22    But there is, you know, slightly different drum

23    configurations, as you can see.

24        Q     Dr. Stern, do you agree that the full drum

25    beat in Bright Red Chords is present during the

Page 80

1    introduction before verse 1, and then drops out

2    during the pickup bar --

3         A    Yes.

4         Q    -- of verse 1?  Thus, the effect in Bright

5    Red Chords is that the drum beat is interrupted in

6    the pickup bar to the verse in Bright Red Chords;

7    correct?

8         A    Yes.

9         Q    However, in Domino there are no drums at

10   all until the first full bar of verse 1, so there is

11   no interruption; correct?

12        A    Correct.

13        Q    Moreover, when the drums enter in verse 1

14   in Domino, only the base drum plays until the second

15   stanza of the verse commences; correct?

16        A    I'm sorry, where are you?

17        Q    Sure.  When the drums enter in verse 1 of

18   Domino, my question is:  Isn't it correct that there

19   is only a base drum until the second stanza of the

20   verse?

21        A    I don't recall the entire drum beats of

22   the whole -- that far.  I just transcribed what was

23   there.  So it comes in with just the base drum.

24        Q    But in Bright Red Chords there is more

25   than just the base drum playing after the drum break

1    in verse 1; correct?

2         A    Correct.

3         Q    Dr. Stern --

4         A    Yes.

5         Q    -- do you recall that in the song Rush,

6    that just like in Domino -- strike that.

7              Okay.  Now we're going to play the

8    composition Rush, rather than just ask you a

9    question about it before playing it.

10             So, Kim, this is on one of the CDs that

11   you received by FedEx today.  If you hold on a

12   minute, I'll tell you which CD and which track.

13        MS. JACKSON:  Okay.

14        MR. MOVIT:  Kim, this is track 6 on the CD that

15   should be labeled Dr. Ferrara's Audio Exhibit 1.

16        MS. JACKSON:  Okay, just a minute.

17        MR. MOVIT:  And I'll represent that this is the

18   CD that we're going to mark as Audio Exhibit 1 to

19   Dr. Ferrara's report.

20        MS. JACKSON:  Track 6.

21        MR. MOVIT:  And we will mark this CD as the

22   next exhibit, of course.

23             (Exhibit 48 was marked for

24             identification by the Reporter.)

25        MS. JACKSON:  Ready for play?

Page 82

1      MR. MOVIT:  Yes, we're ready.

2      Q    And I'd ask you to please listen to the

3  drum elements while this is played because I'm going

4  to ask questions.

5          (A portion of the CD was played.)

6      MR. MOVIT:  Kim, you can stop it.  You can stop

7  it.

8      Q    We wanted to just get through the verse.

9  I'm going to play it again, just the beginning of it

10  again.

11          So, Kim, if you could just play that track

12  again from the beginning, and I'll tell you when to

13  stop.

14      MS. JACKSON:  Okay, starting.

15          (The CD was replayed.)

16      MR. MOVIT:  Okay, you can stop it, Kim.

17  BY MR. MOVIT:

18      Q    Dr. Stern, isn't it correct that in Rush

19  there are no drums until after the pickup?

20      A    Yes.

21      Q    Okay.  Dr. Stern, isn't it correct that in

22  Domino there are no drums until after the pickup?

23      A    Yes.

24      Q    And that does not apply to either version

25  of Bright Red Chords; correct?

Page 83

1      A    Correct.

2      MR. MOVIT:  Now we're going to play Rush

3  commencing at one minute 24 seconds, which precedes

4  the verse that begins at one minute 34 seconds.

5          And, again, we will ask Dr. Stern to

6  please pay particular attention to the drum elements

7  while we do this.

8          Kim, are you able to advance the track to

9  a minute 24?

10     MS. JACKSON:  Possibly.  Is it the same track

11  that I was just on?

12     MR. MOVIT:  That's correct.

13     MS. JACKSON:  Let me see.  Hold on.

14         It started at a minute 17, will that work?

15     MR. MOVIT:  That's just fine, thank you.

16  Starting at a minute 17.

17     MS. JACKSON:  Okay.  And tell me when to stop.

18         (A portion of the CD was played.)

19     MR. MOVIT:  You can stop it.

20     Q    Dr. Stern, isn't it a fact that the drums

21  start out -- drop out at the start of the pickup bar

22  to the verse that starts at a minute 34 in Rush?

23     A    There is -- I heard the drums drop out for

24  the pickup bar itself.

25         Would that answer your question?

Page 84

1      Q    Yes, thank you, sir.

2           Dr. Stern, in your report you don't

3    mention that Rush contains the same drum beat

4    dropout at the start of the pickup bar that Domino

5    contains, do you?

6      A    No.

7      Q    Okay.  You also don't mention in your

8    report, do you, that unlike Bright Red Chords Rush

9    and Domino both commence with no drum track;

10   correct?

11     A    Yes.

12     Q    Dr. Stern, Will Loomis did not invent the

13   idea of having the drum beat drop out at the start

14   of a verse, did he?

15     A    (To Mr. Loomis)  Did you?

16          No, it's --

17     Q    Would you agree that having the drum beat

18   drop out at the start of a verse or in a section of

19   a song is a common arranging idea?

20     A    Yes.  This is just another addition.  The

21   intention is we had a lot of melodic similarities,

22   and then here's a drum similarity.

23          MR. MOVIT:  Okay.  We're going to mark another

24   exhibit now which is Dr. Ferrara's report.

25          THE REPORTER:  Kim, did you mark the CD as 47?

1       MR. PEASE:  I have the CD as Exhibit 48.

2       MS. JACKSON:  Right.  48 was the disk, and

3   now -- we're doing 49 now, Jeff?

4       MR. MOVIT:  Could you please repeat the

5   question?

6       MS. JACKSON:  The disc was Exhibit 48.

7       MR. MOVIT:  Yes.  And then Dr. Ferrara's report

8   will be 49, yes.

9       MS. JACKSON:  Dr. Ferrara's report.

10          (Exhibit 49 was marked for

11          identification by the Reporter.)

12      MR. PEASE:  Ferrara's report was the thick, the

13  one that you originally --

14      MS. JACKSON:  This Defendants' Expert?  Oh,

15  yes.  That's 49.

16      MR. MOVIT:  Kim, it says, "Defendants' Expert

17  Disclosures Pursuant to Rule 26(A)(2)," and kind of

18  goes down the page on the right --

19      MS. JACKSON:  We got it.

20      MR. MOVIT:  Thank you.

21      MR. PEASE:  Thank you.  That was Exhibit 49.

22  BY MR. MOVIT:

23      Q   And my first question is just a simple yes

24  or no.  Have you read this report?

25      A   I received it after I had sent mine.  I