Page 86

1   have had it for a very short time.  I have studied a

2   good amount of it.  I haven't read it top to bottom

3   yet.

4        Q    Okay.  If you could please look at

5   paragraph 71 of Dr. Ferrara's report, and if you

6   could please just read paragraph 71 to yourself,

7   please.

8        A    All right.

9        Q    Okay.  And did you -- if you haven't done

10  so yet, could you please take a look at, very

11  quickly, Dr. Ferrara's transcription, which he calls

12  musical example 5, and immediately follows on

13  paragraph 71?

14       A    I checked it out.

15       Q    Okay.  Dr. Stern, paragraph 71 concerns a

16  song called When You're Looking Like That; correct?

17       A    Yes.

18       Q    Have you ever heard When You're Looking

19  Like That?

20       A    No.  I had -- I had the opportunity to

21  look through some of his exemplars, and like I said,

22  I have had very little time with this.  And this was

23  one song I didn't get to.  I did get to some of the

24  others, though.

25       Q    Dr. Stern, are you aware that Max Martin

1    is a credited writer of Domino?

2         A    No.

3         Q    Okay.  You see you see in the paragraph 71

4    that Dr. Ferrara states that Max Martin is a

5    co-writer of When You're Looking Like That; correct?

6         A    Yes.

7         Q    And do you also see that in his report

8    Dr. Ferrara stated that Max Martin is a co-writer of

9    Domino; correct?

10        A    That's right.

11        Q    Immediately --

12        A    Okay.  I started at 71.  That's with your

13   asked me to read, yes.

14        Q    Do you have any reason to doubt that Max

15   Martin is a co-writer of Domino and When You're

16   Looking Like That?

17        A    No, no, I believe you.

18        Q    Okay.  We're going to now play a portion

19   of When You're Looking Like That that Dr. Ferrara

20   has transcribed on page 26 of his report.

21             So, Kim, that CD we're going to play

22   another track on it --

23        MS. JACKSON:  The same CD?

24        MR. MOVIT:  -- it's going to be track 10.

25        MS. JACKSON:  All right.

Page 88

1      MR. MOVIT:  If you could please start playing

2  the track at a minute even.

3      MS. JACKSON:  Let's see about that.

4      MR. MOVIT:  But don't start it.  Just please

5  get it to that point, please.

6      MS. JACKSON:  Yeah, I'm working on it.

7          (A discussion was held off

8          the written record.)

9      MR. MOVIT:  Okay.  So, Kim, just please let me

10  know when you're ready, but don't start it just let

11  me know when it is cued up, please.

12      MS. JACKSON:  I'm at 57 seconds.  That's as

13  close as I can get.

14      MR. MOVIT:  That's perfect.

15      MS. JACKSON:  I'm ready then whenever.

16      MR. MOVIT:  Thank you so much.

17      Q    Do you see in musical example 5 or

18  page 26, Dr. Stern --

19      A    Yes.

20      Q    -- that Dr. Ferrara has transcribed When

21  You're Looking Like That commencing at a minute 10.

22          Do you see that, sir?

23      A    Yes.

24      Q    Okay.  So now we're going to play When

25  You're Looking Like That commencing a few seconds

Page 89

1   before a minute, like 57 seconds, and I'm going to

2   ask you to listen to the track, and please pay

3   particular attention so when the title phrase comes

4   in "When You're Looking Like That," please play

5   particular attention to that musical setting.

6           So whatever you're ready, Kim, you can

7   play it.

8       MS. JACKSON:   Okay.

9           (A portion of the CD was played.)

10  BY MR. MOVIT:

11      Q    Okay, you can stop it.

12           Dr. Stern, do you agree with Dr. Ferrara's

13  transcription of the musical settings to the words

14  "When You're Looking Like That"?

15      A    Yes.

16      Q    Dr. Stern, the pickup notes which

17  accompany When You're Looking Like That are almost

18  identical to the pickup notes that repeat in every

19  verse figure in Domino; correct?

20      A    You're talking about when you're looking

21  like just those notes; right?  The notes --

22      Q    The pickup notes --

23      A    -- the last three beats; right, you're

24  talking about?

