EXHIBIT "D"

# EXHIBIT D

Bright Red Chords - (Copyright Demo Recording and Final Video Versions) -
Domino Comparison (given in D major)



## EXHIBIT·D



## EXHIBIT D



## EXHIBIT D



## EXHIBIT D



## EXHIBIT D



## EXHIBIT D



## EXHIBIT D



## EXHIBIT D



## EXHIBIT D



## EXHIBIT D



### EXHIBIT D



\* Domino, bars 52-53 melody very close to BRC final, bars 10-11

## EXHIBIT D



EXHIBIT "E"

EXHIBIT E

Bright Red Chords (Demo and Final Versions) and Domino
Comparative Uses of Melodic Figures A and B

Example 1: Uses of Melodic Figure A in Bright Red Chords and Domino



2

# EXHIBIT E

### Example 2: Uses of Melodic Figures A and B in Bright Red Chords and Domino

Instead of using a distinct melodic idea B as in Bright Red Chords, Domino uses the start of melodic figure A followed by an ending figure that matches the end of figure B, or (usually) one that is very similar (labeled "end of B varied").



EXHIBIT "F"

EXHIBIT F

## Bright Red Chords - Domino, Comparison of Drums at Starts of Verses
## by Dr. David Stern, Ph.D. in Music Theory

I noticed a similarity in the use of drum breaks in both songs. In order to compare the drum breaks at the start of each verse, I did a transcription which includes the opening lines of each verse for both songs, and the basic drum patterns for these same passages.

For the following description, please refer to Exhibit G for the musical examples.

Verse 1

"Bright Red Chords:"  The drum drops out for the start of verse 1 in bar 10, with no drums until the steady beat at bar 11 which starts at the final word of verse 1's initial melodic line.

"Domino:" This pattern is mostly intact for Domino's first verse, bars 4-5. The difference here is that there is no drumbeat prior to bar 5, because it is near the start of the song and the drums have not yet come in altogether. However, the rest of the pattern, no drums to accompany the initial vocal line, and steady drumbeat starting at the last word of that initial melodic line in the following measure (bar 5), is there.

Verse 2

The drumbeat drops out for the opening line of verse 2 for both songs (compare Bright Red Chords, bars 31-32 and Domino, bars 39-40). Again, in both songs the steady drumbeat resumes in the corresponding place, at the last word of the text line.

The absence of drums to highlight the starts of verses and the use of a steady drumbeat starting at the last word of the initial melodic line for each verse creates an effect that is similar in both songs. This effect is heightened by the fact that the melodic material in the first bar of each verse (the part without the drumbeat going) consists of the same scale degrees within their respective keys and essentially  the same rhythms in both songs.

1

EXHIBIT "G"

Exhibit G

Comparison of Drum Usage at start of verses in
Bright Red Chords and Domino (given in D major)

Domino has been transposed to D major for ease of comparison



EXHIBIT "H"

EXHIBIT H
Comparison of the Verse Melodies to "Bright Red Chords",
"Domino", and "Rush"
by Dr. David Stern, Ph.D. in Music Theory

I was hired by Will Loomis in 2012 to do expert analytical assessment, transcribing and comparing the songs "Bright Red Chords" recorded by Loomis and the Lust and "Domino" recorded by Jessie J. I was subsequently asked to assess the relation between these songs and "Rush" recorded by Big Audio Dynamite, having been told that the legal defense team was claiming that "Bright Red Chords" sounds like the earlier song "Rush." I understand that "Rush" was introduced to demonstrate the presumption that the melodic material shared by "Bright Red Chords" and "Domino" is commonplace and not strongly distinguished, also appearing in the earlier song "Rush." Despite similarities, there are significant differences in the verse melodies of "Bright Red Chords" and "Rush."

My analytical conclusions concerning these three songs follow here.

For the following analysis, please see Exhibit I where I have placed all three songs in chronological order and provided a comparative musical analysis.

Note on labels: In Exhibit I, melodic figures are labelled with letters. If the labels are the same, the figures are related. Often the figures are varied, so A1 means a variation of A, A2 a different variation of A, et cetera. I labeled the opening melodic figure of Rush "A" to distinguish it from the other forms of melodic figure A found at the start of the other songs. I have retained the same labeling that I used for specific instances of figures A and B for the first verse of "Bright Red Chords" and "Domino" in my analysis from Exhibit D, including the phrase "end of B"or "end of B varied" to keep the terminology consistent. In Exhibit I, the use the letter C indicates the presence of the same melodic figure at the very end of verse 1 in "Bright Red Chords" and "Rush."

The first verse for each song has four distinct melodic lines consisting of two bars each (altogether forming a standard-length 8 bar verse).

The first melodic line of "Bright Red Chords" has some notes and rhythms in common with the first melodic line of "Rush" (labelled "A"), but starts on a different note and with a faster melodic rhythm (two eighth notes b-d1) than the opening melodic note of "Rush" (one quarter note d1). In my opinion this makes the melodic opening "Bright Red Chords" more distinctive and catchy than the opening line of "Rush." It is a real difference, and the ending of the first line for "Bright Red Chords" has an embellishment f#1-e1-f#1 not in "Rush."

