JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILL LOOMIS, | CV 12-5525 RSWL (JEMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JESSICA CORNISH P/K/A JESSIE J; UMG RECORDINGS, INC.; and UNIVERSAL REPUBLIC RECORDINGS, | |
| Defendants. | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants Jessica

1

1 | Cornish p/k/a Jessie J, UMG Recordings, Inc., and
2 | Universal Republic Recordings and against Plaintiff
3 | Will Loomis.
4 |     The Clerk shall close this action.
5 | **IT IS SO ORDERED.**
6 |
7 | DATED: November 13, 2013
8 |
9 |                    RONALD S.W. LEW
                       _____
                       **HONORABLE RONALD S.W. LEW**
10 |                   Senior, U.S. District Court Judge