25      Q    Yes, sir.

Page 90

 1      A    It's such a different context.  I don't
 2  really like this comparison very much.
 3           You're missing, you know, you have
 4  (witness makes vocal sounds) and you have got
 5  (witness makes vocal sounds.)
 6           It's so different.  Sorry.
 7      THE REPORTER:  I can't transcribe that.
 8      THE WITNESS:  There is some commonality in
 9  pitches.
10  BY MR. MOVIT:
11      Q    Dr. Stern, after the first note in the
12  pickup of Domino, isn't it correct that the five
13  successive notes are identical in the pick-ups of
14  Domino and When You're Looking Like That?
15      A    Yes.
16      MR. MOVIT:  Okay.  We're going to quickly see
17  if we have any more questions.  We're going to just
18  take a couple minutes.  I think we're really close
19  here.
20      MR. PEASE:  Thank you.
21      THE WITNESS:  Thank you.
22      MR. PEASE:  Thank you.
23      MS. JACKSON:  Off the video, 4:59.
24           (A recess was taken from
25           4:59 p.m. to 5:05 p.m.)

Page 91

1          THE VIDEOGRAPHER:  Back on the video record,

2     5:05.

3          MR. MOVIT:  As long as plaintiff's counsel has

4     no Redirect, we're done.

5          MR. PEASE:  No Redirect.

6          MR. MOVIT:  Thank you for your time, Dr. Stern.

7          THE WITNESS:  Thank you, sir.  Thank you.

8          THE VIDEOGRAPHER:  This concludes the

9     videotaped deposition.  We're now going off the

10    video record.  The time is 5:05.

11              (The deposition was concluded

12              at 5:05 p.m.)

13                   *    *    *

14

15

16

17

18

19

20

21

22

23

24

25

Page 92

1                          *     *     *

2

3

4    I, DECLARE UNDER PENALTY OF PERJURY THAT THE

5    FOREGOING IS AN ACCURATE TRANSCRIPTION OF MY

6    TESTIMONY UNDER THE LAWS OF THE STATE OF CALIFORNIA,

7    EXECUTED ON THE _____ DAY OF _____,

8    _____.

9

10

11                    _____

12                         DAVID STERN

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 93

1                    REPORTER'S CERTIFICATE

2                              OF

3              CERTIFIED SHORTHAND REPORTER

4

5                     *   *   *   *   *   *   *

6

7

8    I, THE UNDERSIGNED CERTIFIED SHORTHAND REPORTER, IN

9    AND FOR THE STATE OF CALIFORNIA, DO HEREBY CERTIFY:

10   THAT THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME

11   AT THE TIME AND PLACE THEREIN SET FORTH, AT WHICH

12   TIME THE WITNESS WAS PUT UNDER OATH BY ME; THAT THE

13   TESTIMONY OF THE WITNESS AND ALL OBJECTIONS AT THE

14   TIME OF THE PROCEEDINGS WERE RECORDED

15   STENOGRAPHICALLY BY ME AND WERE THEREAFTER

16   TRANSCRIBED UNDER MY DIRECTION; THAT THE FOREGOING

17   IS A TRUE RECORD OF THE TESTIMONY AND OF ALL

18   OBJECTIONS MADE AT THE TIME OF THE PROCEEDINGS.

19

20

21   IN WITNESS WHEREOF, I HAVE SUBSCRIBED MY NAME ON:

22

     DATE: 9/13/2013

23

24          _____

25          LESLIE L. WHITE, CSR NO. 4148

Page 94

1   NAME OF CASE:   Loomis v. Cornish

2   DATE OF DEPOSITION:   9/13/13

3   NAME OF WITNESS:   DAVID STERN, Ph.D.

4   Reason Codes:

5           1.   To clarify the record.

            2.   To conform to the facts.

6           3.   To correct transcription errors.

7

8   Page _____   Line _____   Reason _____

9   From _____ to _____

10  Page_____   Line _____   Reason _____

11  From _____ to _____

12  Page _____   Line _____   Reason _____

13  From _____ to _____

14  Page_____   Line _____   Reason _____

15  From _____ to _____

16  Page _____   Line _____   Reason _____

17  From _____ to _____

18  Page_____   Line _____   Reason _____

19  From _____ to _____

20  Page_____   Line _____   Reason _____

21  From _____ to _____

22

23                              _____

24                              DAVID STERN

25

Exhibit "E"

1               UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4  WILL LOOMIS,                    )
                               )

5            Plaintiff,    )
      vs.                 )

6                        )  CASE NO.:
  JESSICA CORNISH, P/K/A JESSIE J, )  CV-125525-RSWL (JEMx)