The melodic settings for verse one text lines 2 and 4 are distinctly different in "Bright Red Chords" from the melodic settings of text lines 2 and 4 in "Rush," although they end with the same notes on the final word; this constitutes more of a structural connection than the actual use of another song's melody. The melodic setting of text line three in

1

Rush (at "and not change a single thing) sounds like a variant of the opening melodic idea of "Rush," but it is rather loosely varied and so where there could have been a strong parallel with the third line of "Bright Red Chords" (at "I watch the record spin around) there is instead a distinctly different melodic idea.

Despite the similarities in the compared compositions noted with parts of melodic figures found in common to both songs and both songs ending each text line setting with the same notes (creating a structural parallel between the songs), none of the four verse lines from "Rush" are found to be duplicated exactly in "Bright Red Chords." The use of melodic figures is looser in "Rush" than in the other songs. This can be seen in Exhibit I where none of the first verse melodic figures of Rush are repeated without variation, whereas in the other two songs the opening melodic figures return for their third text line setting.

My opinion on the relationship between the first verse melodies of "Rush" and "Bright Red Chords" is that on the one hand there are some similarities in melody and musical structure. The melody of "Bright Red Chords" at times verges on being just like that of "Rush" but diverges sufficiently to remain similar but still independent from Rush. My listening to subsequent verses of "Rush" does not alter my opinion on this, although I have only presented a detailed comparison of verse 1; I did not find that later verses were generally closer to the melodic substance of "Bright Red Chords" than the first verse.

### Analytical Conclusions of the First Verse Melodies of "Rush," "Bright Red Chords" and "Domino."

The melodic material of the verse to "Domino" is closer musically to "Bright Red Chords" than to the melodic lines to the verse of "Rush". This is because both "Bright Red Chords" and "Domino" start with the more distinctive version of A starting with eighth note rest followed by three eighth notes (b-d1-b seen at the start of Exhibit I) as opposed to the opening of "Rush" starting with quarter note d1. This opening is unique to "Bright Red Chords," not found in "Rush," and is this divergence from the opening of "Rush" that is repeatedly used to begin text lines of both verses of "Domino."

Interestingly, examining "Rush" affords the opportunity (because of its looseness in treatment of melodic ideas) to highlight the fact that in comparison, the various uses of melodic idea "A" in both "Bright Red Chords" and "Domino" is more distinct and well-defined as a specific idea to be repeated; even the variants in those two later songs tend to be less far-ranging than those heard in "Rush."

It is my opinion that the verses of "Domino" rely very heavily on a melody that had earlier been used in "Bright Red Chords," that is very catchy and distinct, and that is the same melody with some minor embellishments or variants. It is my opinion that there is a substantial similarity between these two songs.

2

EXHIBIT "I"





Exhibit I
First Verse Comparison of Bright Red Chords, Domino, and Rush
(all songs given in D major for ease of comparison)

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                                          ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18, not a party to the within action, and my business address is 16255 Ventura Blvd., Suite 704, Encino, CA 91436-2311.
On September 10th, 2013, I served the following documents, described as:

**DESIGNATION OF EXPERT; CERTIFICATION AND DECLARATION OF DR. DAVID STERN - REPORT**

JEFFERY M. MOVIT
(ADMITTED PRO HAC VICE)              ELAINE K. KIM
CHRISTINE LEPERA                           MITCHELL SILBERBERG &
(ADMITTED PRO HAC VICE)              KNUPP LLP
MITCHELL SILBERBERG & KNUPP LLP   11377 West Olympic Blvd.
11377 West Olympic Blvd.                Los Angeles, CA 90064-1683
Los Angeles, CA 90064-1683            Telephone: (310) 312-2000
Telephone: (310) 312-2000             Faccimile: (310) 312-3100
Faccimile: (310) 312-3100              Email: ekk@msk.com
Email: ekk@msk.com                       **BY PERSONAL SERVICE**
**BY FACSIMILE AND EMAIL ONLY**

☑  <u>PERSONAL SERVICE</u>   I placed ☑ a true copy ☐ the original of the foregoing document(s) enclosed in a sealed envelope addressed as indicated, and deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

☑  <u>FACSIMILE</u>   I transmitted the foregoing document(s) by facsimile to the attention of JEFF MOVIT and CHRISTINE LEPERA at 212 509-7239, and ELAINE KIM at 310 312-3100 and upon completion received an acknowledgment from the facsimile machine that the transmission had been successfully completed.

☑  EMAIL   I transmitted the foregoing document(s) by email:

☑  <u>STATE</u>   I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed this 10th day of September, 2013, at Encino, California.

Brendan McKane, Law Clerk

PROOF OF SERVICE

LAW OFFICES OF EDGAR R. PEASE III
16255 Ventura Blvd., Suite 704
Encino, CA 91436-2311

# EXHIBIT D

Bright Red Chords – (Copyright Demo Recording and Final Video Versions) –
Domino Comparison (given in D major)











EXHIBIT D



EXHIBIT D