7  an individual; UNIVERSAL MUSIC   )
  GROUP, INC., a Delaware         )

8  corporation; LAVA RECORDS LLC,   )
  a limited liability company;    )

9  UNIVERSAL REPUBLIC RECORDINGS,   )
  business form unknown; and      )

10  DOES 1-10, inclusive,         )
                               )

11             Defendants.   )
  _____)

12

13

14

15                    CONFIDENTIAL

16            TELEPHONIC DEPOSITION OF

17                JESSICA CORNISH

18              ENCINO, CALIFORNIA

19            SEPTEMBER 10, 2013

20

21

  ATKINSON-BAKER, INC.

22  COURT REPORTERS
  (800) 288-3376

23  www.depo.com

24  REPORTED BY:  JOANNA AUSTIN, CSR NO. 10380

25  FILE NO.:  A70991A

1

1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3

4   WILL LOOMIS,                    )
                                    )
5              Plaintiff,           )
          vs.                       )  CASE NO.:
6                                   )  CV-125525-RSWL (JEMx)
    JESSICA CORNISH, P/K/A JESSIE J, )
7   an individual; UNIVERSAL MUSIC  )
    GROUP, INC., a Delaware         )
8   corporation; LAVA RECORDS LLC,  )
    a limited liability company;    )
9   UNIVERSAL REPUBLIC RECORDINGS,  )
    business form unknown; and      )
10  DOES 1-10, inclusive,           )
                                    )
11             Defendants.          )
    _____)

12

13

14

15        Confidential telephonic deposition of JESSICA

16  CORNISH, taken on behalf of the Plaintiff at 16255 Ventura

17  Boulevard, Suite 704, Encino, California, commencing at

18  8:50 a.m., September 10, 2013, before Joanna Austin, CSR

19  No. 10380.

20

21

22

23

24

25

2

P483

```
 1   A P P E A R A N C E S:

 2

 3   FOR THE PLAINTIFF:

 4         LAW OFFICES OF EDGAR B. PEASE, III
           BY EDGAR B. PEASE, III ESQ.
 5         16255 Ventura Boulevard
           Suite 704
 6         Encino, California  91436
           (818) 981-2200
 7

 8   FOR THE DEFENDANTS:

 9         MITCHELL SILBERBERG & KNUPP LLP
           BY ELAINE K. KIM, ESQ.
10         11377 West Olympic Boulevard
           Los Angeles, California  90064-1683
11         (310) 312-2000

12

           MITCHELL SILBERBERG & KNUPP LLP
13         BY JEFFERY M. MOVIT, ESQ.
              CHRISTINE LEPERA, ESQ.
14         12 East 49th Street
           30th Floor
15         New York, New York 10017
           (212) 509-3900
16         (Via telephone)

17

           LEE & THOMPSON
18         BY LAWRENCE ENGEL, ESQ.
           4 Gee's Court
19         St. Christopher's Place
           London W1U IJD
20         +44 (0)20 3073 7600
           (Via telephone)
21

22   ALSO PRESENT:

23         JAY TIOLECO

24         WILL LOOMIS

25         BRENDAN McKANE
```

3

```
1                          I N D E X

2

3   WITNESS:  JESSICA CORNISH

4

5   EXAMINATION BY                                    PAGE

6   By Mr. Pease                                       6

7

8   EXHIBITS

9   PLAINTIFF'S   DESCRIPTION                         PAGE

10  1             Second Amended Notice of Deposition of    9
                  Jessica Cornish, P/K/A Jessie J (4 pages)
11
    2             Exclusive Recording Agreement dated      37
12                1/23/09, Cornish 0522-0587 (66 pages)

13  3             Sony/ATV Music Publishing Agreement      38
                  dated 8/6/08, Cornish 0588-0632
14                (45 pages)

15  4             Co-Publishing and Administration         42
                  Agreement, Cornish 010-024 (15 pages)
16
    5             Agreement dated 7/20/11 Re Serban        42
17                Ghenea mixing Jessie J, Cornish
                  0649-0662 (14 pages)
18
    6             Agreement dated 7/13/11 Re Dr. Luke      43
19                Producing Jessie J, Cornish 0633-0648
                  (16 pages)
20
    7             E-mail correspondence with the subject   49
21                line, "Cirkut decs - 'Price Tag' Remix
                  and the other is for "Domino," Cornish
22                070-071 (2 pages)

23  8             Photocopy of the CD stating "Domino      49
                  Jessie J Remix EP" (2 pages)
24

25  9             Photocopy of the Who You Are CD (1 page) 50
```

4

```
 1 | EXHIBITS (CONTINUED):
 2 |
 3 | PLAINTIFF'S    DESCRIPTION                              PAGE
 4 | 10             BBC News article titled, "Are there       53
 5 |                blurred lines when it comes to
   |                copyright?" (2 pages)
 6 | 11             Hollywood Reporter article titled,        57
 7 |                "Why Music Producer Dr. Luke Sues
   |                People Who Claim He Copies Songs
 8 |                (Analysis)" (4 pages)
 9 | 12             Party in the U.S.A. Wikipedia article     61
   |                (16 pages)
10 | 13             Photograph of the CD artwork of Party     61
11 |                in the U.S.A. by Miley Cyrus (1 page)
   | 14             Jessie J discography Wikipedia article    61
12 |                (8 pages)
13 | 15             Article titled "Claude Kelly, The Story   74
   |                Behind Domino" from Jessie J's Web site
14 |                (1 page)
15 |
   |                (Exhibits 2 through 7 Confidential and/or
16 |
   |                Attorneys' Eyes Only.)
17 |
18 |                (PLAINTIFF'S EXHIBITS 1 THROUGH 15 WERE
19 |                MARKED FOR IDENTIFICATION ON PAGE 77.)
20 |
21 |                QUESTIONS INSTRUCTED NOT TO ANSWER
22 |                        PAGE           LINE
23 |                         7              20
24 |                        10              15
25 |
```

5

P486

1   whether the track that's already built from a computer

2   from --

3           THE COURT REPORTER:  I'm sorry.  I'm having a

4   hard time hearing you.

5           MS. PEASE:  That was the court reporter.  She

6   just missed the last part of that sentence.

7           THE WITNESS:  And then the live instruments are

8   added on top of that.  However, in this situation I don't

9   remember in which way the song had begun or was finished.

10  BY MR. PEASE:

11      Q   Okay.  Are you aware that on "Domino" of Jessie

12  J, the remix EP?  Are you familiar with that purple CD?

13          MR. MOVIT:  I'm going to object to the form of

14  that question.  That was two separate questions.

15  BY MR. PEASE:

16      Q   Ms. Cornish, are you familiar with the "Domino"

17  Jessie J remix EP that contains "Domino," "Price Tag," "Who

18  You Are," "Laserlight," "My Shadow" and then an extended

19  version of "Domino"?  Are you familiar with that CD, ma'am?

20      A   No, not that I can recall.

21      Q   It's a very good CD and it has a seven-minute

22  version called "Domino, Myon and Shane remix, extended

23  mix," and it's seven minutes and 11 seconds long.  I guess

24  it's a dance version.  You're not familiar with that at

25  all?

34

1        A    I would have been played it at some point, but
2   you have to respect there are many things I'm doing in my
3   career and my schedule and I don't remember every detail.
4        Q    This one has the three minute and 52 second
5   "Domino" on it and it has -- that's the vocal version, the
6   regular release, my understanding -- and then there's a
7   seven-minute --
8            MR. MOVIT:  Is there a question here?
9            MR. PEASE:  Yes.
10       Q    Is she familiar with this and her answer is no?
11       A    The --
12           MR. MOVIT:  That's --
13           THE WITNESS:  -- "Domino" every remake as I
14   have to approve them before they're used.  However, on this
15   occasion my memory has forgotten that specific EP that
16   you're referring to.
17   BY MR. PEASE:
18       Q    You have another CD called, "Who You Are,
19   Jessie," and is this the one where you have -- just because
20   we're far apart here and we're not showing things to each
21   other.  Just to let you know, it's the one where you have
22   dark hair, dark finger nails and you have your knuckles
23   near your temples and you're singing on the label.
24           Do you know that cover art?
25           MR. MOVIT:  Object to the form.

35

P488

1   the witness understands the question she may answer.

2           THE WITNESS:  I don't really understand.  I

3   don't mean that in a rude way.  I don't really understand

4   what you mean.

5   BY MR. PEASE:

6       Q   Do you think it's important for your career to

7   co-write with other artists?

8           MR. MOVIT:  Object to the form.

9           THE WITNESS:  Are you regarding Miley Cyrus?

10  BY MR. PEASE:

11      Q   No.  I'm talking about Miley Cyrus and Dr. Luke

12  and other artists.  My question is, do you think it's

13  important to your career to co-write -- you yourself, do

14  you think it is important to co-write with other artists?

15          MR. MOVIT:  Object to the form.

16          THE WITNESS:  Forgive me.  I -- within the

17  industry Dr. Luke and Claude Kelly would not be seen as

18  artists.  They'd be seen as a producer/songwriter and

19  Claude Kelly being a songwriter.  Miley Cyrus was not

20  present in the situation on "Party in the U.S.A." being

21  written.  The song was actually intended for myself, and

22  once the label had heard the song they didn't feel it was

23  suited to me; so Sony ATV alongside my record label and

24  Dr. Luke then pitched the song to other artists.  Miley

25  Cyrus then recorded the song without my presence and the

60

1  song was released, and even to this day I have yet to meet

2  Miley Cyrus. But, yes, to answer your question, I do think

3  it's hugely important to creatively involve yourself as an

4  artist with any type of creative person that wants to help

5  you push your boundaries as an artist.

6          Q   Thank you.

7              MR. MOVIT:   Ed, can we take a break now?

8              MR. PEASE:   Yeah.  If you need a break, yeah.

9              MR. MOVIT:   Back in ten minutes?

10             MR. PEASE:   Okay.

11             (Break held.)

12             (Mr. Loomis enters room.)

13  BY MR. PEASE:

14         Q   I'm going to attach to the deposition

15  transcript a document that I provided to counsel, Elaine

16  Kim, and it's the "Party in the U.S.A." credits and

17  Wikipedia article that talks about the release date.  You

18  can't see it yet, but that's going to be attached as

19  Exhibit 12.  And Exhibit 13 is the CD artwork photograph or

20  Xerox color copy of "Party in the U.S.A." by Miley Cyrus

21  which was written by Luke -- Dr. Luke and Jessica and

22  Claude Kelly and that would be Exhibit 13.  The last

23  exhibit we're attaching is a Jessie J discography also from

24  Wikipedia, which just for identification purposes

25  Exhibit 14.  The discography of Jessie J English Singer

61

1    BY MR. PEASE:

2         Q    We couldn't hear you.  You're talking over each

3    other.

4         A    That concept makes sense to me, yes.

5         Q    When someone at Universal or wherever, whatever

6    entity you want to call it, tells you that this song is not

7    right for you, who said that to you?

8              MR. MOVIT:  Object to the form of the question.

9    Are you talking about specifically, "Party in the U.S.A."?

10             MR. PEASE:  Yes, I am.

11             MR. MOVIT:  Your question is who, if anyone,

12   told Ms. Cornish --

13             MR. PEASE:  No, that's not my question.

14             MR. MOVIT:  -- that "Party in the U.S.A." was

15   not right for her -- from Universal?  Is that your

16   question, Ed?

17             MR. PEASE:  Yes, that is my question.

18             THE WITNESS:  I don't remember specifics, but

19   it would have been my management company at the time and it

20   would have been my A&R at the record label, which is Jason

21   Flom and my A&R in the UK, which is (inaudible) and anybody

22   else involved at my publishing company.  And obviously I

23   can't speak for Miley Cyrus's team, but that's as detailed

24   as I can be.

25        Q    That's exactly what I was asking.  When you

67

EXHIBIT "F"

Page 299

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4    WILL LOOMIS, an individual,        )
                                         )            CERTIFIED COPY
5               Plaintiff,               )
                                         )
6         vs.                            )   No. CIV12-5525
                                         )   Pages 299 - 344
7    JESSICA CORNISH, P/K/A JESSIE J,    )
     an individual; UNIVERSAL MUSIC      )
8    GROUP, INC., a Delaware             )
     Corporation; LAVA RECORDS, LLC, A)
9    limited liability company;          )
     UNIVERSAL REPUBLIC RECORDS,         )
10   Business form unknown; DOES 1-10,)
     inclusive,                          )
11                                       )
12              Defendants.              )
     _____)

13

14                         VOLUME II

15    CONTINUED VIDEOTAPED DEPOSITION OF WILLIAM RAY LOOMIS

16                  LOS ANGELES, CALIFORNIA

17                TUESDAY, SEPTEMBER 3, 2013

18

19

20

21

22

23   REPORTED BY:

24   LESLIE L. WHITE, CSR NO. 4148

25   JOB NO.:  65460

Page 300

1

2

3

4                    Tuesday, September 3, 2013

5                         1:11 p.m.

6

7

8           Videotaped deposition of WILLIAM RAY

9    LOOMIS, Volume II, held at 11377 West Olympic

10   Boulevard, Suite 600, Los Angeles, California,

11   before Leslie L. White, CSR No. 4148.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 301

```
 1     A P P E A R A N C E S:

 2

 3         LAW OFFICES OF EDGAR B. PEASE III

 4         Attorneys for Plaintiff

 5             16255 Ventura Boulevard

 6             Encino, California 91436

 7         BY:  EDGAR PEASE III, ESQ.

 8

 9

10         MITCHELL SILBERBERG & KNUPP

11         Attorneys for Defendants

12             12 East 49th Street

13             New York, New York 10017

14         BY:  JEFFREY MOVIT, ESQ.

15         (PRESENT THROUGH VIDEO CONFERENCE)

16                 -AND-

17         MITCHELL SILBERBERG & KNUPP

18         Attorneys for Defendants

19             11377 West Olympic Boulevard

20             Los Angeles, California 90064

21         BY:  ELAINE KIM, ESQ.

22

23     ALSO PRESENT:

24     JOHN AGUON, Videographer

25     BRENDAN McKANE
```

Page 302

```
1                           I N D E X
2    WITNESS:                 EXAMINATION              PAGE
3    WILLIAM RAY LOOMIS       BY MR. MOVIT              304
     VOLUME II
4
5
6

7                        E X H I B I T S
     DEFENDANTS'                                        PAGE
               (Previously marked and reattached)
8
9    Exhibit 1       Notice of Deposition
10                   (Newly marked and attached)
11   Exhibit 23      Amended Notice of Continued        306
                     Deposition of Will Loomis
12
     Exhibit 24      Additional documents produced      307
13                   at deposition by witness
14   Exhibit 25      Redweld file folder of             310
                     documents produced at deposition
15
     Exhibit 26      Will Loomis's Supplemental         315
16                   Response to Defendants' First
                     Set of Interrogatories No. 8
17
     Exhibit 27      Deposition of Kristin Loomis       317
18
     Exhibit 28      Deposition of William Ray          329
19                   Loomis
20
            QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
21                          (NONE)
22
                  INFORMATION REQUESTED
23                          (NONE)
24
                 REQUESTED TO BE MARKED
25                          (NONE)
```

Page 327

1    again, sir, of Exhibit No. 1.

2         A    Okay.

3         Q    Okay.  It says interrogatory No. 4, which

4    I'll read again.  It says:

5              "Set forth in detail all facts

6              which support any contention that

7              defendants purportedly had access

8              to the plaintiff's composition or

9              any recording thereof."

10             And a moment ago, sir, you said that you

11   had additional facts you believed regarding an

12   individual named Sean Walsh; is that correct, sir?

13        A    Yes.

14        Q    Okay.

15        A    And --

16        Q    Do you have additional facts regarding any

17   other person?

18        A    Yes.

19        Q    Okay.  Who else do you have additional

20   facts regarding?

21        A    Um, I have additional facts about the New

22   Music Seminar.

23             All of the panelists/judges on the New

24   Music Seminar February 2nd, 2010 were provided a

25   copy of Bright Red Chords, a press pack bio about

Page 328

1    the band and a link to the Bright Red Chords music

2    video, and that includes Rodney Jerkins.

3            And this was prior to the event.  And so

4    I -- you know, paperwork leading up to the New Music

5    Seminar where an official or several officials at

6    the New Music Seminar asked us to send them Bright

7    Red Chords and two other tracks, along with a press

8    pack and a link to the video.

9            And so those are some new documents that

10   show that Rodney Jerkins, who works frequently with

11   Claude Kelly and Dr. Luke and Max Martin, Rodney,

12   among others -- other writers, Rodney Jerkins,

13   excuse me, had access to the song prior to the New

14   Music Seminar through the officials at the New Music

15   Seminar, who provided him with a pack, which

16   included an MP3 and a video.

17       Q    What was that last thing you --

18       A    Which included an MP3 and a video of the

19   composition Bright Red Chords.

20           And, also, I understand you guys watched

21   the New Music Seminar video at my deposition where

22   Rodney Jerkins watched Bright Red Chords on screen,

23   and --

24       MR. PEASE:  Excuse me, did you say at your

25   deposition?

# Exhibit "G"

Page 345

<pre>
 1                   UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4    WILL LOOMIS, an individual, )        CERTIFIED COPY
                                  )
 5          Plaintiff,            )
                                  )
 6    vs.                         )  Case No. CIV12-5525
                                  )
 7    JESSICA CORNISH, P/K/A      )  (Pages 345 to 566)
      JESSIE J., an individual;   )
 8    UNIVERSAL MUSIC GROUP,      )
      INC., a Delaware            )
 9    Corporation; LAVA RECORDS,  )
      LLC, a limited liability    )
10    company; UNIVERSAL REPUBLIC )
      RECORDS, business form      )
11    unknown; DOES 1-10,         )
      inclusive,                  )
12                                )
            Defendants.           )
13    _____)
14
15
16
17                         VOLUME III
18    CONTINUED VIDEOTAPED DEPOSITION OF WILLIAM RAY LOOMIS
19                   LOS ANGELES, CALIFORNIA
20                  FRIDAY, SEPTEMBER 6, 2013
21
22
23    REPORTED BY:
24    Alejandria E. Kate, CSR NO. 11897, RPR-CLR
25    JOB NO. 65461
</pre>

Page 347

1    A P P E A R A N C E S:

2

3        FOR THE PLAINTIFF:

4            LAW OFFICES OF EDGAR B. PEASE III

             BY:  EDGAR PEASE III, ESQ.

5            16255 Ventura Boulevard

             Encino, California  91436

6

7

8

9

10       FOR THE DEFENDANTS:

11           MITCHELL SILBERBERG & KNUPP

             BY:  JEFFREY MOVIT, ESQ.

12               (PRESENT THROUGH VIDEO CONFERENCE)

                 GILBERT LEE, ESQ.

13               (PRESENT IN THE DEPOSITION ROOM)

             12 East 49th Street

14           New York, New York  10017

15

16

17

18

19       ALSO PRESENT:

20           JOHN AGUON, Videographer,

             TSG Reporting, Inc.

21

22

23

24

25

Page 348

I N D E X

WITNESS:                    EXAMINATION                    PAGE

WILLIAM RAY LOOMIS       By Mr. Movit                    351


E X H I B I T S

DEFENDANTS'                                               PAGE

Exhibit 18    --   CHAIN OF E-MAILS, BATES              466
                   LOOMIS 000091 THRU 000096
                   *PREVIOUSLY MARKED*

Exhibit 24    --   ACCESS POINT SUMMARY KEY             352
                   *PREVIOUSLY MARKED*

Exhibit 29    --   FACEBOOK CONVERSATION                386

Exhibit 30    --   COPY OF KATY PERRY CD                391

Exhibit 31    --   COPY OF KATY PERRY CD                391
                   "TEENAGE DREAM"

Exhibit 32    --   E-MAIL CHAIN                         406

Exhibit 33    --   COPY OF KATY PERRY THE MOVIE         463
                   "PART OF ME"

Exhibit 34    --   E-MAIL                               463

Exhibit 35    --   BRIEF TIMELINE OF EVENTS             475

Exhibit 36    --   COPY OF THE NEON TREES               520
                   "HABITS" CD

Exhibit 37    --   REDWELD                              521

Exhibit 38    --   MUSIC OF BLUE MOUNTAIN STATE,        534
                   WEB PRINTOUT

Page 349

1                    I N D E X (CONTINUED):

2

3                    E X H I B I T S

4   DEFENDANTS'                                           PAGE

5   Exhibit 39    --   LANDMARK MUSIC SUMMER 2009,    547
                       BATES LOOMIS 004365
6

    Exhibit 40    --   E-MAIL CHAIN                   549
7

    Exhibit 41    --   PLAYLIST FOR REPORTING, BATES  553
8                      LOOMIS 001604 THRU 001594

9   Exhibit 42    --   E-MAIL CHAIN                   555

10

11

12        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

13                       (NONE)

14

15

16              INFORMATION REQUESTED

17                       (NONE)

18

19

20

21

22

23

24

25